# EXHIBIT 1

March 17, 2013

To Whom It May Concern:

I, Dinean Ditolla have known Mohammad Choudhry since March 2010. I was the speech therapist for four of his grandchildren. I was in the Choudhry home five days a week for over two years. During that time I observed a loving, caring grandfather loved by his children and grandchildren.
Mr. Choudhry was hospitable and made me feel welcomed in his home.
I have remained in contact with the Choudhry family since his grandchildren have aged out of early intervention; and am friendly with his daughters and grandchildren. During visits I have witnessed family members and friends speak with respect and trust for Mr. Mohammad Choudhry.

I was shocked to hear about the situation currently going on in the Choudhry family. I do not believe Mr. Choudhry is capable of what he is being accused of.

If you have any questions please feel free to contact me:

Dinean Ditolla-Nabi
(347) 452-2611
3411 Avenue U
Brooklyn NY 11234