# EXHIBIT 2

MUHAMMAD RIZWAN NABI
3411 AVE U
BROOKLYN, NY 11234
CELL : (718) 808-3364


DATE : MARCH 3RD, 2013

## TO WHOM IT MAY CONCERN

I, HEREBY RIZWAN NABI RESIDENT OF 3411 AVE U BROOKLYN, NY 11234 AND WAS PREVIOUSLY RESIDENT OF VILLAGE CHIRYAWALA TEH, KHARIAN DISTRICT GUJRAT. I AND MY FAMILY PERSONALLY KNOW THE WHOLE FAMILY OF MOHAMMAD AJMAL CHOUDHRY. ME AND MY WIFE ALWAYS FOUND THIS FAMILY EDUCATED, LIBERAL, MANNERFUL, INNOVATIVE AND MODERATE MUSLIM. THEY ALWAYS APPRECIATED THE FEMALE ROLE FOR THE BETTERMENT OF CUMMUNITY. MR. AJMAL'S DAUGHTER, HIS DAUGHTER IN LAW AND OTHER FEMALES WERE ENJOYING ALL OF THE WOMEN RIGHT WITH FREEDOM. THEY WERE ALWAYS FREE TO ATTEND CEREMONIES AND OTHER SOCIAL ACTIVITIES.

I GAVE MY STATEMENT WITH OATH AND AFFIREMATION, IF YOU HAVE ANY FURTHER QUESTION REGARDING THIS ABOVE MATTER PLEASE FEEL FREE TO CONTACT ME.


RESPECTFULLY YOUR'S


_____