# EXHIBIT 3



# Muslim Community Center of Brooklyn, NY, Inc.

Not for Profit Organization  Tel: (718) 859-4485

To whom it may concern:  Feb  28  2013

This is to certify that Mr. Mohammed Ajmal Choudhry resident of 817 Foster Ave Brooklyn New York 11230 is very respectable, an helpful and very active member of our community. He is very kind to all congregants of our Center and quite mindful of their needs on all of our religious gatherings. Mr Mohammed Ajmal Choudhry has been attending Friday's prayers and gatherings on all of our religious holidays almost for twenty years. Mr Mohammed Ajmal Choudhry has been coming to our center to attend the Friday's prayer since 1990. Mr. choudhry has been helping on all of our religouse gatherings anf holidays. He is a person of good character and very kind in nature. For any question in this regard -please feel free to call us at above mentioned tele number. Thanks for your help.

Sincerely

Mushtaq ali  *(signed)*  2.28.13

Secretary General of MCCB.

1089 Coney Island Avenue Brooklyn, NY 11230