# EXHIBIT 4



# Ch. Irfan-ud-din Ahmed
(Advocate)

**MPA PP-115 PML (N)**
Kotla Arab Ali Khan (Gujrat)
*Cell: 0301-6248458, Off: 053-7586201*

Ref No: ..........................................                   Dated: 2/3/2013

## TO WHOME IT MAY CONCERN

### I, MR IRFAN UD DIN AHMED (ADVOCATE) MEMBER PROVINCIAL ASSEMBLY OF PUNJAB, PAKISTAN

HEREBY STATED THAT FAMILY OF MOHAMMAD AJMAL CHOUDHRY VILLAGE CHIRYAWLA IS WELL KNOWN AND RESPECTABLE FAMILY IN THE UNION COUNCIL CHIRYAWLA TEHSIL KHARIAN DISTRICT GUJRAT. THERE FAMILY IS FAMOUS FOR HELPING THE POOR PEOPLE OF AREA AND THEY ALWAYS STOOD FOR THE RIGHTS OF WOMEN IN OUR SOCIETY.

I IN PERSON AND ALL CONTACTS KNOW THAT MR MOHAMMAD AJMAL CHAUDHRY IS LIBERAL, GENTLE, HONEST AND MODERATE MUSLIM. THERE FAMILY ALWAYS WORKED FOR DEMECRACY, FREEDOM OF SPEECH AND ALL KIND OF LIBERTY TO EVERY INDIVIDUAL. THEY ALWAYS OPPOSED ANY KIND OF DICTATORSHIP IN THEIR FAMILY. IN MY CONCITITUANCY MR MOHAMMAD AJMAL CHAUDHRY 'S FAMILY IS A MODEL FAMILY

IF YOU HAVE ANY QUESTION PLEASE FEEL FREE TO ASK.

CHDURHRY IRFAN UD DIN AHMED
(Advocate)
MEMBER PROVINCIAL ASSEMBLY
PUNJAB , PAKISTAN



# Ch. Irfan-ud-din Ahmed
(Advocate)

**MPA PP-115 PML (N)**
Kotla Arab Ali Khan (Gujrat)
*Cell: 0301-6248458, Off: 053-7586201*

Ref No: ..........................................   Dated: 2/3/2013

## TO WHOME IT MAY CONCERN

### I, MR IRFAN UD DIN AHMED (ADVOCATE) MEMBER PROVINCIAL ASSEMBLY OF PUNJAB, PAKISTAN

HEREBY STATED THAT FAMILY OF MOHAMMAD AJMAL CHOUDHRY VILLAGE CHIRYAWLA IS WELL KNOWN AND RESPECTABLE FAMILY IN THE UNION COUNCIL CHIRYAWLA TEHSIL KHARIAN DISTRICT GUJRAT.THERE FAMILY IS FAMOUS FOR HELPING THE POOR PEOPLE OF AREA AND THEY ALWAYS STOOD FOR THE RIGHTS OF WOMEN IN OUR SOCIETY.

I IN PERSON AND ALL CONTACTS KNOW THAT MR MOHAMMAD AJMAL CHAUDHRY IS LIBERAL, GENTLE, HONEST AND MODERATE MUSLIM. THERE FAMILY ALWAYS WORKED FOR DEMECRACY, FREEDOM OF SPEECH AND ALL KIND OF LIBERTY TO EVERY INDIVIDUAL.THEY ALWAYS OPPOSED ANY KIND OF DICTATORSHIP IN THEIR FAMILY. IN MY CONCITITUANCY MR MOHAMMAD AJMAL CHAUDHRY 'S FAMILY IS A MODEL FAMILY

IF YOU HAVE ANY QUESTION PLEASE FEEL FREE TO ASK.

*[signature]*

Ch. Irfan-ud-Din Ahmed
**MPA. PP-115**
Kotla Arab Ali Khan (Gujrat)