# EXHIBIT 5



## AFFIDAVIT

I, undersigned FATEH KHAN Son of Fazal Ahmed CNIC No. 34202-9376182-1 is R/O Village Chiryawala Tehsil Khairan District Gujrat.

That I am the Numberdar of this village according to rule of Government of Pakistan local Bodies laws. And I am resident of this village from many generations. I know Muhammad Ajmal Chaudhry son of Muhammad Ashraf Chaudhry from my childhood. I am personally witness truthfulness, honesty, and helping the poor people of this family and whole Area is convinced of the same. Special attention is given on education and brought up of children in this family. This family has very liberal views about the liberty of women and their role in the society.

That the contents of above affidavit are correct and true.

I stamped and signature on this affidavit.

Signed and stamp        Thumb Impression        Phone No.

                                                0308-6889469

01/02/13

بحق ئے قلم سے منسلک کرتے ہوئے دل کے سب جذبات لکھ رہا ہوں۔

یعنی

اپنے جذبات

04/3/13



# بیان حلفی

بیان ازاں۔ فتح خاں ولد فضل احمد، قومی شناختی کارڈ نمبر 34202-9376182-1، بمقام گاؤں چڑیا والہ، تحصیل کھاریاں ضلع گجرات کا باشندہ ہوں۔

میں گورنمنٹ آف پاکستان بلدیاتی قوانین کے مطابق اس گاؤں کا نمبردار ہوں اور نسل در نسل سے متذکرہ بالا گاؤں میں رہائش پذیر ہوں۔ میں محمد اجمل چوہدری ولد محمد اشرف چوہدری مرحوم کو پیدائشی طور پر جانتا ہوں اور اس خاندان کی شرافت، دیانت داری اور اقربا پروری ذاتی طور پر اور پورا علاقہ اس کا قائل ہے اور ان گھروں میں بچے، بچیوں کی تعلیم و تربیت پر خصوصی توجہ دی جاتی ہے۔ یہ خاندان جدید خیالات، خصوصاً عورتوں کی آزادی اور معاشرے میں عورتوں کے کردار کا بڑا علمبردار ہے۔

بیان بالا درست ہے اور اپنے مہر دستخط ثبت کرتا ہوں۔

دستخط و مہر      انگوٹھا      فون نمبر 0308-6889469