# EXHIBIT 6

B766297




## AFFIDAVIT

I, undersigned **SHAHID MEHMOOD** son of Muhammad Saddique late CNIC no. 34202-0836039-9 R/O Village and P.O Chiryawala Tehsil Kharian District Gujrat, Punjab, Pakistan, do hereby solemnly affirm and declare under oath as under:.

That I am a shopkeeper and resident of this village from ancestors. also I am a Nikkah Registrar of this village according to the Islamic rules and registration and I am appointed by the government of Pakistan for this job and I am answerable to Govt. of Pakistan for this.

I solemnly declare that I personally know Mr. Muhammad Ajmal Chaudhry S/O Mr. Muhammad Ashraf Chaudhry. And I also know this family as a neighbor for many years.

I and my family had close relation with this family we also share happiness and sorrows with each other.

This family is very noble and they always pay special attention on the education and upbringing of their children they have very liberal vies regarding their children education and social life Mrs. Amina Ajmal D/O Muhammad Ajmal Chaudhry had been living in this village for 3 years and used to come in our house often and I and my family have never witnessed any kind of restriction on their children.

This Nikka (Marriage) is being observed under my presence and according to the rules of Government of Pakistan.

above mentioned statement is written with my will and without any pressure and have putted my signature

| Signed and stamp | Thumb Impression | Phone No. |
|---|---|---|
| Shahid | | 0301-6218682 |




04/03/13

5645
29/

شاہ محمود ولد محمد صدیق [illegible]

[illegible]

شاہ محمود

[illegible] 4/3/13

B766295




# بیان حلفی

بیان ازاں۔شاہد محمود ولد محمد صدیق مرحوم،قومی شناختی کارڈ نمبر 34202-0836039-9، رہائشی بمقام وڈاکخانہ چڑیاولہ، تحصیل کھاریاں ضلع گجرات، پنجاب، پاکستان بیان کرتا ہوں۔

کہ میں مندرجہ بالا گاؤں میں دکاندار کا کام کرتا ہوں اور میں آبائی طور پر نسل ور نسل سے اسی گاؤں کا رہائشی ہوں۔مزید یہ کہ میں اسلامی قوانین کے مطابق جوان ہوئے والے لڑکے اور لڑکیوں کی شادی کے موقع پر نکاح رجسٹرار کا کام بھی کرتا ہوں اور اس کام کے لیے میں گورنمنٹ آف پاکستان کی طرف سے مقرر ہوں اور گورنمنٹ آف پاکستان کو جوابدہ ہوں۔

میں حلفاً بیان کرتا ہوں کہ مسمی محمد اجمل ولد محمد اشرف مرحوم کو پیدائشی طور پر اور ذاتی طور پر جانتا ہوں اور یہ کہ میں ان کے تمام خاندان کو بحیثیت ہمسایہ بھی جانتا ہوں۔میرا اور میرے خاندان کا اس خاندان کے ساتھ قریبی تعلق واسطہ ہے اور گھروں میں آنا جانا بھی ہے اور ہر قسم کی خوشی غمی میں ایک دوسرے کے ساتھ شرکت کرتے ہیں۔یہ خاندان نہایت ہی شریف اور بچوں کے معاملے میں انتہائی جدید خیالات اور تعلیم و تربیت کے معاملے میں آزاد خیال ہیں۔گھروں میں ہر قسم کی آزادی ہے۔

مسماۃ آمنہ اجمل دختر محمد اجمل چوہدری عرصہ 3 سال سے اس گاؤں میں رہتی رہی ہے اور ہمارے گھر میں آنا جانا تھا اور کسی قسم کی پابندی اس دوران میں نے یا میرے دیگر رشتہ داروں نے نہیں دیکھی اور یہ نکاح میری موجودگی میں اور قوانین کے مطابق میں نے رجسٹر کیا تھا۔

بیان بالا اپنی مرضی سے بغیر کسی خوف و تشدد کے از خود لکھ دیا ہے اور اپنے دستخط ثبت کرتا ہوں۔

ABDUL SATTAR QURESHI ADVOCATE ATTESTED NOTARY PUBLIC KHARIAN Distt. GUJRAT PAKISTAN

| فون نمبر 0301-6218682 | انگوٹھا | دستخط |
| --- | --- | --- |
| 04/03/13 |  | Shahid |