# EXHIBIT 8

E600323




March 4.2013

## TO WHOM IT MAY CONCERN

I Yasmin Ajmal. write to explain that I am citizen of USA and Mohammad Ajmal Choudhry is my father. My mother died in 1994. I was raised and brought up by my father. I am married to Amir Shahzad as per my will and wish and have two children and I am enjoying my happy life I swear to God that my father and my only brother asked me before my marriage. I was always free to do what ever I liked in my life. I found my father very liberal and moderate Muslim. He never appeared to be a conservative rather he was always open for discussion about any matter. He always asked me and my sisters before taking any decision *regarding our marriage and other maters of life. He never forced or imposed his* will on me in my whole life. I was always free to choose my own path/course. Ms Amina Ajmal is the youngest one in my whole family. She was about four years old when my mother died. My whole family was raised by my father and my father always showed his heartiest love and affection towards her comparatively to me. I am witness that my father asked Amina of her willingness before her marriage . I am of the opinion that she remained childish and never showed maturity at any stage. She was always free to do what ever she liked in her life and my father never objected her at and stage. When I come to know about the allegations leveled by my younger sister Amina Ajmal on my father I was totally surprised and numb. I hereby deny all the allegations as these seem to be fake, manipulated and concocted. my father is a model father I wish every one should have the father like mine.

I hereby submit my statement on oath and affirmation.




04/03/13



YASMIN AJMAL

817 foster ave

Brooklyn NY 11230

5646
27

یاسمین اجمل دختر محمد اجمل [illegible]

بیان [illegible]

العبد [illegible]

یاسمین اجمل

[illegible] 14-3-13

Identified by
M. Arif s/o M. Asim
R/o Chasiawala Teh.
Kharian. Distt. Gujrat.
[signature]