EXHIBIT 9

*(TRUE TRANSLATION FROM URDU TO ENLGISH)*

POLICE FORM NUMBER 5-24 (1)

**FIRST INFORMATION REPORT IN OFFENCE COGNIZABLE BY POLICE
REPORTED UNDER SECTION 154 OF CRIMINAL PROCEDURE CODE.**

Report No. 25;  Police Station: Kakrali ; District: Gujrat;  Date & Time of Occurrence: 25/02/13 at 2:30 PM

| 1- Date & time of Report | 25/02/13 at 3:15 PM Repat No. 13/14 | 6 | Time & date of departure From police station | Through Special Report. |
|---|---|---|---|---|
| 2- Name and residence of Informer / Complainant | Statement of Rukhsana Kausar widow of Muhammad Asghar, Caste: Gujjar, resident of Chiraiyawala, aged 45 Years, recorded under section 154 of Criminal Procedure Code by Sub-Inspector Mushtaq Ahmad, Police Station Kakrali, 0345-9757315 | | | |
| 3- Brief description of offence (with Section) and detail of goods, if lost. | Offence under section 302/324/148/149/109 of Pakistan Penal Code. 10 accused were pointed out and 3 unknown. | | | |
| 4- Place of occurrence and its distance from Police Station. | Within the limits of Village Chiraiyawala at a distance of about 7 Miles towards north of Police Station, Deh No. 31, U.C. 101. | | | |
| 5- Action taken regarding investigation, if any delay in registration of case, reason thereof must be explained. | Case was registered after recording the statement of Complainant. | | | |

Signature: Parvez  Anwar ;        Designation:  Assistant Sub Inspector/DO

(Contents of F.I.R. be mentioned below).

Note: The Complainant must sign or put thumb impression at the end of complaint which should be attested by the Police Officer concerned.

To: S.H.O. (Station House Officer), Police Station Kakrali:

Sir:

I am a resident of Village Chiraiyawala and a house-hold lady. My late husband Mohammad Asghar son of Rahmat Khan and my grandson Zamir Abbas son of Fazal Hussain, Caste Gujjar resident of Uttam, went to the residence of Irfan Uddin, M.P.A. by Motor Cycle on the call of one Mr. Javed son of Mohammad Khan, Caste Gujjar, resident of Deh.  Thereafter, they went to Village Sursal on Motor Cycle No. 6156/GTL to pick up daughter Ms Madiha who is a School Teacher.  They along with daughter were coming back to home, Zamir Abbas was driving the Motor Cycle.  Mohamamad Asghar and Madiha were riding behind him.  I was also coming back to home after picking the other daughter Mst. Seemab Asghar.   Mohammad Asghar and other crossed us in the Street.  At about 2.30 P.M. when they reached near the house of Iqbal Patwari, they saw accused 1) Nisar Ahmed son of Mohammad Khan; 2) Mohammad Akmal son of Mohammad Ashraf; 3) Ibrar Ahmed Babar son of Nisar Ahmed; 4) Mazhar Iqbal son of Fateh Khan, Chairman; 5) Ehsanullah son of Mohammad Iqbal; 6) Shahid

1



Iqbal son of Mohammad Khan; 7) Javed son of Mohammad, Caste Gujjar, resident of Deh; 8) Sian Mohammad Ishfaq son of Ghulam Ghous, Caste Malik, resident of Bair Khurana along with three other unknown accused who were standing at the corner of Street equipped with deadly weapons. Accused Nisar Ahmed loudly said that no one of victims should be allowed to escape from here. Accused persons stopped the Motor Cycle by throwing an iron bed in front of it. Accused Nisar Ahmad and Mohammad Akmal opened fire on my husband Mohammad Asghar, daughter Madiha and grandson Zameer Abbas and all three sustained serious injuries and fell on the ground. Mohammad Asghar (my husband) sustained injuries on stomach, right side of neck, on the head and on left arm; daughter Madiha sustained injuries on head, left side of left eye and on the right leg. Zamir Abbas (grandson) sustained injuries on right foot and leg. Mohammad Asghar and Madiha due to severe injuries died on the spot and Zamir Abbas was seriously injured. I and my daughter Seemab Asghar are the eye witnesses of this incident. Accused Nisar and others also followed us and we escaped ourselves by fleeing the place of incident. Accused Persons by making slogans and firing in the air left the place of incident. The reason behind this is that my late husband got registered case No. 14/13 (attempt to murder) in Police Station Kakrali against the accused persons. Due to this accused Party in revenge have murdered my husband and daughter Madiha and injured my grandson Zamir Abbas. The accused persons have committed this offence on the advice and instigation of Mohammad Afzal and Mohammad Ajmal sons of Mohammad Ashraf, Caste Gujjar, resident of Deh. I was going to Police Station to lodge the complaint when you (Police Officer) has come. It is requested that justice be done with me by taking action against the accused persons under the law.

Signatures/Thumb Impression

Rukhsana Kausar
Complainant.

Attested by :

Sd/xx
Mushtaq Ahmed
Sub Inspector
Police Station Kukrali

### Action by Police:

After hearing the incident, I along with Constables Abdul Rehman 3502/C, Naveed Qaisar 4072/C, Abdul Faheem 3512/C, Shafqat Zaheer 463/C, Abid Ali 3571/C, in official

Vehicle No. 4919/GTG driven by Driver Mohammad Yunis 105/C, reached at the place of incident where Mst. Rukhsana Kausar got recorded her written statement. From the contents of complaint prima facie offence under section 302/324/148/149/109 of Pakistan Penal Code have been committed. The said complaint is being sent to the Police Station through Abdul Faheem (3512/C) to register the case. Complainant should be informed about the case No. after registering the case. Special Report should also be submitted to the concerned Officer. After completion of investigation, I am leaving the place of incident.

Sd/xx
Mushtaq Ahmed, S.I.
Police Station Kukrali.

25-02-2013.
From Charianwala Chowk at 3.00 P.M. after reaching in the Police Station, First Information Report has been recorded. Original record along with copy of F.I.R. duly signed by Mushtaq Ahmed S.I. is being sent through Constable Abdul Faheem. S.H.O. is on patrolling in connection with reppat No.3 who has been informed on Telephone about this incident. In addition to this special report is also being submitted to the concerned Officer through special means.

Sd/xx
Moharer of Record

---

Certified that I have translated this document from Urdu to English language in its true context and that I am competent to translate from Urdu to English.

Khalid Mahmood

MAR 0 1 2013

MAHMOOD AMER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6265100
Qualified in Kings County
Commission Expires August 27, 2016

SYED PROFESSIONAL SERVICES
1006 CONEY ISLAND AVE.
BROOKLYN, NY 11230
(718) 859-5392

3

پولیس فارم نمبر 5-24 (1)

ابتدائی اطلاعی رپورٹ نسبت جرم قابل دست اندازی پولیس رپورٹ شدہ زیر دفعہ 154 مجموعہ ضابطہ فوجداری

| | | نمبر 25 | تھانہ کلری | ضلع گجرات | تاریخ وقوعہ 13-02-25 بوقت 2/30 بجے دن |
|---|---|---|---|---|---|
| 1 | تاریخ وقت رپورٹ | 13-02-25 بوقت 3/15 بجے دن بحوالہ روزنامچہ نمبر 13/14 | | | بذریعہ پیش رپورٹ |
| 2 | نام و سکونت اطلاع دہندہ و مستغیث | بذریعہ بیان ازاں رحمانہ خانہ قوم گجر بیوہ اصغر قوم گجر سکنہ چڑیاوالہ بعمر 45 سال زیر دفعہ 154 ض ف مرتبہ مرسلہ مشتاق احمد SI تھانہ کلری 0345-9757315 | | | |
| 3 | مختصر کیفیت جرم (معدہ) دال اگر کچھ ہو کہا گیا ہے | جرم 302/324/148/149/109 تپ 10 کس نامزد 3 کس نامعلوم | | | |
| 4 | جائے وقوعہ و فاصلہ تھانہ سے اور سمت | بمقام چڑیاوالہ بفاصلہ قریب 7 میل جانب شمال از تھانہ دیہہ نمبر 31 یونی 101 | | | |
| 5 | کاروائی متعلقہ تفتیش اگر اطلاع درج کرنے میں کچھ دقت ہوا ہو تو اس کی وجہ بیان کی جاوے | حسب آمد فریادی بیان مقدمہ درج رجسٹر ہوا۔ | | | |

دستخط پرویز انور         عہدہ ASI/DO              (ابتدائی اطلاع نیچے کرو)

نوٹ: اطلاع کے نیچے اطلاع دہندہ کے دستخط یا نشان انگوٹھا ہونا چاہیے اور افسر تحریر کنندہ (ابتدائی اطلاع) کے دستخط بطور تصدیق ہونے چاہیے۔

[باقی متن مکمل طور پر واضح نہیں]