# EXHIBIT 9

*(TRUE TRANSLATION FROM URDU TO ENLGISH)*

POLICE FORM NUMBER 5-24 (1)

**FIRST INFORMATION REPORT IN OFFENCE COGNIZABLE BY POLICE REPORTED UNDER SECTION 154 OF CRIMINAL PROCEDURE CODE.**

Report No. 25; Police Station: Kakrali ; District: Gujrat; Date & Time of Occurrence: 25/02/13 at 2:30 PM

| | | | | |
|---|---|---|---|---|
| **1- Date & time of Report** | 25/02/13 at 3:15 PM Repat No. 13/14 | 6 | Time & date of departure From police station | Through Special Report. |
| **2- Name and residence of Informer / Complainant** | Statement of Rukhsana Kausar widow of Muhammad Asghar, Caste: Gujjar, resident of Chiraiyawala, aged 45 Years, recorded under section 154 of Criminal Procedure Code by Sub-Inspector Mushtaq Ahmad, Police Station Kakrali, 0345-9757315 ||||
| **3- Brief description of offence (with Section) and detail of goods, if lost.** | Offence under section 302/324/148/149/109 of Pakistan Penal Code. 10 accused were pointed out and 3 unknown. ||||
| **4- Place of occurrence and its distance from Police Station.** | Within the limits of Village Chiraiyawala at a distance of about 7 Miles towards north of Police Station, Deh No. 31, U.C. 101. ||||
| **5- Action taken regarding investigation, if any delay in registration of case, reason thereof must be explained.** | Case was registered after recording the statement of Complainant. ||||

Signature: Parvez Anwar ;    Designation: Assistant Sub Inspector/DO

(Contents of F.I.R. be mentioned below).

Note: The Complainant must sign or put thumb impression at the end of complaint which should be attested by the Police Officer concerned.

To: S.H.O. (Station House Officer), Police Station Kakrali:

Sir:

I am a resident of Village Chiraiyawala and a house-hold lady. My late husband Mohammad Asghar son of Rahmat Khan and my grandson Zamir Abbas son of Fazal Hussain, Caste Gujjar resident of Uttam, went to the residence of Irfan Uddin, M.P.A. by Motor Cycle on the call of one Mr. Javed son of Mohammad Khan, Caste Gujjar, resident of Deh. Thereafter, they went to Village Sursal on Motor Cycle No. 6156/GTL to pick up daughter Ms Madiha who is a School Teacher. They along with daughter were coming back to home, Zamir Abbas was driving the Motor Cycle. Mohamamad Asghar and Madiha were riding behind him. I was also coming back to home after picking the other daughter Mst. Seemab Asghar. Mohammad Asghar and other crossed us in the Street. At about 2.30 P.M. when they reached near the house of Iqbal Patwari, they saw accused 1) Nisar Ahmed son of Mohammad Khan; 2) Mohammad Akmal son of Mohammad Ashraf; 3) Ibrar Ahmed Babar son of Nisar Ahmed; 4) Mazhar Iqbal son of Fateh Khan, Chairman; 5) Ehsanullah son of Mohammad Iqbal; 6) Shahid

1



Iqbal son of Mohammad Khan; 7) Javed son of Mohammad, Caste Gujjar, resident of Deh; 8) Sian Mohammad Ishfaq son of Ghulam Ghous, Caste Malik, resident of Bair Khurana along with three other unknown accused who were standing at the corner of Street equipped with deadly weapons. Accused Nisar Ahmed loudly said that no one of victims should be allowed to escape from here. Accused persons stopped the Motor Cycle by throwing an iron bed in front of it. Accused Nisar Ahmad and Mohammad Akmal opened fire on my husband Mohammad Asghar, daughter Madiha and grandson Zameer Abbas and all three sustained serious injuries and fell on the ground. Mohammad Asghar (my husband) sustained injuries on stomach, right side of neck, on the head and on left arm; daughter Madiha sustained injuries on head, left side of left eye and on the right leg. Zamir Abbas (grandson) sustained injuries on right foot and leg. Mohammad Asghar and Madiha due to severe injuries died on the spot and Zamir Abbas was seriously injured. I and my daughter Seemab Asghar are the eye witnesses of this incident. Accused Nisar and others also followed us and we escaped ourselves by fleeing the place of incident. Accused Persons by making slogans and firing in the air left the place of incident. The reason behind this is that my late husband got registered case No. 14/13 (attempt to murder) in Police Station Kakrali against the accused persons. Due to this accused Party in revenge have murdered my husband and daughter Madiha and injured my grandson Zamir Abbas. The accused persons have committed this offence on the advice and instigation of Mohammad Afzal and Mohammad Ajmal sons of Mohammad Ashraf, Caste Gujjar, resident of Deh. I was going to Police Station to lodge the complaint when you (Police Officer) has come. It is requested that justice be done with me by taking action against the accused persons under the law.

Signatures/Thumb Impression

Rukhsana Kausar
Complainant.

Attested by :

Sd/xx
Mushtaq Ahmed
Sub Inspector
Police Station Kukrali

### Action by Police:

After hearing the incident, I along with Constables Abdul Rehman 3502/C, Naveed Qaisar 4072/C, Abdul Faheem 3512/C, Shafqat Zaheer 463/C, Abid Ali 3571/C, in official

2

Vehicle No. 4919/GTG driven by Driver Mohammad Yunis 105/C, reached at the place of incident where Mst. Rukhsana Kausar got recorded her written statement. From the contents of complaint prima facie offence under section 302/324/148/149/109 of Pakistan Penal Code have been committed. The said complaint is being sent to the Police Station through Abdul Faheem (3512/C) to register the case. Complainant should be informed about the case No. after registering the case. Special Report should also be submitted to the concerned Officer. After completion of investigation, I am leaving the place of incident.

Sd/xx
Mushtaq Ahmed, S.I.
Police Station Kukrali.

25-02-2013.
From Charianwala Chowk at 3.00 P.M. after reaching in the Police Station, First Information Report has been recorded. Original record along with copy of F.I.R. duly signed by Mushtaq Ahmed S.I. is being sent through Constable Abdul Faheem. S.H.O. is on patrolling in connection with reppat No.3 who has been informed on Telephone about this incident. In addition to this special report is also being submitted to the concerned Officer through special means.

Sd/xx
Moharer of Record

---

Certified that I have translated this document from Urdu to English language in its true context and that I am competent to translate from Urdu to English.

*Khalid Mahmood*

MAR 0 1 2013

**MAHMOOD AMER**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6268100
Qualified in Kings County
Commission Expires August 27, 2016

SYED PROFESSIONAL SERVICES
1006 CONEY ISLAND AVE.
BROOKLYN, NY 11230
(718) 859-5392

3

پولیس فارم نمبر 24-5 (1)

## ابتدائی اطلاعی رپورٹ نسبت جرم قابل دست اندازی پولیس رپورٹ شدہ زیر دفعہ 154 مجموعہ ضابطہ فوجداری

| 25 نمبر | تھانہ کنگرالی | ضلع گجرات | تاریخ و وقت وقوعہ 13-02-25 بوقت 2/30 بجے دن |
|---|---|---|---|
| 1 | تاریخ و وقت رپورٹ | 13-02-25 بوقت 3/15 بجے دن بحوالہ رپورٹ نمبر 14/13 | 6 تھانہ سے روانگی کی تاریخ و وقت | بذریعہ پیغام رپورٹ |
| 2 | نام و سکونت اطلاع دہندہ و مستغیث | بذریعہ بیان ازاں رخسانہ کوثر بیوہ محمد اصغر قوم گوجر سکنہ چڑیاوالہ عمر 45 سال زیر دفعہ 154 ض ف مرتبہ مرسلہ مشتاق احمد SI تھانہ کنگرالی 0345-9757315 | | |
| 3 | مختصر کیفیت جرم (معہ دفعہ) و مال اگر کچھ کھویا گیا ہے | جرم 302/324/148/149/109 ت پ | 10 کس نامزد 3 کس نامعلوم | |
| 4 | جائے وقوعہ و فاصلہ تھانہ سے اور سمت | بحدر قبہ چڑیاوالہ بفاصلہ قریب 7 میل جانب شمال ازتھانہ دیہہ نمبر 31 یو سی 101 | | |
| 5 | کاروائی متعلقہ تفتیش اگر اطلاع درج کرنے میں کچھ توقف ہوا ہو تو اس کی وجہ بیان کی جاوے | حسب آمد فریادیاں مقدمہ درج رجسٹر ہوا | | |

دستخط پرویز انور   عہدہ ASI/DO
(ابتدائی اطلاع نیچے درج کرو)

نوٹ: اطلاع کے نیچے اطلاع دہندہ کے دستخط یا مہر یا نشان انگوٹھا ہونا چاہیے اور افسر تحریر کنندہ (ابتدائی اطلاع) کے دستخط بطور تصدیق ہونے چاہیے۔

بخدمت جناب SHO صاحب تھانہ کنگرالی جناب عالی گزارش ہے کہ میں دیہہ چڑیاوالہ کی رہائشی ہوں۔ خانہ داری کرتی ہوں۔ امروز میرا خاوند محمد اصغر ولد رحمت خان اور میرا نواسہ ضمیر عباس ولد فضل حسین قوم گجر سکنہ اوتم بسواری موٹر سائیکل۔ مسمی جاوید ولد محمد خان قوم گجر سکنہ دیہہ پر عرفان الدین MPA کے ڈیرے پر گئے تھے وہاں سے فارغ ہو کر دونوں بسواری موٹر سائیکل نمبر GTL/6156 موضع سرسال سے بیٹی مسمات مدیحہ سکول ٹیچر کو لانے لے لیے گئے۔ بیٹی کو ہمراہ لے کر تینوں واپس گھر آ رہے تھے۔ ضمیر عباس موٹر سائیکل چلا رہا تھا۔ محمد اصغر اور مدیحہ پیچھے سوار تھے۔ میں بھی دوسری بیٹی مسمات سیماب اصغر کو آدہ سے پیدل لے کرگھر آ رہی تھی۔ محمد اصغر وغیرہ جب ہمیں گلی میں کریا نہ کے پاس قریب 3/35 بجے دن ہی ازاں اقبال پٹواری سکنہ دیہہ کے قریب پہنچے تو وہاں پر ملزمان 1- نثار احمد ولد محمد خان 2- محمد اکمل ولد محمد اشرف 3- ابرار احمد بابر ولد نثار احمد 4- مظہر اقبال ولد فتح خان جمیر میاں 5- احسان اللہ ولد محمد اقبال 6- شاہد اقبال ولد محمد خان 7- جاوید ولد محمد خان اقوام گجر سکنئے دیہہ 8- سائیں محمد اشفاق ولد غلام غوث قوم ملک سکنہ پیر کھڑانہ معہ 3 کس نامعلوم مسلح اسلحہ آتشیں تھڑا لگا کر گلی کی نکر پر کھڑے تھے۔ ملزمان میں سے نثار احمد نے للکارا مارا کہ اکو زندہ نہ جانے دینا تو ملزمان نے آ ہنی چارپائی کے فریم سامنے پھینک کر موٹر سائیکل روک لیا۔ تو نثار احمد اور محمد اکمل ملزمان نے اپنے اپنے دستی اسلحہ سے محمد اصغر خاوندم اور بیٹی مدیحہ دونوں کو ضمیر عباس پر برسٹ مارے جو تینوں مضروب ہو کر گر پڑے۔ موقع پر جملہ ملزمان نے اپنے دستی اسلحہ سے بھی مضروبان پر فائرنگ کی جس سے محمد اصغر خاوندم کو سامنے پیٹ پردے میں طرف گردن پر سر پر بائیں بغل کے نیچے بائیں ڈولے پر، مدیحہ کو سر پر بائیں آنکھ کے بائیں طرف دائیں پٹ پر ضمیر عباس کے دائیں پاؤں، ٹانگ اور خصیوں پر فائر لگے۔ مدیحہ و محمد اصغر مدیحہ دونوں زخموں کی تاب نہ لاتے ہوئے موقع پر جاں بحق ہو گئے۔ جبکہ ضمیر عباس شدید مضروب ہو گیا۔ وقوعہ ہذا میں نے اور سیماب اصغر دختر نے چشم خود دیکھا ہے۔ ملزمان نثار وغیرہ ہمارا تعاقب بھی کیا۔ جو ہم نے بھاگ کر جان بچائی۔ ملزمان للکارے مارتے اور فائرنگ کرتے ہوئے فرار ہو گئے۔ وجہ عناد یہ ہے کہ قبل ازیں میرے خاوندم نے ملزمان پارٹی کے خلاف مقدمہ نمبر 14/13 اقدام قتل کا مقدمہ تھانہ کنگرالی درج کروایا ہوا ہے۔ ملزمان نے اس رنج کی بناء پر میرے خاوند اور بیٹی مدیحہ کو ناحق قتل کر کے اور میرے نواسے کو شدید مضروب کر کے بڑا ظلم کیا ہے جسے ملزمان نے وقوعہ مسلم ..... 9- محمد افضل 10- محمد جملی پٹواری محمد شریف قوم گجر سکنئے دیہہ کی ایما اور مشورے سے کیا ہے۔ میں نعشوں کی حفاظت کے لیے بیٹی سیماب اصغر ضمیر عباس مضروب کو چھوڑ کر برائے اطلاع تھانہ جاری تھی کہ آپ آ گئے ہیں۔ ملزمان کے خلاف کاروائی کرکے دادرسی کی جائے۔ عرضے دستخط انگوٹھا نشان مستغیثہ کوثر رخسانہ خانہ نمبر 2 تصدیق بحروف اردو دستخط مشتاق احمد SI تھانہ کنگرالی۔ کاروائی پولیس اس وقت میں معہ عبدالرحمن 3502/C، نوید قیصر 4072/C، عبدالفہیم 3512/C، شفقت ظہیر 463/C، عابد علی 3571/C، بسواری سرکاری گاڑی نمبر GTG/4919 ڈرائیور محمد یونس 105/C ہے اطلاع وقوعہ پا کر دیہہ چڑیاوالہ چوک میں پہنچا تو مسمات رخسانہ کوثر نے میرے پیش ہو کر درخواست تحریری پیش کی ہے۔ مضمون درخواست صورت جرم 302/324/148/149/109 ت پ بنتا پا کر درج اندراج مقدمہ بدست عبدالفہیم 3512/C ارسال تھانہ ہے۔ مقدمہ درج رجسٹر کر کے نمبر مقدمہ اطلاع دی جاوے اور افسران مجاز کو اسپیشل رپورٹ ہائے جابجا ارسال ہوں میں موقع پر مصروف تفتیش ہوکر روانہ موقع کا ہونا ہوں۔ دستخط بحروف اردو مشتاق احمد SI تھانہ کنگرالی مورخہ 13-02-25 ازدیہہ چڑیاوالہ چوک بوقت 3/- بجے دن۔ ازتھانہ ہذا حسب آمد فریادیاں برجرم مذکور مرتب ہوئی ہے آئندہ اصل فرد ابتدائی اطلاعی رپورٹ بمثل FIR برآمد تفتیش بدست آمدہ کانسٹیبل عبدالفہیم 3512/C نذر فرسندہ مشتاق احمد SI صاحب بجھوائی جا رہی ہے۔ SHO صاحب بحوالہ رپورٹ نمبر 3 بسلسلہ گشت علاقہ تھانہ سے وقوعہ ہذا کو بذریعہ ٹیلی فون مطلع کیا گیا ہے۔ نیز اسپیشل رپورٹ ہائے جابجا افسران نواز بجواہدمت میں ارسال کی جا رہی ہے جن کا محرر تیار کر کے ارسال کرے گا۔