# EXHIBIT 10



### Affidavit

I, Malik Matee Ullah Advocate High Court, Son of Ghulam Muhammad, M.M. Law, Associate, Resident of Salah Plaza 09 Fain Road Lahore.

1. I solemnly declare that Ehsan Ullah Advocate Son of Zafar Iqbal, Resident of Charyala, nominated in  case No. 25, Dated 25-02-2013, u/s 1019,148,149, 302/34 PPC police station Kakrali, falsely and                is innocent and he have no link with above said case, at the time of occurrence Ehsan Ullah was working with us in Lahore for Court works.

2. I solemnly declare that I am advocate High Court Lahore and practicing since many times, and I have my own chambers MM Law Associate 9 Fain Road Salah Plaza, Lahore, and Javed Iqbal son of Asghar Ali working with us as a Clerk.

3. I solemnly declare that Ehsan Ullah Advocate Son of Zafar Iqbal, Resident of Charala, Tehsil Kharian, District Gujrat, Adeel Hassan Advoce, Syed Shah Sawar Advocate, etc also working with me as my associate in my chamber and courts

4. I solemnly declare that on 25-02-2013, Ehsan Ullah Advocate working with us 8 O Clock morning time to 7:30 evening time in different court of law and in chambers during this others advocates, associates are also in my Chambers.

5. I solemnly declare that Ehsan Ullah Advocate along with my others collogues available in different courts and chambers therefore, Ehsan Ullah Advocate is innocent in above mentioned case and he involved in above mentioned case malafidley. I am ready for any oath, by the trust of God.

I solemnly declare that contents is true and correct. Dated:- 11-03-2013, at Lahore.

Executants

Malik Matee Ullah Advocate High Court,

حد۶۶ ۲۵ ملک مطیع الله ولد عنایر محمد سنت ایوونکیت ہائی گودث
۲۵/ ح

ر لب

ملک مطیع الله

کابل ۱۳/۳/۱۲