# EXHIBIT 11




## *Affidavit*

I, **Shabir Ahmed** Son of Rehmat Khan, Caste Arian, Resident of Dharakrey, Tehsil and District Gujrat, On Oath:-

1. I solemnly declare that Javed Iqbal son of Muhammad Khan, Caste Gujjar, Resident of Chryala, Tehsil Kharian, nominated in case No. 25, Dated 25-02-2013, u/s 109 ,148,149, 302/34 PPC police station Kakrali, falsely and Javed Iqbal is innocent and he have no link with above said case.
2. I solemnly declare that Javed Iqbal is a Government Contractor and take Sub Contract of Government Primary School Mararian, since last four month and for the constriction of school I, Shabir Ahmed, Son Abdul Qadoos etc. along with labour were working under the supervision of Constriction committee Mararian.
3. I Solemnly declare that on 25-02-2013 Javed Iqbal reached in site of Primary School and stay with us since 04 O Clock during this Constriction Committee persons Haji Khalid Hussain, Ch. Walayat Khan and others will be there and taking advice for constriction.
4. I solemnly declare that Jave Iqbal was present along with us in Mararian, up to 01 O clock to 04 O Clock, therefore, I am ready for any oath, by the trust of God.
5. I solemnly declare that contents is true and correct. Dated:- 09-03-2013

**Executants**

Shabir Ahmed Son of Rehmat Khan, Caste Arian, Resident of Dharakrey, Tehsil and District Gujrat, CNIC No. 34201-5510585-1



شبیر اللہ ولد [illegible] خان [illegible]

[illegible]

شبیر اللہ

[illegible] 13/3/13