# EXHIBIT 12




**Affidavit**

I, Fazal Hussain son of Din Muhammad, Caste Minhas, Resident of Charyala, Tehsil Kharian District Gujrat, On Oath:-

1. I solemnly declare that Javed Iqbal son of Muhammad Khan, Caste Gujjar, Resident of Chryala, Tehsil Kharian, nominated in case No. 25, Dated 25-02-2013, u/s 109 ,148,149, 302/34 PPC police station Kakrali, falsely and Javed Iqbal is innocent and he have no link with above said case.
2. I solemnly declare that on 25-02-2013 I am working near the Tube well of Sub. Maj. (R) Ch. Muhammad Khan, near Chor Chak, and I work here 01 o Clock to 03 O Cloc, for the cutting for the fodder. During this Shahid Iqbal son of Muhammad Khan, Allah Ditta, and Liaquat Ali also there for the cutting of fodder and on tube well others Muhammad Sadiq, Rasheed Ahmed, Nazeer Hussain, etc. were also there for their cultivation work.
3. I solemnly declare that Shahid Iqbal was present along with us in Tube Well, up to 01 O clock to 04 O Clock, therefore, I am ready for any oath, by the trust of God.
4. I solemnly declare that contents is true and correct. Dated:- 09-03-2013

**Executants**

Fazal Hussain son of Din Muhammad, Caste Minhas, Resident of Charyala, Tehsil Kharian District Gujrat



۵۲۹۶ / ۲۰۱

مشتاق حسین ولد دین محمد سکنہ [illegible] تحصیل کھاریاں ضلع گجرات [illegible]

بیان حلفی

مشتاق حسین

چوہدری محمد [illegible]

کھاریاں

12/3/13