# EXHIBIT 13




## Affidavit

I, **Ch. Tariq Mehmood** Son of Ch. Muhammad Ali, Caste Jatt, Resident of Monra Sidda, Tehsil and District Bhimber Azad Kashmir, do hereby solemnly declare as under:-

1. I solemnly declare that Mazhar Iqbal son of Ch. Fateh Khan, Resident of Chariyala, Tehsil Kharian, District Gujrat is the nominated accused in Case FIR No. 25/13, u/s 304/34, 148/149 PC, Dated 25-02-2013, in Police Station Kakrali.
2. I solemnly declare that I and Ch. Altaf Hussain son of Muhammad Aslam have Bricks business.
3. I solemnly declare that on 25 Feb 2013 at about 1 O Clock I along with Altaf Hussain shareholder, Muhammad Usman son of Abdul Aziz, Munshi Bricks Business, and Ch. Inam Ul Haq son of Ch. Muhammad Sharif, available in Brick point, during this Mazhar Iqbal (accused) and Ch. Asif Iqbal son of Ch. Muhammad Ashraf reached in Brick point by motorcycle, previously we and Mazhar Iqbal (accused) who have his own brick in Village Chariyala, and have fifty thousand money dealing and I promise for money and for paying I drop out Mazhar Iqbal etc. to Bricks point and go to Bhimber and at about 3:30 I came back and pay the amount we stay their approximately 4 O clock.
4. I solemnly declare that Mazhar Iqbal (accused) was not present at the place of occurrence, and he is innocent in above mentioned case.
5. I solemnly declare that the contents is true and correct.

**Deponent**

**Ch. Tariq Mehmood Son of Ch. Muhammad Ali**

ATTESTED
NOTARY PUBLIC KHARIAN DISTT. GUJRAT PAKISTAN

12/3/13

[illegible]

طارق محمود د ملا محمد علی [illegible]

[illegible]

طارق محمود

[illegible] 3/13