# EXHIBIT 14



## Affidavit

I, Muhammad Hussain Son of Khan Muhammad, Resident of Charyala, Tehsil Kharian, District Gujrat, do hereby solemnly declare as under:-

1. That I am the resident of above mentioned place and address and deals in Shattering.
2. That six, seven months ago I am working near the house of Shujat Abbas at 2 O Clock at day time I listened the voice of fire and saw many people were gathered in the house of Shujat Abbas Son of Muhammad Asghar, I also reached there. That I saw the parent of Shujat Abbas and other bolted to Shujat Abbas in room and he was crying, I informed by others that Shujat Abbas fired at his sister but she saved.
3. That I see this with my own eye and after that I come to my work.
4. That the contents is true and correct. Dated:- 12-03-2013

**Deponent**

**Muhammad Hussain**
CNIC No. 34202-7396241-7
Contact No. 0301-6262094

12/3/13



# بیان حلفی

بیان ازاں محمد حسین ولد خان محمد ساکن چڑیا والہ تحصیل کھاریاں ضلع گجرات کا ہوں اور حلفاً بیان کرتا ہوں کہ۔

۱۔ یہ کہ مظہر مندرجہ بالا پتہ کا رہائشی و سکونتی ہوں۔ اور شٹرنگ کا کام کرتا ہوں

۲۔ یہ کہ مظہر آج سے تقریباً سات، آٹھ ماہ قبل میں مسمی شجاعت عباس کے گھر کے نزدیک شٹرنگ کا کام کر رہا تھا کہ تقریباً دن دو بجے کے قریب فائرنگ کی آواز سنی تو مظہر آواز سن کر مسمی شجاعت عباس ولد محمد اصغر کے گھر کی طرف لوگوں کو جمع دیکھا تو مظہر بھی وہاں چلا گیا۔

۳۔ یہ کہ مظہر نے اپنی آنکھوں سے دیکھا کہ مسمی شجاعت عباس کو اس کے والدین اور کچھ دوسرے لوگوں نے ایک کمرے میں بند کر دیا تھا جو چیخ پکار کر رہا تھا میں نے کچھ دوسرے لوگوں سے معلوم کیا کہ ماجرا کیا ہے تو مجھے پتہ چلا کہ مسمی شجاعت عباس نے اپنی بہن پر فائرنگ کی لیکن وہ بال بال بچ گئی۔

۴۔ یہ کہ مظہر نے تمام اپنی آنکھوں سے دیکھا اور اس کے بعد کچھ دیر وہاں رکا اور پھر واپس اپنے کام میں لگ گیا۔

۵۔ یہ کہ بیان حلفی میں کوئی امر مخفی نہ رکھا گیا ہے۔

آج بروز خہ 12-3-13 بمقام کھاریاں

قصدیق                                     العبد

مظہر حلفاً تصدیق کرتا ہوں کہ مراتب بالا            محمد حسین (من محلف)
میرے علم و یقین سے درست تسلیم ہیں۔            شناختی کارڈ 34202-7396241-7
                                              فون نمبر:- 0301-6262094