# EXHIBIT 15

IN THE COURT OF MR. FIAZ AHMED BUTAR CIVIL JUDGE GUJRAT

*In re: Muhammad Asghar S/O Rehmat Khan Caste Gujjar R/O Chiryawalla P.O Khas Tehsil Kharian District Gujrat.*

Versus

**Muhammad Aslam S/O Rehmat Khan Alias Chireu Caste Gujjar R/O Chiryawalla P.O Khas Tehsil Kharian District Gujrat.**

## SUIT FOR PERMANENT INJUNCTION

***Application of contempt of court and restoration of previous position***

Sir,

***Respectfully Sheweth as under:***

1. That the following agricultural land measuring 38 Kanal's 7 Marla's is in the sole ownership & possession of the plaintiff in the Village Chiryawalla according to the mutation No. 2103/92.

   - Land measuring 2 Kanal's 1 Marla in detail Khewat No. 20 Plot No.2 Khatuni No.49 of 1/8 share measuring 18 Kanal's 1 Marla of 55 kanal 1 Marla bearing plot No.20 share 1390/715 measuring 5 Marla's bearing Khatuni No. 55 of share 1/9 measuring 4 marla's of 1 Kanal 17 marla's bearing Khewat No. 55 Khatuni No. 103 land measuring 7 Kanal's 15 Marla's bearing Khewat No. 62 Khatuni No. 141-142, 3 Terrains.

2. That the plaintiff has filed above said suit for maintaining status quo for the said land and court ordered to maintain status quo. Defendant was informed & executed the above orders of the court. After execution defendant appeared before the court & filed written statement so case was fixed for 18-6-2012.



3. That on 18-5-2012 at 9:00 P.M I along with my son Shujaat reached at said land. We saw the defendant along with 4 unknown persons armed with firearms weapons trespass and my land. Defendant was ploughing my land with tractor. I protest & refrain him from said act and again informed him about the above said orders of court. Defendant along with others threatened us to our life and said I do not obey the order of court. I & my son afraid from them & came back to our home.

4. That defendant with unknown persons which are armed with firearms trespassing my land and illegally possessing my land commit contempt of court. Which is unlawful & against the justice.

***Therefore, It is humbly prayed that the defendant may please be summoned and ordered to evict the plaintiff's land & restored the previous position and plaintiff may please be delivered possession of said land and defendant be punished according to law for his above said act.***

***Plaintiff:***

*Muhammad Asghar S/O Rehmat Khan Caste Gujjar R/O Chiryawalla P.O Khas Tehsil Kharian District Gujrat.*



NOTE: This is original photo tested copy of the court in Urdu language.

بخدمت جناب مہتمم بندوبست / کلکٹر ضلع گجرات

EAS.O Kharian
to examine the record and report.

Distt Collector
S.O. Gujrat
19/1/12

Case Title

درخواست برائے درستگی ریکارڈ مال بابت
رقبہ موضع چڑیاولہ تحصیل کھاریاں

R.O. Halqa Kotla Arab Ali Khan
To examine the record and report.
AC, Kharian

جناب عالی!

گذارش ہے کہ نمبر خسرہ 1361/553 تعدادی 2 کنال واقع رقبہ موضع چڑیاولہ تحصیل کھاریاں مظہر سائل کے دادا مسمی ولیداد ولد خدابخش نے بروئے انتقال نمبر 377 مصدقہ مورخہ 15-06-1941 بیعہ خرید کیا۔ دادا مذکور کی وراثت کا انتقال نمبر 1004 مورخہ 22-09-1956 کو بحق رحمت خاں والدم منظور ہوا جس کا عملدرآمد سال 91-1990ء تک درست آ رہا ہے۔ والدم رحمت خان کے فوت ہونے پر انکا انتقال وراثت بحق محمد اسلم محمد عنایت، محمد افضل منظور ہوا۔ اب ریکارڈ پڑتال کرنے پر معلوم ہوا ہے کہ سال 95-1994ء میں نمبر خسرہ مذکور کا اندراج غلطی سے بحق محمد اصغر ولد رحمت خاں ولد مولا داد دیگر شخص کے نام کر دیا گیا ہے۔ جس کی درستگی کی جانی ضروری ہے۔

لہذا استدعا ہے کہ نمبر خسرہ مذکورہ 1361/553 کا اندراج بحق پسران رحمت خان درست کئے جانے کا حکم صادر فرمایا جائے۔

عرضی

محمد اسلم ولد رحمت خاں
قوم گوجر ساکن چڑیاولہ، تحصیل کھاریاں، ضلع گجرات۔

Certified To Be True Copy
2/3/13

IN THE COURT OF ADMINISTRATIVE SETTLEMENT
COLLECTOR / DISTRICT GUJRAT

**Application for Correction in Revenue Record Khasra No. 1361/553 Measuring 2 Kanal of Village Chiryawalla Tehsil Kharian District Gujrat.**

Sir.

Respectfully Sheweth as under:

That on 15-06-1941 my grand father Wali Dad S/O Khuda Bakhsh purchased land Measuring situated in village Chiryawalla 2 Kanal Khasra No 1361/553 through Mutation No. 377 That on 22-09-1956 inheritance Mutation No. 1004 was transferred in favor of my father Rahmat Khan S/O Wali Dad and which is continuing correctly till 1990-91. That after the death of my father Rahmat Khan S/O Wali Dad his inheritance mutations was transferred to Muhammad Aslam, Muhammad Anayat and Muhammad Afzal. That now I know said Khasra No. 1361/553 was wrongly transferred to Muhammad Asghar son of Rahmat Khan and other person in 1994-95 Jamabandi which should be corrected.

PRAYER:

Therefore it is humbly prayed that may please be ordered said Khasra No. 1361/553 be transferred in favor S/O of Rahmat Khan S/O Wali Dad.

APPLICANT

Muhammad Aslam S/O Rahmat Khan. Caste Gujjar
R/O Village Chiryawalla, Tehsil Kharian, District Gujrat.

12-93 [illegible]

2-3-13

114,3

2-3-13

A

2-3-13

2-3-13

P-1

2

1

3L

[illegible]

# بخدمت جناب مہتمم بندوبست / کلکٹر صاحب ضلع گجرات

NOTE - Original Tested copy by the court of Collector Distt Gujrat in urdu Language.

عنوان: Title درستگی ریکارڈ بذریعہ نظر ثانی انتقال نمبر 1207 مورخہ 26/12/1992

واقع رقبہ چک چھڑ پور تحصیل کھاریاں ضلع گجرات 108/2/12

جناب عالی!

گذارش ہے کہ ہمارے دادا ولیداد نے بذریعہ انتقال نمبر 307 خسرہ نمبر 148 سابق 3 کنال 4 مرلے حال 193 خرید کیا۔ جسکا کاغذات مال میں درست عمل ہوتا رہا ہے۔ مابعد ہمارے دادا کا انتقال وراثت بحق والد رحمت خاں انتقال نمبری 765 مورخہ 26/06/1962 کو منظور ہوا جسکا عمل ورآمد درست طور پر ہوکر اندراج سال 90-1989 تک درست آرہا ہے۔ مابعد خسرہ مذکورہ کا اندراج غلطی سے رحمت خاں ولد مولا داد کے نام ہوگیا جس کا غلط اندراج کی بنا پر رحمت خاں ولد مولا داد نے انتقال ہبہ نمبری 1207 ہمراہ دیگر رقبہ نمبر خسرہ مذکورہ ملکیتی والد بحق پسر محمد اصغر ہبہ کردیا جسکا عمل اب ریکارڈ میں غلط چلا آرہا ہے۔

استدعا ہے کہ درستگی ریکارڈ کا حکم صادر فرمایا جائے۔

Ch. [illegible] Rashid
L.No. 88 S.V
District Courts Gujrat
8/12

المعارض

M. Aslam

محمد اسلم ولد رحمت خاں

قوم گوجر ساکن چڑیاولہ تحصیل کھاریاں ضلع گجرات

EASO [illegible]
For enquiry & report

Deputy Collector
8/12/11

1769/80
13/12/11

R.O. Halqa.
For enquiry and report.

AC/EASO Kharian.
15/12/11

No. 935/HA
15/12/11

Certified To Be True Copy

Examiner Copying Agency
[illegible] of District Collector

IN THE COURT OF ADMINISTRATIVE SETTLEMENT
COLLECTOR / DISTRICT GUJRAT

**<u>Application for Correction in Revenue Record Mutation No. 1207 dated 26-12-1992, Through Revision Situated Village Chak Chor Pur, Tehsil Kharian District Gujrat,</u>**

Sir

*Respectfully Sheweth as under:*

That my grand father purchased said situated land in Village Chiryawalla, Tehsil Kharian, District Gujrat measuring 3 Kanal 4 Marla, presently Khasra No. 193 previous Khasra No. 148 through Mutation No. 307 that the correction process is continuing still in revenue record. That after word at time of mutation registration No. 1207 Rahmat Khan S/O Mola Dad was gifted the said land but said land in also possession Rahmat Khan S/O Wali Dad and his legal heirs. That after the mutation of inherence is also wrongly transferred in the favour of Rahmat Khan S/O Mola Dad in revenue record.

PRAYER:

Therefore it is humbly prayed that may please be order Mutation No. 1207 be correct through revision.

APPLICANT

Muhammad Aslam S/O Rahmat Khan, Caste Gujjar
R/O Village Chiryawalla, Tehsil Kharian, District Gujrat.



1292

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

2

1

3

[illegible]

NOTE - This is original Tested copy of the court in Urdu language

case title

[Handwritten Urdu text - illegible in detail]

حضور [illegible] گزارش ہے

۵- یہ کہ مسئول علیھم نے مورخہ 15 جون 2002 بوقت [illegible] بجے دن [illegible] سائل کی اراضی پر ہل چلا کر قبضہ [illegible] میں مداخلت کی [illegible] سائل کو علم ہوا تو سائل مع [illegible] شہادت موقع پر پہنچا تو مسئول علیھم کو زمین مذکورہ بالا میں ہل چلا کر قبضہ کرنے سے منع کیا اور فاضل عدالت کے حکم سے دوبارہ مطلع کیا اور [illegible] کہ زمین متدعویہ سائل کی ملکیت و مقبوضہ ہے [illegible] عدالتی حکم [illegible] ناجائز قبضہ کرنے سے باز رہو مگر مسئول علیھم نے [illegible] دیگر [illegible] نامعلوم اشخاص [illegible] سائل کو جان سے مار دینے کی دھمکی [illegible] اگر خیریت چاہتے ہو تو یہاں سے چلے جاؤ بصورت دیگر سنگین نتائج کا سامنا [illegible] واپس چلے گئے۔

۶- یہ کہ مسئول علیھم نے [illegible] نامعلوم اشخاص [illegible] سائل کی اراضی پر ناجائز قبضہ [illegible] عدالت [illegible] کیا ہے۔ جو کہ سراسر خلاف قانون [illegible] ہے [illegible]

لہذا استدعا ہے کہ مسئول علیھم [illegible] ناجائز مسئول علیھم [illegible] سائل [illegible] مسئول علیھم [illegible] نامعلوم اشخاص [illegible]

[illegible]

محمد صفدر ولد [illegible] خان قوم [illegible] سکنہ [illegible] ضلع گجرات

[illegible]

SHAHBAZ AKBAR ADVOCATE
NOTRY PUBLIC
ATTESTED

Note: This is original tested photo copy of the court in urdu language

case title -

Civil Judge 1st Class
Gujrat.

Civil Judge 1st Class
Gujrat.

Order.

Present: Counsel for the plaintiff.

Defendant No.6 present.

Representative of The Province of The Punjab.

Preliminary arguments upon application for temporary injunction heard.

The plaintiff has filed this suit for perpetual injunction against the defendants. Alongwith the main suit plaintiff also filed an application for the temporary injunction praying for the issuance of ad-interim injunction.

Since the application for temporary injunction is duly supported by an attested affidavit as well as the copy of the *mutation* available on file. Therefore, subject to all just and

ATTESTED
District & Sessions Court
Gujrat.

legal exceptions status quo be maintained at the spot with regards to possession and alienation of the disputed property till next date. File to come up on 15.3.2012 for submission of written statement/for summoning of the remaining respondent/defendants through summons/notices alongwith registered envelope A/D and process fee subject to deposit of the same within 3 days positively for 15.3.12.

Announced: 21.2.12.

CIVIL JUDGE 1ST CLASS
GUJRAT.

24/2/2012

Civil Judge 1st Class
Gujrat.

Civil Judge 1st Class
Gujrat.