# EXHIBIT 16





