# EXHIBIT 17



