# EXHIBIT 18

Subject: RE: visa fraud
Date: Fri, 22 Feb 2013 10:01:41 +0500
From: InfoPort@state.gov
To: shakilajmal@hotmail.com

Dear Mr. Mohammad Ajmal,

Thank you so much for providing us the required documents. Mr. Ajmal I want to ask you some more questions in order to clear the picture.

Where is your son in law lives, in Pakistan or in U.S?
Is your daughter happy with her married life?
You told us that Shujahat Abbas is misleading and misusing your daughter, elaborate please?
The passport number you provided us of Mr. Shujahat is incomplete. Please provide us the complete passport number (for example: AB1234567).

Regards.

U.S embassy Islamabad Pakistan.


**From:** shakeel choudhry [mailto:shakilajmal@hotmail.com]
**Sent:** Friday, February 22, 2013 5:32 AM
**To:** Islamabad, Info Port
**Subject:** RE: visa fraud

Hi
Dear and respectable Officer

Refrence is made to your e-mail.
The required documents are hereby enclosed for your further action please
1   Nikaa nama (merraige certificate) in Urdu and in English as well
2   Photographs/picture of my daughter Amina Ajmal
3   My native address in Pakistan is "Mohammad Ajmal choudhry S/O Mohammad Ashraf(late)
    Village and post office Chiryawala Tehsil Kharian District Gujrat
4   Regarding black and white proof of Mr Shujahat Abbas
    At present I donot have any such record which can be farwarded to your office
    However I will try mine best to get that,as and when i will get , that will be send to you.

If you have any further question feel free to contact

Best regards

---

Subject: RE: visa fraud
Date: Thu, 21 Feb 2013 11:25:38 +0500
From: InfoPort@state.gov
To: shakilajmal@hotmail.com
Dear Mr. Mohammad Ajmal,

Thank you for sharing the information with U.S embassy Islamabad. we have started working on your provided information, but the information that you have provided to us is not sufficient enough to go further with that. It will be a great help from you if provide us the following information.
 Any proof of Shujahat Abbas criminal history in Dubai (UAE) in black & white (police record etc)
 Marriage documents of your daughter.
 Picture of your daughter.
 Your native address here in Pakistan.
Please provide the aforementioned information ASAP.

Regards.

U.S embassy Islamabad Pakistan

---

**From:** shakeel choudhry [mailto:shakilajmal@hotmail.com]
**Sent:** Thursday, February 21, 2013 6:30 AM
**To:** Islamabad, Info Port
**Subject:** visa fraud

Hi
   **dear and respectable counslate officer**

   This is "Mohammad Ajmal Choudhry " residing at 817 foster ave brooklyn NY 11230.
   I want dreaw your **attention** to an **important point/case.**
   1     I hereby state that **Mrs Amina Ajmal** Date of birth August 24,1990 is my daughter and **citizen of USA**
   She is a married as er the Muslim rituals.
   2    Mr Shujahat Abbas having Pakistani **passport No 1016353** issue date September 03,2012
   Pakistan National ID No 34202-157635-1  .He is having a henious criminal record on his back ground ,like he was  involved and arrested by "Dubai"(UAE)
   authorities in smuggling of **norcotics and cotraband** items. he managed his escape from custody and is declared as **Proclaimed Offender**  by the UAE
   govt. He went back to Pakistan by illegal means.
   3    Recently I have come to know that he have developed friendship/close relationship  with my above stated  married daughter Mrs Amina Ajmal.He is
   trying his level best to come to USA by hook and by crook.This has also come to my notice that he is

misleading and misusing my daughter for this
   purpose.

      I being a resident of USA consider it as my obligatory duty to inform you before he come to USA.
      If you have any question regarding this matter feel free to contact me.
      Home 718 434 1976
      Cell   917 853 7685