# EXHIBIT 19

Quest Diagnostics, Incorporated



"Providing Quality Healthcare to All"

# BEST MEDICAL CARE, PC

Corporate Office: 121-02 Hillside Ave., Richmond Hill, NY 11418 Tel: 718-850-1673

Batool M. Hussaini, M.D.
President & Medical Director

Farzana Aziz, M.D.
Asst. Medical Director

Syed M. Hussaini, M.D.
CEO

Date 03/11/13

TO WHOM IT MAY CONCERN

This is to certify that MR. CHOUDARY, MOHAMMAD (DOB 01/12/1953) R/O 817 Foster Ave BKLYN NY 11230 is under my treatment for the last 02 yrs. He was seen by me last time on 02/02/2013 at Foster Clinic.

He has multiple Medical Conditions as follow.

1. Diabetes Mellitus type II   250.00
2. Gout / Arthritis  274.9 / 716.95
3. Obesity  278.00
4. High Cholesterol  272.0
5. Insomnia / Depression  780.52 / 311

He is taking following Meds. 1. Metformin HCl 500 mg 1 Tab po BID
2. ASA 81 mg po daily, 3. Enalapril 25 mg po daily
4. Allopurinol 100 mg po daily 5. Vit D 50,000 u 1 Cap po weekly.
6. Amlodipine 10 mg 1 Tab po BID  7. Omeprazole 40 mg po daily.

He is under treatment by Cardiologist, Eye DR, Foot DR, and Psychiatrist. If you have any Call Me 718 850 1673



902 Foster Ave
Brooklyn, NY 11230
www.carebmc.com

MOHAMMAD BASHIR BHATTI M.D.
NYS LIC # 244363
DEA # FB0292829

03/11/13