# EXHIBIT 19

Quest Diagnostics, Incorporated



"Providing Quality Healthcare to All"

# BEST MEDICAL CARE, PC

Corporate Office: 121-02 Hillside Ave., Richmond Hill, NY 11418 Tel: 718-850-1673

Batool M. Hussaini, M.D.
President & Medical Director

Farzana Aziz, M.D.
Asst. Medical Director

Syed M. Hussaini, M.D.
CEO

Dr 03/11/13

TO WHOM IT MAY CONCERN

This is certify that MR. CHOUDARY, MOHAMMAD (DOB 01/12/1953) R/o 817 Foster Ave Bklyn NY 11230 is under my treatment for the last 02 yrs. He was seen by me last time on 02/02/2013 at Foster clinic.

He has multiple medical conditions as follow.

1. Diabetes Mellitus Type II   250.00
2. Gout / Arthritis   274.9 / 716.95
3. Obesity   278.00
4. High Cholesterol   272.0
5. Insomnia / Depression   780.52 / 311

He is taking following Meds. (1) Metformin HCl 500 1 Tab po BID (2) ASA 81 mg po daily (3) Enalapril 25 mg po daily (4) Allopurinol 100 mg po daily (5) Vit D 50,000 U 1 Cap po weekly (6) Ambien 10 mg 1 Tab po HS (7) Omeprazole 40 mg po daily.

He is under treatment by cardiologist, eye Dr., foot Dr., and psychiatrist. If you has any Call me 718 850 1623

MOHAMMAD BASHIR BHATTI M.D.
NYS LIC # 244363
DEA # FB0292829

03/11/13



BEST MEDICAL CARE, PC
902 Foster Ave
Brooklyn, NY 11230
www.carebmc.com

