# EXHIBIT 20

OFFICE OF THE ADMINISTRATOR UNION COUNCIL CHIRIYAWALA
NO.101 TEHSIL KHARIAN DISTRICT GUJRAT

No. 25                                                                 Dated 14-3-2013

## CERTIFICATE REGARDING AS NAZIM UNION COUNCIL

It is certified that Ch. Muhammad Afzal son of Muhammad Ashraf, caste Gujjar resident of Chiriyawala Tehsil Kharian District Gujrat was remained as Nazim Union Council for both the local body election 2001 to 2004 and 2005 to 2010.

During the said period he may his best efforts for the improvement of the area of Union Council Chiriyawala. He was a hard worker, public well wisher and responsible Nazim.


Administrator                                             Secretary
Union Council Chiriyawala No.101              Union Council Chiriyawala
Tehsil Kharian District Gujrat                       Tehsil Kharian