# EXHIBIT 20

<u>OFFICE OF THE ADMINISTRATOR UNION COUNCIL CHIRIYAWALA</u>
<u>NO.101 TEHSIL KHARIAN DISTRICT GUJRAT</u>

No. __25__                                          Dated __14-3-2013__

## <u>CERTIFICATE REGARDING AS NAZIM UNION COUNCIL</u>

It is certified that Ch. Muhammad Afzal son of Muhammad Ashraf, caste Gujjar resident of Chiriyawala Tehsil Kharian District Gujrat was remained as Nazim Union Council for both the local body election 2001 to 2004 and 2005 to 2010.

During the said period he may his best efforts for the improvement of the area of Union Council Chiriyawala. He was a hard worker, public well wisher and responsible Nazim.

Administrator                                    Secretary
Union Council Chiriyawala No.101        Union Council Chiriyawala
Tehsil Kharian District Gujrat                Tehsil Kharian