# EXHIBIT 21

*8th March 2013*

*Character Reference for Mr. Ajmal Chouhdry*

## To Whom It May Concern

Respected Sir/Madam,

I am Mohammad Raja Iqbal and have been associated with Mr. Ajmal Chouhdry over 10 years and he is my best friend. I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Furthermore, I have always seen him help his old neighbors with their daily chores, he always helps anyone in need, and I am very proud to say he is one of the kindest and most helpful souls I have ever met, In fact I would say that Ajmal Chouhdry has one of the most tender hearts I have known. He genuinely cares about the people in his life.

Thank you for considering these characteristics, I highly Appreciate for taking time to read this letter.

Yours Sincerely,

*[signature]*

NYSDL

Mohammad Raja Iqbal
702 East 10st Apt 2
Brooklyn, NY 11230

*Sworn and subscribed before me*

(347) 4236012

MAR 09 2013

*[signature]*
ALI MIR SHAHABUDDIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6159438
Qualified in Kings County
My Commission Expires January 16, 20 15