# EXHIBIT 22

8th March 2013

*Character Reference for Mr. Ajmal Chouhdry*

## To Whom It May Concern

Respected Sir/Madam,

I am Rehman Chaudhry and have been associated with Mr. Ajmal Chouhdry for over 10 years, In that time, he has consistently impressed me as a man of faith who had devoted his life for his kids. He is a man of good moral character, It may seem hard to believe in the given circumstances, but this is true nonetheless. I have known him since long and in that period I have seen him go through several ups and downs, this has made me believe that he is a decent man at the core. He has dedicated many hours of his weekends helping the old. He organizes activities for the aged and spends time with them. He is bound to leave you with a smile, every time you meet him.

Furthermore, I must say that he is Dependable, Reliable, Hard-working, Conscientious, Honest, Peace-loving, and Courteous. He has only been a positive and challenging influence in my interactions with him.

Please feel free to contact me if I can be of further service on Ajmal's behalf. My contact information is listed below. Thank you.

Yours Sincerely,

REHMAN CH

Rehman Chaudhry
234 Ocean View Apt#1F
Brooklyn, NY 11235
Cell: (347)962-0346

SWORN TO BEFORE
ME THIS 09 DAY OF MARCH
2013

ALICE ASHER
NOTARY PUBLIC, State of New York
No. 01AS6062200
Qualified in Kings County
Commission Expires July 30, 2013

*Alice Asher*