# EXHIBIT 23

*8th March 2013*

*Character Reference for Mr. Ajmal Chouhdry*

## To Whom It May Concern

Respected Sir/Madam,

My Name is Asjid Mahmood and I have known Mr. Ajmal Chouhdry for several years, In that time, I have had the chance to see him caring for others by regularly opening his home to enjoy the time together. Ajmal has personally invested his time in the helping and provide support to poor people. I am thankful personally for the honesty he brings to those around him.

I am not very knowledgeable in matters of law, but it just seems wrong to me that a good man of character and determination like Ajmal Chouhdry should be imprisoned. As I see it, he's the kind of person that you can call on any time when you need a shoulder to lean on.

Also, I have been impressed with the love and commitment his friends has for him. In the meantime, I will stand with my friend in prayer and with faith in his character. I believe he will emerge stronger in character and in truth, and that good will come out this bad.

I am absolutely certain that if you give Ajmal an opportunity to serve in such a way as to help others that our community will be justly compensated. Thank you for your just consideration of Ajmal's future.

Yours Sincerely,

Asjid Mahmood
767 East 9th St Apt#1F
Brooklyn, NY 11230
718 974 7711

*Sworn and subscribed before me*

MAR 09 2013

ALI MIR SHAHABUDDIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6159438
Qualified in Kings County
My Commission Expires January 16, 20_15_