# United States District Court

_____EASTERN_____ **DISTRICT OF** _____NEW YORK_____

In the Matter of the Search of
**(Name, address or brief description of person or property to be searched)**

THE PREMISES KNOWN AND DESCRIBED AS:
EMAIL ADDRESS "shakilajmal@hotmail.com"

## SEARCH WARRANT

**CASE NUMBER:** 13-150 (WFK)

TO: Special Agent Christopher Heck _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Christopher Heck ▪ who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

THE PREMISES KNOWN AND DESCRIBED AS EMAIL ADDRESS "shakilajmal@hotmail.com,"
as set forth in Attachment A

in the EASTERN _____ District of __NEW YORK_____ there is now concealed a certain
person or property, namely (describe the person or property)

Evidence, fruits and instrumentalities of violations of Title 18, United
States Code, Section 956 and Title 18, United State Code, Section 875(c), as
set forth in Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the issuance
of this warrant.

YOU ARE HEREBY COMMANDED to search on or before April 24, 2013
Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has
been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt
for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this
warrant to the Honorable William F. Kuntz II _____ as required by law.
United States Judge or Magistrate Judge

April 15, 2013   2:10 P.M.      at  Brooklyn, New York
Date and Time Issued                                    City and State

                                                s/William F. Kuntz, II

the Honorable William F. Kuntz ▪
Name and Title of Judicial Officer                    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
U.S. Judge or Magistrate Judge                                       Date

Rev 3/04

**ATTACHMENT A**
Property to Be Searched

This warrant applies to information associated with the EMAIL PREMISES "shakilajmal@hotmail.com" that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a company headquartered in Redmond, Washington.

**ATTACHMENT B**
Particular Things to be Seized

I.   Information to be disclosed by Microsoft Corporation

        To the extent that the information described in
Attachment A is within the possession, custody, or control of
Microsoft Corporation, Microsoft Corporation is required to
disclose the following information to the government for each
account or identifier listed in Attachment A from November 2012
until the present:

   a.   The contents of all emails stored in the account,
        including copies of emails sent to and from the
        account, draft emails, the source and destination
        addresses associated with each email, the date and time
        at which each email was sent, and the size and length
        of each email;

   b.   All records or other information regarding the
        identification of the account, to include full name,
        physical address, telephone numbers and other
        identifiers, records of session times and durations,
        the date on which the account was created, the length
        of service, the types of service utilized, the IP
        address used to register the account, log-in IP
        addresses associated with session times and dates,
        account status, alternative email addresses provided
        during registration, methods of connecting, log files,
        and means and source of payment (including any credit
        or bank account number);

   c.   All records or other information stored by an
        individual using the account, including address books,
        contact and buddy lists, calendar data, pictures, and
        files;

   d.   All records pertaining to communications between
        Microsoft Corporation and any person regarding the
        account, including contacts with support services and
        records of actions taken.

II.  Information to be seized by the government

        All information obtained from Microsoft Corporation
will be maintained by the government for the purpose of
authentication and any potential discovery obligations in any
related prosecution.  The information shall be reviewed by the
government only for the purpose of identifying and seizing all
information described above in Section I that constitutes fruits,

evidence and instrumentalities of conspiracy to commit murder abroad, in violation of Title 18, United States Code, Section 956, and the transmission of threats to injury the person of another in interstate commerce, in violation of 18 U.S.C. § 875(c), since November 2012, including, for the account or identifier listed on Attachment A:

    a.    Choudhry's motivation to threaten and murder Shujat Abbas and his family.

    b.    Choudhry's efforts to prevent Shujat Abbas from fleeing Pakistan and entering the United States.

    c.    Choudhry's efforts to impugn the reputation of Shujat Abbas in order to establish potential alternative bases for someone to want to injure Shubat Abbas and his family.

    d.    Communications between Choudhry and others designed to further Choudhry's ability to find and murder Shujat Abbas and his family,

    b.    Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.