# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AND DESCRIBED AS:
EMAIL ADDRESS "shakilajmal@hotmail.com"

## SEARCH WARRANT

**CASE NUMBER:** 13-150 (WFK)

TO: __Special Agent Christopher Heck__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Christopher Heck__ ☒ who has reason to
                                                          Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

THE PREMISES KNOWN AND DESCRIBED AS EMAIL ADDRESS "shakilajmal@hotmail.com," as set forth in Attachment A

in the __EASTERN__ District of __NEW YORK__ there is now concealed a certain person or property, namely (describe the person or property)

Evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 956 and Title 18, United State Code, Section 875(c), as set forth in Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 24, 2013__
                                                                    Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __the Honorable William F. Kuntz II__ as required by law.
                     United States Judge or Magistrate Judge

__April 15, 2013  2:10 P.M.__                    at   Brooklyn, New York
Date and Time Issued                                   City and State

the Honorable William F. Kuntz                         s/William F. Kuntz, II
Name and Title of Judicial Officer                     Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____              _____
U.S. Judge or Magistrate Judge                                                                Date

Rev 3/04

**ATTACHMENT A**
Property to Be Searched

This warrant applies to information associated with the EMAIL PREMISES "shakilajmal@hotmail.com" that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a company headquartered in Redmond, Washington.

**ATTACHMENT B**
Particular Things to be Seized

I. Information to be disclosed by Microsoft Corporation

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft Corporation, Microsoft Corporation is required to disclose the following information to the government for each account or identifier listed in Attachment A from November 2012 until the present:

a. The contents of all emails stored in the account, including copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

d. All records pertaining to communications between Microsoft Corporation and any person regarding the account, including contacts with support services and records of actions taken.

II. Information to be seized by the government

All information obtained from Microsoft Corporation will be maintained by the government for the purpose of authentication and any potential discovery obligations in any related prosecution. The information shall be reviewed by the government only for the purpose of identifying and seizing all information described above in Section I that constitutes fruits,

evidence and instrumentalities of conspiracy to commit murder abroad, in violation of Title 18, United States Code, Section 956, and the transmission of threats to injury the person of another in interstate commerce, in violation of 18 U.S.C. § 875(c), since November 2012, including, for the account or identifier listed on Attachment A:

a. Choudhry's motivation to threaten and murder Shujat Abbas and his family.

b. Choudhry's efforts to prevent Shujat Abbas from fleeing Pakistan and entering the United States.

c. Choudhry's efforts to impugn the reputation of Shujat Abbas in order to establish potential alternative bases for someone to want to injure Shubat Abbas and his family.

d. Communications between Choudhry and others designed to further Choudhry's ability to find and murder Shujat Abbas and his family,

b. Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.