# EXHIBIT 1



E601470

# AFFIDAVIT

Zameer Abbas son of Fazal Hussain, Caste Gujjar, Age about 18 years, occupation Resident of [illegible], Tehsil Kharian, District Gujrat.

1. I solemnly declare that I am eye witness and injured person of case No. 25, Dated [illegible]5-12-2013, u/s 109, 148/149, 302/324 PPC Police Station Kakrali.
2. I solemnly declare that at the time of occurrence I am driving motorcycle and Muhammad Asghar deceased and Madhia, who are my relative, were also sit on my motorcycle behind me.
3. I solemnly declare that at the time of occurrence, Javed Iqbal Son of Muhammad Khan, Ehsan Ullah son of Zafar Iqbal, Shahid Iqbal Son of Muhammad Khan, Mazhar Iqbal son of Fateh Khan, Resident of Chariyawala, were not present at the place of occurrence and they not fir out, they are innocent person, their name was written in above mentioned case by misunderstanding.
4. I solemnly declare that this affidavit was written with my free will and by the trust of God, without any pressure.

*Verification:-*

I solemnly certified that the above mentioned contents are true and correct to the best of my knowledge and belief and nothing has been concealed herein.

Declared at Kharian, in the District of Gujrat, Pakistan on 03rd April 2013.

**Deponent**

ATTESTED

Zameer Abbas

Rupees

بیان حلفی