# EXHIBIT 2

# AFFIDAVIT

**I, ZAMEER ABBAS S/O FAZAL HUSSAIN** Caste Gujjar age about 18 years doing cultivation resident of Village Uttam Tehsil Kharian District Gujrat, Pakistan do hereby solemnly declare and affirm on oath as under:-

1. That I am eye witness of Case No. 25 dated 25-02-2013 under section 302/148, 149/324, 109 P.P.C at Police Station Kakrali.

2. That at the time of incident I was going on my motor cycle bearing No. 6156/GTL, while Muhammad Asghar dead victim and Madiha Asghar were also riding with me, whom they are my near relatives.

3. That at the time of incident **MR. MUHAMMAD AKMAL S/O MUHAMMAD ASHRAF** Caste Gujjar resident of Village Chiriawala was neither present on occurrence place nor he did any firing. Due to mistake his name was included in the First Information Report, who is innocent.

4. That I have given this affidavit with my own free will, knowing to God presence with out any pressure.

Certified that the contents of this affidavit are true and correct to the best of my knowledge and belief and nothing has been concealed therein.

Declare at Kharian in the District Gujrat on this **17th day of April 2013**.

**DEPONENT**

(ZAMEER ABBAS)