# EXHIBIT 3




# AFFIDAVIT

I, Mr. Manzoor Ahmed, Son of Rehmat Khan, Resident of Charyawala, Tehsil Kharian, District Gujrat, Pakistan , do hereby solemnly declare as under:-

1. That I am the permanent resident of above mentioned place and address as well as national of Pakistan.
2. That I am bus driver, and driving my bus as a pick and drop the students from schools to home since many years.
3. That Miss. Samyab is the student of the Government Degree college of Bhimber, and she is also travelling with my bus from Home to College.
4. That I receive a call on my mobile No. 0301-6289743, on 25th February 2013, when I am present at Bhimber, that the real father and real sister of Miss. Samyab was killed, by two unknown persons, in village Charyawala, therefore, you will be very careful and when you reach in Charyawala, then contact with me.
5. That on 25th February 2013, Miss. Samyab travel with me from home to college morning time ,and I drop the Miss. Samyab to her home Village Charyawala, at about 3:15 approximately, as per my previous timing, when I reach at Charyawala, then I handed our above said Miss. Samyab to two Police Constables, along with others students, in front the house of Mr. Murad.
6. That the contents of this affidavit is true and correct to the best of my knowledge and belief and nothing has been concealed therein.

Declared at Kharian, in the District of Gujrat, Pakistan on 15th April 2013.

**Executants**






**Mr. Manzoor Ahmed**
CNIC No. 34202-6406624-3

منظور احمد