LAW OFFICES OF

# DRATEL & MYSLIWIEC

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK  10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL                                                    STEVEN WRIGHT
AARON MYSLIWIEC                                                    *Office Manager*
—
LINDSAY A. LEWIS

April 23, 2013

**BY ECF**

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Mohammad Ajmal Choudhry,*
                          13 Cr. 150 (WFK)

Dear Judge Kuntz:

This letter corrects information provided in my letter submitted by ECF earlier today, responding to the government's April 23, 2013, letter and providing information on additional potential suretors willing to post property on Mr. Choudhry's behalf.

Mr. Choudhry's life-long family friend from Pakistan, Abid Malik, remains willing to sign the bond and post property, but I have learned since filing my letter that the property Mr. Malik believed was available to post is not available.  Minutes ago I received a phone call from Mr. Malik's attorneys informing me that while Mr. Malik is not able to post the equity he owns in gas stations in the Fort Worth area, he is willing and able to post 45 acres of undeveloped land he owns outright, and that is worth anywhere from $250,000 to $500,000.

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

Hon. William F. Kuntz II
United States District Judge
Eastern District of New York
April 23, 2013
Page 2 of 2

     If there are any questions about this potential suretor or his property, the Court should inquire of him directly.

Respectfully submitted,

Joshua L. Dratel

JLD/
Encls.

cc:    Margaret E. Gandy
        Amanda Hector
        Assistant United States Attorneys