## CERTIFIED TRANSLATION
### TRANSLATION OF ARREST WARRANT FROM NATIVE "URDU" LANGUAGE TO ENGLIS

**TRANSLATED BY**
**ALYAS BHATTI LL.M**

---

Criminal New Form Number 4-A

| | | |
|---|---|---|
| (Rubber Stamp Impression) | | Complaint No: 25 Dated 25/2/13 |
| MOHSIN ALI KHAN | **ARREST WARRANT** | Crime 302/324  337F3/337F4  109/148/149 |
| Civil Judge Class II | Without Bail | |
| Judicial Magistrate 1st Class | (See Section 5 Crim. Procedure Code) | Police Station KUKRALI |
| Kharian | | |

District  Gujrat              Schedule 5 Form Number 2

In the Court of Hon. Mohsin Ali Khan Esq.   Special Judicial Magistrate     Grade 1st Kharian

Named To * Mohammad Ajmal son of Mohammad Asharaf  Caste Gujar resident of Charryavla

KNOW ALL THAT, named  Mohammad Ajmal resident of Charryavla is charged for crime  302/324

109/148/149 is blamed. Therefore through  this writing, you are ordered that named Mohammad Ajmal

in particular be arrested and present before us.         In this respect be reminded.

Dated              Month              Year   20AD

Court Seal                                Special Magistrate 1st  Class
                                         **Mohsin Ali Khan**
                                         Civil Judge Class II
                                         Judicial Magistrate 1st Class
                                         Kharian
                                         21-3-13

---

* Here the Name and Position of the person or persons for who or whose or on whom warrant served, entry be made.
* Over here crime will subscribed.

**Naveed  Photo Copy District Court Lahore**

---

### CERTIFICATION
It is certified that aforementioned is the true and accurate translation of one page arrest warrant transcribed in Native "URDU" language to "ENGLISH". I am qualified and approved to do the translation and interpretation for the US Federal District Courts of the Eastern, Western, Northern & Southern Districts of New York. I am member of National Association of Juristic Interpreters & Translators (NAJIT) of USA.

*Alyas Bhatti*
**ALYAS BHATTI LL.M**