# United States District Court

_____ EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

**In the Matter of the Search of**
**(Name, address or brief description of person or property to be searched)**

THE PREMISES KNOWN AND DESCRIBED AS THE NOKIA
C2-01 CELLPHONE, IMEI #351659/05/515495/7

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **MAY 0 9 2013** ★

BROOKLYN OFFICE

## SEARCH WARRANT

**CASE NUMBER:** 13-CR-0150 (WFK)

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER _____ and any Authorized Officer of the United States

Affidavit(s) having _been_ made before me by ____ SPECIAL AGENT CHRISTOPHER HECK ____ who has reason to
Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

See Attachment A

in the EASTERN _____ District of ____ NEW YORK _____ there is now concealed a certain
person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the issuance
of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____ _April 8, 2013_ ____
Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has
been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt
for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this
warrant to the Honorable William F. Kuntz _____ as required by law.
United States Judge or Magistrate Judge

__3-25-2013__   __13:42 Hour__   at   Brooklyn, New York
Date and Time Issued

Honorable William F. Kuntz                    /s/ William F. Kuntz
Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME OF WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| MARCH 25, 2013 | MARCH 25, 2013 @ ≤ 1650 HRS | N|A |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) CELL PHONE CONTENTS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_K. Heck_

Subscribed, sworn to, and returned before me this date.

_____              _____
U.S. Judge or Magistrate Judge                                    Date

Rev 3/04