```
                                                        FILED
                                                  IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                   ★  MAY 09 2013  ★
- - - - - - - - - - - - - - - - - - - - - - X
                                                  BROOKLYN OFFICE
IN THE MATTER OF AN APPLICATION
FOR A SEARCH WARRANT FOR: THE
PREMISES KNOWN AND DESCRIBED                      UNSEALING ORDER
AS THE NOKIA C2-01 CELLPHONE,
IMEI #351659/05/515495/7, issued on               13-CR-0150 (WFK)
March 25, 2013

- - - - - - - - - - - - - - - - - - - - - - X
```

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Margaret Gandy, for an order unsealing the search warrant for the Nokia C2-01 cellphone, IMEI #351659/05/515495/7, issued on March 25, 2013, the affidavit filed in support of the application for the search warrant and the return for the search warrant, and full consideration having been given to the matter set forth therein and good cause having been shown, it is hereby

ORDERED that the search warrant for the Nokia C2-01 cellphone, IMEI #351659/05/515495/7, issued on March 25, 2013, the affidavit filed in support of the

application for the search warrant and the return for the search warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         May 8, 2013

/s/ William F. Kuntz

THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK