# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

__United States of America__ v.

__Mohammad Ajmal Choudhry__

Docket No.: __13 Cr. 150 (WFK)__

__The Honorable William F. Kuntz, II__
(District Court Judge)

Notice is hereby given that __Mohammad Ajmal Choudhry__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] __denial of defendant's bail application__
(specify)

entered in this action on __April 26, 2013__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✓]

Defendant found guilty by plea [ ]   | trial |   | N/A [✓] .

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: _____   N/A [✓]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   | N/A [ ]

Appellant is represented by counsel? Yes [✓] | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel |
| Counsel's Address: | 2 Wall Street, 3rd Floor |
| | New York, New York 10005 |
| Counsel's Phone: | (212) 732-0707 |
| Assistant U.S. Attorney: | Margaret Gandy and Richard M. Tucker, United States Attorney's Office for the Eastern District |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | (718) 254 - 6213; (718) 254 - 6204 |

_[Signature]_
Signature

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653058774
Cashier ID: riquelme
Transaction Date: 05/10/2013
Payer Name: THE LAW OFFICES OF JOSHUA L DR
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE LAW OFFICES OF JOSHUA L DR
 Case/Party: D-NYE-1-13-CR-000150-000
 Amount:         $455.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```