

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AH/RT/MG
F.#2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2013

<u>By FedEx and ECF</u>

Joshua Dratel, Esq.
Dratel & Mysliwiec, P.C.
2 Wall Street, 3rd Floor
New York, N.Y. 10005

   Re: <u>United States v. Mohammad Ajmal Choudhry</u>
      <u>Criminal Docket No. 13-0150 (WFK)</u>

Dear Mr. Dratel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

  Enclosed please find a search warrant for the defendant's Nokia C2-01 cellular telephone, seized in connection with his arrest of February 25, 2013 and the accompanying affidavit in support of that search warrant. In addition, enclosed are the following materials:

| Ex | Description |
|---|---|
| 1 | Compact Disc ("CD") containing call detail records associated with the following telephone numbers: 917-853-7685; 347-307-0929; 917-861-8731; 347-320-9894; 917-916-4707; 347-915-9904; 347-945-8069; 917-330-3139; 718-434-1976; 718-434-1976, as well as associated subscriber and payment records |
| 2 | Compact Disc ("CD") containing the results of the above-described search warrant executed on the defendant's Nokia C2-01 cellular telephone |