TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*********************************

In the matter of a
SEARCH WARRANT
-v.-
Hewlett Packard Pavilion
Desktop Computer

*********************************

Docket Number: 13-CR-150

SUBMITTED BY: Plaintiff___ Defendant___ DOJ _X_
Name: Margaret Gandy
Firm Name: USAO EDNY
Address: 271 Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: (718) 254-6213
E-Mail Address: Margaret.Gandy@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO _X_
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: May 22, 2013, Brooklyn, NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE: May 23, 2013

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) _X_ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

DATE: 5/22/13
SIGNATURE: Margaret Gandy