

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT
F.#2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 28, 2013

**By Hand Delivery and ECF**

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

    Re:  United States v. Mohammad Ajmal Choudhry
         Criminal Docket No. 13-150 (WFK)

Dear Judge Kuntz:

The government writes to request that the next status conference in the above-referenced matter be advanced from June 14, 2013 at 12:30 p.m. to June 13, 2013 at 12:30 p.m. or anytime thereafter on that date that is convenient for the Court. Defense counsel has graciously consented to this request.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    UNITED STATES ATTORNEY

        By:       /s/
                    Richard M. Tucker
                    Assistant U.S. Attorney
                    (718) 254-6204

cc:  Clerk of Court (WFK)(via ECF)
     Joshua Dratel, Esq. (via ECF)