


*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

AH/RT/MG
F.#2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2013

<u>By FedEx and ECF</u>

Joshua Dratel, Esq.
Dratel & Mysliwiec, P.C.
2 Wall Street, 3rd Floor
New York, N.Y. 10005

      Re:  United States v. Mohammad Ajmal Choudhry
           <u>Criminal Docket No. 13-0150 (WFK)</u>

Dear Mr. Dratel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

    Enclosed please find the following materials:

| Ex | Description |
|----|-------------|
| 3 | CD containing data associated with cellular telephones and SIM cards seized in connection with a search warrant executed on May 14, 2013, including: a Nokia 6303 cellular telephone, a Nokia GSM cellular telephone, an LG GSM cellular telephone and two SIM cards |
| 4 | Photocopy of the contents of a phone book. The phone book was found inside Jamil Chaudhry's carry-on luggage during an outbound border search executed at John F. Kennedy International Airport on May 11, 2013 |
| 5 | Photographs taken on May 11, 2013 of Jamil Chaudhry's suitcase, cellular telephone and pocket trash |
| 6 | Records associated with phone number 347-915-9904 |
| 7 | Records associated with phone number 347-320-9894 |
| 8 | CD containing records obtained from Western Union |

     If you have further questions or requests, please contact us.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                        By:       /s/
                                      Amanda Hector
                                      Richard Tucker
                                      Margaret E. Gandy
                                      Assistant U.S. Attorneys
                                      (718) 254-6212/6204/6213

Enclosures

cc:  Clerk of the Court (WFK) (by ECF) (without enclosures)