

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

AH/RT/MG
F.#2013R00312

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 14, 2013

<u>By FedEx and ECF</u>

Joshua Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006

      Re:  United States v. Mohammad Ajmal Choudhry
           <u>Criminal Docket No. 13-0150 (WFK)</u>

Dear Mr. Dratel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

     Enclosed please find the following materials:

| Ex | Description |
|---|---|
| 9 | Forensic Laboratory results and underlying documentation concerning handwriting analysis |
| 10 | Records associated with Shiny Voice (calling card) |
| 11 | Records associated with KeKu (calling card) |
| 12 | Records associated with IDT (calling card) |
| 13 | Records associated with 74 Telco (calling card) |
| 14 | Records associated with Locus Telecommunications (calling card) |
| 15 | Records associated with R2D2 (calling card) |
| 16 | Photographs, inventory logs and related materials associated with the search of 817 Foster Avenue, Brooklyn on May 14, 2013 |

| Ex | Description |
|----|-------------|
| 17 | CD containing data associated with a Samsung cellular telephone seized in connection with a search warrant executed on May 14, 2013 |

If you have further questions or requests, please contact us.

                                         Very truly yours,

                                         LORETTA E. LYNCH
                                         United States Attorney

                    By:           /s/
                                         Amanda Hector
                                         Richard Tucker
                                         Margaret E. Gandy
                                         Assistant U.S. Attorneys
                                         (718) 254-6212/6204/6213

Enclosures

cc:  Clerk of the Court (WFK) (by ECF) (without enclosures)