## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.           **DATE :**   9/25/13

**DOCKET NUMBER:**   13CR150(WFK)           **LOG # :**   11:19 – 11:22

**DEFENDANT'S NAME :**   Mohammad Ajmal Choudhry
  √ Present    ___ Not Present    √ Custody    ___ Bail

**DEFENSE COUNSEL :**   Joshua Dratel
  ___ Federal Defender   ___ CJA    √ Retained

**A.U.S.A:**   Richard Tucker           **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**   Upi Sharma           (Language)   Punjabi

____ Hearing held.   ____ Hearing adjourned to____

____ Defendant was released on____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start____   Stop____

____ Order of Speedy Trial entered.   Code Type____   Start____   Stop____

____ Defendant's first appearance.   √ Defendant arraigned on the superseding indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

√ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

√ Status conference set for 9/26/13 @ 11:00 (9:30 crossed out) before Judge Kuntz

**OTHERS :** ____