## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.          **DATE :**   9/25/13

**DOCKET NUMBER:**   13CR150(WFK)          **LOG # :**   11:19 – 11:22

**DEFENDANT'S NAME :**   Mohammad Ajmal Choudhry
  ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :**   Joshua Dratel
  ___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:**   Richard Tucker          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :**   Vpi Sharma          (Language)   Punjabi

_____ Hearing held.    _____ Hearing adjourned to_____

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ✓ Defendant arraigned on the superseding indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

✓ Status conference set for 9/26/13 @ 9:30 11:00 before Judge Kuntz

**OTHERS :** _____