

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

RMT
F.#2013R00312

*271 Cadman Plaza East
Brooklyn, New York  11201*

October 1, 2013

**By FedEx and ECF**

Joshua Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006

      Re:  United States v. Mohammad Ajmal Choudhry
           Criminal Docket No. 13-0150 (S-1)(WFK)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  This production supplements the government's previous disclosures on April 9, 2013, May 13, 2013, June 7, 2013 and June 14, 2013.  The government also renews its request for reciprocal discovery.

     Please find the following materials saved on the enclosed compact disc:

| Ex | Description |
|----|-------------|
| 18 | Search warrant applications and corresponding warrants for (1) 817 FOSTER AVENUE, BROOKLYN, NEW YORK 11230, issued on May 13, 2013; and (2) A HEWLETT PACKARD PAVILION DESKTOP COMPUTER, MODEL NO. a622n, SERIAL NUMBER MXK4320SWL, issued on May 14, 2013 |
| 19 | Certain relevant Pakistani police documents and corresponding translations |
| 20 | Certain relevant Pakistani autopsy reports |

| Ex | Description |
|----|-------------|
| 21 | Certain relevant photographs from Pakistan |
| 22 | Data collected from a search conducted on a cellular phone belonging to Mohammad Afzal Choudhry on or about February 28, 2013 |
| 23 | Data collected from searches conducted on certain cellular phones seized from the residents of 817 Foster Avenue on or about May 14, 2013 |
| 24 | A certain audio recording of a telephone call made by the defendant on or about February 13, 2013 |
| 25 | Certain relevant business records obtained from American Airlines |
| 26 | A copy of a passport belonging to Mohammad Asghar |
| 27 | Certain relevant business records obtained from the New York City Taxi and Limousine Commission |
| 28 | Certain relevant business records obtained from Western Union |

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                              By:          /s/
                                        Amanda Hector
                                        Richard M. Tucker
                                        Margaret E. Gandy
                                        Assistant U.S. Attorneys
                                        (718) 254-6212/6204/6213

Enclosure

cc:  Clerk of Court (WFK) (w/o enclosure)

2