```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,
                                                    NOTICE OF APPEARANCE
                    Plaintiff,
          v.                                        13 Cr. 0150 (JFK)

MOHAMMAD AJMAL CHOUDHRY,

                    Defendant.
------------------------------------------X
```

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for MOHAMMAD AJMAL CHOUDHRY.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 22, 2013

                                      Yours, etc.

                                      Frederick L. Sosinsky, Esq.
                                      (FLS 8717)
                                      Attorney for
                                         Mohammad Ajmal Choudhry
                                      45 Broadway, 30th Floor
                                      New York, New York 10006
                                      T.(212) 285-2270
                                      F.(212) 248-0999
                                      FredS@newyork-criminaldefense.com