

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AH/RMT/MG                               *271 Cadman Plaza East*
F.#2013R00312                           *Brooklyn, New York 11201*

March 21, 2014

By Hand and ECF

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. Mohammad Ajmal Choudhry
              Criminal Docket No. 13-150 (WFK)

Dear Judge Kuntz:

        The government respectfully submits this joint application for a short adjournment of the start of trial in the above-captioned matter from May 27, 2014 (with jury selection on May 19, 2014), to June 16, 2014.  The government seeks this adjournment because the sole case agent will be engaged in a trial in the Southern District of New York beginning on May 12, 2014 before the Honorable Victor Marrero.  As a result, the agent will be unavailable to assist in trial preparation in this matter, and may be unavailable for the trial itself in the event that the trial in the Southern District runs longer than currently estimated.

        The undersigned has contacted defense counsel, who indicated that he joins the government's request for a brief adjournment because he is currently engaged in a lengthy trial, and thus would benefit from additional time to prepare for trial in this case.

For the foregoing reasons, the parties respectfully request that the trial be adjourned until June 16, 2014, if that date is amenable to the Court.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:      /s/
Amanda Hector
Richard M. Tucker
Margaret Gandy
Assistant U.S. Attorneys
(718) 254-6212/6204/6213

cc:     Clerk of Court (WFK) (via ECF)
        Defense counsel (via ECF)

2