

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT
F. #2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 22, 2014

By Email and ECF

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

   Re:  United States v. Mohammad Ajmal Choudhry
      Criminal Docket No. 13-150 (WFK)

Dear Mr. Sosinsky:

   The government hereby discloses materials pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the suppression hearing in the above-referenced case scheduled for May 23, 2014. Enclosed with this letter are documents bearing exhibit stamps 3500-MM-1 through 3500-MM-3. At the hearing, the government intends to call Diplomatic Security Service Special Agent Matthew Maguire. Notably, the document marked 3500-MM-3 is handwritten notes that were previously produced pursuant to Rule 16 containing the defendant's pedigree information. Although those notes were taken by another agent, the collection of the defendant's pedigree information will be within the scope of Agent Maguire's anticipated testimony at the suppression hearing.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

        By:   /s/
            Amanda Hector
            Richard M. Tucker
            Margaret Gandy
            Assistant U.S. Attorneys
            (718) 254-6212/6204/6213

Enclosures

cc:  Clerk of Court (WFK) (by ECF) (without enclosures)