LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

May 30, 2014

<u>BY ECF</u>
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Mohammad Ajmal Choudhry
                13 Crim. 0150 (S-1)(WFK)

Dear Judge Kuntz:

     I am writing with the consent of the Government to respectfully request that the Court extend by two days, or until June 4, 2014, the date by which Mr. Choudhry may submit his opposition to the Government's motions *in limine*. Your Honor will recall that last week, at the conclusion of the suppression hearing conducted by the Court, the parties asked and the Court granted an application to extend by two days, or until May 28, 2014, the time to file the *in limine* motions. I now ask for a corresponding two day extension.

     Thank you for your consideration.

                                      Respectfully yours,

                                      Frederick L. Sosinsky

FLS: bms

cc: Amanda Hector, Esq. (by ECF)
    Richard Tucker, Esq. (by ECF)
    Margaret Gandy, Esq. (by ECF)