

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AH/RMT/MEG
F.#2013R00312

*271 Cadman Plaza East
Brooklyn, New York  11201*

June 4, 2014

**By Email and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

        Re:    United States v. Mohammad Ajmal Choudhry
                 Criminal Docket No. 13-150 (S-1)(WFK)

Dear Counsel:

      Pursuant to Rule 16(a)(1)(G), and as previously noticed in its letter of June 1, 2014, the government writes to advise that it anticipates calling Professor Katherine Pratt Ewing to testify at trial as an expert witness regarding gender dynamics, arranged marriages and honor killings in Pakistani culture.  Professor Ewing is a trained anthropologist and professor of religion at Columbia University, and her fields of specialization include anthropological approaches to religion; Islam and Islamization; religious movements; identity politics and postcoloniality, ethnicity and migration; gender and sexuality; and cultural and social theory.  Professor Ewing's complete *curriculum vitae* is attached for your reference.

      At trial, the government anticipates that Professor Ewing will testify regarding the roles of women in traditional Pakistani culture, and well as the phenomenon of arranged marriage in Pakistan.  She will explain some of the reasons marriages are arranged, such as preserving and enhancing a family's economic and social standing in its community.

Professor Ewing will also provide testimony regarding the circumstances in which honor killings and related violence take place in Pakistan, as well as some of the motives behind that violence.

                                                Very truly yours,

                                                LORETTA E. LYNCH
                                                United States Attorney

By:      /s/
             Amanda Hector
             Richard M. Tucker
             Margaret E. Gandy
             Assistant U.S. Attorneys
             (718) 254-6212/6204/6213

Enclosure

cc:     Clerk of Court (WFK) (via ECF) (w/o enclosure)