

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

AH/RMT/MEG                                      *271 Cadman Plaza East*
F.#2013R00312                                   *Brooklyn, New York  11201*

June 21, 2014

**By Email and ECF**

Frederick L. Sosinsky, Esq.
45 Broadway, 30th Floor
New York, NY 10006

       Re:    United States v. Mohammad Ajmal Choudhry
             <u>Criminal Docket No. 13-150 (S-2)(WFK)</u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government does not intend to introduce any of the following documents at trial in the above-captioned matter.

| Ex | Description |
|----|-------------|
| 52 | Documents concerning the January 26, 2013 shooting (including English translations) |
| 53 | Documents from a Pakistani court file |
| 54 | T-Mobile payment records |

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

        By:        /s/
                Amanda Hector
                Richard M. Tucker
                Margaret E. Gandy
                Assistant U.S. Attorneys
                (718) 254- 6212/6204/6213

Enclosures
cc:     Clerk of Court (WFK) (w/o enclosure)