LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

June 23, 2014

<u>BY ECF</u>
Hon. William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: United States v. Mohammad Ajmal Choudhry
       <u>Crim. Docket No. 13-150 (S-2)(WFK)</u>

Dear Judge Kuntz:

  Please be advised that the only individuals to review portions of the Government's 3500 material with the defendant to date are the undersigned and private investigator John Brown. Both Mr. Brown and I have reviewed this Court's protective order regarding the 3500 material and are bound to the terms of such order.

                Respectfully submitted.

                Frederick L. Sosinsky

FLS: bms
cc: Amanda Hector, Esq. (by ECF)
   Margaret Gandy, Esq. (by ECF)
   Richard Tucker, Esq (by ECF)