RMT
F.#2013R00312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MOHAMMAD AJMAL CHOUDHRY,

Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

13 CR 150 (S-2) (WFK)

      Upon consideration of the motion of United States Attorney LORETTA E. LYNCH, by Assistant United States Attorneys Amanda Hector, Richard M. Tucker and Margaret E. Gandy, for a protective order governing all reports, notes and documents produced by the government to the defendant pursuant to Title 18, United States Code, Section 3500 in the above-referenced matter (the "Rule 3500 Material"), it is hereby ORDERED that:

      1.    All Rule 3500 Material shall be returned to the government within ten days upon conclusion of these proceedings.

      2.    The defendant and his counsel are prohibited from disclosing or disseminating the Rule 3500 Material to anyone other than the defendant, his counsel, defense investigators or staff assisting defense counsel. Any such investigators and staff shall be informed of, and shall be bound by, the entirety of this Order.

      3.    The defendant is prohibited from taking the Rule 3500 Material into any jail facility, other than in the courthouse, or possessing such material or copies in any such



6/16/14
COURT EXHIBIT
1

facility, except when reviewing the material in the presence of defense counsel or staff assisting counsel.

IT IS SO ORDERED.

Dated: Brooklyn, New York
June 16, 2014

s/WFK

_____
HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

2