UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

MOHAMMAD AJMAL CHOUDHRY,

        Defendant.

------------------------------------------------------------X

**VERDICT SHEET**

13-cr-150 (WFK)

**COUNT ONE:**    **CONSPIRACY TO COMMIT MURDER IN A FOREIGN COUNTRY**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

   \_\_\_\_\_ NOT GUILTY        ✓ GUILTY

**COUNT TWO:**    **FRAUD AND MISUSE OF PETITION FOR ALIEN RELATIVE**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

   \_\_\_\_\_ NOT GUILTY        ✓ GUILTY

**COUNT THREE:**    **TRANSMISSION OF THREATS TO INJURE**

How do you unanimously find the Defendant MOHAMMAD AJMAL CHOUDHRY?

   \_\_\_\_\_ NOT GUILTY        ✓ GUILTY



COURT'S EXHIBIT NO. 6a
IDENTIFICATION/EVIDENCE
DKT.# 13-cr-150
DATE: 7/2/14

1

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM**

Dated: July 3, 2014
       Brooklyn, New York

_____  7/3/14
FOREPERSON