```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3
                                    13 CR 150(WFK)
 4            versus
                                    U.S. Courthouse
 5   MOHAMMAD AJMAL CHOUDHRY,        225 Cadman Plaza East
                                    Brooklyn, NY 11201
 6                  Defendant.       June 27, 2014
     ------------------------------------x
 7

 8               CRIMINAL CAUSE FOR JURY TRIAL

 9           BEFORE THE HONORABLE WILLIAM F. KUNTZ, II

10               UNITED STATES DISTRICT JUDGE

11                       APPEARANCES

12   For the Government:        LORETTA E. LYNCH
                                United States Attorney
13                              Eastern District of New York
                                271 Cadman Plaza East
14                              Brooklyn, New York 11201
                                BY:  AMANDA HECTOR, ESQ.
15                                   MARGARET GANDY, ESQ.
                                     RICHARD TUCKER, ESQ.
16                                   Assistant U.S. Attorneys

17   For the Defendant:         FEDERICK SOSINSKY, ESQ.
                                45 Broadway, 30th Floor
18                              New York, New York 10006

19   Punjabi Interpreters:      Ashutosh Mishra
                                Ravi Kotru
20                              Manju Verma

21   Court Reporter:            LISA SCHMID, CCR, RMR
                                Official Court Reporter
22                              225 Cadman Plaza East
                                Brooklyn, New York 11201
23                              Phone:  718-613-2644
                                Fax:  718-613-2379
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

```
 1                (In open court, outside the presence of the jury.)

 2                THE CLERK:  All rise.

 3                We're here on day five of our criminal trial, Docket

 4     Number 13 CR 150, USA versus Choudhry.

 5                Counsel, may you please state your appearances for the

 6     record?

 7                MS. HECTOR:  Amanda Hector, Margaret Gandy and Richard

 8     Tucker for the government, along with Special Agent Matthew

 9     McGuire.  Good morning, Your Honor.

10                THE COURT:  Good morning.

11                MR. SOSINSKY:  Fred Sosinsky for Mr. Choudhry, who is

12     on his way out as we speak.

13                THE COURT:  Good morning.

14                (Defendant enters.)

15                THE COURT:  Good morning, Mr. Choudhry.

16                All right.  Do we have any procedural issues before

17     the jury comes in?

18                MS. HECTOR:  Not from the government, Your Honor.

19                MR. SOSINSKY:  No, sir.

20                THE COURT:  Okay.

21                Mr. Jackson, would you bring in the jury, please?

22                THE CLERK:  Thank you.

23                MR. TUCKER:  We're getting the witness, too, Your

24     Honor, putting the witness back on the stand.

25                THE COURT:  Yes.  It's one thing to ask Mr. Sosinsky
```

1  to start questioning when the jury is not here.  I'm not going

2  to ask him to start question before the witness --

3          MS. GANDY:  Your Honor, I intend to stand through my

4  questioning of the witness.  If it gets a little long and I

5  become uncomfortable, would Your Honor mind if I sit at the end

6  of the table for the rest of examination?

7          THE COURT:  No.

8          MS. GANDY:  Thank you.

9          THE CLERK:  All rise.

10          (Jury enters.)

11          THE COURT:  Good morning, ladies and gentlemen of the

12  jury.  Thank you for being prompt, please be seated.  We're

13  going to continue with the examination of the witness.  And the

14  witness is being -- again, just a reminder, we will have the

15  interpreter, as we did yesterday, so you will -- questions will

16  be asked in English, the answers will be given in Punjabi and

17  the translation will be given so that you would hear the

18  translation in English real time.

19          THE WITNESS:  Thank you very much.

20          THE COURT:  Good morning.

21          THE TRANSLATOR:  Good morning, everyone.

22          THE COURT:  Please have a seat.  I remind you that you

23  are still under oath and you may continue with your

24  examination.

25          THE WITNESS:  Okay.

```
 1              MS. GANDY:  Thank you, Your Honor.
 2                   DIRECT EXAMINATION(CONTINUED)
 3   BY MS. GANDY:
 4   Q    Good morning, Ms. Kousar.
 5   A    Good morning.
 6   Q    Ms. Kousar, when we left off yesterday, we were talking
 7   about when you moved back to Pakistan from Dubai?
 8   A    Yes.
 9   Q    Do you remember that?
10   A    Yes.
11   Q    So I'd like to talk to you about the period of time that
12   you lived in Chiryawala and Pakistan.
13   A    Okay.
14   Q    And I think we said yesterday that you moved back to
15   Chiryawala from Dubai sometime around 2001, is that right?
16   A    As I told you before, that I don't remember the exact year.
17   Maybe it is correct.
18   Q    I think you said you lived in Dubai for about 17 or 18
19   years, is that right?
20   A    Yes.
21   Q    Ms. Kousar, do you know a man named Mohammad Ajmal
22   Choudhry?
23   A    Yes, he's from my village.
24   Q    When you say your village, which village do you mean?
25   A    Chiryawala.
```

KOUSAR/DIRECT/GANDY

1   Q    Does your family have any relationship or relative status

2   to Mohammad Ajmal Choudhry?

3   A    He is from my Braddery.

4   Q    And what is a Braddery?

5   A    Like he's from my village, there are Braddery, like a

6   community.

7   Q    Is a Braddery somewhat similar to a caste?

8   A    Excuse me?

9   Q    Is a Braddery, the Braddery that you're in, similar to a

10  caste in that it is the part of a bigger community?

11  A    Yes, he's from my caste.

12  Q    Did you -- and if I could, Ms. Kousar, I'd like to refer to

13  Mohammad Ajmal Choudhry as Ajmal going forward, is that okay?

14  A    Okay.

15  Q    Did you know Ajmal before you moved back to Chiryawala from

16  Dubai?

17  A    I had heard his name.

18  Q    And do you know whether Ajmal has any children?

19  A    Yes.

20  Q    Who are his children?

21  A    Four daughters and one son.

22  Q    What are their names?

23  A    Son's name is Shakeel.  I don't know all their daughters'

24  name.  They call him Shoshi.  Younger two are Nasreen and

25  younger to her is Yasmin, and the youngest one is Amina.

LISA SCHMID, CCR, RMR

1  Q    During the time that you lived in Chiryawala, was Ajmal

2  living in Chiryawala full time?

3  A    No, he was in America.

4  Q    During the time you lived in Chiryawala, did you see Ajmal

5  return to Pakistan for visits?

6  A    I had seen him about two to three times.

7  Q    In Chiryawala?

8  A    Yes, in the street.

9  Q    Does Ajmal have any family home in Chiryawala?

10 A    Yes.

11 Q    Have you ever been to that home?

12 A    Yes, on occasion, if there is a wedding or there is any

13 happy occasion or sad occasion or if I had to -- for some

14 reason to go there.

15 Q    Who lived in that house?

16 A    His brother Afzal and Akmal and their wives and children.

17 Q    And as far as you knew is that where Ajmal would stay when

18 he was in Chiryawala?

19 A    Yes, at his own house.

20 Q    How far away from your house was Ajmal's house?

21 A    His house was in another street and my house was another

22 street, so I cannot tell you how much was the distance.

23 Q    If you walked from your house to Ajmal's house,

24 approximately how long would it take you to get there?

25 A    I have no idea how much time will take me, but it's about

```
 1    three to four minutes.
 2    Q    In addition to his brothers, Afzal and Akmal, did Ajmal
 3    have any other siblings?
 4    A    He has one sister.
 5    Q    What is her name?
 6    A    Naseem.
 7    Q    Where is Naseem, where does Naseem live?
 8    A    In her house.
 9    Q    And is her house in Chiryawala?
10    A    Yes.
11    Q    Where is her house located compared to Ajmal's house?
12    A    Close to his house, adjacent.
13    Q    Adjacent to his house?
14    A    Yes.
15    Q    Does Naseem have a family, who does she live with?
16    A    Yes, she has children.
17    Q    When you first moved back to Chiryawala from Dubai, what
18    was your relationship, your family's relationship with Ajmal
19    and Afzal and Akmal's family like?
20    A    It was okay, we were fine.
21    Q    You mentioned that you attended events at Ajmal's house,
22    right?
23    A    Yes.
24    Q    Specifically focusing on weddings, did you attend weddings
25    of any of Ajmal's children?
```

```
 1   A    Yes.

 2   Q    Whose weddings did you attend?

 3   A    Shakeel's and Jamil's wedding.

 4   Q    Do you remember when those occurred?

 5   A    I don't remember the year, but we had come to visit from

 6   Dubai.

 7   Q    So you attended that wedding sometime before you had moved

 8   back to Chiryawala?

 9   A    Yes.

10   Q    And is that Shakeel's wedding specifically you're talking

11   about?

12   A    Yes.

13   Q    Did you attend any of his daughters' weddings?

14   A    His daughter got married at the same time as Jamil got

15   married.

16   Q    And when did that wedding happen?

17   A    As I told you, I don't remember the year.  But both brother

18   and sister got married on the same day.

19   Q    Were you back living in Chiryawala at the time that you

20   attended Jamil and his sister's weddings?

21   A    No, we had come to visit from Dubai at that time.

22   Q    After moving back to Chiryawala full time, did you attend

23   any additional weddings of Ajmal's children?

24   A    Yes.

25   Q    Sometime after you returned to Chiryawala, and were living
```

1    there full time, did you learn that there was tension that had

2    developed between Ajmal's family and your family?

3    A    Yes.

4    Q    How did you learn about the tension between your two

5    families?

6    A    Naseem came to our house.

7    Q    And again Naseem is Ajmal's sister, right?

8    A    Yes.

9    Q    What happened when Naseem came to your house?

10   A    She said that Shujat called Amina and Akmal -- I'm sorry,

11   Akmal had sent me here.

12   Q    Okay.

13   A    And she said that if he won't stop calling her, then we

14   will shoot him.

15   Q    Now, you told us yesterday that Shujat is your son, your

16   oldest child, right?

17   A    Yes.

18   Q    And who is Amina, the person that he was accused of

19   calling?

20   A    Ajmal's daughter.

21   Q    Naseem told you that she had been sent to your house by

22   Akmal, is that right?

23   A    Yes.

24   Q    And that is Ajmal's brother you told us, right?

25   A    Yes.

```
 1   Q    Where did this meeting with Naseem take place when she

 2   reported this message from Akmal to you?

 3   A    She came to our house.

 4   Q    And how would you describe her mood or her tone of voice

 5   while you were meeting with her?

 6   A    Angry.

 7   Q    Was your husband Asghar with you at the time?

 8   A    No, he was in Dubai.  Sorry.

 9   Q    Who was at your house with you when Naseem came and gave

10   this message?

11   A    My daughters.

12   Q    How did you feel after she told you that Shujat was talking

13   by phone to Amina and that he would be shot if he continued to

14   do it?

15   A    Scared.

16   Q    Was Amina married at the time that Naseem delivered this

17   message?

18   A    No.

19   Q    Do you remember when this meeting happened?

20   A    About three to four years ago.

21   Q    You mentioned earlier that Naseem has children, right?

22   A    Yes.

23   Q    Were any of Naseem's children friends with your children?

24   A    Yes.  Her son is his friend and he has friendship with my

25   son.
```

KOUSAR/DIRECT/GANDY

1   Q    What is the name of her son?

2   A    Amir Shahzad.

3   Q    So Amir Shahzad, Naseem's son, is friends with your son,

4   Shujat?

5   A    Yes.

6   Q    How would you describe their friendship before this time?

7   A    They were very close.  Yes.

8   Q    Did the relationship between Amir Shahzad and Shujat change

9   at all during this time?

10          MR. SOSINSKY:  Objection.

11          THE COURT:  Overruled.  There was an objection.  I

12   just overruled, and she can answer the question.

13   A    Yes.

14   BY MS. GANDY:

15   Q    How did it change?

16   A    He was upset.

17   Q    Who was upset?

18   A    Amir Shahzad.

19   Q    Who was he upset with?

20   A    Amir Shujat, both of them, they were upset at each other.

21   Q    Did they continue to have a friendship afterwards?

22   A    No.

23   Q    Prior to this break in their friendship, had any part of

24   Amir Shahzad's wedding been celebrated by your family?

25   A    Yes.  It happened before this.

KOUSAR/DIRECT/GANDY

1   Q    And where did the wedding celebration occur?

2   A    Whose?

3   Q    Amir Shahzad's?

4   A    With Ajmal's daughter.

5   Q    Where did the celebration itself occur?

6   A    For example, what you mean, where?

7   Q    Well, was Shujat involved in hosting any part of Amir

8   Shahzad's wedding celebration?

9   A    Yes.  Mehndi celebration was at his house.

10  Q    When you say "his house," whose house do you mean?

11  A    In our house.

12  Q    Ms. Kousar, after Naseem came -- Well, I should ask first,

13  how long did Naseem stay at your house when he gave you this

14  message from Akmal?

15  A    For about 10, 12 minutes.

16  Q    After that visit from Naseem, did Akmal ever communicate a

17  similar message or any message to your family directly about

18  Shujat's contact with Amina by phone?

19  A    He called my husband in Dubai.

20  Q    And at the time that Naseem came to deliver this initial

21  message to you, where was Shujat living?

22  A    I think he was in Dubai.

23  Q    Did you ever have another meeting with Naseem about this

24  tension between your families?

25  A    No.

LISA SCHMID, CCR, RMR

KOUSAR/DIRECT/GANDY

1    Q    Did you ever visit with Naseem at her house?

2    A    Yes, I did go to her house.

3    Q    Did you meet with her at her house sometimes after she had

4    visited you at your house about the telephone contact?

5    A    Yes.

6    Q    How long after her visit to your house did this meeting

7    occur?

8    A    I don't remember the time, I think it was the next day.

9    Q    Why did you go to Naseem's house?

10   A    I told her that I had called Shujat.  He said there's no

11   such thing.

12   Q    Now, Ms. Kousar, when you went to meet with Naseem at her

13   house, did anybody else meet with you there?

14   A    No, nobody went along with me and Akmal was at her house.

15   Q    And what happened when you met with Akmal?

16   A    I told him that I had called Shujat.  He said, "There's no

17   such thing.  I don't know anything about it."  He said,

18   "They're children and you're my brother."  I said, "They're

19   children, if he doesn't admit this, please forgive him."

20   Q    And why did you ask Akmal for forgiveness during that

21   meeting?

22   A    I said, "Since he's not admitting this, then please forgive

23   him for that."

24   Q    How were you feeling during this meeting with Akmal?

25            MR. SOSINSKY:  Objection.

LISA SCHMID, CCR, RMR

```
 1              THE COURT:  Overruled.
 2   A   He was angry.
 3   BY MS. GANDY:
 4   Q   How were you behaving?  What mood or tone of voice were you
 5   using?
 6   A   I was scared because he was angry.
 7   Q   What happened to end that meeting?
 8   A   He said, "If he won't stop calling her, then we will kill
 9   him."
10   Q   What did you do --
11   A   I'm sorry, shoot him.
12   Q   What did you do after meeting with Akmal at Naseem's house
13   that day?
14   A   And I got up and came back.
15   Q   Sometime after your meetings with Naseem and then your
16   meeting with Naseem and Akmal, was there a wedding celebration
17   for your daughter, Abida?
18   A   Yes.
19   Q   When did that take place?
20   A   January 7th, 2012.
21   Q   Where did it take place, where did you have -- well, did
22   the whole wedding celebration occur on one day or was it in two
23   separate days?
24   A   Daughters get married in one day, no, nikah took place
25   before that.
```

KOUSAR/DIRECT/GANDY

1   Q   So the January 7th, 2012 event, was that just a celebration
2   of the wedding?

3   A   Yes.

4   Q   How much earlier than that date had the nikah occurred?

5   A   For about one year, I don't know.  I don't remember the
6   exact time.

7   Q   So approximately, though, a year before the wedding
8   celebration, the nikah occurred?

9   A   Yes.

10  Q   When did -- or, excuse me, where did the wedding
11  celebration take place?

12  A   Outside on the land.

13  Q   And on whose land?

14  A   I don't know whose land it was, it was my husband who made
15  the arrangements.

16  Q   Well, was it in Chiryawala?

17  A   Yes.

18  Q   Was Shujat in Pakistan at the time of Abida's wedding in
19  January of 2012?

20  A   Yes.

21  Q   Were any members of Ajmal's family invited to attend
22  Abida's wedding celebration?

23  A   No, they came at the nikah, not at the wedding.

24  Q   Were they invited to the wedding celebration?

25  A   Yes.

KOUSAR/DIRECT/GANDY

 1  Q   And you said that some of the family members came to the
 2  nikah, right?
 3  A   I'm sorry, excuse me.
 4  Q   You said that some of Ajmal's family members attended the
 5  nikah, is that right?
 6  A   Akmal came to attend a nikah.
 7  Q   How about -- go ahead.
 8  A   And Afzal's wife and Naseem.
 9  Q   Anyone else?
10  A   Javed, Mazhar and all people from Braddery, they came.
11  Q   After Abida's wedding celebration in January of 2012, did
12  Shujat remain in Pakistan or return to Dubai?
13  A   No.
14  Q   I'm sorry.  I don't understand.
15          THE TRANSLATOR:  She said no.
16          THE COURT:  You asked a compound question.  Why don't
17  you not ask a compound question.  That's the problem.  Put
18  another question, please.
19          MS. GANDY:  Sure, Your Honor.
20  BY MS. GANDY:
21  Q   After Abida's wedding, did Shujat return to Dubai?
22  A   No.
23  Q   Why not?
24  A   I don't know.  He said he doesn't want to go there, he
25  wants to South Africa.

```
1   Q   Where did Shujat live in the months after Abida's wedding?

2   A   At home.

3   Q   In Chiryawala?

4   A   Yes.

5   Q   Sometime later in the months that followed Abida's wedding,

6   was there a wedding celebration for Amina Ajmal?

7   A   Yes.

8   Q   Who did Amina marry?

9   A   Babar.

10  Q   And was Babar somebody you knew?

11  A   Yes.

12  Q   Where was he from?

13  A   From Chiryawala.

14  Q   Did you know Babar's father?

15  A   Yes.

16  Q   What is his name?

17  A   Nisar.

18  Q   When did Amina's wedding celebration to Babar take place?

19  A   For example where, in Chiryawala?

20  Q   But when?

21  A   I don't remember the date.  They must know, I don't know.

22  Q   Do you remember whether it was before or after Abida's

23  wedding?

24  A   After.

25  Q   Were you and your family invited to attend Amina's wedding
```

1   celebration?

2   A    No.

3   Q    Were you surprised that you hadn't been invited?

4   A    Because they did not come to attend our wedding, so then it

5   must be that reason that they didn't come.

6   Q    So when you had invited them to Abida's wedding

7   celebration, they failed to come?

8   A    Yes.

9   Q    Between the time of Abida's wedding in January of 2012 and

10  Amina's wedding celebration later, after that wedding, did

11  anyone in Ajmal's family confront you about the tensions

12  between the two families?

13  A    Yes.  I saw them on the street when I saw them passing by.

14  Q    During that time period, did you have any conversations

15  with anyone in Ajmal's family about Shujat communicating with

16  Amina?

17  A    With me?

18  Q    Yes.

19  A    No.

20  Q    And at the time Amina's wedding celebration, where was

21  Shujat living?

22  A    He was in Chiryawala, but on that day he had gone to see

23  his maternal uncle.

24  Q    But he was living in Chiryawala at the time?

25  A    Yes.  He was living in his own house and on that day he had

```
 1   gone to see his maternal uncle in Barnala.

 2   Q   You mentioned that after returning to Chiryawala, at some

 3   point Shujat wanted to move to South Africa, is that what you

 4   said?

 5   A   Yes.

 6   Q   Did there come a time that Shujat left Chiryawala?

 7   A   Yes.

 8   Q   When did that happen?

 9   A   I think it was December.

10   Q   And this is December of 2012, is that right?

11   A   Yes.

12   Q   Where did you think Shujat was going when he left

13   Chiryawala?

14   A   He told me that he was going to South Africa.

15   Q   She told you that or who told you that?

16   A   Shujat told me.

17   Q   What did you understand to be the reason that Shujat was

18   going to go to South Africa?

19   A   To work.

20   Q   After Shujat left Chiryawala, what was the next time that

21   you heard from someone in Ajmal's family about Amina?

22   A   After he left, a month, month and-a-half later.

23   Q   So would that be sometime in January of 2013, then?

24   A   Yes.

25   Q   What happened -- what contact did you have with someone
```

```
 1    from Ajmal's family about Amina?
 2    A    We were sitting in home in the evening.
 3    Q    Who is "we"?
 4    A    My husband and I and my three daughters.
 5    Q    What were you doing that evening?
 6    A    We're watching TV and having tea.
 7    Q    What time of night was this?
 8    A    About 8, 8:30.
 9    Q    What happened at 8 or 8:30 that night?
10    A    Meantime, somebody knocked on the door.
11    Q    What did you do when someone knocked on the door?
12    A    My husband opened the door.
13    Q    Did you see who was there?
14    A    Yes.
15    Q    Who was there?
16    A    Mazhar and Javed.
17    Q    And can you remind us, what relationship to Mazhar and
18    Javed have to Ajmal?
19    A    They're his maternal uncle's son.
20    Q    And when you saw Javed and Mazhar at your door at 8 or 8:30
21    that evening, what did you think?
22    A    They entered the house with -- along with my husband to a
23    room.
24    Q    Where did they go?
25    A    Inside the room.
```

KOUSAR/DIRECT/GANDY

1    Q    And did you go with them?

2    A    I headed to the kitchen to take make tea and my daughters

3    told me to make tea for them.

4    Q    What happened while you were making tea?

5    A    I don't know, they were talking about passport.  And I

6    don't know what they were talking about it.

7    Q    What happened next?

8    A    And in meantime, I was pouring the tea into cups and they

9    started leaving.

10   Q    Were you surprised that they were leaving?

11   A    Yes, I asked them to have tea.

12   Q    What happened when you asked them to have tea?

13   A    No, they said, "We already had it."

14   Q    How were Javed and Mazhar behaving when you saw them that

15   evening at your house?

16   A    They did not talk to me.  They just left.

17   Q    What did you do after Javed and Mazhar left your house that

18   evening?

19   A    I and my children, my daughters, we went to the room where

20   my husband was sitting at.

21   Q    What did you see when you got there?

22   A    My husband was -- had his hands on his -- well, by his

23   forehead and he was sitting there.

24   Q    And, Ms. Kousar, I believe you had your right hand against

25   your forehead, like this, is that right (demonstrating)?

LISA SCHMID, CCR, RMR

KOUSAR/DIRECT/GANDY

```
 1  A   Like this (demonstrating).
 2  Q   What did you think when you saw Asghar holding his heads in
 3  his hands like that?
 4          MR. SOSINSKY:  Objection.
 5          THE COURT:  Overruled.
 6  A   I asked him what happened, why they had come.
 7  BY MS. GANDY:
 8  Q   What happened next?
 9          MR. SOSINSKY:  Objection.
10          THE COURT:  Overruled.
11  A   They were telling me that Ajmal's daughter had left.  And
12  she told when she was leaving that she's going to make up with
13  the people from the embassy.  Don't try to find me.
14  BY MS. GANDY:
15  Q   After you learned -- I'm sorry, but what -- did you know
16  which daughter of Ajmal's they were referring to?
17  A   Amina.
18  Q   What happened after you and Asghar had this conversation?
19  A   I said, "Then why they were telling this all to us."  And
20  in the meantime, Javed came back again.
21  Q   When Javed came back to the house a second time, was he
22  with anyone?
23  A   No, he was alone.
24  Q   What happened when Javed came back to the house?
25  A   He asked my husband to give Shujat's number and Ajmal is
```

LISA SCHMID, CCR, RMR

1   asking for it.

2          THE TRANSLATOR:  I'm sorry, Your Honor.  My fault.

3   She said "Afzal."

4          THE COURT:  Okay.  Why don't we have the question read

5   back and then the answer, and then would this be appropriate

6   time to take a quick break?

7          MS. GANDY:  That would be fine, Your Honor.

8          THE COURT:  Okay.  We can do that, just a quick ten

9   minute, why don't we have the question, and the answer, and

10  then we'll take a very quick ten-minute break, okay?

11         THE TRANSLATOR:  Okay.

12         THE COURT:  So question, please, and answer.

13         MS. GANDY:  I believe --

14         THE COURT:  The reporter.

15         (Record read.)

16         THE COURT:  Okay.  So the record's clear, why don't

17  you put another question, just so we're clear?

18  BY MS. GANDY:

19  Q   So who did Javed say was asking for your son's number?

20  A   Afzal.

21  Q   And who is Afzal in relationship to Ajmal?

22  A   They're brothers.

23  Q   Is Afzal also referred to as "Nazim"?

24  A   Yes.

25  Q   And where was he at the time, where was he living?

KOUSAR/DIRECT/GANDY

```
 1   A    In America.
 2            MS. GANDY:  Thank you, Your Honor.  It's a good time
 3   to break.
 4            THE COURT:  Okay.  We'll take our ten-minute break and
 5   would you escort the witness, Mr. Jackson?
 6            THE TRANSLATOR:  She needs to go?
 7            THE COURT:  Yeah, absolutely.  Why don't we have the
 8   jury just stay for a witness and escort the witness, okay?
 9            (Jury exits.)
10            THE COURT:  The jury has left the courtroom.  Do we
11   have any procedural issues to address?
12            MS. HECTOR:  No, Your Honor.
13            MR. SOSINSKY:  No, sir.
14            THE COURT:  Okay.  We'll take our ten minutes.
15            (Recess.)
16            (In open court, outside the presence of the jury.)
17            THE CLERK:  Counsel, are you all ready to proceed?
18   Okay.  Is the witness back?
19            MR. MCGUIRE:  We're getting her now.
20            THE COURT:  Let's get the defendant first.  Thank you.
21            THE CLERK:  Marshals, is the defendant ready to come
22   back?
23            MARSHAL:  Yes, Judge.
24            THE COURT:  Get the defendant back before the jury.
25            (Discussion off the record.)
```

LISA SCHMID, CCR, RMR

```
 1              THE CLERK:  All rise.

 2              (Jury enters.)

 3              THE COURT:  Okay.  Thank you, ladies and gentlemen of

 4    the jury, please be seated.  We're going to resume the

 5    testimony.

 6              Madam, please sit down.  Thank you.

 7              All right.  You may proceed.

 8              MS. GANDY:  Thank you, Your Honor.

 9    BY MS. GANDY:

10    Q   Ms. Kousar, before the break, you were telling us about

11    Javed's return visit to your house when he asked for Shujat's

12    number for Afzal.  Do you remember that?

13    A   Yes.

14    Q   Where in your house did this conversation occur?

15    A   He came to our house.

16    Q   And who was in the room with Javed at the time that this

17    happened?

18    A   My husband, I, and Javed.

19    Q   What happened next?

20    A   In the meantime, Javed had a phone call.

21    Q   What happen when Javed got a phone call?

22    A   He said it was Akmal on the phone.  He was asking to bring

23    Asghar to Mazhar's house.

24    Q   What happened after Javed received this phone call from

25    Akmal asking your husband to go to Mazhar's house?
```

```
 1   A    Both of them left to Mazhar's house.

 2   Q    Both of whom?

 3   A    My husband and Javed.

 4   Q    What did Asghar say to you before leaving for Mazhar's

 5   house?

 6   A    He told me that Javed is asking me to go to Mazhar's house,

 7   Akmal is calling him there.

 8   Q    Did he say that he was going to go to Mazhar's house when

 9   he left?

10   A    Yes.

11   Q    Where is Mazhar's house in relationship to your house?

12   A    After four or five house is his house.

13   Q    So you can walk to his house from your house?

14   A    Yes.

15   Q    How long was Asghar gone from your house?

16   A    About 15 to 20 minutes.

17   Q    I'm sorry, how long?

18   A    Fifteen to 20 minutes.

19   Q    Thank you.

20            MS. GANDY:  Your Honor, I'm just going to publish for

21   the jury's benefit, as we talked, the Government Exhibit Number

22   1 that's in evidence.

23            THE COURT:  All right.  You may publish,

24   Defendants' -- Government Exhibit one which is in evidence,

25   which is the family chart.  Do you have it, ladies and
```

1   gentlemen of the jury, can you see it?  Okay?  And can the

2   witness see it?

3           THE WITNESS:  Would you please give me this kind of

4   paper so I can see?

5           THE COURT:  Do you have a hard copy?  Why don't you

6   hand it to Mr. Jackson, who will hand it to the witness.

7   Again, this is Government Exhibit 1, which is in evidence.

8   She's putting up a hard copy in front of the witness so she can

9   see a little better.  Okay?

10          (Exhibit published to the jury.)

11          THE COURT:  You may proceed.

12          MS. GANDY:  Thank you, Your Honor.

13          THE COURT:  You're welcome.

14  BY MS. GANDY:

15  Q   During the time that Asghar was gone from your house for

16  the 15 or 20-minute period, what were you doing?

17  A   I was trying to call about three, four times and several

18  times I called him, but somebody was disconnecting my phone

19  call.

20  Q   Why were you trying to call him three or four times in that

21  15 to 20-minute period?

22  A   I was worried.  I was scared, I don't know what could be

23  the reason why he was called there.

24  Q   What happened when Asghar came home from the meeting at

25  Mazhar's house, 15 or 20 minutes later?

1    A    I asked him, I was calling you, why were you cutting,

2    disconnecting the phone.

3              THE COURT:  Madam Interpreter, I'm going to ask you to

4    use the microphone, too.

5              THE TRANSLATOR:  I'm sorry.

6              THE COURT:  Pull the microphone over towards you.

7              THE WITNESS:  I was told that shouldn't --

8              THE COURT:  You're being told by the judge to pull it

9    towards you, guess who wins.

10             THE TRANSLATOR:  I'm sorry.  I'm sorry, yes.

11             THE COURT:  That's okay.

12             MS. GANDY:  I think that answer was missed.

13             (Record read.)

14   BY MS. GANDY:

15   Q    What happened after you asked Asghar that question?

16             MR. SOSINSKY:  Objection.

17             THE COURT:  Overruled.

18   A    He told me that he didn't have the phone.

19   BY MS. GANDY:

20   Q    And what happened next?

21   A    I asked him who had it.  As soon as I enter Mazhar's house,

22   when I entered Mazhar's house, room, one step was inside, one

23   was out and he took, Mazhar took my phone.  No, Akmal.

24   Q    Just so that we're clear, he told you that Akmal took his

25   phone when he got to Mazhar's house?

```
 1   A    Yes.  Not from me, from my husband.

 2   Q    So Akmal took the phone from Asghar when they arrived, when

 3   he and Javed arrived at Mazhar's house.  Do I have that right?

 4   A    Yes.

 5   Q    What happened next?

 6   A    He told me that he took off Shujat's number from there.  He

 7   was cutting off the phone calls, it was not me.

 8   Q    So just to be clear, if you could, try instead of using he,

 9   to use the names so we can make sure we follow.

10   A    It was Akmal who was cutting off.

11   Q    So who told you that he took the name -- sorry.

12            Was it Asghar who told you that Akmal took Shujat's

13   number out of his phone?

14   A    Yes.

15   Q    What happened next?

16   A    And he was saying that he will humiliate my daughters.

17   Q    Who was saying he will humiliate your daughters?

18   A    Akmal said it.

19   Q    What did you understand it to mean when Akmal said he would

20   humiliate your daughters?

21            MR. SOSINSKY:  Objection.

22            THE COURT:  Overruled.

23            THE WITNESS:  Wherever they will find my daughters on

24   the street.

25            MS. GANDY:  Just face towards the microphone.
```

KOUSAR/DIRECT/GANDY

1          THE COURT:  Don't turn your head to her or when you

2     translate.  You'll -- the witness is responding to the

3     question.  Look at me and that way, you will be speaking

4     directly into the microphone and that way the jurors can hear

5     you and the reporter can hear and you're not being rude.  I

6     know that --

7          THE TRANSLATOR:  Sorry.

8          THE COURT:  -- it's better to look at Ms. Gandy than

9     to look at my ugly face, but you're stuck with that.  That's

10     okay.  I don't blame you wanting to turn away, but that's the

11     way it works with the mechanics.

12          THE TRANSLATOR:  The reason I don't want to turn --

13          THE COURT:  No, no, no.  That's okay.  They

14     understand.  If the sound system were set up differently, then

15     you could turn to them.  Please just, you know, suck it up and

16     look at me.  What can I say?  Okay?

17          THE TRANSLATOR:  I'll be careful.

18          THE COURT:  Okay.  Go ahead.

19          MS. GANDY:  I can repeat it.

20          THE COURT:  Okay.  Put the question again, please,

21     Ms. Gandy.  Why don't we start with a new question and then

22     we'll have a new answer?  And pretend I look like Denzel

23     Washington as well as sounding like James Earl Jones.  That

24     will make it easy.  Okay?

25          Put another question, please.

1   BY MS. GANDY:

2   Q    What did you understand it to mean that when Akmal said he

3   would humiliate your daughters?

4   A    That wherever they will find them in the street, he will

5   humiliate them and molest them.

6   Q    When you say molest them, do you mean sexually?

7   A    Yes.  Our six people.  They having American passport and

8   sitting at the American airport.  Wherever your son will go to

9   the country, we will kill him there.

10  Q    Who did you understand Akmal be referring to, when he said

11  that six people with American passports were going to find

12  Shujat?

13          MR. SOSINSKY:  Objection.

14          THE COURT:  Overruled.

15          THE WITNESS:  Do I have to mention their names?

16          THE COURT:  Yes, you do.

17          THE WITNESS:  Afzal, Ajmal, Shakeel, Khalil, Jamil,

18  and Amir.

19  BY MS. GANDY:

20  Q    Where were Afzal, Ajmal, Shakeel, Jamil, Khalil and Amir

21  living at the time?

22          THE TRANSLATOR:  I missed the one with the --

23  BY MS. GANDY:

24  Q    Jamil.

25  A    In America.

KOUSAR/DIRECT/GANDY

1  Q   Ms. Kousar, in your culture, what is the significance of a

2  woman who isn't married being molested sexually?

3            MR. SOSINSKY:  Objection.

4            THE COURT:  Overruled.

5            THE WITNESS:  For example, like what?

6  BY MS. GANDY:

7  Q   Is there any cultural significance to a woman who isn't

8  married having a sexual experience before she's married?

9  A   It's not considered good.

10 Q   After Asghar communicated to you that these messages from

11 Akmal about your daughters and about your son Shujat, what did

12 you do?

13 A   It was two o'clock in the morning.  We took our daughters

14 to my sister's house.  Because we were scared.

15 Q   Where did your sister live?

16 A   Kotla, K-O-T-L-A.

17 Q   Which one of your daughters went with you to Kotla that

18 night?

19 A   Madeeha, Seemab, Nayab.

20 Q   And where was your daughter Abida at that time?

21 A   In Spain.

22 Q   Where was Shujat at that time?

23 A   He was not home.  He told me that he was in South Africa.

24 Q   He was living away from the house during that time?

25 A   Yes.

1  Q   Did your husband Asghar go with you to Kotla that night?

2  A   Yes.

3  Q   Did he stay in Kotla?

4  A   He dropped us off and came back.

5  Q   Why did he go back to Chiryawala?

6  A   We had cattles.  Of course, we have to milk and them and

7  feed them.

8  Q   He went back to take care of those responsibilities?

9  A   Yes.  He milked the cattles and came back.

10  Q   How long did you and the girls stay in Kotla?

11  A   About three, four days.

12  Q   Why did you stay there for three or four days?

13  A   Because of the fear.

14  Q   Ms. Kousar, I'd like to -- after staying there three or

15  four days, did you return to your home?

16  A   Yes.

17  Q   Ms. Kousar, I'd like to draw your attention to later that

18  month, in January, did you travel to Barnala at some point

19  during the month of January?

20  A   Yes.

21  Q   And Barnala is the village where you grew up you've told us

22  yesterday, right?

23  A   Yes.

24  Q   Why did you go to Barnala in January?

25  A   My brother's son had passed away.

KOUSAR/DIRECT/GANDY

```
1    Q    How old was your brother's son when he passed away?
2              MR. SOSINSKY:  Objection.
3              THE COURT:  Overruled.
4    A    He was about one year old.
5    BY MS. GANDY:
6    Q    Where was the funeral held for your brother's son?
7    A    In Barnala.
8    Q    Who from your family traveled to Barnala with you to attend
9    the funeral?
10   A    My husband, and my three daughters.
11   Q    Were Abida and Shujat able to attend the funeral with you?
12   A    Abida was in Spain and Shujat told me that he was away.
13   Q    So he was still not living at home at that time?
14   A    No.
15   Q    Did Shujat ever return home to your house in Chiryawala to
16   live after Amina left Pakistan?
17   A    No.
18   Q    Why not?
19             MR. SOSINSKY:  Objection.
20             THE COURT:  Overruled.
21   A    Because of the fear.
22   BY MS. GANDY:
23   Q    How long did you and Asghar and your three daughters intend
24   to stay in Barnala?
25   A    Five days.
```

1  Q    While you were there -- what day did your nephew die, do

2  you remember?

3  A    On January 25th.

4  Q    I'd like to direct your attention now to the day after he

5  passed away, January 26th.  Okay?  On January 26th of 2013,

6  were you in Barnala still?

7  A    Yes.

8  Q    And while you were there, did Asghar receive a phone call?

9  A    Yes.

10  Q    Where were you when Asghar received this phone call?

11  A    We were sitting and having a meal.

12  Q    Who is we, who were you with?

13  A    My daughters, two daughters and my husband and people from

14  outside.

15  Q    When you received this -- excuse me.  When Asghar received

16  this phone call, did you -- did you know who it was from?

17  A    Yes.

18  Q    Who was it if from?

19  A    From Javed.

20  Q    And when Javed called, excuse me, Asghar that day, do you

21  remember what time the call occurred?

22  A    It was about 3:30, 3:45.

23  Q    Is that in the afternoon?

24  A    Yes, during the day, you can call, afternoon.

25  Q    And how did you know it was Javed who called Asghar at

1    about 3:30 or 3:45 that afternoon?

2    A    Because my husband had a speaker on.  Javed said come home,

3    I need to talk about something.  And said bring the sister also

4    along with you.

5    Q    And if I could just ask you a few questions about that.

6    When you said your husband had the speaker on, I think you were

7    holding your hand in front of your face, facing you like this,

8    is that right?

9    A    (Demonstrating.)  Close to his ear, he always hear his

10   phone like this.

11   Q    And when you say speaker, do you mean the speaker on the

12   phone itself, speaker phone?

13   A    Yes, it was.

14   Q    So from where you were sitting near Asghar, were you able

15   to hear the conversation, both what Asghar said and what Javed

16   said?

17   A    Yes, I could hear.

18   Q    How would you describe Javed's tone during -- tone of voice

19   during this conversation?

20   A    He was speaking loudly.

21   Q    You said that Javed asked Asghar to come home so that they

22   could talk, is that right?

23   A    Yes.

24   Q    Where did he want Asghar to go?

25   A    To Chiryawala.

1  Q   And you said that Javed said bring sister with you.  Who is

2  "sister" as you understood it?

3  A   Me.

4  Q   Did you know what Javed wanted to talk about?

5  A   No.

6  Q   During this telephone conversation between Javed and your

7  husband, did anybody else come on the telephone line?

8  A   In the meantime, Akmal took the phone.

9  Q   When you say Akmal took the phone, who did Akmal take the

10 phone from?

11 A   From Javed.

12 Q   And how did you know that it was Akmal who took the phone

13 during this conversation?

14 A   He said, and he took over and he said that if our daughter

15 won't come back, Amina, by the evening, then he will kill the

16 whole family.

17 Q   And who was it that said that?

18 A   It was Akmal.

19 Q   Who how did you know it was Akmal who said that if Amina

20 didn't come home by the evening, he would kill your whole

21 family?

22 A   I could hear him saying that.  And my husband say, Akmal --

23         MR. SOSINSKY:  Objection.

24         THE COURT:  Overruled.

25 A   -- we don't know anything about her, so where can I bring

KOUSAR/DIRECT/GANDY

```
 1   your daughter.
 2   BY MS. GANDY:
 3   Q    Ms. Kousar, when Akmal said during this telephone call,
 4   bring our daughter home by this evening, or I'll shoot your
 5   whole family, did you have any idea where Amina was?
 6   A    Who?
 7   Q    Did you, personally, have any idea where Amina was?
 8   A    No.
 9   Q    Now, at that time, did you have any idea whether anyone in
10   your family had been involved in Amina leaving Chiryawala?
11   A    No, we didn't know anything about it.  Our family did not
12   know anything about it.
13   Q    And when you -- pardon me.  When you heard Akmal's voice
14   during this part, the part of the telephone call, how would you
15   describe the tone of voice that he was using?
16   A    It was angry.
17   Q    What happened after Asghar received this phone call from
18   Javed and Akmal?
19   A    The phone was disconnected.
20   Q    How did you feel about the idea of going back to Chiryawala
21   to meet with them?
22   A    We were scared and my husband said Javed is asking us to go
23   and listen to him, let's go.
24   Q    Did you agree with your husband's decision to go back to
25   Chiryawala to meet with Javed?
```

```
1   A   No, Javed asked him to go to his house and listen to him.
2   I said, I'm scared, I don't want to go to his house.  Call him
3   to our house.
4   Q   What happened when you said that?
5   A   He said fine.  And we could not reach to our house and we
6   were on our way and there was firing.
7   Q   So before we get to the firing, it sounds like you
8   ultimately decided to leave Barnala and go back to Chiryawala.
9   Is that right?
10  A   Yes.
11  Q   Approximately what time was it when you left Barnala?
12  A   I turned around and I say.  I turned around and I said --
13  time I was about after 4, 30.  And I don't remember what time
14  was at that at that time.
15  Q   I'm sorry, who left Barnala with you?
16  A   My husband and I.
17  Q   And how did you and your husband get back towards
18  Chiryawala?
19  A   In our own vehicle.
20  Q   During your drive to Chiryawala, you said that there was a
21  shooting.  Is that right?
22  A   Yes.
23  Q   At what point during your drive from Barnala to Chiryawala
24  did that occur?
25  A   We were close to the village and we were by the well.
```

KOUSAR/DIRECT/GANDY

```
 1   Q    When you say close to the Village, which village were you

 2   close to?

 3   A    Chiryawala.

 4   Q    And what happened when you were nearby the well?

 5   A    We just entered the street from there.  We just had

 6   traveled little bit.  On the other side there were lands, in

 7   the meantime, the people were running and coming.  After Akmal

 8   got there and there was bus gone and there were other people

 9   who were running after him.  Then we split up of our vehicle.

10   Should I explain further?

11   Q    Let me ask you ask a few follow-up questions if I could.

12   A    (Nods head affirmatively.)

13   Q    You said that where you were was near the village when this

14   happened, is that right?

15   A    Yes.

16   Q    And I think you said there was some open land on the side

17   where the car was, is that right?

18   A    Yes.  Close to the houses there was a land.

19   Q    And you said that you saw Akmal there, right?

20   A    Yes.

21   Q    Where --

22   A    Me husband and I both of us, we saw him.

23   Q    Where did you first see Akmal?

24   A    What you mean by first time?

25   Q    Where was he located when you saw him?
```

LISA SCHMID, CCR, RMR

1   A   He was coming from the land, and running, and it was burst

2   of gunfire.

3   Q   When you say a burst of gunfire, can you sound out for us

4   what you heard?

5   A   Like this, da, da, da, da.

6   Q   And I believe you were holding your hand up like this, your

7   hands up like this, is that right, Ms. Kousar?

8   (Demonstrating.)

9           THE TRANSLATOR:  As she's indicating like this

10  (demonstrating), there was a lot of shots at the same time.

11          MS. GANDY:  Ms. Verma, if could I ask to you step in

12  front of the podium.  The witness is gesturing.  I think it's

13  important that the jury be able to see.

14          Would that be okay with Your Honor?

15          THE COURT:  I think the better way to do it, candidly,

16  is for the witness to stand up in the witness box and Madam

17  Reporter, you can -- Madam Translator, you can step back and

18  just demonstrate for the jury how the weapon was being held as

19  it was being fired.  All right?  So why don't you translate

20  that.

21          THE TRANSLATOR:  Sure.

22          THE WITNESS:  Okay, I will.

23          (Complies.)  Like this.  They were coming and running

24  and they were -- they shoot it like this, da, da, da.

25  (Demonstrating.)

```
 1            MS. GANDY:  Thank you --

 2            THE WITNESS:  Can I sit down?

 3            MS. GANDY:  Thank you, Ms. Kousar.

 4   BY MS. GANDY:

 5   Q   Ms. Kousar, who did you see holding guns like you just

 6   described?

 7   A   Akmal bursted the gunfire and there was Mazhar, Babar,

 8   Ashfaq, and there were other people.  I did not recognize them.

 9            THE COURT:  But just so we're clear -- translate that,

10   please.

11            THE WITNESS:  Yes?

12            THE COURT:  Would you state again the names of the

13   men that you saw holding guns and firing them?

14            THE WITNESS:  It was Akmal.

15            THE COURT:  Who else?

16            THE WITNESS:  And other people were running.  They

17   were coming towards us, and in the meantime, we left the scene.

18            THE COURT:  But who did you see actually holding a

19   gun?

20            THE WITNESS:  Akmal.

21            THE COURT:  Anyone else that you actually saw holding

22   a gun that you know by name?

23            THE WITNESS:  They had the weapons.  I couldn't see

24   what they had.  And we just escaped from them.

25            THE COURT:  Thank you.
```

LISA SCHMID, CCR, RMR

```
 1              You may continue, Ms. Gandy.

 2              MS. GANDY:  Thank you, Your Honor.

 3    BY MS. GANDY:

 4    Q   Ms. Kousar, you mentioned that it was Akmal who you said

 5    did the burst of fire from the gun, is that right?

 6    A   He was the one who fired the gun.

 7    Q   You mentioned that you also saw Nisar there, is that right?

 8    A   Yes, he was running and coming towards us.  In the

 9    meantime, we escaped.

10    Q   And you saw Babar there?

11    A   Yes.

12    Q   At this time, was Babar married?

13    A   Yes.

14    Q   Who was he married to?

15    A   With Amina.

16    Q   And what is Nisar's relationship to Amina at this time?

17    A   He was his father-in-law and also a maternal uncle.

18    Q   Whether you say his father-in-law, do you mean Amina's

19    father-in-law?

20    A   Yes.

21    Q   You also mentioned that you saw Sain Ashfaq, is that right?

22    A   Yes.

23    Q   Who is Sain Ashfaq?

24    A   He lived in Afzal's house.

25    Q   What is his relationship to Afzal?
```

KOUSAR/DIRECT/GANDY

```
 1   A    He serve tea and et cetera to the people.  And he -- he's
 2   around them.
 3   Q    So is it fair to say he's not a relative of Afzal's but he
 4   works for him?
 5   A    Yes.
 6   Q    And when you say Afzal's house, that is the same house that
 7   Ajmal and Akmal live in as well?
 8   A    Yes.
 9   Q    Did you see Javed Iqbal there?
10   A    No.
11   Q    Did you see Mazhar Iqbal there?
12   A    Yes.  He was standing side of the vehicle and when we ran
13   from that place.  There were many other people with him.
14   Q    Did Mazhar Iqbal have a gun when you saw him there that
15   day?
16   A    I don't know.  I did not see that.
17   Q    When Akmal did the burst of fire on your vehicle, did any
18   of the bullets hit your vehicle?
19   A    Yes.
20        MS. GANDY:  Your Honor, I would now like to publish,
21   if I might, Government Exhibit 834 and 835 that are in
22   evidence.
23        THE COURT:  You may publish them to the jury and to
24   the witness and also if you have got a hard copy, you might
25   want to hand it to Mr. Jackson as well for the witness to see.
```

```
 1                MS. GANDY:  (Complies).

 2                THE TRANSLATOR:  She said if you could address the

 3     question, I need a piece of paper where I have a picture on it.

 4                THE COURT:  That's what we're doing.

 5                MS. GANDY:  (Handing.)

 6                THE CLERK:  (Handing to the witness.)

 7                THE COURT:  What is the number on that piece of paper?

 8                THE TRANSLATOR:  It's 835.

 9                THE COURT:  All right.  This is Exhibit 835, ladies

10     and gentlemen of the jury, which is already in evidence.  And

11     which is the vehicle, you have a copy of it, would you on the

12     Elmo and on the big screen.

13                Do you want to star with 835 or do you want to have

14     the other one up there as well, Ms. Gandy?

15                MS. GANDY:  I'll start with this one, Your Honor.

16                THE COURT:  Thank you.  All right, proceed.

17                (Exhibit published.)

18     BY MS. GANDY:

19     Q    Ms. Kousar, do you recognize this photograph?

20     A    Yes.

21     Q    What is this a photograph of?

22     A    It's a vehicle.

23     Q    What vehicle is it?

24     A    Ours.

25     Q    Is that the vehicle you and Asghar were riding in on
```

```
 1   January 26th?
 2   A   Yes.
 3   Q   I'd now like to show you what's in evidence as Government
 4   Exhibit 834.
 5           THE COURT:  Mr. Jackson.  Please, hand the witness
 6   834.
 7           THE CLERK:  (Complies.)
 8   BY MS. GANDY:
 9   Q   Do you recognize this, photograph, Ms. Kousar?
10   A   Yes.
11   Q   What is it?
12   A   It's a vehicle.
13   Q   Is this the same vehicle that you and Asghar were riding in
14   on January 26th?
15   A   Yes.
16   Q   And the holes that we see in the side of this vehicle,
17   where did those come from?
18   A   These marks?
19   Q   Yes.
20   A   Because of the firing.
21   Q   Is that the firing you have just described to us?
22   A   Yes.
23   Q   Did any of the of the bullets that were fired at you and
24   Asghar in your vehicle that day, hit you or Asghar?
25   A   No, we escaped and the bullets went through the dashboard.
```

```
 1   Q    How did you escape?

 2   A    It was God who saved us, what else I can tell you.

 3   Q    What happened when the bullets started to hit your vehicle?

 4   What did you do?

 5   A    There was bullets fired on our vehicle, we ran and we left

 6   the scene.

 7   Q    Where did you go?

 8            THE COURT:  When you say you ran away, did you drive

 9   away?

10            THE WITNESS:  Yes.

11            THE COURT:  Okay.  Go ahead.

12            THE WITNESS:  We speed up.

13            THE COURT:  Yes.  Thank you.

14   BY MS. GANDY:

15   Q    Where did you go when you sped the car up to get away?

16   A    We left the vehicle running and went into the street.

17   Q    Where did you leave the vehicle running?

18   A    We just left the vehicle in the street and went to home.

19   Q    So just to be clear, did you leave the vehicle at the place

20   where the shooting occurred or had you already driven away?

21   A    Close to our door.

22   Q    The door of your house?

23   A    Yes, outside on the street.

24            THE COURT:  Just so we're clear, you come under fire,

25   the bullets hit the car.  You then drive close to your home.
```

KOUSAR/DIRECT/GANDY

```
 1   Is that what happened?  And then you ran out of the car and in
 2   into your home with the engine running.  Translate that,
 3   please.
 4            THE WITNESS:  Not by the door.  It was little bit far
 5   from the -- on the street.  Right.
 6            THE COURT:  Okay.  Continue.
 7   BY MS. GANDY:
 8   Q   Where did you go after leaving the car running in the
 9   street?
10   A   We went home, and we went to the top floor.  We closed the
11   door.
12   Q   Why did you go to the top floor?
13   A   We were scared.  We were thinking that they might come
14   after us.
15   Q   What happened next?
16   A   My husband called the police.
17   Q   Did the police come?
18   A   Yes, about after one hour.
19   Q   What happened when the police came to your house an hour
20   later?
21   A   He called -- asked downstairs that we're here, come.
22   Q   Who asked that?
23   A   The police.
24   Q   Did the police ask you to come downstairs to meet with
25   them?
```

```
 1   A    Yes.

 2   Q    Did you go meet with the police?

 3   A    Yes.

 4   Q    And were either you or your husband interviewed by the

 5   police?

 6   A    Yes.

 7   Q    Who was interviewed?

 8   A    They asked me what happened.

 9   Q    Did you tell them?

10   A    Yes.

11   Q    Did they ask Asghar what happened?

12   A    They asked him, I was standing next to him.

13   Q    I see.  And when Asghar was asked what happened, pardon me.

14   When Asghar was asked what happened, did the police ultimately

15   make a record of what happened?

16   A    On a plain piece of paper, they wrote down the names.

17   Q    Do you know whether or not a report was filed by the police

18   regarding the shooting on January 26th?

19   A    They find it after three, four days.

20   Q    What did you and Asghar do during those three or four days

21   regarding that report?

22   A    We used -- we went there and they told us we will file FRI

23   (sic), immediately.

24   Q    What is an FRI?

25   A    FIR, FRI here.  It's a kind of piece of paper, just called
```

1    FIR.

2    Q    Is that a piece of paper that the police use to report

3    incidents?

4    A    Yes.

5    Q    And how many times did you have to go to the police station

6    before the FIR was filed by the police?

7            MR. SOSINSKY:  Objection to the form.

8            THE COURT:  Overruled.

9    A    I heard there were no filing it.  My husband and I used to

10   go the mornings and the evenings.

11   BY MS. GANDY:

12   Q    Go where?

13   A    To the police station.

14           THE COURT:  How many times?

15           THE WITNESS:  We went there about four to five times

16   and they did not.

17           THE COURT:  About four to five times?

18           THE WITNESS:  Yes.

19           THE COURT:  Continue.

20   BY MS. GANDY:

21   Q    After the shooting occurred, was there any reporting about

22   the shooting in the newspaper.

23   A    I missed it.  I'm sorry.

24           THE COURT:  After the shooting, was there any

25   reporting about the shooting in the newspapers?

```
 1              THE WITNESS:  Yes.
 2    BY MS. GANDY:
 3    Q    How do you know?
 4    A    My husband told me and my sister also saw and I -- my
 5    sister and her school, she read the news in the newspaper.
 6              (Continued on the next page.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   BY MS. GANDY:

 2   Q    Did you read any reports yourself?

 3   A    No.  I just had glanced on that but I did not read it.

 4   Q    So, you saw that there was an article but you didn't read

 5   it?

 6   A    Right.  I just read the headlines about it, I did not read

 7   it all.

 8   Q    After the shooting that night did you and Asghar stay in

 9   Chiriyawala?

10   A    We went to our sister's house.

11   Q    Where was that?

12   A    In Kotla.

13   Q    Why did you go to Kotla?

14   A    Because we were scared.

15   Q    Where were your daughters at that time?

16   A    In Barnala.

17   Q    Did they come home to Chiriyawala that night?

18   A    Not at that night.

19   Q    When was the next time that your daughters came home from

20   Barnala?

21   A    On the second day to take their clothes and books.

22   Q    Where were they going to take their clothes and books?

23   A    To Barnala.

24   Q    Why were your daughters continuing to stay in Barnala?

25   A    Because of the fear.
```

```
 1   Q    On the second day after the shooting you said that your
 2   daughters came to get their clothes and books, right?
 3   A    Right.
 4   Q    Which of your daughters came to the house?
 5   A    Madeeha and Seemab.
 6   Q    Did anything happen while Madeeha and Seemab were at your
 7   house in Chiriyawala getting their clothes and books?
 8   A    Madeeha was picking up her clothes and books and Seemab and
 9   her father, we were sitting.
10   Q    Where were you and Seemab and Asghar sitting?
11   A    In the room.
12   Q    What happened while the three of you were sitting in the
13   room?
14   A    Javed came.
15   Q    What happened when Javed came to the room?
16   A    When he was coming he was already talking on the phone.
17   Q    What happened when he came talking on the phone?
18   A    He came and he handed over the phone to my husband.
19   Q    What happened next?
20   A    He said talk to Nazim.
21   Q    Who is Nazim?
22   A    Afzal.
23   Q    Where was Afzal at the time that Javed gave your husband
24   the phone?
25           MS. SOSINSKY:  Objection.
```

KOUSAR/DIRECT/GANDY

```
 1              THE COURT:  Overruled.
 2              THE INTERPRETER:  I'm sorry, would you please repeat
 3   the question.
 4              THE COURT:  Where was he at the time the phone was
 5   handed?
 6              THE INTERPRETER:  Who, Javed?
 7              THE COURT:  Yes.
 8   A   Javed came to my house and he hand over the phone to him.
 9              THE COURT:  And where was Nazim at that time?
10              THE WITNESS:  In America.
11   Q   How did you know that it was Nazim on the phone that wanted
12   to speak to your husband Asghar?
13   A   Javed said to talk to Nazim.
14              THE COURT:  But the question is how did she know that
15   Nazim was in America.
16   A   Everybody knows that he was already there.
17   Q   When your husband took -- got the phone from Javed and
18   spoke to Nazim, were you able to hear the conversation?
19   A   Yes, I could hear it because the sound was coming out and
20   when my husband was talking to him I could hear that.
21   Q   What did Afzal say during the telephone call with Asghar?
22              MS. SOSINSKY:  Objection.
23              THE COURT:  Overruled.
24   A   He said, "Afzal, what is our fault, I don't know anything
25   about it, not my children or any in my family."  And he said if
```

HOLLY DRISCOLL, CSR

KOUSAR/DIRECT/GANDY

1   our daughter comes back, we will be back normal, if Amina comes

2   back.

3   Q    Just to make sure we understand who said what, who is it

4   that you heard say, "Afzal, what is our fault"?

5   A    My husband said it.

6   Q    And when your husband said, "Afzal, what is our fault," you

7   said somebody during the conversation said if Amina comes back

8   everything will be normal; who said that part of the

9   conversation?

10  A    Afzal.

11  Q    What happened next?

12  A    Then Ajmal took over the phone.

13  Q    Who did Ajmal take over the phone from?

14  A    Obviously he took the phone from Afzal who was next to him.

15  Q    How did you know it was Ajmal who took over the phone from

16  Afzal?

17  A    Yes, I could hear my husband saying, Ajmal, he said if my

18  daughter does not come back in two hours, earlier it was just

19  to scare you but now we will shoot you in your chest, five

20  people and we'll kill all five of you.

21       THE COURT:  Would you read the question and answer

22  back please to make sure we've got it.

23       (Whereupon, the record was read.)

24       THE COURT:  All right.  Read that question and answer

25  back again just to make sure we have it accurately transcribed.

KOUSAR/DIRECT/GANDY

```
 1              (Whereupon, the record was read.)
 2              MR. SOSINSKI:  Judge, I believe the witness said
 3    earlier we fired --
 4              THE COURT:  That's why I've asked to have it re-read.
 5              Ms. Gandy, put the question again.
 6              Madame translator, break it down, get the answer, give
 7    it clearly, okay.
 8              So, Ms. Gandy, from the top.
 9              MS. GANDY:  Yes, Your Honor.
10    Q    What did Ajmal say to Asghar when he took over the phone?
11              THE COURT:   When who took over the phone?
12    Q    When Ajmal took over the phone what did Ajmal say?
13    A    If Amina does not come back in two hours, earlier we fired
14    at you just to scare you, now we will shoot you in your chest
15    and we will kill all five of you.
16    Q    Ms. Kousar, how many members of your family were in the
17    Chiriyawala area in Barnala at that time?
18    A    Excuse me?
19    Q    How many members of your family were living in Chiriyawala
20    at that time?
21    A    At that time four of us, we were in Chiriyawala.  Our
22    youngest daughter, she was in Barnala.
23    Q    And where was Abida at that time?
24    A    She was in Spain.
25    Q    Was Shujat still living away from Chiriyawala?
```

1  A   Yes.

2  Q   How would you describe the tone of voice that Ajmal was

3  using when he said this to you and Asghar?

4  A   Angry.

5  Q   What happened after Ajmal made this statement?

6  A   Phone was disconnected.

7  Q   Ms. Kousar, when Ajmal made that statement that if Amina

8  didn't return in two hours, that he would shoot all five of you

9  in the chest, did you know where Amina was at that time?

10 A   No.

11 Q   What happened after that telephone call?

12 A   Nothing, and then my husband asked Javed why are they

13 saying all this to me.

14 Q   What happened next?

15 A   We went to the police station and our daughters to Barnala.

16 Q   When you say "daughters," do you mean Seemab and Madeeha?

17         THE INTERPRETER:  I'm sorry, I didn't hear the last

18 part.

19         THE COURT:  Put the question again please.

20 Q   When you said your daughters went back to Barnala, do you

21 mean Seemab and Madeeha?

22 A   Yes.

23 Q   How long did your daughters stay living away from the home

24 in Chiriyawala?

25 A   Mean like for how long they stay in Barnala?

```
 1   Q   How many days did they stay living in Barnala away from
 2   home?
 3   A   Madeeha left after the five days of the funeral with her
 4   aunt.
 5   Q   Where did she go to live after the five days of the funeral
 6   in Barnala?
 7   A   To Kotla.
 8   Q   Why did Madeeha go to live in Kotla?
 9   A   Because her school was near to that place.
10   Q   Who did she stay with in Kotla?
11   A   With her aunt.
12   Q   What did Seemab and Nayab do after the five days of the
13   funeral ended?
14   A   They stayed in Barnala for two weeks.
15   Q   Why did they stay in Barnala for two weeks?
16   A   They were scared.
17   Q   What did you and Asghar do in the days after the shooting?
18   A   What you mean by that?
19   Q   Where were you living in the days and weeks after the
20   shooting on your vehicle?
21   A   We went to the police station that day.
22   Q   I'm sorry, Ms. Kousar, just make sure you listen to the
23   question.  Where were you living in the days and weeks after
24   the shooting?
25   A   Not much in our house but most of the time in Kotla.
```

KOUSAR/DIRECT/GANDY

```
 1   Q   At some time during the weeks after the shooting on your
 2   vehicle did another family member come to live with you?
 3   A   Yes.
 4   Q   Who?
 5   A   After two, three weeks Zameer.
 6   Q   Who is Zameer?
 7   A   He's my husband's niece's son.
 8   Q   How old was Zameer when he came to live with you
 9   approximately?
10   A   I have no idea how old he was.
11   Q   Was he close in age to any of your children?
12   A   Maybe, could be, I have no idea.
13   Q   Well, is he a child, is he an adult, is he your age?
14   A   The age of Seemab.
15   Q   And Seemab was in her late teens, early twenties; is that
16   right?
17   A   Yes, but I don't know, I have no idea how old he was.
18   Q   Okay.  Where did Zameer live at the time before he came to
19   stay with you?
20   A   In his house.
21   Q   Where is his house?
22   A   There's a village close to Kharien.
23   Q   How far away is his village from Chiriyawala?
24   A   It's very far, it takes about two and a half or three
25   hours.
```

HOLLY DRISCOLL, CSR

KOUSAR/DIRECT/GANDY

1   Q   And why did Zameer come to stay with you during this time

2   period?

3   A   Because my husband was alone, because nobody else was there

4   and they did not let anyone come to our house, they were saying

5   whoever will come to our house, they will kill them.

6        MS. SOSINSKY:  Objection, Judge.

7        THE COURT:  Overruled.

8   A   They will kill him.

9        THE COURT:  Why don't you read the question and answer

10  back please.

11       MS. GANDY:  I can move on, Your Honor, it's okay.

12       THE COURT:  No, I want the reporter to read it back

13  and then we'll take a ten minute break.

14       MS. GANDY:  That would be great, thanks.

15       (Whereupon, the record was read.)

16       THE COURT:  All right.  We'll take ten minutes.  Thank

17  you.  Don't talk about the case.

18       (Jury leaves courtroom.)

19       THE COURT:  Would you escort the witness.

20       THE CLERK:  Yes, Your Honor.

21       THE COURT:  Thank you.

22       (Witness steps down.)

23       THE COURT:  The jury has left the courtroom.  Do we

24  have any procedural issues to address during the ten minute

25  break?

1          MR. TUCKER:  No, Your Honor.

2          MS. SOSINSKY:  I just would like to put on the record

3     the basis for my last objection, if I could.

4          THE COURT:  Sure.

5          MS. SOSINSKY:  As we just heard on the readback,

6     without any attribution to anyone, the witness testified that

7     they said that if anyone came to their house, that they would

8     be harmed or killed.  That, without any attribution as to who

9     she's talking about or how she came to possess such information

10    is -- I don't know what it is but it is at a minimum hearsay.

11    That's all.  Thank you, Judge.

12         THE COURT:  Any response?

13         MS. GANDY:  Your Honor, it was not my intention to

14    elicit that and if counsel wants that portion of the hearsay

15    testimony struck from the record, I wouldn't oppose it.

16         THE COURT:  I think it is a description of what the

17    witness had to say about the conversation.  I'm going to, as I

18    said, I overruled the objection and he can cross-examine the

19    witness about it if he wants to.

20         MS. SOSINSKY:  I would join in the people's

21    application.

22         THE COURT:  Anything else?

23         MS. SOSINSKY:  The government's, forgive me.  That's

24    all, Judge.

25         THE COURT:  You're forgiven.  Ten minutes.

```
 1            MR. TUCKER:  Thank you, Your Honor.

 2            (Time noted:  12:05 p.m.)

 3            (Recess taken.)

 4

 5            (Defendant enters courtroom.)

 6            (Time noted:  12:20 p.m.)

 7            (Witness resumes the stand.)

 8            THE COURT:  Are we ready to bring the jury in?

 9            MS. SOSINSKY:  Yes.

10            THE CLERK:  All rise.

11            (Jury enters courtroom.)

12            THE COURT:  Please be seated, ladies and gentlemen of

13    the jury and, again, I thank you for your promptness.

14            While we were out on break the lawyers and I

15    conferred.  What I'm going to do is ask the reporter to read

16    back the question and the answer to the point of the objection

17    and then I'm going to sustain the objection and strike and

18    order you to disregard the very last piece of that answer.  It

19    may or may not come in later but right now we're going to

20    strike that.

21            So, let's have the question and the answer to the

22    point of the objection right before the break.

23            (Whereupon, the record was read.)

24            THE COURT:  The issue there, just so there's no secret

25    about it, is the question of who "they" refers to in terms of
```

```
 1    what was going on.
 2              So, now we're going to have that addressed in the
 3    questioning of the witness to the extent she has an
 4    understanding of that, okay.  So, let's go.
 5              MS. GANDY:  Your Honor, if I could, I'd prefer to just
 6    move on at this point if Your Honor is okay with it.
 7              THE COURT:  Sure.
 8              MS. GANDY:  Thank you.
 9              THE COURT:  You're welcome.
10    Q   Ms. Kousar --
11              MS. GANDY:  If it is okay with Your Honor as well?
12              THE COURT:  It's okay.  I too like to sit when I'm
13    questioning.
14              MS. GANDY:  Thank you.
15              THE COURT:  For different reasons.
16              Go ahead.
17    BY MS. GANDY:
18    Q   When Zameer came to live with you in these weeks after the
19    shooting on your vehicle, how long did you expect him to stay?
20    A   I have no idea.  He himself called my husband, I'm alone,
21    I'll come to stay with you.
22    Q   And where in your house did Zameer stay while he was with
23    you?
24    A   In the house, he was living with us.
25    Q   What did he do while he was living with you in those days
```

KOUSAR/DIRECT/GANDY

```
 1   and weeks?
 2   A    Nothing, he was free.  What you mean by that, you're asking
 3   me what he was doing?
 4   Q    Did he offer your family any help during that time period?
 5   A    He's said, Uncle, wherever you need me to take you, I'll
 6   take you on the motorcycle.
 7   Q    Whose motorcycle was he using?
 8   A    Shujat's.
 9   Q    So, was that motorcycle at your house?
10   A    Yes.
11   Q    Did anyone in your family besides Shujat know how to use
12   that motorcycle?
13   A    No.
14   Q    And so, Zameer would help drive the motorcycle?
15   A    Yes.
16   Q    During the time period that Zameer was driving the
17   motorcycle for your family was your car working?
18   A    Yes.
19   Q    Were you driving the car?
20   A    No, we were not driving because we were scared.
21   Q    Ms. Kousar, how much time passed between the date of
22   January 26 when your vehicle was shot at and the day that
23   Asghar and Madeeha were killed?
24   A    On February 25th.
25   Q    So, approximately one month?
```

```
 1   A    Yes.

 2   Q    I want to talk now about February 25th and what happened

 3   that day.  Can you tell me how that day started for you, what

 4   is the first thing you remember doing?

 5   A    Yes.

 6   Q    Please do.  What do you remember doing that day?

 7   A    I woke up in the morning.  I woke up Madeeha.  I said get

 8   up, let's say a prayer, nomas.  Both of us, mother and

 9   daughter, we said our prayer, nomas.  Madeeha went back to bed

10   and I started reciting by using the beads.  I went to my

11   husband, he said sit down.  I said, no, I need to make

12   breakfast for children because they have to go to school.  I

13   made breakfast.  Seemab had breakfast and she asked me to drop

14   her off to the vehicle.

15            THE COURT:  Madame reporter, just do the best  you

16   can.  We'll get it from the machine, don't interrupt.        Go

17   ahead.

18   A    I went along with her to the stand.  I put her on the

19   vehicle and came back.  In the meantime Nayab was ready, I took

20   her.  While we were walking on the road I found her friends

21   walking.  She went along with them and said, Mother, go back.

22   When I came back, Madeeha was ready.  Zameer took her.  I

23   didn't know at that time that I won't be able -- my daughter

24   will not come back to home again.

25            THE INTERPRETER:  I'm sorry.  The interpreter couldn't
```

1   hear what she was saying when she's crying.

2   Q    Take a minute, Ms. Kousar.

3        (Pause.)

4   A    They have killed my husband and my daughter and I was

5   helpless.

6        MS. GANDY:  Your Honor, I don't know when you're

7   inclined to do a lunch break but --

8        THE COURT:  Whenever you think it is appropriate we

9   can break for lunch.  Would you like to break for lunch now?

10       MS. GANDY:  I think that might be wise.

11       THE COURT:  Yes.  We will break for lunch now and

12   again, ladies and gentlemen of the jury, do not discuss the

13   case amongst yourselves or with anyone else.

14       Madame witness, we will break for our lunch now and

15   collect yourself, all right.  I ask the witness to remain

16   seated for the moment.  We will excuse the jury.  We'll resume

17   at 2:00.

18       (Jury leaves courtroom.)

19       (Witness steps down.)

20       THE COURT:  The jury and the witness have left the

21   courtroom.

22       Do we have any procedural issues to go over between

23   now and 2:00.

24       MR. TUCKER:  No, Your Honor.

25       MS. SOSINSKY:  No, sir.

KOUSAR/DIRECT/GANDY

1          THE COURT:  All right.  We'll resume at two.  I have

2    another matter I'll take on at one but that will be long done

3    by 2:00 so I'll see you at two.

4          MR. TUCKER:  Thank you, Your Honor.

5          MS. GANDY:  Thank you, Your Honor.)

6          (Luncheon recess taken.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Continued on next page.)(The following takes place

 2    out of the presence of the jury.)

 3              THE COURT:  Good afternoon.  You may be seated please.

 4    All parties and counsel are here I see.

 5              Do we have any procedural issues to address before the

 6    jury comes in?

 7              MS. GANDY:  Yes, Your Honor.  Over the lunch break

 8    counsel and I were able to confer and we have a proposed

 9    stipulation and order relevant to the additional comments made

10    by the witness that we all found non-responsive to the question

11    asked.

12              THE COURT:  Would you hand it up to, Mr. Jackson.

13              MR. TUCKER:  (Handing.) Thank you, Mr. Jackson.

14              THE COURT:  Thank you.  The proposed stipulation and

15    order reads as follows:

16              It is hereby stipulated and agreed by the parties that

17    the following instruction shall be read to the jury:

18              Ladies and gentlemen of the jury, immediately

19    preceding the lunch break the witness made two statements

20    appearing in the transcript at page 15, line five, beginning

21    with the word "I" through page 15, line 12 that the parties

22    agree were objectionable because they were non-responsive to

23    the question asked.  I therefore instruct you that you should

24    not consider that testimony immediately preceding the lunch

25    break and I have stricken it from the record.  Dated today's
```

KOUSAR/DIRECT/GANDY

```
 1   date, signed by attorney for the defendant and signed by the

 2   Assistant United States Attorney on behalf of the U.S. Attorney

 3   for the Eastern District.

 4        I'm happy to read it.  You do realize, of course, that

 5   it is likely to occasion a request from the jury for the

 6   transcript because you refer to page 15, line five, beginning

 7   with "I" through page 15, line 12.  The only reason I'm

 8   pointing out that by characterizing it this way, you probably

 9   are inviting the jury to say, let me take a look at it.

10        MS. GANDY:  Our hope, Your Honor, is by doing it this

11   way, once Your Honor has stricken those lines from the record,

12   that the jury even upon request would receive a transcript that

13   did not include those lines and therefore we're trying to

14   obviously avoid the jury sort of having the statement

15   re-highlighted for them to the extent that our point is to --

16        THE COURT:  No, I understand the goal.  It is sort of

17   like saying to the jury, don't think about a rhinoceros,

18   everybody thinks about a rhinoceros.

19        MS. GANDY:  Of course.

20        THE COURT:  Having said that, if this is the way you

21   folks want me to proceed, I'm happy to do that.  I'm just

22   pointing out to you that it is likely to occasion the request

23   for the transcript and when they get the transcript, obviously

24   the agreed upon language will not appear in the transcript but

25   don't be shocked if they ask for the transcript.
```

KOUSAR/DIRECT/GANDY

```
 1              MS. GANDY:  Understood.

 2              THE COURT:  And ordinarily we don't send back

 3     transcripts, we will have readings of transcripts ordinarily,

 4     okay.

 5              MS. GANDY:  Very well.

 6              THE COURT:  Don't be shocked if that is one of

 7     results.  On the other hand, it may not be.

 8              Okay.  Anything else.

 9              MS. SOSINSKY:  No.

10              THE COURT:  All right.  I'm going to so order the

11     proposed stipulation.  When they come back, I'll read it to

12     them.

13              Madame witness, would you be good enough --       Mr.

14     Jackson, would you escort the witness.

15              THE CLERK:  Sure, Judge.

16              (Witness resumes the stand.)

17              THE COURT:  All right.

18              (Jury enters courtroom.)

19              THE COURT:  Please be seated, ladies and gentlemen of

20     the jury.  Again, thank you for your patience and your

21     attention.

22              Before we resume with the witness, the parties have

23     agreed, something I mentioned to you in your opening

24     instructions that I would periodically have on occasion,

25     stipulated, agreed to facts and other rulings from the parties.
```

HOLLY DRISCOLL, CSR

1  So, here is one of those.

2        It is hereby stipulated and agreed by the parties that

3  the following instruction shall be read to the jury:

4        Ladies and gentlemen of the jury, immediately

5  preceding the lunch break the witness made two statements which

6  appear in the transcript at page 15, line five, beginning with

7  the word "I" through page 15, line 12 that the parties agree

8  were objectionable because they were non-responsive to the

9  question asked.  Therefore I instruct you that you should not

10 consider that testimony immediately preceding the lunch break

11 and I have stricken it from the record.

12       And just to show you that we do some things with  old

13 school finality here in federal court, I have my federal court

14 order, I'm now going to stamp it, grant the application and

15 sign it, it's signed by both parties, and I give it to  Mr.

16 Jackson, that way ensuring that it doesn't get lost.  All

17 right.

18       We may resume the questioning of the witness who is

19 still under oath.

20       MS. GANDY:  Thank you, Your Honor.

21 DIRECT EXAMINATION (Cont'd.)

22 BY MS. GANDY:

23 Q   Ms. Kousar, I'm going to ask you some more questions now.

24 A   Okay.

25 Q   I'd just ask that you listen to my question and try to

```
 1   answer the question that's being put to you, okay.

 2   A    Okay.

 3   Q    Before the lunch break we were talking about February 25th

 4   in the morning, do you remember that?

 5   A    Yes.

 6   Q    After all of your children had left for school what did you

 7   and Asghar do?

 8   A    We were home working, taking care of the house chores and

 9   he was sitting down doing nothing.

10   Q    Did there come a time later that day that Asghar left the

11   house?

12   A    Yes.

13   Q    What happened to cause Asghar to leave the house?

14   A    He was sitting there having tea and Javed called him.

15   Q    What happened when Javed called your husband?

16   A    He said come to MPA Irfan Uddin's house, we need to talk to

17   you.

18   Q    How did you learn that Javed told Asghar to come to Irfan

19   Uddin's house?

20   A    When he received phone call, he said, Javed called me and

21   he is asking me to go to MPA Irfan Uddin's house.

22   Q    Who is Irfan Uddin?

23   A    He was elected by voting, he's an MPA, he's a political

24   leader.

25   Q    What does MPA stand for, do you know?
```

KOUSAR/DIRECT/GANDY

```
 1   A    He becomes political leader, MPA, when people vote for him.

 2

 3   Q    Where is MPA Irfan Uddin's home?

 4   A    His house was outside the village on the road.

 5   Q    Can you walk to Irfan Uddin's house from your house?

 6   A    His house is far.  Some people walk to his house but

 7   usually either bus or scooter you can take to his house.

 8   Q    And what did Asghar do after Javed called him and told him

 9   to come to Irfan Uddin's house?

10   A    He asked me to give him shoes and socks so that he can

11   leave.

12   Q    Did you do that?

13   A    Yes.

14   Q    What happened next?

15   A    He took Zameer along with him on motorcycle and left.

16   Q    Why did you think that Javed wanted Asghar to come to Irfan

17   Uddin's house?

18        MS. SOSINSKY:  Objection to what you're thinking.

19        THE COURT:  Overruled.

20   A    I don't know what was the reason.  When he came back he

21   told me the reason.

22   Q    When Asghar left, you said Zameer went with him, is that

23   right?

24   A    Yes.

25   Q    When did you next speak to Asghar after he left?
```

1    A    About after one hour.

2    Q    So, about an hour after he left you spoke to him?

3    A    Yes.

4    Q    How did you speak to him?

5    A    I called him and asked him what are they saying.

6    Q    What were you doing during the hour or so that Asghar was

7    gone from the house?

8    A    I was cooking and I was working in the house.

9    Q    Why did you call Asghar?

10   A    I was worried, I was thinking I don't know what, why,

11   what's the reason he's there.

12   Q    When you spoke to Asghar about an hour after he left, what

13   happened next?

14   A    He said, I'm here, when I come back I'll let you know.

15   Q    What happened next?

16   A    I told him that I'm going to pick up Seemab and you should

17   pick up Madeeha.

18   Q    Where were you going to pick up Seemab?

19   A    On the stop.

20   Q    Where did he have to go to pick up Madeeha?

21   A    The school she was teaching in, Sarsal.

22   Q    Where is Sarsal?

23   A    It's a little bit far from our village.

24   Q    Do you need to take a vehicle to get there or can you walk

25   there?

1    A    You need to take vehicle or ride on bike, motorcycle.

2    Q    You said that you planned to go get Seemab at the stop,

3    what is the stop?

4    A    It is a bus stop, vehicles come there, there are shops.

5    Q    And did you go to meet Seemab at that bus stop?

6    A    Yes.

7    Q    What time did you expect Seemab's bus to arrive at the bus

8    stop?

9    A    She told me that I should be there around 1:30 because she

10   didn't have phone.

11   Q    What time did you go to meet her at the bus stop?

12   A    I arrived there around 1:35.

13   Q    Where is the bus stop located?

14   A    Chiriyawala, Chiriyawala stop.

15   Q    Approximately how long does it take to walk from your house

16   to the bus stop where you met Seemab?

17   A    It takes about half an hour.

18   Q    Did you arrive at the bus stop around -- I think you told

19   us you arrived at the bus stop around 1:35; is that right?

20   A    Yes, it was about that much time, I don't know the exact

21   time.

22   Q    When you got to the bus stop, was Seemab already there or

23   did you have to wait for her bus?

24   A    She was a little bit late.

25   Q    Once Seemab arrived at the bus stop, what did you do?

KOUSAR/DIRECT/GANDY

1  A   We started walking to home.

2  Q   What direction did you walk to get home?

3  A   We were walking on the road, then we were walking through

4  the lands.

5  Q   While you were on your walk back to your house with Seemab

6  did you see any other members of your family?

7  A   When we were about to enter the street in our village we

8  saw from a distance a motorcycle was on the road.

9  Q   Who did you see on the motorcycle?

10  A   I saw from a distance that it was Zameer who was riding it,

11  my husband was sitting after him and then Madeeha.

12  Q   What direction were they traveling in on the motorcycle?

13  A   To home.

14  Q   You said that they were at a distance from you, were you on

15  the same road that they were driving on?

16  A   No, we were walking in the streets in the village and they

17  were on the road.

18  Q   What happened after you saw Asghar and Madeeha and Zameer

19  pass on the motorcycle?

20  A   We started walking in the street in the village and they

21  were going to adopt another street in the village.

22  Q   I'm sorry, I didn't understand the last part.

23  A   They were going to adopt another street in the village,

24  meaning they were going to go in another street.

25  Q   What happened Amina?

HOLLY DRISCOLL, CSR

1    A    Then we were in the street, yes, we were on the corner of

2    the street, we heard firing, yes.

3    Q    When you were on the corner of the street and you heard the

4    firing, could you see the motorcycle from where you were at

5    that point?

6    A    No, no, it was in another street and we were in another

7    street, in between there were houses.

8    Q    The street that you were on when you were standing at the

9    corner and you heard the gunfire, is that near any particular

10   building in your village?

11   A    We were on the corner where the masjid was, mosque.

12   Q    Were you still with Seemab at that time?

13   A    Yes.

14   Q    How close were you and Seemab to your home when you were at

15   the mosque in the village?

16   A    Our house was close.

17   Q    Ms. Kousar, can you describe for us the sound of the

18   gunfire that you heard when you were standing near the mosque

19   in the village?

20   A    Altogether there were two fires, then first firing and at

21   the same time there was a burst of gunfire.

22   Q    Starting with the two firings that you heard first, can you

23   describe using the sound what you heard?

24   A    First it was like one, then two.  And following that it was

25   continuous, then continuously there was some like da, da, da,

1    da (ph).

2    Q   So, you first heard two individual gunshots and then two

3    continuous gunshots?

4    A   Yes.

5    Q   What did you and Seemab do when you heard this?

6    A   We started running towards that side and people started

7    going on the top of the roofs.

8    Q   What do you mean when you say people started going on top

9    of the roofs?

10   A   When people heard the firing they started running on the

11   top of the roofs and we were only two of us there.

12   Q   How did you know what direction to run in?

13   A   Because when we heard the firing and our motorcycle was on

14   that side because we were earlier threatened.

15   Q   Ms. Kousar, what did you see when you got to the place

16   where the gunfire had been coming from?

17   A    Two of us, mother and daughter, when we arrived there on

18   the corner of the street, I arrived there and I saw that my

19   husband's dead body was laying down.  They were around my

20   daughter and they were hitting her like this.

21            THE INTERPRETER:  As she's indicating.

22            THE WITNESS:  Can I tell you more?

23            THE COURT:  Yes, please.

24            THE WITNESS:  When we got there Seemab screamed Abuji

25   -- it means father -- I turn and I saw that Akmal was hitting

```
 1   my daughter like this with a gun (indicating) and when he heard
 2   us, we were screaming, he said here they are and don't let them
 3   go and he pointed the gun like this (indicating.)
 4           THE COURT:  Pointed it at whom?
 5           THE WITNESS:  Towards me and Seemab.
 6   Q   Ms. Kousar, I'm going to stop you there for a minute, if I
 7   could.  You said when you first arrived at the scene you saw
 8   your husband, right?
 9   A   Yes.
10   Q   Can you describe to us the street that you saw him on?
11           THE INTERPRETER:  I couldn't hear, interpreter
12   couldn't hear.  (Pause.)
13   A   They were in the street.
14   Q   Is this a broad street, is it a narrow street?
15   A   It was intersection.
16   Q   And where was Asghar located in the street when you first
17   saw him?
18   A   On the ground.
19   Q   What condition was he in?
20   A   His whole, this side of the face was completely damaged.
21           THE INTERPRETER:  As she is indicating, the left side.
22
23   Q   Ms. Kousar, could you tell at that point whether or not
24   Asghar was alive or dead?
25   A   Yes.
```

KOUSAR/DIRECT/GANDY

1    Q   Could you tell, Ms. Kousar, whether Asghar was alive or

2    dead at that time?

3    A   He was dead.

4    Q   Ms. Kousar, where was Madeeha's body when you saw her?

5    A   It was on the street and they were around her.  I couldn't

6    see her properly where she was at.

7    Q   When you say she was on street, was she standing up or

8    lying down?

9    A   Laying down.  How could she stand up.

10   Q   Could you tell what condition she was in?

11   A   They couldn't let me go near to her because they were after

12   me.

13   Q   Ms. Kousar, you said that you saw people around Madeeha's

14   body; who did you see around Madeeha's body?

15   A   Yes.

16   Q   Who did you see there?

17   A   Akmal, Nisar, Sain Ashfaq, Babar.  There were other people

18   standing there that were around her.

19        MS. GANDY:  Again I'm going to publish Government

20   Exhibit Number 1 that's in evidence, Your Honor.

21        THE COURT:  You may publish.  Do we have the hard copy

22   for the witness?  Do you have Government's 1 up there?

23        THE INTERPRETER:  Yes, it is up here.

24        THE COURT:  Why don't you put it in front of the

25   witness so she can see.

HOLLY DRISCOLL, CSR

1          It is already in evidence, ladies and gentlemen of the

2   jury, Government 1.

3   Q   Ms. Kousar, you said you saw Akmal there; is that right?

4   A   Yes.

5   Q   Is this Akmal that I'm pointing at here on Government 1?

6   A   Yes.

7   Q   You also said that you saw Nisar there, is that right?

8   A   Yes.

9   Q   And Babar?

10  A   Yes.

11  Q   Is this Babar here in the bottom right-hand corner of

12  Government Exhibit 1 that I'm pointing at?

13  A   Yes.

14  Q   And Nisar is his father, correct?

15  A   Yes.

16  Q   Who is the fourth person that you saw standing near

17  Madeeha's body?

18  A   Sain Ashfaq.

19  Q   Can you remind us who Sain Ashfaq is please?

20  A   He lives in his house, he lives in Afzal's house.

21  Q   Is he the one who works for Afzal, as you described

22  earlier?

23  A   Yes.

24  Q   Ms. Kousar, if you could, did Akmal have anything in his

25  hands when you saw him standing by Madeeha's body?

KOUSAR/DIRECT/GANDY

A    Yes, gun.

         MS. GANDY:  And if I could ask Ms. Verma to just step aside.

Q    I'd like to ask the witness to, using your hands, show us what you saw Akmal doing with his gun.

A    He was close to the wall and he was hitting like this (indicating.)

         THE COURT:  Would you stand up please in place there.

         THE WITNESS:  Yes.

         THE COURT:  And show the jury how he was hitting her with the gun.

         THE WITNESS:  Like this (indicating) kicking and hitting with the gun.

Q    Please have a seat, Ms. Kousar.

         When you were just showing us the sort of downward gesture of poking, you were using both hands.  Was the gun that Akmal had in his hands big enough to be held by two hands.

A    Yes, he was kicking like this (indicating).

Q    And was the gun that he had in his hands that he was using to poke Madeeha with similar to the gun you had seen in his hands a month earlier when he shot at your vehicle?

A    Excuse me?

Q    Do you remember telling us earlier that you saw Akmal with a gun shooting at your vehicle in January?

A    Yes.

```
 1   Q   Was the gun that you saw him use in January similar looking
 2   to the gun that you saw on February 25th?
 3   A   I don't know that.  When he started firing and we started
 4   running away from there, second time the same thing, it was
 5   just a matter of two to four seconds.  We ran and I couldn't
 6   recognize.
 7   Q   So, you only were able to look at Akmal for two to four
 8   seconds as you were standing there, is that what you're saying?
 9   A   Yes, yes, about four or five seconds and Amina we started
10   running away from there.
11   Q   Before we get into your running away from that location,
12   you said that you saw Nisar near Madeeha's body, did he have a
13   gun?
14   A   Yes, yes, they were kicking her like this (indicating).
15   Q   And how about Babar, did he have a gun?
16   A   Yes, he was standing in the middle and he was also by the
17   motorcycle and I don't know what kind of gun he had.
18           THE COURT:  But did he have a gun is the question?
19           THE WITNESS:  Yes.
20   Q   How about Sain Ashfaq, did you see a gun in his hands?
21   A   Yes.
22   Q   You said that you saw other people in the area around
23   Asghar and Madeeha's body as well; is that right?
24   A   Yes, they were standing on the other side and they were
25   standing together.
```

```
1    Q    Who did you see there?

2    A    Javed, Mazhar, their people.

3    Q    Do you remember whether or not Javed and Mazhar had guns

4    with them?

5    A    It was just a matter for a few seconds and I couldn't see

6    properly that he had it or not.

7    Q    Do you know someone by the name of -- when you say "him" do

8    you mean Javed or Mazhar?

9    A    Both of them, yes, both of them were there.

10   Q    And you said that you're not sure whether or not they had

11   guns, did I understand you correctly?

12   A    They had the guns but I didn't see them that -- what kind

13   of guns they had because there was a crowd.

14   Q    I understand.  Do you know someone by the name of Ehsan

15   Ullah?

16   A    Yes.

17   Q    Who is Ehsan Ullah?

18   A    Mother's nephew.

19   Q    Approximately how old is Ehsan Ullah?

20   A    I don't know exactly how old he is, he's about 26 years

21   old.

22   Q    Did you see Ehsan Ullah around Madeeha and Asghar's body

23   anywhere?

24   A    He was standing where the -- Iqbal Patwari's house, he was

25   standing where Asghar's body was laying on the ground.
```

1   Q    And Iqbal Patwari, you mentioned his house, where is that

2   located in relationship to where Asghar and Madeeha were lying?

3   A    It's very close to the gallery.

4   Q    What is the gallery?

5   A    It's like, gallery is like a -- it's followed by the walls

6   but it's close to that place.

7   Q    Ms. Kousar, do you know someone named Shahid Iqbal?

8   A    Yes.

9   Q    Who is Shahid Iqbal?

10  A    Javed's brother.

11  Q    And what is his relationship to Ajmal and his family?

12  A    He's Ajmal's maternal uncle's son.

13  Q    Did you see Shahid Iqbal in the area that day?

14  A    Yes, where Ehsan lies, he was there.

15  Q    You mentioned that you also saw the motorcycle, is that

16  right?

17  A    Yes.

18  Q    Where was the motorcycle in relationship to Asghar and

19  Madeeha?

20  A    In the middle.

21  Q    Ms. Kousar, I'm now going to show you a photograph that's

22  in evidence as Government Exhibit 806.

23  A    Please can you give me picture like on the paper like this

24  one.

25  Q    I believe it is already up there.

 1          THE INTERPRETER:  No, we don't have it.

 2          MS. GANDY:  No.  Oh, I'm sorry.

 3          (Pause.)

 4  Q   Ms. Kousar, do you see Asghar in this photograph?

 5          (Pause.)

 6  Q   I just have a few quick questions and then we can move on.

 7  Do you see Asghar in this picture?

 8  A   Yes.

 9  Q   And is he lying in the center of the picture on the ground?

10  A   Yes.

11  Q   Is that the location where you saw Asghar when you first

12  arrived after hearing the gunfire?

13  A   No, somebody had give him a piece of cloth on his body.

14  Q   When you say "a piece of cloth," are you referring to this

15  piece of cloth in the bottom most part of the screen that's

16  covering his head area?

17  A   Yes, this is a piece of cloth.

18          THE INTERPRETER:  As she's indicating.

19  Q   When you first arrived and saw Asghar, he didn't have that

20  piece of cloth over him?

21  A   No.

22  Q   Do you recognize that piece of cloth?

23  A   Yes.

24  Q   What is it?

25  A   My scarf, dupatta.

```
 1   Q    Where did that scarf come from?

 2   A    I don't know how it got on his body, I was crying, maybe

 3   somebody put it on him.

 4   Q    Is that a scarf that you were wearing that day?

 5   A    Yes.

 6   Q    And Ms. Kousar, right behind Asghar what is this, if you

 7   can look at the screen that I'm pointing at, lying across the

 8   ground?

 9   A    What do you mean, where?

10   Q    Can you see on your screen my finger?

11   A    Yes.

12   Q    Do you recognize that?

13   A    Is it Madeeha's picture?

14   Q    I'm pointing to the item across the back here with the

15   wheel.

16   A    You mean by this?

17           THE INTERPRETER:  She's indicating.

18   A    Like something like an iron rod.

19   Q    We can move on.

20           Ms. Kousar, where in this picture did you see Madeeha

21   when you first arrived, if you could point to it for us?

22   A    It was on the ground, people were around her so I couldn't

23   see exactly.

24   Q    Where on the ground was she located though?

25   A    In the street by this gutter.
```

```
 1            MS. GANDY:  And Ms. Verma, perhaps can you tell me
 2   what part of the picture she was just pointing at because I
 3   couldn't tell.
 4            THE COURT:  You can use this laser pointer, ma'am,
 5   come around (handing to the interpreter.)
 6            THE COURT:  And just go next to the witness, point it
 7   at the big screen so the jury can see what the witness is
 8   pointing to on the exhibit, okay.
 9            Just push that little button, the little green light
10   comes on.
11   A   I really didn't pay attention where it was exactly but when
12   her body was picked and she was laying on this gutter, half
13   body was on the gutter and half on the ground.
14   Q   And for the record, you're indicating along the right-hand
15   side of the street against the yellow wall?
16            THE COURT:  Would you translate.  For the record,
17   you're pointing to the right-hand side of what has been marked
18   in evidence as Government Exhibit 806; is that correct?
19   Translate that to her.
20            THE WITNESS:  Yes.
21   Q   And sort of behind the vehicle is where you were indicating
22   for the record?
23   A   Here --
24            THE INTERPRETER:  As she's indicating.
25   A   -- by the motorcycle, half on the gutter and half on the
```

1    ground.

2    Q    And Ms. Kousar, where was Akmal and Babar and Nisar and

3    Sain Ashfaq when you first arrived?

4    A    They were around her, around Madeeha.

5    Q    Ms. Kousar, you could turn that over.  You told us earlier

6    that after seeing Asghar and Madeeha that Seemab screamed; is

7    that right?

8    A    Yes, yes, when she saw her father she screamed, Seemab.

9    Q    What happened when Seemab screamed?

10   A    When she screamed, they turned and look, yes.

11   Q    When you say they turned and looked, who are you talking

12   about?

13   A    Akmal and Nisar, Babar and Sain Ashfaq, yes.

14   Q    What did they do when they turned and looked?

15   A    Akmal pointed gun like this (indicating) and said, they are

16   here, don't let them go and they're here to cry.

17   Q    What happened after Akmal pointed his gun like that and

18   said that?

19   A    Then we ran away.

20   Q    Where did you run to?

21   A    Seemab was separated from me.  There was a house nearby, I

22   went into that house.

23   Q    Whose house did you go into?

24   A    It was Ahmad Khan's.

25   Q    What did you do when you got inside the house?

KOUSAR/DIRECT/GANDY

```
 1   A    I went to their bathroom and locked from inside.

 2   Q    Was the bathroom that you went inside in the house itself

 3   or in an area outside of the house?

 4   A    Inside the house.

 5   Q    What did you do when you got inside the bathroom?

 6   A    I locked from inside and I called police.

 7   Q    How long did you stay in that bathroom?

 8   A    For about one hour, maybe more.

 9   Q    Why did you stay in that bathroom?

10   A    Because I was scared they were in the streets.

11   Q    You said that you and Seemab got separated during that

12   time, is that right?

13   A    Yes.

14   Q    What happened to cause you and Seemab to be separated?

15   A    Like we were running towards where we could.

16   Q    You were running towards where you could?

17   A    Yes, means like she fell and she went to another place and

18   I went to another site.

19   Q    Who fell, you or Seemab?

20   A    Seemab.

21   Q    You said that while you were in the bathroom you called the

22   police, right?

23   A    Yes.

24   Q    How did you do that?

25   A    I spoke to them on the phone.
```

1  Q   Did you have a phone with you in the bathroom?

2  A   My husband had two phones, one he took it and another one

3  was with me.

4  Q   You said that you stayed in the bathroom for approximately

5  an hour, is that right?

6  A   Yes.

7  Q   What made you decide to finally leave the bathroom?

8  A   When the police arrived I came out.

9  Q   After you came out of hiding in the bathroom, what did you

10  see when you got back out to the street?

11  A   Police was there.

12  Q   Did you see Akmal or Nisar or Babar or Sain Ashfaq out

13  there?

14  A   When the police arrived?

15  Q   Yes?

16  A   No.

17  Q   Did you see Seemab when you got back out on to the street?

18  A   No, when they were putting the bodies on the beds, on the

19  cots and then I saw her coming crying.

20  Q   Did you know where Seemab was coming from?

21  A   No, I don't know because I was not in my senses.

22  Q   When you first came out of your hiding place in the

23  bathroom, where were Madeeha and Asghar's bodies at that time?

24  A   On the ground.

25  Q   At some point were there bodies moved?

```
 1   A    It was police who picked them up.

 2   Q    What did the police do with their bodies?

 3   A    They picked them up and put them on the cots.

 4   Q    When you say "cots," do you mean like a bed, like a frame.

 5   A    Like we have cots in Pakistan like that.

 6   Q    Ms. Kousar, where was Nayab during this time, did you know?

 7   A    School.

 8   Q    What, if anything, did you do with regards to Nayab after

 9   coming out of the bathroom?

10   A    Excuse me?

11   Q    What did you do about Nayab when you came out of the

12   bathroom?

13   A    While they were putting them on the cots and I asked one of

14   the policeman please bring my daughter from school.

15   Q    Where was Nayab's school located?

16   A    At Chiriyawala, Adda.

17   Q    Ms. Kousar, I'm now going to show you what's in evidence as

18   Government Exhibit 833.

19   A    Yes.

20         MS. GANDY:  We are getting a second copy, Your Honor.

21         THE INTERPRETER:  Your Honor, she needs to go to the

22   ladies room.

23         THE COURT:  Of course.  Why don't we take a ten minute

24   break while we get the documents in order.

25         Again, do not discuss the case, ladies and gentlemen
```

KOUSAR/DIRECT/GANDY

```
 1   of the jury.

 2            Would you escort the witness, Mr. Jackson.

 3            THE CLERK:  Yes, Your Honor.

 4            (Witness steps down.)

 5            (Jury leaves courtroom.)

 6            THE COURT:  The jury has left the Court.  Do we have

 7   any procedural issues to discuss?

 8            MS. GANDY:  Not from the government, Your Honor.

 9            MS. SOSINSKY:  No, sir.

10            THE COURT:  All right.  We'll take ten minutes.

11            (Recess taken.)

12            (Continued on next page.)

13

14            (Time noted:  3:25 p.m.)

15            (Defendant enters courtroom.)

16            (Witness resumes the stand.)

17            (Jury enters courtroom.)

18            THE COURT:  Thank you, ladies and gentlemen of the

19   jury.  I know it's been a long day.  Please be seated.  We're

20   going to continue.

21            MS. GANDY:  May I proceed, Your Honor?

22            THE COURT:  You may.

23            MS. GANDY:  Your Honor, I'd like to publish Government

24   Exhibit 833 that's in evidence.

25            THE COURT:  Do we have a hand up for the witness?
```

KOUSAR/DIRECT/GANDY

1        MS. GANDY:  We do.  With Your Honor's permission,

2   we'll hand up the next three exhibits to save Mr. Jackson the

3   extra work.

4        THE COURT:  I think even Mr. Jackson is getting tired

5   so, yes, you may.  Thank you.

6        You may proceed.

7        MS. GANDY:  Thank you.

8   Q   Ms. Kousar, do you see this photograph?

9   A   Yes.

10  Q   What is it?

11  A   The place where the murder was committed.

12  Q   Do you see yourself anywhere in this photograph?

13  A   Yes, here, I'm standing here.

14       THE INTERPRETER:  As she's pointing at somebody.

15       MS. GANDY:  Ms. Verma, am I pointing to the same

16  person she's pointing to?

17       THE INTERPRETER:  Yes, with the white cap.

18       MS. GANDY:  With the white cap, thank you, in the

19  center of the photograph.

20  Q   Ms. Kousar, the white cap that you're wearing, that's what

21  you were wearing on February 25th?

22  A   Yes.

23  Q   You told us earlier that you had been also wearing a scarf;

24  is that right?

25  A   Yes.

```
 1   Q    Where had you been wearing the scarf?
 2            THE INTERPRETER:  I'm sorry, where?
 3   Q    Where were you wearing the scarf?
 4   A    Like I'm wearing right now.  When I was crying it fell off.
 5   Q    Ms. Kousar, this building behind you that's sort of a
 6   purple color, do you recognize that building?
 7   A    Yes.
 8   Q    What is that?
 9   A    It's a house.
10   Q    Whose house is it?
11   A    Of Iqbal Patwari.
12   Q    Who are these men that are standing around you in the
13   photograph?
14   A    Police.
15   Q    And directing your attention to the top of the photograph,
16   across the top of the building, do you know who those people
17   are?
18   A    People from the village.
19   Q    Ms. Kousar, after you met with the police at the scene
20   where the shooting took place, what did you do next?
21   A    They picked up the bodies and they were asking me to go
22   along with them to their houses.
23   Q    To whose houses?
24   A    Akmal, Nisar, Mazhar, Javed.
25   Q    Why were those the houses that you went to with the police?
```

1  A   Because they had committed the murder so obviously we were

2  going to their houses.

3  Q   How did you get to the houses?

4  A   What do you mean by that?

5  Q   Did you walk there or were you driven there?

6  A   We walked.

7  Q   You said that you went to Akmal's house; is that right?

8  A   Yes.

9  Q   What happened when you got to Akmal's house?

10 A   When we went to his house, some doors were open, some were

11 closed but there was nobody.

12 Q   Did you see Akmal anywhere in the area?

13 A   No.

14 Q   Were any of the women who lived in the house present?

15 A   Nobody was there, they were hiding here and there.

16 Q   Ms. Kousar, you mentioned earlier that Sain Ashfaq lived in

17 that same house; is that right?

18 A   Right.

19 Q   Did you see Sain Ashfaq at the house?

20 A   No.

21 Q   Where did you go next?

22 A   First we went to Nisar's house, then to Mazhar's house,

23 then Akmal's house, then Javed's house.

24 Q   So, drawing your attention to your visit to Nisar's house

25 then; what happened when you got to Nisar's house?

```
1   A   When we went there the house was locked from inside and

2   also from outside, we could not enter the house.

3   Q   Did you see anyone from Nisar's family?

4   A   No, because doors were not open.

5   Q   You told us earlier that Babar was Nisar's son; is that

6   right?

7   A   Excuse me?

8   Q   You told us earlier that Babar is Nisar's son, right?

9   A   Yes.

10  Q   Did Babar live in the same house as Nisar?

11  A   Yes.

12  Q   Did you see Babar anywhere around the house?

13  A   When police went there?

14  Q   Yes?

15  A   No.

16  Q   I believe you said you went to Mazhar's house next; is that

17  right?

18  A   Yes.

19  Q   What happened when you got to Mazhar's house?

20  A   Nobody was there.

21  Q   Who lives in Mazhar's house with him?

22  A   His children and his brother's children.

23  Q   You told us that you saw Ehsan Ullah at the scene or in the

24  area of the shooting, where does Ehsan Ullah live?

25  A   In Mazhar's house.
```

```
 1   Q   And what is his relationship to Mazhar?

 2   A   They are paternal uncle and nephew relationship.

 3   Q   Did you see Ehsan Ullah anywhere around the house?

 4   A   No.

 5   Q   You said you also went to Javed's house; is that right?

 6   A   Yes.

 7   Q   Who lives in Javed's house with him?

 8   A   His brother, both of them living together.

 9   Q   What is his brother's name?

10   A   Shahid.

11   Q   Did you see Javed or Shahid at the home when you visited it

12   that day?

13   A   No.

14   Q   Did you see anyone else?

15   A   Yes.

16   Q   Who did you see?

17   A   It was Shahid's wife and Javed's wife.

18   Q   Did you go to any other houses that day?

19   A   Yes, to Nazim's house.

20   Q   Can you remind us who Naseem is?

21   A   She's Ajmal's sister.

22   Q   Why did you go to Naseem's house?

23   A   Maybe someone we can find there.

24   Q   Who were you looking for there?

25   A   We were looking for culprits, Akmal, Nisar, we were trying
```

```
 1   to look for any one of them, the culprits.

 2   Q    Did you see anyone at Naseem's house?

 3   A    No, the doors were closed.

 4   Q    After visiting each of these houses where did you go?

 5   A    To the police station.

 6   Q    At some point before going to the police station did you

 7   meet up with your daughters?

 8   A    Yes.

 9   Q    Where did that happen?

10   A    Seemab was crying where the cots were, when I arrived there

11   I saw that one -- one person was bringing her, one person was

12   bringing Nayab there.

13   Q    When you say that Seemab was crying by where the cots were,

14   what were the cots?

15           THE INTERPRETER:  I'm sorry, you said where were the

16   cots?

17   Q    What are the cots?

18   A    The cots were on the street and the dead bodies were on the

19   cots.

20   Q    And you said that somebody was bringing Nayab there, who

21   was bringing Nayab there?

22   A    It was a policeman.

23   Q    What condition was Nayab in when you saw her?

24   A    She was crying.

25   Q    You told us that you then went to the police station, is
```

```
1   that right?

2   A   Yes.

3   Q   Why did you go to the police station?

4   A   Because the police told us that they need to go -- have

5   postmortem done.

6   Q   Where is the police station located?

7   A   Kakrali.

8   Q   How did you get to the police station?

9   A   In police vehicle.

10  Q   Who was with you?

11  A   Seemab and Nayab.

12  Q   Where were Asghar and Madeeha's bodies at that time?

13  A   They were in a big vehicle.

14  Q   What happened at the police station?

15  A   We stayed there for a while, then we went to Kharian.

16  Q   Why did you go Kharian?

17  A   For the postmortem.

18  Q   Where did the postmortem take place?

19  A   In Kharian Hospital.

20  Q   Who went with you to the postmortem?

21  A   We were three of us, mother and daughters, from home.  When

22  we arrived there, Zameer's mother and father, they were already

23  there, and later on my sister got there and her husband and

24  her -- and his brothers and their paternal uncle, then Shazad

25  and Balil.
```

1   Q    Ms. Kousar, you said that when you arrived at the hospital

2   you saw Zameer's family, is that right?

3   A    Yes.

4   Q    Was Zameer with them?

5   A    I don't know.  Zameer's mother told me that my son was

6   driving your vehicle and he's in the hospital, but I don't know

7   where he was.

8   Q    Did you see Zameer yourself?

9   A    No.

10  Q    When you had been at the scene of the shooting and you saw

11  Madeeha and Asghar, did you see Zameer there?

12  A    No.

13  Q    Had you seen Zameer at all that day since the time he left

14  your house that morning with Asghar to go to Irfan Uddin's

15  house?

16           THE INTERPRETER:  I'm sorry, who's house?

17           MS. GANDY:   Irfan Uddin's house.

18  A    After the murder I went to his house about two to three

19  weeks later.

20  Q    Okay, but just listen to the question, if you could.

21           THE COURT:  Ms. Gandy, you're going to need to get

22  closer to the microphone, your voice is getting soft.

23           MS. GANDY:  Sorry, Your Honor.

24           THE COURT:  That's why we're having the problem.

25           MS. GANDY:  Understood.

```
 1              THE COURT:  Speak it up.
 2   Q   Ms. Kousar, had you seen Zameer that day since the time he
 3   left your house with Asghar to go to Irfan Uddin's house, had
 4   you seen him since then?
 5   A   No, I saw him after three weeks when I went to his house.
 6   Q   Before we get to that, while you were at the hospital for
 7   the postmortem did you speak to the police?
 8   A   Meaning like what?
 9   Q   At any point that evening were you interviewed by the
10   police?
11   A   Yes.
12   Q   Where did that interview take place?
13   A   Not in the street, when we went to Kharian they asked me
14   there.
15   Q   Is that at the hospital in Kharian?
16   A   Yes.
17   Q   Who was with you when you were interviewed?
18   A   I don't know, I was crying at that time.
19   Q   Ms. Kousar, what time did you leave the hospital that
20   night?
21   A   It was about 12:00 or 12:30.
22   Q   Where did you go?
23   A   I went back to home.
24   Q   Who went to your house with you?
25   A   Two, three policemen, my sister, and her husband, Zameer's
```

```
 1    father and mother, Nayab, Seemab and I.
 2    Q    Did Shujat return to the house with you that evening?
 3    A    No.
 4    Q    Why not?
 5    A    The police told me that they are waiting for him, tell him
 6    not to come to house, otherwise he will get killed.
 7    Q    Who were the police talking about, as you understood it?
 8              MS. SOSINSKY:  Objection.
 9              THE COURT:  Overruled.  Her understanding.
10    A    Shujat, and tell him not to come, otherwise he will get
11    killed.
12              THE COURT:  Who are they?
13              THE WITNESS:  Akmal and other people.
14    Q    Ms. Kousar, after the postmortem was completed where did
15    Asghar and Madeeha's bodies go?
16    A    I took them home.
17    Q    When you got back to your house after the postmortem was
18    your car at your house?
19    A    Our car, our vehicle?
20    Q    Yes?
21    A    No, my mother told me there that Zameer had taken that.
22    Q    Did you later get your car back?
23    A    After five, six days.
24    Q    How did you get your car back?
25    A    I called Zameer's father and ask him give our car back and
```

```
 1   he said, why did you need the car.  And again on second time I
 2   called him and I said I will need it, he said he's not going to
 3   give it.  Third time when I called him and I ask him to give
 4   it, then he give it back.
 5   Q    What is the name of Zameer's father?
 6   A    Fazal Hussein.
 7   Q    Who returned the car to you?
 8   A    Fazal Hussein, Zameer's father.
 9   Q    Ms. Kousar, were Asghar and Madeeha's bodies buried after
10   the postmortem?
11   A    Yes.
12   Q    When did that happen?
13   A    Eleven o'clock in the morning.
14   Q    Is that the following day?
15   A    Yes.
16   Q    Where were they buried?
17   A    In the graveyard.
18   Q    Drawing your attention to that day, I'm going to show you a
19   couple of quick photographs.
20   A    Yes.
21        MS. GANDY:  First, I'd like to publish Government
22   Exhibit 811.  That's in evidence.
23        THE COURT:  Is it there?
24        THE INTERPRETER:   Yes, sir.
25        THE COURT:  Go ahead.
```

```
1    Q    Ms. Kousar, do you recognize this photograph?

2    A    Yes.

3    Q    Where was this taken?

4    A    In our house.

5    Q    Do you see yourself in the photograph?

6    A    Yes.

7              THE INTERPRETER:  She is pointing at a woman wearing a

8    white cap.

9              THE COURT:  Is that where she's pointing (indicating)?

10             THE INTERPRETER:  Yes, Your Honor, thank you.

11   Q    When was this photograph taken?

12   A    When they kept them after giving them bath for the funeral

13   possession.

14   Q    When you say "them," who are you talking about?

15   A    When their bodies, when they gave bath to their bodies and

16   that they were going to go for funeral possession.

17             THE COURT:  I think the question she's asking is would

18   you state the names of the people who were being buried.

19             THE WITNESS:  Excuse me?

20             THE COURT:  The names of the people who were being

21   buried.

22             THE INTERPRETER:  Who buried them?

23             THE COURT:  No, no.  Who was being buried?  The

24   prosecutor is just asking for the names again of the victims

25   who were being buried.
```

```
 1              THE WITNESS:  Madeeha and Asghar.
 2   Q   Who were these other individuals that you see in the
 3   photograph?
 4   A   These people are from our site.  This person is my
 5   husband's sister's husband.
 6              THE COURT:  Madame interpreter, if you turn that video
 7   screen or use the laser pointer, either way; who is she
 8   pointing to?  Would you prefer to use the laser or would you
 9   prefer to touch the screen?
10              THE INTERPRETER:  I would like to point out here.
11              This person wearing the cap, he was her husband's
12   sister's husband.
13              MS. GANDY:  If I may, now I'd like to turn to what's
14   been premarked Government's Exhibit 817 and show it only to the
15   witness at the beginning.
16   Q   Ms. Kousar, do you recognize this photograph?
17   A   Yes.
18   Q   What is it?
19   A   When they were taking their bodies, jenazah.
20   Q   Is that an accurate photograph of the events that day?
21   A   Excuse me?
22   Q   Is it an accurate photograph, do you recognize it?
23   A   Yes.
24              MS. GANDY:  Your Honor, I'd offer into evidence
25   Government Exhibit 817.
```

KOUSAR/DIRECT/GANDY

```
 1              THE COURT:  Any objection?
 2              MS. SOSINSKY:  No, sir.
 3              THE COURT:  It's admitted.  You may publish it to the
 4   jury.
 5              MS. GANDY:  Thank you, Your Honor.
 6              (Government Exhibit 817 so marked in evidence.)
 7   Q   Ms. Kousar, where was this photograph taken?
 8   A   When they were taking them outside the house and this is
 9   the -- when they were taking them outside the house and this is
10   the gate of our house.
11   Q   Am I pointing to the right area of the photograph, the
12   archway that appears from the left to the right-hand side?
13   A   Yes, this is the gate.
14   Q   This bed frame or wooden frame in the middle of the
15   picture, can you tell us what that is?
16   A   This is the thing where you put the body in and you take
17   it.
18   Q   And directing your attention to the top of the photograph
19   across the left and right side, do you see individuals up
20   there?
21   A   Yes, they are standing on someone else -- they're standing
22   on the top of the roof.  I don't know if it is our roof or
23   somebody else's roof.
24   Q   Where were you at this time?
25   A   I might be crying somewhere there.
```

```
 1   Q    Ms. Kousar, was Shujat present that day to attend the
 2   burial of Asghar and Madeeha?
 3   A    No.
 4   Q    Why not?
 5            MS. SOSINSKY:  Objection, asked and answered, Judge.
 6            THE COURT:  Overruled.
 7   A    He was scared and police also gave him the message not to
 8   go.
 9   Q    Ms. Kousar, did you attend the funeral -- I'm sorry, the
10   burial that day?
11   A    To the graveyard?
12   Q    Yes?
13   A    No.
14   Q    Why not?
15   A    No, I didn't go.  I go later on the next day.
16   Q    In the days and weeks after Asghar and Madeeha were buried
17   where did you live?
18   A    In the house, where else I could go with my daughters.
19   Q    Who was living with you in the house?
20   A    My brother came.
21   Q    And you said your daughters, which daughters were living
22   with you in the house?
23   A    Seemab, Nayab.
24   Q    During that time were Seemab and Nayab going to school?
25   A    No.
```

1    Q    Why not?

2    A    Where else they could go in the event they got killed and

3    where they could go.

4    Q    Did the police come to your house during that time?

5    A    They used to come and go in the mornings and in the

6    evenings.

7    Q    You mentioned that you saw Zameer a few weeks after the

8    shooting; is that right?

9    A    Yes.

10   Q    Where did you see Zameer?

11   A    I went to Kharian to see a lawyer so I thought let me see

12   him.  I called his mother and she told me that he's in Kharian

13   with his relatives' house and I went there.

14   Q    What condition was Zameer in when you saw him there?

15   A    He was sitting down and watching film, movie.

16              (Continued on next page.)

17

18

19

20

21

22

23

24

25

```
 1   BY MS. GANDY:
 2   Q   Could you tell whether Zameer had any injuries at that
 3   time?
 4   A   He was sitting down and he had a small bandage.
 5   Q   Where was the bandage?
 6   A   Here, on his on the ankle.
 7   Q   MS. Kousar, did there come a time that you left Chiryawala?
 8   A   Yes.
 9   Q   When?
10   A   One month after the murder.
11   Q   Why did you leave Chiryawala?
12   A   I came here to testify as a witness and I was scared.
13   Q   How are you able to come to the United States?
14   A   What do you mean by that?
15   Q   How did you get permission to come to the United States?
16   A   I don't know.  Shujat told me that you need to go there to
17   testify, and we went to the consulate.
18   Q   Who came to the United States with you from your family?
19   A   With me?
20   Q   Yes.
21   A   Seemab, Nayab and Shujat.
22   Q   How did you feel about leaving Chiryawala?
23   A   We were crying.  We are leaving our house, and we're going
24   to another place.
25   Q   Since coming to the United States, how have you and your
```

```
 1   children been supporting yourselves financially?

 2           MR. SOSINSKY:  Objection.

 3           THE COURT:  Overruled.

 4   A   Here our government helped us, now my children are working.

 5   BY MS. GANDY:

 6   Q   Ms. Kousar, if you had the option of returning to

 7   Chiryawala to live, would you want to do that?

 8           MR. SOSINSKY:  Objection.

 9           THE COURT:  Overruled.

10   A   If I get security and I get any kind of safety, then I can

11   go back.

12           MS. GANDY:  I have no further questions, Your Honor.

13           THE COURT:  All right.  Any cross-examination?

14                     CROSS-EXAMINATION

15   BY MR. SOSINSKY:

16   Q   Ms. Kousar, the shootings that took place on February 25th,

17   2013, and that you were just asked questions about, those

18   shootings took place a little bit after 2:30 in the afternoon

19   on that date, correct?

20   A   Yes.

21   Q   And --

22   A   It was 2:30 at that time.

23   Q   Yes.  I'm sorry?

24   A   It was 2:30 at that time.

25   Q   Okay.  And before she went to school that day, that is
```

1    February 25th, 2013, your daughter, Madeeha, and you agreed

2    that on that day, you would pick her up, be waiting for her at

3    the bus station at 1:30, correct?

4    A    Yes.

5    Q    That was something that you and her discussed before she

6    left for school that morning, correct?

7    A    Yes.

8    Q    And you told us based on your experience, that it takes you

9    approximately a half-hour to get from your home to the bus or

10   van stop that Madeeha took back and forth to school, right?

11   A    I'm sorry, how much does it -- I'm sorry, what are you

12   talking about?  Who I was going to pick up?

13   Q    My question is:  When you walked in the morning to take

14   Madeeha to the bus, you told the jury earlier today that that

15   walk was a half-hour, right?

16   A    Um, as the law, what are you talking about?  Because I was

17   not -- I was not going to pick up Madeeha, it's the wrong

18   question.

19   Q    Forgive me, Seemab.  Does it take you a half-hour in the

20   morning to walk Seemab to the bus station?

21   A    Yes.

22   Q    And it takes a half-hour once you pick her up to walk back

23   from the bus stop to your home, right, right near the mosque in

24   the village?

25   A    Yes.

KOUSAR/CROSS/SOSINSKY

```
1    Q    And so that day when the government was asking you
2    questions earlier, you said that you picked her up shortly
3    after 1:35 or so, right, from the bus station?
4    A    I arrived there at that time, she came a little bit late.
5    Q    So you arrived there to pick her up at 1:35?
6    A    Yes, I didn't say that it was exact time, maybe around that
7    time.
8    Q    And when you arrived there at around 1:35 p.m., she came in
9    a few minutes later.  Is that your testimony?
10   A    I don't remember the time.  She was late, a little bit late
11   on that day.
12   Q    What do you mean when you say she was late on that day?
13   A    She was a little bit late.
14   Q    Okay.  Approximately how late was she on that date, using
15   1:35 as that reference point?
16   A    I did not notice the time.
17   Q    When she got there, you and her walked on the path back to
18   your home in the village, right?
19   A    Yes.
20   Q    And would it be fair to say that when you were about
21   halfway home, you saw your other daughter, Madeeha, riding on
22   the motorcycle with Zameer Abbas and with Asghar?
23   A    Excuse me?
24   Q    How far along the walk back to your house were you when you
25   saw the motorcycle with Zameer, Asghar and Madeeha?
```

LISA SCHMID, CCR, RMR

```
 1   A   We were about -- we had already entered the village, we
 2   were on the corner of the street.
 3   Q   And if it took approximately a half-hour to get home from
 4   the bus stop, could you just, using a half-hour, how far along
 5   in time were you when you saw them on the motorcycle?
 6   A   I don't know the time because I was entering the village.
 7   Q   Were you about halfway home, is that fair to say?
 8   A   More than half.
 9   Q   You were more than halfway home when you saw them, yes?
10   A   We had entered the street.
11   Q   And --
12           THE TRANSLATOR:  Excuse me, Your Honor.  Excuse me,
13   Your Honor?
14           THE COURT:  Yes?
15           THE TRANSLATOR:  She just said she needs to go to
16   ladies room.
17           THE COURT:  Of course, we'll take a ten-minute break.
18   Thank you.
19           THE CLERK:  Should the jury go first, Judge?
20           THE COURT:  You can escort the witness out first of
21   course.
22           (Jury exits.)
23           THE COURT:  The jury has left the courtroom.
24           How much longer do you have on cross?
25           MR. SOSINSKY:  We'll work past five o'clock?
```

KOUSAR/CROSS/SOSINSKY

```
 1          THE COURT:  How much longer do you have on cross is
 2   what I asked you.  I didn't ask you what time past.  How many
 3   more minutes?
 4          MR. SOSINSKY:  Perhaps an hour, an hour and 15, Judge.
 5          THE COURT:  Take our ten minutes.
 6          (Recess.)
 7          THE CLERK:  All rise.
 8          THE COURT:  Would you bring the defendant back out,
 9   please?
10          (Defendant enters.)
11          THE COURT:  You may return to the witness stand,
12   ma'am, if you're ready, then we'll bring in the jury after you
13   sit down and we will resume with cross-examination.  Thank you.
14   Thank you, ma'am.  Any time you need a break --
15          Please be seated.
16          THE CLERK:  All rise.
17          (Jury enters.)
18          THE COURT:  Thank you, ladies and gentlemen of the
19   jury.  Please be seated.
20          And you may continue with your cross-examination.
21          MR. SOSINSKY:  Thank you, sir.
22   BY MR. SOSINSKY:
23   Q   Ma'am, at 2:30 when you said that the shootings occurred,
24   you, upon hearing gun fire, ran back to the scene of the
25   shooting, correct?
```

LISA SCHMID, CCR, RMR

```
 1   A    Yes.

 2   Q    And when you began to run back to where you heard the gun

 3   fire, you and your daughter, you tell us were by this mosque

 4   located here by your home, right?

 5   A    Yes, on the corner.

 6   Q    I'm sorry?

 7   A    On the corner.

 8   Q    On the corner by your home, right?

 9   A    Our house was a little far, but we're on the corner by the

10   mosque.

11   Q    And would it be fair to say from where you were at this

12   point, it would take about another minute or so for you to

13   arrive at your home?

14   A    We didn't go home.  We went to the other side.

15   Q    If you had continued to walk from that corner that you just

16   told us you were to your home, you would make it in

17   approximately a minute, correct?

18   A    Yes, about that much.  I never noticed the time.  It takes

19   about that that much.

20   Q    Your daughter, Seemab, took a private bus to and from her

21   school, right?

22   A    Yes, the regular buses that runs on the road.

23   Q    Did she take a private bus to school?

24   A    Excuse me?

25   Q    Did your daughter take a private bus for the people who
```

KOUSAR/CROSS/SOSINSKY

```
 1   attend schools in the village and neighboring communities?
 2   A   No, on the regular bus, now they pick up the passengers,
 3   they riding.
 4   Q   Was the bus that your daughter took to and from school a
 5   private bus or a public bus?
 6   A   People have their own, they pick up the passengers.
 7   Q   Do you recall being interviewed by agents in April of 2013,
 8   once you were here in the United States?
 9   A   For example, what did you talk about, what do you mean by
10   that?
11   Q   Okay.  On April 4th, 2013, do you recall being asked
12   questions about how your daughter Seemab got to and got home
13   from school?
14   A   Yes.
15   Q   And in response to the questions that you're asked in that
16   regard, did you tell them that Seemab took a private bus to and
17   home from school?
18   A   What do you mean by that?
19   Q   Did you tell them --
20   A   I didn't understand your question.
21   Q   Okay.  When they asked you to describe how Seemab got to
22   and from school, did you tell them on that date, that there was
23   a private bus that she took to and from the school?
24   A   I don't know what you are asking, but that she used to
25   travel in the bus with -- in the regular bus where they used to
```

1   pick up the passenger.

2   Q    Were you asked in addition to the type of transportation

3   that she took to and from her school, where the bus stop was in

4   town?

5   A    The buses that run on the road, they pick up the

6   passengers, yeah.

7   Q    Did you tell agents on the date I'm asking you about, that

8   the bus stop, the private bus stop was located near a large

9   tree, not far from the public bus stop?

10  A    What do you mean by public buses?

11  Q    My question, ma'am, is on that date, did you tell those

12  agents that your daughter Seemab took a private bus home, and

13  that that private bus stop was located near a large tree, not

14  far from the public bus stop nearby?

15  A    Tree is not -- the tree is right on the road.  And some

16  people get out after the tree and some before that.  It's not

17  that far.  I didn't say that it was far.

18  Q    Do you recall distinguishing to the agents between a public

19  bus stop and the private bus stop that your daughter used to

20  get to school?

21  A    They are no public government buses there.  Not in the

22  villages.  I don't know anything about the cities.

23  Q    Is there a private bus stop located near a large tree?

24  A    Wherever a person wants to get off, they tell him to drop

25  him off there.

1   Q    Is the station near the large tree --

2          THE TRANSLATOR:  I'm sorry, Your Honor.  While he's

3   asking she started talking, so I missed the conversation.

4          THE COURT:  Why don't we have the last question back.

5   And then let her finish her answer, and then you can question,

6   all right?  We'll have the last question and then the answer

7   that was interrupted by counsel's subsequent question.

8          (Record read.)

9          THE COURT:  Why don't you finish?  I think she

10  answered the previous question.  Why don't you finish your

11  question about the station and the tree?

12          MR. SOSINSKY:   Okay.

13  BY MR. SOSINSKY:

14  Q    Is the private bus stop near the large tree located nearby

15  a public bus stop?

16  A    If you asked the bus driver to drop -- to drop them off at

17  a certain place, he does that.

18          THE COURT:  Ma'am, are there -- are there

19  designated -- put aside whether they're public or private, are

20  there designated bus stops where the driver drops you or do you

21  just tell the driver I want to get out of here and the driver

22  lets you out?

23          THE WITNESS:  If you ask him to drop them off at

24  certain stop, he does that.

25          THE COURT:  Okay.  Why don't we move on from the bus

1   stop questions.  I think we've got it.

2   BY MR. SOSINSKY:

3   Q   Are there buses that take -- excuse me, private buses

4   that's take the girls to and from the nearby schools and

5   colleges?

6   A   No, they drop them off at that stop and from there, they

7   walk to the place.

8           THE COURT:  Next question?

9           MR. SOSINSKY:  Okay.

10  BY MR. SOSINSKY:

11  Q   Now, going back to when you heard the shots on

12  February 25th, 2013, you told us that you and your daughter

13  went from the area the corner towards the shooting, right?

14  A   Yes, where the shooting took place.

15  Q   And it took you a very short period of time to get from

16  that corner that you were on until you were at the corner where

17  the shooting had taken place, right?

18  A   What do you mean by that?

19  Q   It was a very short period of time from when you moved from

20  the corner until you approached the location where you saw the

21  bodies on the ground?

22  A   Minute and-a-half, minute.  Took me a minute.  It takes

23  that much time.

24  Q   And when you got there, after a minute or a minute

25  and-a-half, you saw at that corner the men that you have

KOUSAR/CROSS/SOSINSKY

1   described with these weapons, right?

2   A    Yes.

3   Q    And even before you got to the location where those men

4   were, even before you got there, you could see who they were,

5   right?

6   A    Before getting there?

7   Q    As you approached the location, as approaching it you could

8   see who the men were, right?

9   A    When I got close, then I could see that, I couldn't see it

10  before that.

11  Q    You could see as you got close that one of the men was

12  Akmal, right?

13  A    Yes.

14  Q    And you told us that Akmal had a large or long gun in two

15  of his arms at that point in time, right?

16  A    He had gun in his hand.

17  Q    Excuse me.  Babar, you also saw there with a gun in his

18  hand, right?

19  A    Yes.

20  Q    Nisar, also had a gun in his hand, right?

21  A    Yes.

22  Q    Ashfaq had a gun in his hand, right?

23  A    Yes.

24  Q    And there were three other men there who you tell us also

25  had guns in their hands?

KOUSAR/CROSS/SOSINSKY

```
 1   A    People are standing there.  And they had guns in their
 2   hand, and they had killed them.  It was just a matter of few
 3   seconds, I couldn't see everything.
 4   Q    But you saw before you came right up to this scene, you saw
 5   one of those people with a gun in his hand was this fellow
 6   Akmal, right, you immediately recognized him?
 7   A    Around that place, and they had guns in their hands.
 8   Q    And you immediately recognized as you approach the scene
 9   one of those people was Akmal, right?
10   A    Not one, I recognize all four of them.
11   Q    Akmal, you had told us, about a month before that, on
12   January 26th, 2013, Akmal had been shooting at you previously,
13   right?
14   A    Yes.
15   Q    Babar had on January 26th, 2013, you told us, also been
16   shooting at you, right?
17   A    It was Akmal who was the gun fire, he was running at -- he
18   was coming and running towards us.  And we ran away from there.
19   Q    You had seen on January 26th, Babar with a firearm in his
20   arms as well, right?
21   A    Yes.
22   Q    You had seen Nisar with firearms in his arms on
23   January 26th, right?
24   A    Yes.
25   Q    You had seen Ashfaq with firearms in his hands or arms on
```

LISA SCHMID, CCR, RMR

1   January 26th, right?

2   A   Yes.  Yes, they were running towards us, and he bursted the

3   gunfire and we left, we ran away.

4   Q   The home where Akmal lived was about how far from your home

5   if one was to walk between them?

6   A   His house is another street and we're living another

7   street.

8   Q   So would it be fair to say it's a couple of minutes walk

9   over, right?

10  A   About three or four minutes.  I don't know how, exactly how

11  long it does take her.

12  Q   And Javed Iqbal and Mazhar Iqbal, their house also is about

13  a three- or four-minute walk from your home, right?

14  A   I don't exactly how long does it take.  Mazhar's house is

15  about four houses after our house and Javed's house is further

16  down.

17  Q   And on many occasions in 2013, Javed Iqbal had come into

18  your house, right?

19  A   Yes.

20  Q   He would just come into your house and sit and speak with

21  you and your husband and your daughters, right?

22  A   Yes, that's right, he used to come there.

23  Q   One of the times you told us that Javed Iqbal came into

24  your house was this occasion when you said that there was both

25  Afzal and Ajmal on the telephone.  Do you remember that?

KOUSAR/CROSS/SOSINSKY

1    A    I told that?  Did I tell that?

2    Q    Did you describe a couple of days after January 26th, 2013,

3    an occasion where Javed Iqbal came to your house and was

4    already on the phone?

5    A    Yes.

6    Q    And you told us that on that occasion when Javed Iqbal was

7    in your home on the telephone, that you were able to hear what

8    was being said on the other side of the conversation, right?

9    A    When he enter the home, when he enter the house, he was

10   already on the phone.  I don't know what he was talking about

11   before.  And I was inside the house.

12   Q    And there came a time when he said to Asghar that he wanted

13   him -- that Afzal wanted to speak with him, right?

14   A    Yes.

15   Q    And you were able to hear, you told us, what was being

16   discussed between Afzal and your husband, right?

17   A    Yes.

18   Q    And you told us that there came a time during that same

19   phone call where Ajmal got on the phone, right?

20   A    Yes.

21   Q    And you were able to hear what Ajmal said to your husband

22   during that phone call as well, right?

23   A    Yes.  I don't know if that I could hear from the phone from

24   Javed's phone, I could hear that.

25   Q    I'm sorry, does that mean you did hear what was said on the

1  phone when Ajmal was speaking or you did not?

2  A   Yes, I could hear that.

3  Q   Okay.  And that's because the phone was on speaker phone,

4  right?

5  A   I don't know.  It was his phone, if he had already a phone

6  on speaker or not.

7  Q   You recall being able to hear, right?

8  A   Yes.

9  Q   And this took place, this occasion when Javed Iqbal came to

10  your house and your husband was on the phone with Akmal and

11  Ajmal, that took place during the day, right?

12  A   Yes.

13         THE TRANSLATOR:  She's asking me if I need to drink

14  water.

15         THE COURT:  Of course.  You can drink water anytime.

16         THE TRANSLATOR:  Thanks.  I'm losing my voice, Your

17  Honor.

18         THE COURT:  If you need some water, no problem.  I've

19  got a cup here.  Okay?

20         (Discussion off the record.)

21         THE COURT:  Go right ahead.

22         THE TRANSLATOR:  There was no question pending, I

23  think.

24         THE COURT:  I meant for him to go right ahead.

25         THE TRANSLATOR:  I'm sorry.

1              MR. SOSINSKY:  I think there was.  I withdraw the

2    question and I'll ask it a different way.

3    BY MR. SOSINSKY:

4    Q   When this phone call took place, this was in the afternoon,

5    correct?

6    A   Yes.  Daytime, I don't know what time it was.  It was

7    during the day.

8    Q   And this was on the first day that your daughters had

9    returned to the house after they had been in Barnala, right?

10   A   First day of what?

11   Q   They returned after January 26th, 2013?

12   A   It was second day.

13   Q   Second day after January 26th, 2013, right?

14   A   Yes.

15   Q   Now, when you got to the scene and saw the bodies on the

16   ground, ma'am, on February 25th, 2013, how close did you get to

17   what appears -- I'm going to put this up, Judge, this is

18   Exhibit 806 that we looked at earlier.  How close did you get

19   to the location where it's depicted here?

20   A   What do you mean by that?

21   Q   How close did you and Seemab get to the location where you

22   were able to see your husband's body on the ground, the

23   motorcycle and the other men standing around?  How close did

24   you get?

25   A   There was gutter and there was a little --

KOUSAR/CROSS/SOSINSKY

1          THE COURT:  If you just touch the screen where she's
2    indicating, that would be helpful, unless you want to use the
3    laser.
4          THE TRANSLATOR:  She's indicating to this picture.
5    (Indicating.)
6          THE COURT:  All right.  Just touch the screen if you
7    wouldn't mind.
8          THE TRANSLATOR:  I can show you on this picture she
9    indicated in 806.
10         THE COURT:  If it's in 806, if you'd touch the
11   computer screen or if you would prefer to use the laser, ma'am.
12   Ask the witness.  See this pointer?  How close did you get?
13         THE WITNESS:  This is another side, where Amit Khan's
14   house and there is a gutter.  I was close to that.
15         THE COURT:  I'm going ask you as translator since he's
16   pointing -- and she's obviously more comfortable with the old
17   school document there -- just when she points to the document,
18   point up on the screen so we can see what she's pointing to,
19   okay?
20         THE TRANSLATOR:  Okay, Your Honor.
21         THE COURT:  No, no.  Which of the documents that -- we
22   changed the documents.  You're in 806?  Is that 806?
23         THE TRANSLATOR:  No, it's 833.
24         THE COURT:  Then go back to the one he's got up here,
25   which is 806, please.  Ma'am.  Ma'am, get 806 in front of her.

LISA SCHMID, CCR, RMR

KOUSAR/CROSS/SOSINSKY

```
 1              THE TRANSLATOR:  Okay.
 2              THE COURT:  Okay.
 3              THE TRANSLATOR:  I'm sorry?
 4              THE COURT:  That's the one you --
 5              THE WITNESS:  No, I cannot tell you on this picture.
 6              THE COURT:  You cannot what?
 7              THE TRANSLATOR:  Tell how close she was.
 8              THE COURT:  She cannot tell how close she was in that
 9     picture.  Ask another question.
10     BY MR. SOSINSKY:
11     Q   Was there another photograph that you were indicating that
12     you could tell, perhaps we can use that one, was that 833?
13              THE COURT:  Look, why don't you show her a picture.
14     Put it up and we'll do it.  Come on.  We're not going to have
15     this.  Let's go.
16              THE WITNESS:  As I told you, it was Amit Khan's house
17     corner and there was a gutter.  I was by that.
18              THE COURT:  Show her, 833, please, Madam Interpreter.
19              THE TRANSLATOR:  Yes. (Complies.)
20              THE COURT:  One of the ones there.  She's got it up on
21     the big screen.
22              Now ask your question.
23     BY MR. SOSINSKY:
24     Q   Can you indicate on Exhibit 833 where you were when you saw
25     the bodies lying in the positions that you previously described
```

1    for us, point on this exhibit to where you were, please.

2            THE TRANSLATOR:  She is indicating by here where the

3    gutter is, here. (Indicating.)

4            THE COURT:  Use the laser.  Please use the laser to

5    show what she's pointing to.

6            THE TRANSLATOR:  (Complies.)

7            THE COURT:  Next question?

8            MR. SOSINSKY:  Okay.  Indicating the -- can the Court

9    do it?  Would you like me to?

10           Indicating the bottom of the photograph in this

11   general vicinity, Your Honor. (Indicating.)

12           THE COURT:  That's what she's doing.

13           MR. SOSINSKY:  Okay.

14           THE COURT:  Let's move on.

15   BY MR. SOSINSKY:

16   Q   Okay.  And the area that we -- where the photograph shows

17   the motorcycle lying on the ground.  Would you agree with me,

18   looking at 833, is around the corner, as I'm indicating, around

19   this corner, on the photograph, right?

20           THE COURT:  You're pointing up to the rooftop,

21   Counsel.

22           MR. SOSINSKY:  There's a street in between.  We have

23   had prior testimony about it, Judge.

24           THE COURT:  Look, you're pointing at people standing

25   on a roof above a bus.  I don't know what you're doing.  Why

KOUSAR/CROSS/SOSINSKY

1    don't you ask her a real question?  Obviously, you're not

2    pointing to the street.  Go ahead.  You're pointing to the

3    roof.

4    BY MR. SOSINSKY:

5    Q    There is a -- okay.  On the other side of this bus, appears

6    in the photograph, do you see that?

7    A    Yeah, yes.  I could see the vehicle.  We were right here on

8    the corner of this portion.

9    Q    And can you indicate to us where it is that you saw the

10   motorcycle?

11   A    That vehicle is there.  I cannot tell you from here where

12   it was.  The motorcycle was behind the vehicle.

13   Q    And if I was to show you, if I could, 806 once again, can

14   you just tell us from what we're looking at where is that in

15   relation to what appears in the prior photograph, 833?

16   A    It was behind that vehicle.  The motorcycle.  I cannot tell

17   you like that from here.

18        THE COURT:  Next question?  No, no, no, no.  She's

19   answered.  Next question?

20   BY MR. SOSINSKY:

21   Q    There was a time in January 2013 where there was meeting or

22   meetings of the Panchayat at your home in Chiryawala, right?

23   A    They had come several times to threaten us.

24   Q    The Panchayat had come several times to threaten you?

25   A    Yes, Javed had come there several times and along with

LISA SCHMID, CCR, RMR

KOUSAR/CROSS/SOSINSKY

```
 1   other people.
 2   Q    And was there an occasion specifically where you recall you
 3   addressed the Panchayat while there was a meeting at your
 4   house?
 5   A    Yes.
 6   Q    And did you appear before the Panchayat on that occasion
 7   and argue with them?
 8   A    Yes.  I said we're innocent, we're innocent, why are they
 9   harassing us.
10   Q    And you said --
11           THE TRANSLATOR:  I missed the -- interpreter missed
12   the  --
13           THE COURT:  Had you completed your answer, ma'am?  Why
14   don't you complete your answer, please?
15           THE WITNESS:  I said, we're innocent, we don't know
16   anything about it.  Where should we go and take our daughters
17   with us?
18   BY MR. SOSINSKY:
19   Q    And you're describing what you said to the Panchayat during
20   this meeting at your home, right?
21   A    Yes.  There were people with Javed there.
22   Q    It was very unusual for a woman within your community,
23   within the village, to address the Panchayat, is that correct?
24   A    It was unusual, but there was nobody in the house who could
25   talk on behalf of us.  We were helpless.  We were harassed so
```

LISA SCHMID, CCR, RMR

```
 1  much.
 2  Q   My question is, was it unusual in your culture, in your
 3  village, for a woman to address matters directly to the
 4  Panchayat?
 5          THE COURT:  That question has been asked and answered.
 6  Let's move on.  She gave an answer, you're just putting the
 7  same question again, she gave you the answer.  Next question?
 8  BY MR. SOSINSKY:
 9  Q   Do you recall a time when your daughter herself, contacted
10  Javed Iqbal on January 26th, 2013?
11  A   Which daughter?
12  Q   Your daughter Seemab.
13  A   When he called, he was sitting right there.  When the
14  shooting took place, I don't know where she was, if she was in
15  Barnala or some other place.
16  Q   On January 26th, 2013, you told us that you were at a
17  relative's house in Barnala, right?
18  A   Who, me?
19  Q   Yes, you and your family.
20  A   They shooted at me.  My daughter fell in Barnala.
21  Q   Before anybody shot at you, you were with your family in
22  Barnala, right?
23  A   Yes.
24  Q   Okay.
25  A   We had gone there because somebody has passed away.
```

KOUSAR/CROSS/SOSINSKY

```
 1    Q    And while you were there, you told us that your husband
 2    received a phone call from Javed Iqbal, correct?
 3    A    Yes.
 4    Q    And you told us that that phone call you could hear because
 5    it was on a speaker phone, right?
 6    A    Yes.
 7    Q    And you could hear Javed Iqbal telling your husband that he
 8    was requesting that he and you, his wife, come back to the
 9    village from wherever you were to meet with him, right?
10    A    Both of you come and I want to talk to you, listen to me.
11    Q    This was Javed Iqbal, right?
12    A    First Javed call us.
13    Q    Okay.  And asked you to come back to village?  That's what
14    I'm asking you now.
15    A    Yes.
16    Q    Okay.
17    A    Yes.
18    Q    Okay.  And after that, somebody else got on the phone, and
19    you were able to hear that conversation?
20    A    Yes.
21    Q    And that person told you that your family had several
22    options, right?
23    A    Like --
24    Q    Well, do you recall in that conversation -- withdrawn.
25              Who was it who you said was on the phone in that same
```

LISA SCHMID, CCR, RMR

KOUSAR/CROSS/SOSINSKY

1  conversation where Javed Iqbal called your husband?  Who was

2  it?

3  A    Akmal.

4  Q    Okay.  So when Akmal was on the phone, do you recall

5  hearing Akmal telling your husband that you and your family had

6  several options to deal with the conflict?

7  A    Amina should come back, if she doesn't, then we kill the

8  whole family.

9  Q    And was there a discussion of you and your family leaving

10 the village of Chiryawala at that point?  In that phone

11 conversation is what I'm asking about.

12 A    My daughters had gone to attend a funeral.

13 Q    Did Akmal tell you during that phone conversation that one

14 way to solve this problem would be for you to leave the village

15 of Chiryawala?

16 A    Either our daughter should be back or you should leave the

17 village.  It's just shame for us if you stay here.

18 Q    And after that at some point you and your husband headed

19 back to the village, right?

20 A    Yes.

21          THE TRANSLATOR:  I need water, Your Honor.

22          THE COURT:  Go right ahead.

23          (Pause in proceedings.)

24          THE COURT:  Next question?

25

```
 1   BY MR. SOSINSKY:
 2   Q    And it was then that you left Barnala and your husband and
 3   you headed back to the village, right?
 4   A    Yes, to listen to Javed.
 5   Q    And after you say that Akmal and the others fought, were
 6   present and firing upon your car, on January 26th, 2013, there
 7   came a time when your daughter Seemab called and confronted
 8   Javed Iqbal, correct?
 9   A    She did it in Barnala.
10   Q    She called Javed Iqbal and confronted him while she was in
11   Barnala, right?
12   A    She said you had called my mother and father to kill them.
13   Q    And she did that on the telephone, right?  On her cell
14   phone?
15   A    Yes.  It was her.  She spoke to him.
16   Q    Yes.
17   A    Maybe on a cell phone.
18   Q    Now, some months before December of 2012, it's true that
19   your husband and your family was involved in a dispute over the
20   ownership of certain land in the village, correct?
21   A    No.
22   Q    Was your husband involved in a dispute with someone who
23   claimed to own the same land that your husband claimed to own?
24   A    No.
25   Q    Wasn't there a police complaint made by you or your husband
```

KOUSAR/CROSS/SOSINSKY

1   with regard to threats that had been made to you concerning

2   land of yours in the village?

3   A   I don't know anything about it.

4   Q   Did you tell the government last week that you were aware

5   of the land dispute?

6   A   No, I didn't tell that.

7   Q   There was a legal action pending in a court, was there not,

8   with regard to ownership of land between your family and

9   another family?

10  A   I don't know anything about it.

11  Q   There was a court order, was there not, with regard to who

12  could do what in relation to that land in 2012, right?

13  A   I don't know.  I don't know anything about it.

14  Q   Do you recall your husband -- withdrawn.

15       Did your husband speak to you about occasions when he

16  went on that land, and he saw other people there armed with

17  guns, firearms, who were threatening to kill him?

18  A   No.  He never went, he never went on that land.  He was a

19  decent person.  And they may say anything today.  And --

20  Q   Well, I'm asking you about in 2012, in Pakistan.

21  A   No.  I don't know anything -- I don't -- I don't know.

22  Q   You don't know anything about a legal action brought and

23  you don't know anything about the police being involved in this

24  dispute?

25       THE COURT:  She's already answered that question no,

1    okay?

2            MR. SOSINSKY:  Okay.

3            THE COURT:  Anything else?

4    BY MR. SOSINSKY:

5    Q   When the incident happened on January 26th, 2013, you

6    mentioned you spoke with the police, right?

7    A   On what shooting?

8    Q   January 26th, 2013.

9    A   Yes.

10   Q   And a FIR or first incident report was completed.  It was

11   filled out by the police, correct?

12   A   I don't know if they did after three, four days or before

13   that, I did not go there.

14           THE COURT:  The question he's asking --

15           THE TRANSLATOR:  I'm sorry.

16           THE COURT:  The question he's asking you, do you know

17   whether there was a police report or first incident report of

18   that incident?

19           THE WITNESS:  Yes.

20           THE COURT:  Okay.  Next question?

21   BY MR. SOSINSKY:

22   Q   And you signed or affixed a thumbprint as is the practice

23   to that report, correct?

24   A   In January 2013?

25   Q   That's my question, yes, ma'am.

1    A    It was my husband's job, not mine.

2    Q    On February 25th, 2013, you reviewed a first incident

3    recent report with regard to those events, correct?

4    A    How could I see those reports at that time?

5    Q    Did you complete a report with regard to the events of

6    February 25th, 2013?

7    A    I told them everything.

8    Q    Did you sign or have your thumbprint affixed to the FIR

9    report from the February 25th, 2013 incidents?

10   A    They asked me to get my thumbprint and I don't know what

11   they were asking me to do it on what.  And what could I do at

12   that time?  I was alone.

13           THE COURT:  The question is, did you at some point,

14   put a thumbprint with respect to the incident.

15           THE WITNESS:  Yes.  They took thumbprint and at that

16   time I was crying.  I don't know what I was doing then.

17           THE COURT:  Okay.  Next question?

18   BY MR. SOSINSKY:

19   Q    The thumbprint was your certification that the information

20   contained within the report was true?

21   A    I told them now these are the people, write them, write

22   about them, I'm sorry.

23   Q    You reviewed the report, the information in the report,

24   correct?

25   A    Yes.  It was read to me.

 1          MR. SOSINSKY:  Do you want to stop for a minute?

 2          THE TRANSLATOR:  She said some of things were right.

 3   Some are not.

 4          MR. SOSINSKY:  Could I have a moment, Judge?

 5          THE COURT:  You may have a moment.

 6          MR. SOSINSKY:  Thank you.

 7          (Confers with Miss Gandy.)

 8          Your Honor, I'd like to show the witness only a

 9   document to see if it refreshes her recollection with regard to

10   something.

11          THE COURT:  She didn't say that she didn't recollect

12   something, so what do you wish to refresh with respect to?

13          MR. SOSINSKY:  Do you want me to --

14          THE COURT:  What's the topic?

15          MR. SOSINSKY:  The topic is the dispute over land and

16   threats and guns that are contained within the document.

17          THE COURT:  I'll hear from the government.  What's

18   your view on this?  I'm asking the government.  You showed it

19   to the government.  I'm asking them what their view is.

20          MS. GANDY:  Yes, Your Honor.  I certainly think the

21   substance should not come in before the witness has weighed in

22   on whether or not it refreshes her recollection, so it could be

23   shown to refresh.

24          THE COURT:  Mr. Jackson, let's get the hard copy.  Put

25   it in front of the witness, please.  Is there some sort of

KOUSAR/CROSS/SOSINSKY

1    identification number on this document or this collection of

2    documents or no?

3              MR. SOSINSKY:  There are --

4              THE COURT:  Why don't you hand it to up to the Court.

5              MR. SOSINSKY:  It's not marked yet.  Okay.

6              THE COURT:  Give it to Mr. Jackson, please.

7              Give it to me, Mr. Jackson.

8              THE CLERK:  Sure.  (Handing.)

9              THE COURT:  And we'll make it one composite exhibit.

10   Is that what you're doing, Counsel?  Is that going to be one

11   composite exhibit that we're going to show the witness for the

12   record?

13             MR. SOSINSKY:  Yes, sir.

14             THE COURT:  What's the number of this exhibit going to

15   be?

16             MR. SOSINSKY:  Defense Exhibit A.

17             THE COURT:  Defense Exhibit A for identification.

18             MR. SOSINSKY:  Thirteen-page composite.

19             THE COURT:  Why don't you staple it together, please.

20   Anybody have a stapler there?

21             Thank you.

22             THE CLERK:  (Handing.)

23             THE COURT:  (Perusing document.)

24             All right.  We have a document.  It's been labeled

25   Exhibit A for identification.  I'm just going to put it in

 1     front of the witness.  And here's the only question I want the

 2     witness to answer.

 3                Translate what I just said, please.  Excuse me.

 4                Okay.  The only thing I want you to answer is, when

 5     you look at this document, does it refresh your memory about

 6     anything?

 7                THE WITNESS:  What do you mean it is?

 8                THE COURT:  (Pointing.)  Okay.  It's going to be this

 9     document, about anything that the lawyer has just been asking

10     you about that you said you didn't remember.  And the answer to

11     the question is, either yes, it does refresh my recollection --

12                THE TRANSLATOR:  Is it FIR?

13                THE COURT:  -- hang on a second.  The answer to the

14     question is going to be either, yes, it does refresh my

15     recollection, or no, it does not refresh my recollection.

16                THE WITNESS:  Since I don't know what it is.

17                THE COURT:  I understand.  You're going to see it in a

18     minute, but when you answer, I don't want you to start reading

19     from it.  This is just to see if it refreshes your memory.

20                THE WITNESS:  Okay.

21                THE COURT:  And so you will say, yes, it does or no,

22     it does not.  Okay?

23                THE WITNESS:  Okay.

24                THE COURT:  Okay.  Mr. Jackson?

25                THE CLERK:  Yes, Judge.  (Handing.)

1          THE COURT:  So the record is clear, the witness now

2    has before her --

3          THE TRANSLATOR:  It's in English.

4          THE COURT:  Listen.  Some of it's in English.  Some of

5    it's not.  Just let her look through the whole thing.  And I've

6    read through it.  And all I'm saying is, at the end of her

7    review, just tell me whether it refreshes your recollection or

8    it does not refresh your recollection, that's all she's being

9    asked.

10          THE WITNESS:  (Peruses document.)  I don't know what

11   it --

12          THE COURT:  Just yes or no.  Just look at it.

13          THE WITNESS:  No.  I don't know.

14          THE COURT:  The answer is no.  Thank you.  Give it

15   back to counsel.

16          THE CLERK:  Yes, Judge.

17          THE COURT:  It does not refresh the witness's

18   recollection.

19          THE CLERK:  (Handing.)

20          THE COURT:  Next question?

21          MR. SOSINSKY:  That's all.

22          THE COURT:  Any redirect?

23          MS. GANDY:  Very few questions, Your Honor.

24                    REDIRECT EXAMINATION

25   Q   Ms. Kousar, when you would pick Seemab up at the bus stop,

```
 1   did the bus that dropped her off look the same every day?

 2   A    No.

 3   Q    Were there only women who rode on that bus or were there

 4   women and men that rode on that bus?

 5   A    Women and men, all persons could ride in there.

 6   Q    And Ms. Kousar, defense counsel asked you questions about

 7   when Seemab had a telephone call with Javed.  Do you remember

 8   that?

 9   A    Yes.

10   Q    Were you in Barnala with Seemab at the time that that phone

11   called occurred?

12   A    No, we were in Chiryawala.

13              MS. GANDY:  Nothing further, Your Honor.

14              THE COURT:  Thank you, ma'am.  You may step down.  You

15   are excused.  Thank you.

16              I note that the time is approximately 5:30.  I believe

17   we should adjourn for the day.

18              I would urge you again, ladies and gentlemen of the

19   jury, not to talk about the case with anyone, not to read about

20   the case or listen to news reports about the case.  We will

21   resume Monday morning at 9:30 a.m.  Have a nice, restful

22   weekend and go USA Soccer Team.  Have a nice day.

23              (Jury exits.)

24              THE COURT:  All right.  The jury has left the

25   courtroom, do we have any procedural issues to address before
```

KOUSAR/CROSS/SOSINSKY

1    Monday morning at 9:30 a.m. that we ought to address now?

2         MR. TUCKER:  Not as far as the government is

3    concerned.

4         MR. SOSINSKY:  No.  No.

5         THE COURT:  We're adjourned.

6         MR. TUCKER:  Thank you, Your Honor.

7         THE COURT:  9:30 a.m. Monday.

8         (Trial adjourned to June 30th, 2014, at 9:30 a. m.)

KOUSAR/CROSS/SOSINSKY

1

2

3

4

5

6

7       GEX 817                              806
        DEX A                                839
8       KOUSAR/CROSS/SOSINSKY                810
        KOUSAR/REDIRECT/GANDY                841
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**- 699/6**

**1**

10 [1] 710/15
10006 [1] 699/18
11201 [3] 699/5 699/14 699/22
12 [4] 710/15 766/21 767/7 769/7
12:00 [1] 800/21
12:05 [1] 760/2
12:20 [1] 760/6
12:30 [1] 800/21
13 [2] 699/3 700/4
15 [11] 724/16 725/16 725/21 725/25 766/20 766/21 767/6 767/7 769/6 769/7 813/4
150 [2] 699/3 700/4
17 [1] 702/18
18 [1] 702/18
1:30 [2] 773/9 810/3
1:35 [5] 773/12 773/19 811/3 811/5 811/15
1:35 p.m [1] 811/8

**2**

20 [3] 724/16 724/18 725/25
20-minute [2] 725/16 725/21
2001 [1] 702/15
2012 [9] 712/20 713/1 713/19 714/11 716/9 717/10 833/18 834/12 834/20
2013 [24] 717/23 733/5 809/17 810/1 815/7 815/11 818/12 820/12 820/15 821/17 822/2 824/11 824/13 824/16 828/21 830/10 830/16 833/6 835/5 835/8 835/24 836/2 836/6 836/9
2014 [2] 699/6 842/8
225 [2] 699/5 699/22
2379 [1] 699/23
25th [13] 733/3 762/24 762/3 770/3 781/2 792/21 809/16 810/1 818/12 824/16 836/2 836/6 836/9
26 [2] 762/22 782/20
2644 [1] 699/23
26th [18] 733/5 733/5 744/1 744/14 747/18 820/12 820/15 820/19 820/23 821/1 822/2 824/11 824/13 830/10 830/16 835/6 835/5 835/8
27 [1] 699/6
271 [1] 699/13
2:00 [3] 764/17 764/23 765/3
2:30 [4] 809/18 809/22 809/24 813/23

**3**

30 [1] 737/13
30th [2] 699/17 842/8
3:25 [1] 791/14
3:30 [2] 733/22 734/1
3:45 [2] 733/22 734/1

**4**

45 [1] 699/17
4th [1] 815/11

**5**

5:30 [1] 841/16

**7**

718-613-2379 [1] 699/23
718-613-2644 [1] 699/23
7th [2] 712/20 713/1

**8**

806 [10] 783/22 786/18 824/18 825/9 825/10 825/22 825/22 825/25 825/25 828/13
811 [1] 802/22

817 [3] 804/14 804/25 805/6
833 [8] 790/18 791/24 825/23 826/12 826/18 826/24 827/18 825/15
834 [3] 742/21 744/15
835 [4] 742/21 743/8 743/9 743/13
8:30 [3] 718/8 718/9 718/20

**9**

9:30 [4] 841/21 842/1 842/7 842/8

**A**

a.m [3] 841/21 842/1 842/7
Abbas [1] 811/22
Abida [5] 712/17 730/20 732/11 732/12 754/23
Abida's [9] 713/18 713/22 714/11 714/21 715/1 715/5 715/22 716/6 716/9
able [14] 732/11 734/14 739/13 752/18 763/23 766/8 781/7 808/13 822/7 822/15 822/21 823/7 824/22 831/19
about [112] 702/7 702/11 702/18 704/6 704/25 706/11 707/4 708/20 710/15 710/17 710/23 711/4 711/17 713/5 714/7 716/11 716/15 717/21 718/1 718/8 719/5 719/6 723/10 724/16 725/17 730/11 730/11 731/11 732/4 733/22 734/1 734/3 734/5 735/4 735/25 736/11 736/12 736/20 737/13 746/18 748/15 748/17 748/21 748/25 750/6 752/25 757/24 758/17 759/9 759/17 759/19 760/25 763/2 767/17 767/18 770/3 772/1 772/2 772/12 773/17 773/20 774/7 781/9 781/15 781/20 782/20 787/12 788/8 790/11 799/18 800/21 801/7 803/14 808/22 809/17 810/12 810/16 811/20 812/1 812/7 814/12 814/18 814/19 815/9 815/12 816/7 816/22 817/11 820/11 821/4 821/10 821/12 821/15 822/10 827/23 829/16 832/11 834/3 834/10 834/13 834/15 834/20 834/22 834/23 836/22 839/5 839/9 839/10 841/6 841/19 841/19 841/20
above [1] 827/25
absolutely [1] 722/7
Abuji [1] 776/24
accurate [2] 804/20 804/22
accurately [1] 753/25
accused [1] 707/18
across [4] 785/7 785/14 793/16 805/19
action [2] 834/7 834/22
actually [2] 740/18 740/21
Adda [1] 790/16
addition [2] 705/2 816/2
additional [2] 706/23 766/9
address [8] 722/11 743/2 758/24 766/5 829/23 830/3 841/25 842/1
addressed [2] 761/2 829/3
adjacent [2] 705/12 705/13
adjourn [1] 841/17
adjourned [2] 842/5 842/8
admit [1] 711/19
admitted [1] 805/3
admitting [1] 711/22
adopt [2] 774/21 774/23
adult [1] 757/13
affirmatively [1] 738/12
affixed [2] 835/22 836/8
Africa [5] 714/25 717/3 717/14 717/18 730/23
after [91] 706/22 706/25 708/12 710/12 710/16 711/3 711/6 712/12 712/17 713/24 714/21 715/1 715/22 715/24 716/10 717/2 717/20 717/22 719/17 720/15 720/18 723/24 724/12 726/15 730/10 731/14 732/16 733/4 736/17 737/13 738/7 738/9 746/8 746/14 746/18 747/19 748/21 748/24 750/8 751/1

755/5 755/11 756/3 756/5 756/12 756/17 756/19 756/23 757/1 757/5 761/18 770/6 771/8 778/11 784/12 787/6 787/17 789/9 790/8 793/19 797/4 799/18 800/5 801/14 801/17 801/23 802/9 803/12 806/16 807/7 808/10 809/18 811/3 813/12 816/16 818/24 821/15 822/2 824/9 824/11 824/13 831/18 832/18 833/5 835/12
afternoon [4] 733/23 733/24 734/1 766/3 809/18 824/4
afterwards [1] 709/21
Afzal [24] 704/16 705/2 705/19 721/3 721/20 721/21 721/23 723/12 729/17 729/20 741/25 751/22 751/23 752/21 752/24 753/4 753/6 753/10 753/14 753/16 779/21 821/25 822/13 822/16
Afzal's [5] 714/8 741/24 742/3 742/6 779/20
again [20] 701/14 707/7 720/20 725/7 728/20 740/12 753/23 754/5 755/19 760/13 763/24 764/12 768/20 778/19 790/25 802/1 803/24 828/13 830/7 841/18
against [2] 719/24 786/15
age [3] 757/11 757/13 757/14
Agent [1] 700/8
agents [4] 815/7 816/7 816/12 816/18
ago [1] 708/20
agree [2] 736/24 766/22 769/7 827/17
agreed [6] 766/16 767/24 768/23 768/25 769/2 810/1
ahead [10] 714/7 728/18 745/11 761/16 763/17 802/25 823/21 823/24 828/2 832/22
Ahmad [1] 787/24
aided [1] 699/25
airport [1] 729/8
AJMAL [36] 699/5 702/21 703/2 703/13 703/13 703/15 703/18 704/1 704/4 704/9 704/17 705/2 705/18 715/6 718/18 720/25 721/21 729/17 729/20 742/7 753/12 753/13 753/15 753/17 754/10 754/12 754/12 755/2 755/5 755/7 783/11 821/25 822/19 822/21 823/1 823/11
Ajmal's [21] 704/20 704/23 705/11 705/21 705/25 706/23 707/2 707/7 707/20 707/24 710/4 713/21 714/4 716/11 716/15 717/21 719/11 720/11 720/16 783/12 796/21
Akmal [78] 704/16 705/2 707/10 707/11 707/22 708/2 710/14 710/16 711/14 711/15 711/20 711/24 712/12 712/16 714/6 723/22 723/25 724/7 726/23 726/24 727/2 727/10 727/12 727/18 727/19 729/2 729/10 730/11 735/8 735/9 735/9 735/12 735/18 735/19 735/22 736/3 736/18 738/7 738/19 738/23 740/7 740/14 740/20 741/4 742/7 742/17 776/25 778/17 779/3 779/5 779/24 780/5 780/17 780/23 781/7 787/2 787/13 787/15 787/17 789/12 793/24 794/12 796/25 801/13 819/12 819/14 820/6 820/9 820/11 820/12 820/17 821/4 823/10 832/3 832/4 832/5 832/13 833/3 833/5
Akmal's [5] 705/19 736/13 794/7 794/9 794/23
alive [2] 777/24 778/1
all [46] 700/2 700/16 701/9 703/23 709/9 714/10 720/19 722/17 723/1 723/7 724/23 739/19 743/9 743/16 750/7 753/20 753/24 754/15 755/8 755/13 758/16 759/11 759/24 760/10 764/15 765/1 766/4 766/10 768/10 768/17 769/16 770/6 791/10 799/13 809/13 813/7 813/16 817/6 820/10 825/6 838/24 840/6 840/8 840/21 841/5 841/24
alone [4] 720/23 758/3 761/20 836/12
along [12] 700/8 711/14 718/22 734/4 763/18

## A

**along...** [7] 714/17 714/25 715/18 786/14 793/22 811/24 812/4 828/25
**already** [14] 719/13 743/10 745/20 751/16 752/16 773/22 779/1 783/25 798/22 812/1 822/4 822/10 823/5 834/25
**also** [19] 721/23 734/3 741/7 741/17 741/21 742/24 749/4 779/7 781/16 783/15 792/23 795/2 796/5 806/7 819/17 819/20 819/24 820/15 821/12
**Altogether** [1] 775/20
**always** [1] 734/9
**am** [2] 792/15 805/11
**AMANDA** [2] 699/14 700/7
**AMERICA** [6] 699/2 704/3 722/1 729/25 752/10 752/15
**American** [3] 729/7 729/8 729/11
**Amina** [28] 703/25 707/10 707/18 708/13 708/16 710/18 715/6 715/8 716/16 717/21 718/1 720/17 732/16 735/15 735/19 736/5 736/7 736/10 741/15 741/16 753/1 753/7 754/13 755/7 755/9 774/25 781/9 832/7
**Amina's** [5] 715/18 715/25 716/10 716/20 741/18
**Amir** [10] 709/2 709/3 709/8 709/18 709/20 709/24 710/3 710/7 729/18 729/20
**Amit** [2] 825/13 826/16
**amongst** [1] 764/13
**and-a-half** [3] 717/22 818/22 818/25
**angry** [5] 708/6 712/2 712/6 736/16 755/4
**ankle** [1] 808/6
**another** [24] 704/21 704/21 710/23 714/18 721/17 728/25 757/2 765/2 774/21 774/23 774/24 775/6 775/6 788/17 788/18 789/2 808/24 814/12 821/6 821/6 825/13 826/9 826/11 834/9
**answer** [26] 709/12 721/5 721/9 721/12 726/12 728/22 753/21 753/24 754/6 758/9 760/16 760/18 760/21 770/1 817/5 817/6 829/13 829/14 830/6 830/7 839/2 839/4 839/10 839/13 839/18 840/14
**answered** [5] 806/5 817/10 828/19 830/5 834/25
**answers** [1] 701/16
**any** [48] 700/16 703/1 703/18 704/9 704/12 705/3 705/25 706/13 706/23 708/23 709/23 710/7 710/17 713/21 716/14 722/11 730/7 736/5 736/7 736/9 742/17 744/23 748/21 748/24 750/2 752/25 757/11 758/24 759/6 759/8 759/12 762/4 764/22 766/5 774/6 775/9 791/7 794/14 796/18 797/1 800/9 805/1 808/2 809/10 809/13 813/14 840/22 841/25
**anybody** [4] 711/13 735/7 830/21 838/20
**anyone** [15] 714/9 716/11 716/15 720/22 736/9 740/21 758/4 759/6 759/7 762/11 764/13 795/3 796/14 797/2 841/19
**anything** [22] 711/17 735/25 736/11 736/12 751/6 752/24 759/22 768/8 779/24 790/8 816/22 829/16 834/3 834/10 834/13 834/19 834/21 834/22 834/23 835/3 839/6 839/9
**anytime** [1] 823/15
**anywhere** [5] 782/23 792/12 794/12 795/12 796/3
**appear** [3] 767/24 769/6 829/6
**appearances** [2] 699/11 700/5
**appearing** [1] 766/20
**appears** [4] 805/12 824/17 828/5 828/15
**application** [2] 759/21 769/14
**approach** [1] 820/8
**approached** [2] 818/20 819/7
**approaching** [1] 819/7
**appropriate** [2] 721/5 764/8
**approximately** [13] 704/24 713/7 737/11 757/9 762/25 757/15 782/19 789/4 810/9 841/6
**April** [2] 815/7 815/11
**April 4th** [1] 815/11
**archway** [1] 805/12
**are** [46] 701/23 703/5 703/20 703/22 703/24 722/17 742/21 755/12 760/8 766/4 767/9 772/5 773/4 777/2 784/14 787/11 787/15 790/20 793/12 793/12 793/17 796/2 797/17 801/5 801/12 803/14 804/4 805/21 808/13 808/23 809/4 810/11 810/16 815/24 816/21 817/18 817/18 817/19 818/3 820/1 829/8 836/21 837/3 837/16 838/3 841/15
**area** [10] 754/17 781/22 783/13 784/16 788/3 794/12 795/24 805/11 818/13 827/16
**argue** [1] 829/7
**armed** [1] 834/14
**arms** [4] 819/15 820/20 820/22 820/25
**around** [28] 702/15 737/12 737/12 742/2 773/9 773/12 773/18 773/19 776/19 778/5 778/13 778/14 778/18 781/22 782/22 785/22 786/5 787/4 787/4 792/15 796/3 811/6 811/8 820/7 824/23 827/18 827/18
**arrangements** [1] 713/15
**arrive** [3] 773/7 773/18 814/13
**arrived** [20] 727/2 727/3 773/12 773/19 773/25 776/17 776/18 777/7 784/12 784/19 785/21 787/3 789/8 789/14 797/10 798/22 799/1 811/4 811/5 811/8
**article** [1] 750/4
**as** [54] 700/12 701/15 702/16 703/13 704/17 704/17 706/14 706/17 721/23 724/21 726/21 726/21 728/23 728/23 735/2 739/9 739/18 742/7 742/25 743/14 744/3 759/5 759/8 759/17 761/11 766/15 776/21 777/21 779/21 781/8 781/23 783/22 784/18 786/18 786/24 790/17 792/14 795/10 801/7 808/12 810/16 811/15 819/7 819/7 819/11 820/8 820/20 822/22 825/15 826/16 827/18 835/22 842/2 842/2
**Asghar** [76] 708/7 720/2 720/18 723/23 724/4 724/15 725/15 725/24 726/15 727/2 727/12 730/10 731/1 732/23 733/8 733/10 733/15 733/20 733/25 734/14 734/15 734/21 734/24 736/17 743/25 744/13 744/24 744/24 747/11 747/13 747/14 747/20 750/8 751/10 752/12 752/21 754/10 755/3 756/17 762/23 770/7 770/10 770/13 770/18 771/8 771/16 771/22 771/25 772/6 772/9 772/12 774/18 777/16 777/24 778/1 781/23 783/2 783/18 784/4 784/7 784/11 784/19 785/6 787/6 798/12 799/11 799/14 800/3 801/15 802/9 804/1 806/2 806/16 811/22 811/25 822/12
**Asghar's** [3] 782/22 782/25 789/23
**Ashfaq** [14] 740/8 741/21 741/23 778/17 778/18 779/19 781/20 787/3 787/13 789/12 794/16 794/19 819/22 820/25
**Ashutosh** [1] 699/19
**aside** [2] 780/3 817/19
**ask** [29] 700/25 701/2 710/12 711/20 714/17 726/3 734/5 738/11 738/11 739/11 746/24 747/11 760/15 764/15 767/25 769/23 769/25 780/2 780/4 801/25 802/3 813/2 817/23 824/2 825/12 825/15 826/9 826/22 828/1
**asked** [41] 701/16 714/16 719/11 719/12 720/6 720/25 723/11 726/1 726/15 726/21 734/21 737/1 746/21 746/22 747/8 747/12 747/13 747/14 754/4 755/12 763/13 766/11 766/23 769/9 771/10 772/5 790/13 800/13 806/5 809/17 813/2 815/11 815/15 815/21 816/2 817/16 830/5 831/13 836/10 840/9

## B

**Babar** [20] 715/9 715/10 715/18 740/7 741/10 741/12 778/17 779/9 779/11 781/15 787/2 787/13 789/12 795/5 795/8 795/10 795/12 819/17 820/15 820/19
**Babar's** [1] 715/14
**back** [75] 700/24 702/7 702/14 703/15 705/17 706/8 706/19 706/22 712/14 720/20 720/21 720/24 721/5 722/18 722/22 722/24 731/4 731/5 731/8 731/9 735/15 736/20 736/24 737/8 737/17 739/17 753/1 753/1 753/2 753/7 753/18 753/22 753/25 754/13 755/20 758/10 758/12 760/16 763/9 763/19 763/21 763/22 763/24 768/2 768/11 771/20 772/14 774/5 785/14 789/10 789/17 800/23 801/17 801/22 801/24 801/25 802/4 809/11 810/10 810/22 811/17 811/24 813/8 813/24 814/2 817/4 818/11 825/24 831/8 831/13 832/7 832/16 832/19 833/3 840/15
**back normal** [1] 753/1
**Balil** [1] 798/25
**bandage** [2] 808/4 808/5
**Barnala** [34] 717/1 731/18 731/21 731/24 732/7 732/8 732/24 733/6 737/8 737/11 737/15 737/23 750/16 750/20 750/23 750/24 754/17 754/22 755/15 755/20 755/25 756/1 756/6 756/14 756/15 824/9 830/15 830/17 830/20 830/22 833/2 833/9 833/11 841/10
**based** [1] 810/8
**basis** [1] 759/3
**bath** [2] 803/12 803/15
**bathroom** [13] 788/1 788/2 788/5 788/7 788/9 788/21 789/1 789/4 789/7 789/9 789/23 790/9 790/12
**be** [55] 701/12 701/16 701/16 701/17 708/13 716/5 717/17 717/23 721/5 721/7 723/4 725/22 727/8 728/3 728/17 729/10 739/13 739/14 745/19 753/1 753/8 757/12 758/14 759/8 760/12 763/23 764/10 765/2 766/3 766/17 767/25 768/6 768/7 768/13 768/19 769/3 773/9 780/17 788/14 791/19 805/25 810/2 811/20 813/15 813/19 814/11 821/8 825/2 832/14 832/16 837/22 838/10 838/15 839/8 839/14
**beads** [1] 763/10
**because** [34] 712/6 716/4 730/14 731/13 732/21 734/2 734/20 750/14 750/25 752/19 756/9 758/3 758/3 762/20 763/12 766/22 767/6 769/8 773/9 776/13 776/14 778/11

**B**

because... [12] 782/15 786/2 788/10 789/21
794/1 795/4 798/4 810/16 812/6 823/3
830/25 831/4
become [1] 701/5
becomes [1] 771/1
bed [3] 763/9 790/4 805/14
beds [1] 789/18
been [20] 704/11 707/21 709/24 716/3
736/10 776/16 786/17 791/19 792/23 793/1
799/10 804/14 809/1 820/12 820/15 824/9
830/5 834/1 838/24 839/9
before [42] 699/9 700/16 701/2 702/16
703/15 706/7 709/6 709/25 712/25 713/7
715/22 722/24 723/10 724/4 730/8 737/7
748/6 757/18 760/22 766/5 768/22 770/3
781/11 797/6 800/6 809/25 810/5 816/16
819/3 819/4 819/6 819/10 820/4 820/11
822/11 829/6 830/21 833/18 835/12 837/21
840/2 841/25
began [1] 814/2
beginning [4] 766/20 767/6 769/6 804/15
behalf [2] 767/2 829/25
behaving [2] 712/4 719/14
behind [5] 785/6 786/21 793/5 828/12
828/16
being [19] 701/12 701/14 726/8 728/5 730/2
739/18 739/19 770/1 803/18 803/20 803/23
803/25 815/7 815/11 822/8 822/15 823/7
834/23 840/8
believe [7] 719/24 721/13 739/6 754/2 783/25
795/16 841/16
benefit [1] 724/21
besides [1] 762/11
best [1] 763/16
better [3] 725/9 728/8 739/15
between [15] 707/2 707/4 709/8 710/24
716/9 716/12 735/6 762/21 764/22 775/7
816/18 821/5 822/16 827/22 834/8
big [5] 743/12 780/17 786/7 798/13 826/21
bigger [1] 703/10
bike [1] 773/1
bit [8] 738/6 746/4 772/23 773/24 809/18
811/4 811/10 811/13
blame [1] 728/10
bodies [15] 789/18 789/23 789/25 790/2
793/21 797/18 798/12 801/15 802/9 803/15
803/15 804/19 818/21 824/15 826/25
body [16] 776/19 778/4 778/14 778/14
779/17 779/25 781/12 781/23 782/22 782/25
784/13 785/2 786/12 786/13 805/16 824/22
books [5] 750/21 750/22 751/2 751/7 751/8
both [14] 706/17 709/20 724/1 724/2 734/15
738/22 763/8 769/15 780/16 782/9 782/9
796/8 821/24 831/10
bottom [3] 779/11 784/15 827/10
box [1] 739/16
Braddery [7] 703/3 703/4 703/5 703/7 703/9
703/9 714/10
break [25] 709/23 721/6 721/10 722/3 722/4
723/10 754/6 758/13 758/25 760/14 760/22
764/7 764/9 764/9 764/11 764/14 766/7
766/19 766/25 769/5 769/10 770/3 790/24
812/17 813/14
breakfast [3] 763/12 763/13 763/13
bring [10] 700/21 723/22 734/3 735/1 735/25
736/4 760/8 790/14 813/8 813/12
bringing [4] 797/11 797/12 797/20 797/21
broad [1] 777/14
Broadway [1] 699/17
Brooklyn [3] 699/5 699/14 699/22
brother [7] 704/16 706/17 707/24 711/18
783/10 796/8 806/20
brother's [5] 731/25 732/1 732/6 795/22
796/9
brothers [3] 705/2 721/22 798/24
brought [1] 834/22
building [1] 785/17
bullets [6] 742/18 744/23 744/25 745/3 745/5
745/25
burial [2] 806/2 806/10
buried [8] 802/9 802/16 803/18 803/21
803/22 803/23 803/25 806/16
burst [5] 739/1 739/3 741/5 742/17 775/21
bursted [2] 740/7 821/2
bus [53] 738/8 771/7 773/4 773/5 773/7
773/7 773/11 773/13 773/16 773/18 773/19
773/22 773/23 773/25 810/3 810/9 810/14
810/20 810/23 811/3 812/4 814/20 814/23
814/25 815/2 815/4 815/5 815/5 815/16
815/23 815/25 815/25 816/3 816/8 816/8
816/9 816/12 816/13 816/14 816/19 816/19
816/23 817/14 817/15 817/16 817/20 817/25
827/25 828/5 840/25 841/1 841/3 841/4
buses [6] 814/22 816/5 816/10 816/21 818/3
818/3
button [1] 786/9

**C**

Cadman [3] 699/5 699/13 699/22
call [27] 703/24 723/20 723/21 723/24
725/17 725/19 725/20 733/8 733/10 733/16
733/21 733/24 736/3 736/14 736/17 737/2
752/21 755/11 770/20 772/9 822/19 822/22
824/4 831/2 831/4 831/12 841/17
called [29] 707/10 710/19 711/10 711/16
725/18 725/23 733/20 733/25 746/16 746/21
747/25 761/20 770/14 770/15 770/20 771/8
772/5 788/6 788/21 801/25 802/2 802/3
807/12 830/13 832/1 833/7 833/10 833/12
841/11
calling [5] 707/13 707/19 712/8 724/7 726/1
calls [1] 727/7
came [51] 707/6 707/9 708/3 708/9 710/12
710/20 712/14 713/23 714/1 714/6 714/10
720/20 720/21 720/24 723/15 725/24 731/4
731/9 746/19 750/19 751/2 751/4 751/14
751/15 751/17 751/18 752/8 757/8 757/18
759/7 759/9 761/18 763/19 763/22 771/20
789/8 789/9 789/22 790/11 806/20 808/12
808/18 811/4 811/8 820/4 821/23 822/3
822/12 822/18 823/9 833/7
can [57] 709/12 718/17 721/8 724/13 725/1
725/1 725/4 725/8 727/9 728/4 728/5 728/16
728/19 733/24 735/25 739/3 739/17 739/17
740/2 745/2 758/11 759/18 763/3 763/16
764/9 771/5 771/7 771/10 772/24 775/17
775/22 776/22 777/10 778/25 779/19 783/23
784/6 785/7 786/5 786/21 786/1 786/4
786/7 796/20 796/23 805/15 809/10 812/20
817/5 823/15 825/8 825/18 826/12 826/24
827/8 828/9 828/13
candidly [1] 739/15
cannot [6] 704/22 826/5 826/6 826/8 828/11
828/16
cap [5] 792/17 792/18 792/20 803/8 804/11
car [15] 738/17 745/15 745/25 746/1 746/8
762/17 762/19 801/18 801/19 801/22 801/24
801/25 802/1 802/7 833/6
care [2] 731/8 770/8
careful [1] 728/17
case [6] 758/17 764/13 790/25 841/19 841/20
841/20
caste [1] 703/7 703/10 703/11
cattles [1] 731/6 731/9

cause [1] 699/8 770/13 788/14
CCR [1] 699/21
celebrated [1] 709/24
celebration [18] 710/1 710/5 710/8 710/9
712/16 712/22 713/1 713/8 713/11 713/22
713/24 714/11 715/6 715/18 716/1 716/7
716/10 716/20
cell [2] 833/13 833/17
center [2] 784/9 792/19
certain [3] 817/17 817/24 833/20
certainly [1] 837/20
certification [1] 836/19
cetera [1] 742/1
change [2] 709/8 709/15
changed [1] 825/22
characterizing [1] 767/8
chart [1] 724/25
chest [3] 753/19 754/14 755/9
child [2] 707/16 757/13
children [20] 703/18 703/20 704/16 705/16
705/25 706/23 708/21 708/23 708/23 711/18
711/19 719/19 752/25 757/11 763/12 770/6
795/22 795/22 809/1 809/4
Chiriyawala [12] 750/9 750/17 751/7 754/17
754/19 754/21 754/25 755/24 757/23 773/14
773/14 790/16
Chirayawala [45] 702/12 702/15 702/25
703/15 704/1 704/2 704/4 704/7 704/9
704/18 705/9 705/17 706/8 706/19 706/22
706/25 713/16 715/3 715/13 715/19 716/22
716/24 717/12 717/6 717/13 717/20 731/5
732/15 734/25 736/10 736/20 736/25 737/8
737/18 737/20 737/23 738/3 808/7 808/11
808/22 809/7 828/22 832/10 832/15 841/12
chores [1] 770/8
CHOUDHRY [7] 699/5 700/4 700/11 700/15
702/22 703/2 703/13
cities [1] 816/22
claimed [2] 833/23 833/23
clear [8] 721/16 721/17 726/24 727/8 740/9
745/19 745/24 840/1
clearly [1] 754/7
close [26] 705/12 709/7 734/9 737/25 738/1
738/2 738/18 745/21 745/25 757/11 757/22
775/14 775/16 780/6 783/3 783/6 819/9
819/11 824/16 824/18 824/21 824/23 825/12
825/14 826/7 826/8
closed [3] 746/10 794/11 797/3
closer [1] 799/22
cloth [6] 784/13 784/14 784/15 784/17
784/20 784/22
clothes [5] 750/21 750/22 751/2 751/7 751/8
collect [1] 764/15
collection [1] 838/1
colleges [1] 818/5
color [1] 793/6
come [58] 706/5 706/21 716/4 716/5 716/7
717/6 720/6 722/21 734/2 734/21 735/7
735/15 735/20 744/17 745/24 746/13 746/17
746/21 746/24 750/17 753/18 754/13 757/2
758/1 758/4 758/5 760/19 761/21 763/24
768/11 770/10 770/16 770/22 771/9 771/16
772/14 773/4 785/1 786/5 801/6 801/10
807/4 807/5 808/7 808/13 808/15 821/17
821/20 821/22 826/14 828/23 828/24 828/25
831/8 831/10 831/13 832/7 837/21
comes [6] 700/17 753/1 753/1 753/7 766/6
786/10
comfortable [1] 825/16
coming [13] 738/7 739/1 739/23 740/17
741/8 751/6 752/19 776/16 789/19 789/20
790/9 808/25 820/18
comments [1] 766/9

# C

committed [2] 792/11 794/1
communicate [1] 710/16
communicated [1] 730/10
communicating [1] 716/15
communities [1] 815/1
community [3] 703/6 703/10 829/22
compared [1] 705/11
complaint [1] 833/25
complete [2] 829/14 836/5
completed [3] 801/14 829/13 835/10
completely [1] 777/20
Complies [5] 739/23 743/1 744/7 826/19
827/6
composite [3] 838/9 838/11 838/18
compound [2] 714/16 714/17
computer [2] 699/25 825/11
computer-aided [1] 699/25
concerned [1] 842/3
concerning [1] 834/1
condition [4] 777/19 778/10 797/23 807/14
confer [1] 766/8
conferred [1] 760/15
Confers [1] 837/7
conflict [1] 832/6
confront [1] 716/11
confronted [1] 833/7 833/10
consider [2] 766/24 769/10
considered [1] 730/9
consulate [1] 808/17
Cont'd [1] 769/21
contact [3] 710/18 711/4 717/25
contacted [1] 830/9
contained [2] 836/20 837/16
continue [8] 701/13 701/23 709/21 741/1
746/6 748/19 791/20 813/20
continued [7] 702/2 708/13 749/6 766/1
791/12 807/16 814/15
continuing [1] 750/24
continuous [2] 775/25 776/3
continuously [1] 775/25
conversation [17] 720/18 723/14 734/15
734/19 735/6 735/13 752/18 753/7 753/9
759/17 817/3 822/8 831/19 831/24 832/1
832/11 832/13
conversations [1] 716/14
cooking [1] 772/8
copy [7] 725/5 725/8 742/24 743/11 778/21
790/20 837/24
corner [21] 775/1 775/3 775/9 775/11 776/18
779/11 812/2 814/5 814/7 814/8 814/9
814/15 818/13 818/16 818/16 818/20 818/25
826/17 827/18 827/19 828/8
correct [17] 702/17 779/14 786/18 809/19
810/3 810/6 813/25 814/17 824/5 829/23
831/2 833/8 833/20 835/11 835/23 836/3
836/24
correctly [1] 782/11
cots [12] 789/19 790/3 790/4 790/5 790/13
797/10 797/13 797/14 797/16 797/17 797/18
797/19
could [56] 703/12 725/22 727/8 728/15 734/5
734/17 734/22 735/22 737/5 738/11 739/11
743/2 752/19 752/20 753/17 757/12 759/3
761/5 775/4 777/7 777/23 778/1 778/9
778/10 779/24 780/2 785/21 787/5 788/15
788/16 795/2 799/20 806/18 807/2 807/3
808/2 812/4 819/4 819/7 819/9 819/11
822/23 822/24 823/2 826/12 828/7 828/13
829/24 831/4 831/7 834/12 836/4 836/11
837/4 837/22 841/5
couldn't [12] 740/23 763/25 777/11 777/12

778/5 778/11 781/5 782/5 782/22 786/3
819/9 820/3
counsel [9] 700/5 722/17 759/14 766/4 766/8
827/21 838/10 840/15 841/6
counsel's [1] 817/7
country [1] 729/9
couple [3] 802/19 821/8 822/2
course [7] 731/6 767/4 767/19 790/23 812/17
812/21 823/15
court [12] 699/1 699/21 699/21 700/1 722/16
769/13 769/13 791/6 827/8 834/7 834/11
838/4
Courthouse [1] 699/4
courtroom [13] 722/10 758/18 758/23 760/5
760/11 764/18 764/21 768/18 791/5 791/15
791/17 812/23 841/25
covering [1] 784/16
CR [2] 699/3 700/4
criminal [2] 699/8 700/3
cross [7] 759/18 809/13 809/14 812/24 813/1
813/13 813/20
cross-examination [4] 809/13 809/14 813/13
813/20
cross-examine [1] 759/18
crowd [1] 782/13
cry [1] 787/16
crying [12] 764/1 785/2 789/19 793/4 797/10
797/13 797/24 800/18 805/25 808/23 836/16
culprits [2] 796/25 797/1
cultural [1] 730/7
culture [2] 730/1 830/2
cup [1] 823/19
cups [1] 719/8
cutting [3] 726/1 727/7 727/10

# D

da [11] 739/5 739/5 739/5 739/5 739/24
739/24 739/24 775/25 775/25 775/25 776/1
damaged [1] 777/20
dashboard [1] 744/25
date [9] 713/4 715/21 762/21 767/1 809/19
811/14 815/22 816/7 816/11
Dated [1] 766/25
daughter [36] 706/14 707/20 710/4 712/17
720/11 720/16 730/20 735/14 736/1 736/4
753/1 753/18 754/22 763/9 763/23 764/4
776/17 776/20 777/1 790/14 810/1 811/21
814/3 814/20 814/25 815/4 815/12 816/12
816/19 818/12 830/9 830/11 830/12 830/20
832/16 833/7
daughters [36] 703/21 708/11 712/24 718/4
719/2 719/19 727/16 727/17 727/20 727/23
729/3 730/11 730/13 730/17 732/10 732/23
733/13 733/13 750/15 750/19 750/24 751/2
751/4 755/15 755/16 755/20 755/23 797/7
798/21 806/18 806/21 806/21 821/21 824/8
829/16 832/12
daughters' [2] 703/23 706/13
day [49] 700/3 706/18 711/8 712/13 712/22
712/24 716/22 716/25 733/1 733/4 733/20
733/24 742/15 744/24 750/21 751/1 756/21
762/22 763/3 763/3 763/16 770/10 783/13
785/4 791/19 796/12 796/18 799/13 800/2
802/14 802/18 804/20 806/1 806/10 806/15
809/25 810/2 811/1 811/11 811/12 823/11
824/7 824/8 824/10 824/12 824/13 841/1
841/17 841/22
days [19] 712/23 731/11 731/12 731/15
732/25 747/19 747/20 756/1 756/3 756/5
756/12 756/17 756/19 756/23 761/25 801/23
806/16 822/2 835/12
Daytime [1] 824/6
dead [5] 776/19 777/24 778/2 778/3 797/18

deal [1] 832/6
Deepneen [3] 757/9 717/10 833/18
decent [1] 834/19
decide [1] 789/7
decided [1] 737/8
decision [1] 736/24
defendant [11] 699/6 699/17 700/14 722/20
722/21 722/24 760/5 767/1 791/15 813/8
813/10
Defendants' [1] 724/24
defense [3] 838/16 838/17 841/6
deliver [1] 710/20
delivered [1] 708/16
demonstrate [1] 739/18
demonstrating [6] 719/25 720/1 734/9 739/8
739/10 739/25
Denzel [1] 728/22
depicted [1] 824/19
describe [10] 708/4 709/6 734/18 736/15
755/2 775/17 775/23 777/10 815/21 822/2
described [5] 740/6 744/21 779/21 819/1
826/25
describing [1] 829/19
description [1] 759/16
designated [2] 817/19 817/20
developed [1] 707/2
did [288]
didn't [23] 716/5 726/18 735/20 736/11
750/4 755/8 755/17 763/23 773/10 774/22
782/12 784/19 786/11 806/15 811/6 813/2
814/14 815/20 816/17 834/6 837/11 837/11
839/10
die [1] 733/1
different [2] 761/15 824/2
differently [1] 728/14
direct [3] 702/2 733/4 769/21
directing [2] 793/15 805/18
direction [3] 774/2 774/12 776/12
directly [3] 710/17 728/4 830/3
disconnected [2] 736/19 755/6
disconnecting [2] 725/18 726/2
discuss [3] 764/12 790/25 791/7
discussed [2] 810/5 822/16
discussion [3] 722/25 823/20 832/9
dispute [5] 833/19 833/22 834/5 834/24
837/15
disregard [1] 760/18
distance [4] 704/22 774/8 774/10 774/14
distinguishing [1] 816/18
DISTRICT [5] 699/1 699/1 699/10 699/13
767/3
do [131] 700/16 702/9 702/21 702/24 703/18
706/4 708/14 708/19 710/10 712/10 712/12
715/22 718/11 719/17 721/8 722/10 723/12
724/25 725/5 727/3 729/6 729/15 729/16
730/12 733/1 733/20 734/11 739/15 741/18
743/13 743/13 743/19 744/9 745/4 747/17
747/20 749/3 755/16 755/20 756/12 756/17
758/23 760/15 761/25 763/6 763/6 763/15
764/7 764/12 764/22 766/5 767/4 767/21
769/12 770/4 770/7 770/25 771/8 771/12
772/24 773/25 776/5 776/8 778/21 778/22
780/23 782/3 782/7 782/7 782/14 783/7
784/4 784/7 784/22 785/9 785/12 787/14
787/25 788/5 788/24 790/2 790/4 790/8
790/11 790/25 791/6 791/25 792/1 792/8
792/12 793/6 793/16 793/20 794/4 803/1
803/5 804/16 804/22 805/19 808/14 809/7
811/12 812/24 813/1 815/7 815/9 815/11
815/18 816/10 816/18 817/20 818/18 821/25
824/20 826/14 827/9 828/6 830/9 831/24
832/4 834/12 834/14 835/16 836/11 836/11
837/1 837/12 837/13 839/7 841/7 841/25

## D

**Docket [1]** 760/3
**document [10]** 825/17 825/17 837/9 837/16 838/1 838/23 838/24 839/5 839/9 840/10
**documents [4]** 790/24 825/21 825/22 838/2
**does [25]** 703/1 704/9 705/7 705/15 705/15 753/18 754/13 770/25 773/15 795/24 810/11 810/19 817/17 817/24 821/11 821/14 822/25 839/5 839/11 839/14 839/15 839/21 839/22 840/8 840/17
**doesn't [4]** 711/19 714/24 769/16 832/7
**doing [14]** 718/5 725/16 743/4 762/3 763/4 763/6 767/10 770/9 772/6 780/5 827/12 827/25 836/16 838/10
**don't [99]** 702/16 703/23 706/5 706/17 711/8 711/17 713/5 713/5 713/14 714/14 714/16 714/24 715/21 715/21 719/5 719/6 720/13 721/4 721/9 721/16 722/7 725/5 725/22 728/1 728/10 728/12 728/21 735/25 737/2 737/13 739/19 742/16 752/24 757/17 758/9 758/17 759/10 763/16 764/6 767/17 767/25 768/2 768/6 771/20 772/10 773/20 777/2 778/24 781/3 781/17 782/20 784/1 785/2 787/16 789/21 790/23 799/5 799/6 800/18 805/22 808/16 811/10 812/6 815/24 816/22 817/4 817/9 817/10 817/25 821/10 821/14 822/10 822/23 823/5 824/6 826/13 827/25 828/1 829/14 829/15 830/14 834/3 834/10 834/13 834/13 834/21 834/21 834/21 834/22 834/23 835/12 836/10 836/16 838/4 838/19 839/16 839/18 840/10 840/13
**done [2]** 765/2 798/5
**door [8]** 718/10 718/11 718/12 718/20 745/21 745/22 746/4 746/11
**doors [3]** 794/10 795/4 797/3
**down [17]** 723/6 740/2 747/16 754/6 758/22 763/11 764/19 770/9 776/19 778/8 778/9 791/4 807/15 808/4 813/13 821/16 841/14
**downstairs [2]** 746/21 746/24
**downward [1]** 780/15
**draw [1]** 731/17
**drawing [2]** 794/24 802/18
**drink [2]** 823/13 823/15
**drive [5]** 737/20 737/23 745/8 745/25 762/14
**driven [2]** 745/20 794/5
**driver [4]** 817/16 817/20 817/21 817/21
**driving [5]** 762/16 762/19 762/20 774/15 799/6
**drop [6]** 763/13 816/24 817/16 817/16 817/23 818/6
**dropped [2]** 731/4 841/1
**drops [1]** 817/20
**Dubai [12]** 702/7 702/15 702/18 703/16 705/17 706/6 706/21 708/8 710/19 710/22 714/12 714/21
**dupatta [1]** 784/25
**during [37]** 704/1 704/4 709/9 711/20 711/24 716/14 725/15 730/24 731/19 733/24 734/18 734/19 735/6 735/13 736/3 736/14 737/10 737/23 747/20 752/21 753/7 757/1 758/1 758/24 762/4 762/16 772/6 788/11 790/6 806/24 807/4 822/18 822/22 823/11 824/7 829/19 832/13

## E

**each [2]** 709/20 797/4
**ear [1]** 734/9
**Earl [1]** 728/23
**earlier [17]** 708/21 713/4 753/18 754/3 754/13 776/14 779/22 780/21 780/23 787/5 792/23 794/16 795/5 795/8 810/14 811/2 824/18

**early [1]** 757/15
**East [3]** 699/5 699/13 699/22
**EASTERN [3]** 699/1 699/13 767/3
**easy [1]** 728/24
**Ehsan [8]** 782/14 782/17 782/19 782/22 783/14 795/23 795/24 796/3
**either [6]** 747/4 771/7 804/7 832/16 839/11 839/14
**elected [1]** 770/23
**Eleven [1]** 802/13
**elicit [1]** 759/14
**Elmo [1]** 743/12
**else [16]** 711/13 714/9 735/7 740/15 740/21 745/2 758/3 759/22 764/13 768/8 796/14 825/21 806/18 807/2 831/18 835/3
**else's [1]** 805/23
**embassy [1]** 720/13
**end [3]** 701/5 712/7 840/6
**ended [1]** 756/13
**engine [1]** 746/2
**English [4]** 701/16 701/18 840/3 840/4
**enough [2]** 768/13 780/17
**ensuring [1]** 769/16
**enter [5]** 726/21 774/7 795/2 822/9 822/9
**entered [5]** 718/22 726/22 738/5 812/1 812/10
**entering [1]** 812/6
**enters [10]** 700/14 701/10 723/2 760/5 760/11 768/18 791/15 791/17 813/10 813/17
**escape [1]** 745/1
**escaped [3]** 740/24 741/9 744/25
**escort [6]** 722/5 722/8 758/19 768/14 791/2 812/20
**ESQ [4]** 699/14 699/15 699/15 699/17
**et [1]** 767/12
**even [4]** 767/12 792/4 819/3 819/4
**evening [10]** 718/2 718/5 718/21 719/15 719/18 735/15 735/20 736/4 800/9 801/2
**evenings [1]** 748/10 807/6
**event [2]** 713/1 807/2
**events [2]** 705/21 804/20 836/3 836/5
**ever [5]** 704/11 710/16 710/23 711/1 732/15
**every [1]** 841/1
**everybody [2]** 752/16 767/18
**everyone [1]** 701/21
**everything [3]** 753/8 820/3 836/7
**evidence [15]** 724/22 724/24 725/7 742/22 743/10 744/3 778/20 779/1 783/22 786/18 790/17 791/24 802/22 804/24 805/6
**exact [4]** 702/16 713/6 773/20 811/6
**exactly [5]** 782/20 785/23 786/11 821/10 821/14
**examination [10]** 701/6 701/13 701/24 702/2 769/21 809/13 809/14 813/13 813/20 840/24
**examine [1]** 759/18
**example [4]** 710/6 715/19 730/5 815/9
**excuse [19]** 703/8 713/10 714/3 733/15 733/20 754/18 764/16 780/22 790/10 795/7 803/19 804/21 811/23 812/12 812/12 814/24 818/3 819/17 839/3
**excused [1]** 841/15
**exhibit [28]** 724/21 724/24 725/7 725/10 742/21 743/9 743/17 744/4 778/20 779/12 743/25 786/8 786/18 790/18 791/24 802/22 804/14 804/25 805/6 824/18 826/24 827/1 838/9 838/11 838/14 838/16 838/17 838/25
**exhibits [1]** 792/2
**exits [3]** 722/9 812/22 841/23
**expect [2]** 761/19 773/7
**experience [2]** 730/8 810/8
**explain [1]** 738/10
**extent [2]** 761/3 767/15
**extra [1]** 792/3

## F

**face [4]** 721/25 728/9 734/7 777/20
**facing [1]** 734/7
**facts [1]** 768/25
**failed [1]** 716/7
**fair [5]** 742/3 811/20 812/7 814/11 821/8
**families [1]** 707/5 710/24 716/12
**family [44]** 703/1 704/9 705/15 705/19 707/2 707/2 709/24 710/17 713/21 714/1 714/4 715/25 716/11 716/15 717/21 718/1 724/25 732/8 735/16 735/21 736/5 736/10 736/11 752/25 754/16 754/19 757/2 762/4 762/11 762/17 774/6 783/11 795/3 799/2 808/18 830/19 830/21 831/21 832/5 832/8 832/9 833/19 834/8 834/9
**family's [1]** 705/18
**far [16]** 704/17 704/20 746/4 757/23 757/24 771/6 772/23 811/24 812/4 814/9 816/9 816/14 816/17 816/17 821/4 842/2
**father [14]** 715/14 741/17 741/18 741/19 751/9 776/25 779/14 787/8 798/22 801/1 801/25 802/5 802/8 833/12
**father-in-law [3]** 741/17 741/18 741/19
**fault [4]** 721/2 752/24 753/4 753/6
**Fax [1]** 699/23
**Fazal [2]** 802/6 802/8
**fear [3]** 731/13 732/21 750/25
**February [12]** 762/24 763/2 770/3 781/2 792/21 809/19 810/1 818/12 824/16 836/2 836/6 836/9
**February 25th [9]** 770/3 781/2 792/21 809/16 810/1 818/12 824/16 836/6 836/9
**federal [2]** 769/13 769/13
**FEDERICK [1]** 699/17
**feed [1]** 731/7
**feel [3]** 708/12 736/20 808/22
**feeling [1]** 711/24
**fell [4]** 788/17 788/19 793/4 830/20
**fellow [1]** 820/5
**few [8]** 734/5 738/11 782/5 784/6 807/7 811/9 820/2 840/23
**Fifteen [1]** 724/18
**file [1]** 747/22
**filed [2]** 747/17 748/6
**filing [1]** 748/9
**filled [1]** 835/11
**film [1]** 807/15
**finality [1]** 769/13
**finally [1]** 789/7
**financially [1]** 809/1
**find [6]** 720/13 727/23 729/4 729/11 747/19 796/23
**fine [3]** 705/20 721/7 737/5
**finger [1]** 785/10
**finish [3]** 817/5 817/9 817/10
**FIR [6]** 747/25 748/1 748/6 835/10 836/8 839/12
**fire [6]** 741/5 742/17 745/24 813/24 814/3 820/17
**firearm [1]** 820/19
**firearms [3]** 820/22 820/25 834/17
**fired [6]** 739/19 741/6 744/23 745/5 754/3 754/13
**fires [1]** 775/20
**firing [12]** 737/6 737/7 740/13 744/20 744/21 775/2 775/4 775/20 776/10 776/13 781/3 833/6
**firings [1]** 775/22
**first [27]** 705/17 710/12 722/20 738/23 738/24 763/4 775/20 775/22 775/24 776/2 777/7 777/16 784/11 784/19 785/21 787/3 789/22 794/22 802/21 812/19 812/20 824/8

**F**

first... [5] 824/10 831/12 835/10 835/17
836/2
five [18] 700/3 724/12 732/25 748/15 748/17
753/19 753/20 754/15 755/8 756/3 756/5
756/12 766/20 767/6 769/6 781/9 801/23
812/25
floor [3] 699/17 746/10 746/12
focusing [1] 705/24
folks [1] 767/21
follow [2] 727/9 738/11
follow-up [1] 738/11
followed [2] 715/5 783/5
following [5] 766/1 766/17 769/3 775/24
802/14
follows [1] 766/15
forehead [2] 719/23 719/25
forgive [4] 711/19 711/22 759/23 810/19
forgiven [1] 759/25
forgiveness [1] 711/20
form [1] 748/7
forth [1] 810/10
forward [1] 703/13
fought [1] 833/5
found [2] 763/20 766/10
four [22] 703/21 705/1 708/20 724/12 725/17
725/20 731/11 731/12 731/15 747/19 747/20
748/15 748/17 754/21 781/5 781/7 781/9
820/10 821/13 821/15 835/12
four-minute [1] 821/13
fourth [1] 779/16
frame [3] 790/4 805/14 805/14
Fred [1] 700/11
free [1] 762/2
FRI [3] 747/22 747/24 747/25
friend [1] 708/24
friends [3] 708/23 709/3 763/20
friendship [4] 708/24 709/6 709/21 709/23
front [7] 725/8 734/7 739/12 778/24 825/25
837/25 839/1
full [3] 704/2 706/22 707/1
funeral [10] 732/6 732/9 732/11 756/3 756/5
756/13 803/12 803/16 806/9 832/12
further [4] 738/10 809/12 821/15 841/13

**G**

gallery [3] 783/3 783/4 783/5
GANDY [13] 699/15 700/7 721/18 728/8
728/21 741/1 743/14 754/5 754/8 761/17
769/22 799/21 837/7
gate [2] 805/10 805/13
gave [7] 708/9 710/13 751/23 803/15 806/7
830/6 830/7
general [1] 827/11
gentlemen [14] 701/11 723/3 725/1 743/10
760/12 764/12 766/18 768/19 769/4 779/1
790/25 791/18 813/18 841/18
gesture [1] 780/16
gesturing [1] 739/12
get [44] 704/24 712/24 722/20 722/24 737/7
737/17 745/15 751/2 754/6 763/7 763/16
767/23 769/16 772/24 773/2 774/2 781/11
790/24 794/3 798/8 799/21 800/6 801/6
801/10 801/22 801/24 808/15 809/10 809/10
810/9 812/3 816/16 816/20 816/24 817/21
818/15 824/16 824/18 824/21 824/24 825/12
825/25 836/10 837/24
gets [1] 701/4
getting [7] 700/23 722/19 751/7 790/20
792/4 799/22 819/6
girls [2] 731/10 818/4
give [14] 720/25 725/3 754/6 769/15 771/10

783/23 784/13 801/25 802/3 802/3 802/4
838/6 838/7 840/14
given [42] 701/16 701/17
giving [1] 803/12
glanced [1] 750/3
go [89] 700/14 711/2 711/9 714/7 714/24
717/18 718/24 719/1 722/6 723/25 724/6
724/8 728/18 729/8 731/1 731/5 731/24
734/24 736/22 736/23 736/24 737/1 737/2
737/8 745/7 745/11 745/15 746/8 746/12
747/2 748/5 748/10 748/12 750/13 756/5
756/8 761/4 761/16 763/12 763/16 763/21
764/22 770/21 772/20 773/2 773/5 773/11
774/24 777/3 778/11 786/6 787/16 787/23
790/21 793/21 794/21 796/18 796/22 797/4
798/3 798/4 798/16 799/14 800/3 800/22
801/15 802/25 803/16 806/8 806/15 806/15
806/18 807/2 807/3 807/5 808/16 809/11
812/15 812/19 814/14 823/21 823/24 825/24
826/15 828/2 829/16 832/22 835/13 841/22
goal [1] 767/16
God [1] 745/2
going [56] 701/1 701/13 703/13 717/12
717/14 717/18 720/12 723/4 724/8 724/20
726/3 729/11 736/20 750/22 759/17 760/15
760/17 760/19 761/1 761/2 768/10 769/14
769/23 772/16 772/18 774/21 774/23 774/24
776/7 776/8 777/6 778/19 783/21 790/17
791/20 794/2 797/6 799/21 802/2 802/18
803/16 806/24 808/23 810/12 810/17 818/11
824/17 825/15 826/14 838/10 838/11 838/14
838/25 839/8 839/14 839/17
gone [8] 716/22 717/1 724/15 725/15 738/8
772/7 830/25 832/12
good [13] 700/9 700/10 700/13 700/15
701/11 701/20 701/21 702/4 702/5 722/2
730/9 766/3 768/13
got [42] 706/14 706/14 706/18 712/14 719/21
723/21 726/25 738/8 742/24 752/17 753/22
773/22 776/15 776/24 785/2 787/25 788/5
788/11 789/10 789/17 794/9 794/25 795/19
798/23 801/17 807/2 811/17 815/12 815/12
815/21 818/1 818/24 819/3 819/4 819/9
819/11 822/19 823/19 824/15 825/24 826/20
831/18
government [28] 699/12 700/8 700/18
724/21 724/24 725/7 742/21 744/3 778/19
779/2 779/5 779/12 782/3 783/22 786/18 790/18
791/8 791/23 802/21 804/25 805/6 809/4
811/1 816/21 834/4 837/17 837/18 837/19
842/2
government's [3] 759/23 778/22 804/14
grant [1] 769/14
graveyard [2] 802/17 806/11
great [1] 758/14
green [1] 786/9
grew [1] 731/21
ground [13] 777/18 782/25 784/9 785/8
785/22 785/24 786/13 787/1 789/24 818/21
824/16 824/22 827/17
guess [1] 726/9
gun [33] 740/19 740/22 741/5 741/6 742/14
777/1 777/3 780/1 780/5 780/11 780/13
780/16 780/19 780/20 780/24 781/1 781/2
781/13 781/15 781/17 781/18 781/20 787/15
787/17 813/24 814/19 814/19 819/16 819/17
819/20 819/22 820/5 820/17
gunfire [9] 739/2 739/3 740/7 775/9 775/18
775/21 776/16 784/12 821/3
guns [11] 740/5 740/13 782/3 782/11 782/12
782/13 819/25 820/1 820/7 834/17 837/16
gunshots [2] 776/2 776/3
gutter [8] 785/25 786/12 786/13 786/25

824/25 825/14 826/17 827/3

**H**

had [95] 703/17 704/6 704/13 706/5 706/7
706/21 707/1 707/11 707/21 709/23 711/3
711/10 711/16 713/4 716/6 716/22 716/25
719/13 719/22 719/24 720/6 720/11 720/18
723/20 726/21 731/6 731/25 734/2 734/6
736/10 738/5 740/23 740/24 745/20 750/3
759/17 763/13 770/6 776/16 780/17 780/19
780/20 781/17 782/3 782/6 782/10 782/12
782/13 784/13 789/2 792/23 793/1 794/1
799/10 799/13 800/2 800/3 801/21 808/2
808/4 809/6 812/1 812/10 814/15 818/17
819/14 819/16 819/20 819/22 819/25 820/1
820/2 820/7 820/11 820/12 820/15 820/19
820/22 820/25 821/17 823/5 824/8 824/9
827/23 828/23 828/24 828/25 829/13 830/25
831/21 832/5 832/12 833/12 834/1 841/7
hadn't [1] 716/3
half [16] 717/22 757/24 773/17 786/12
786/13 786/25 786/25 810/9 810/15 810/19
810/22 812/3 812/4 812/8 818/22 818/25
half-hour [6] 810/9 810/15 810/19 810/22
812/3 812/4
halfway [3] 811/21 812/7 812/9
hand [23] 719/24 725/6 725/6 734/7 739/6
742/25 744/5 752/8 766/12 768/7 779/11
786/14 786/17 791/25 792/2 805/12 819/16
819/18 819/20 819/22 820/2 820/5 838/4
handed [2] 751/18 752/5
handing [8] 743/5 743/6 766/13 786/5 838/8
838/22 839/25 840/19
hands [14] 719/22 720/3 739/7 779/25 780/4
780/16 780/17 780/17 780/19 780/21 781/20
819/25 820/7 820/25
hang [1] 839/13
happen [6] 706/16 717/8 723/21 751/6 797/9
802/12
happened [59] 707/9 708/19 709/25 711/15
712/7 717/25 718/9 719/4 719/7 719/12
720/6 720/8 720/18 720/24 723/17 723/19
723/24 725/24 726/15 726/20 727/5 727/15
736/17 737/4 738/4 738/14 745/3 746/1
746/15 746/19 747/8 747/11 747/13 747/14
747/15 751/12 751/15 751/17 751/19 753/11
755/5 755/11 755/14 763/2 770/13 770/15
771/14 772/13 772/15 774/18 774/25 787/9
787/17 788/14 794/9 794/25 795/19 798/14
835/5
happy [3] 704/13 767/4 767/21
harassed [1] 829/25
harassing [1] 829/9
hard [5] 725/5 725/8 742/24 778/21 837/24
harmed [1] 759/8
has [18] 703/18 705/4 705/16 708/21 708/24
722/10 758/23 761/3 767/11 786/17 791/6
812/23 830/5 830/25 837/21 839/9 840/2
841/24
have [96] 700/16 701/14 701/22 703/1 704/9
704/11 704/25 705/3 705/15 709/21 710/23
712/21 716/14 717/25 718/18 719/11 719/12
721/4 721/9 722/7 722/11 724/25 725/5
726/18 727/3 728/22 729/15 731/6 736/5
736/7 736/9 742/14 742/24 743/3 743/11
743/13 744/21 748/5 753/25 754/4 757/10
757/12 757/17 758/24 760/21 761/2 761/20
763/12 764/4 764/20 764/22 765/1 766/5
766/8 766/25 768/3 768/22 768/24 769/11
769/13 772/20 773/10 773/23 778/21 778/22
779/24 780/14 781/12 781/15 781/18 784/1
784/6 784/19 789/1 790/5 791/6 791/25
798/4 808/25 809/12 812/24 813/1 815/6

# H

have... [1] 818/11

he [226]

he's [21] 702/23 703/5 703/11 711/22 742/1 742/3 757/7 762/5 770/23 770/23 772/11 782/20 783/12 799/6 802/2 807/12 817/2 825/15 825/24 835/14 835/16

head [3] 728/1 738/12 784/16

headed [3] 719/2 832/18 833/3

headlines [1] 750/6

heads [1] 720/2

hear [27] 701/17 728/4 728/5 734/9 734/15 734/17 735/22 752/18 752/19 752/20 753/17 755/17 764/1 777/11 777/12 822/7 822/15 822/21 822/23 822/24 822/25 823/2 823/7 831/4 831/7 831/19 837/17

heard [20] 703/17 717/21 736/13 739/4 748/9 753/4 759/5 775/2 775/3 775/9 775/18 775/22 775/23 776/2 776/5 776/10 776/13 777/1 814/2 818/11

hearing [3] 784/12 813/24 832/5

hearsay [2] 759/10 759/14

HECTOR [2] 699/14 700/7

held [3] 732/6 739/18 780/17

help [2] 762/4 762/14

helped [1] 809/4

helpful [1] 825/2

helpless [2] 824/5 829/25

her [83] 703/25 705/5 705/8 705/9 705/11 707/13 708/4 708/4 708/5 708/24 709/1 711/1 711/2 711/3 711/3 711/6 711/10 711/12 711/14 712/8 722/19 728/1 735/25 749/5 751/8 751/9 756/3 756/9 756/11 757/15 763/14 763/18 763/18 763/20 763/20 763/22 773/11 773/23 776/20 778/4 778/5 778/6 778/11 778/18 780/10 781/14 785/22 786/12 786/19 787/4 787/8 789/19 797/11 797/23 798/23 798/24 800/25 801/9 804/11 810/2 810/2 810/5 810/22 811/2 811/5 811/17 814/20 816/3 817/5 817/5 821/11 825/25 826/13 826/18 828/1 833/13 833/15 837/9 837/22 840/2 840/5 840/6 841/1

here [36] 700/3 701/1 707/11 746/21 747/25 766/4 769/1 769/13 772/14 777/2 778/23 779/5 779/11 785/14 786/23 787/16 787/16 792/13 792/13 794/15 804/10 808/6 808/12 809/4 814/4 815/8 817/21 823/19 824/19 825/24 827/2 827/3 828/7 828/11 828/17 832/17

here's [1] 839/1

hereby [2] 766/16 769/2

herself [1] 830/9

hiding [3] 789/9 789/22 794/15

highlighted [1] 767/15

him [80] 701/2 703/24 704/6 707/14 711/16 711/19 711/23 712/9 712/11 720/6 724/7 725/18 725/20 726/1 726/21 729/9 735/22 736/23 737/1 737/1 737/2 738/9 738/22 738/25 742/4 742/13 742/14 747/12 747/12 752/8 752/20 753/14 758/8 761/19 770/14 771/1 771/8 771/9 771/10 771/15 771/22 772/2 772/4 772/5 772/5 772/16 774/11 777/10 777/17 779/25 781/1 782/7 784/13 784/20 785/3 795/21 796/7 800/4 800/5 801/5 801/5 801/10 801/25 802/2 802/3 802/3 806/7 807/12 807/14 816/24 816/25 817/23 820/6 822/13 822/13 823/24 831/9 833/10 833/15 834/17

himself [1] 761/20

his [83] 700/12 703/13 703/20 704/16 704/19 704/21 705/2 705/12 705/13 706/13 706/14 706/20 708/24 710/9 710/10 715/16 716/23 716/25 717/1 718/19 719/22 719/22 719/22 720/2 720/3 722/14 724/13 726/24 727/13 734/9 734/9 737/1 737/2 741/17 741/18 741/25 757/20 757/21 757/23 771/4 771/6 771/6 771/7 777/20 779/14 779/20 779/24 780/5 780/17 780/19 780/20 781/20 783/1 783/11 783/11 783/14 784/16 785/2 787/17 794/10 795/22 796/19 796/9 798/24 799/18 800/5 807/12 807/13 808/6 819/15 819/16 819/17 819/20 819/22 820/5 820/19 820/22 820/25 821/6 825/1 831/8

hit [4] 742/18 744/24 745/3 745/25

hitting [5] 776/20 776/25 780/6 780/10 780/13

holding [7] 720/2 734/7 739/6 740/5 740/13 740/18 740/21

holes [1] 744/16

home [54] 704/9 704/11 715/2 718/2 725/24 730/23 731/15 732/13 732/15 734/2 734/21 735/20 736/4 745/18 745/25 746/2 746/10 750/17 750/19 755/23 756/2 763/24 770/8 771/3 774/1 774/2 774/13 775/14 796/11 798/21 800/23 801/16 810/9 810/23 811/18 811/21 812/3 812/7 812/9 814/4 814/8 814/13 814/14 814/16 815/12 815/17 816/12 821/4 821/4 821/13 822/7 822/9 828/22 829/20

Honor [59] 700/9 700/18 700/24 701/3 701/5 702/1 714/19 721/2 721/7 722/2 722/12 723/8 724/20 725/12 739/14 741/2 742/20 743/15 754/9 758/11 758/20 759/1 759/13 760/1 761/5 761/6 761/11 764/6 764/24 765/4 765/5 766/7 767/10 767/11 769/20 778/20 790/20 790/21 791/3 791/8 791/21 791/23 799/23 803/10 804/24 805/5 809/12 812/12 812/13 817/2 823/17 825/20 827/11 832/21 837/8 837/20 840/23 841/13 842/6

Honor's [1] 792/1

HONORABLE [1] 699/9

hope [1] 767/10

hospital [6] 798/19 799/1 799/6 800/6 800/15 800/19

hosting [1] 710/7

hour [17] 746/18 746/19 772/1 772/2 772/6 772/12 773/17 788/8 789/5 810/9 810/15 810/19 810/22 812/3 812/4 813/4 813/4

hours [4] 753/18 754/13 755/8 757/25

house [188]

houses [10] 738/18 775/7 793/22 793/23 793/25 794/2 794/3 796/18 797/4 821/15

how [93] 704/20 704/22 704/24 704/25 707/4 708/4 708/12 709/6 709/15 710/13 711/6 711/24 712/4 713/4 714/7 719/14 724/15 724/17 731/10 732/1 732/23 733/25 734/18 735/12 735/19 736/14 736/20 737/17 739/18 745/1 748/5 748/14 749/3 752/11 752/14 753/15 754/16 754/19 755/2 755/23 755/25 756/1 757/8 757/10 757/17 757/23 759/9 761/19 762/11 762/21 763/3 770/18 772/4 773/15 775/14 776/12 778/9 780/10 781/15 781/20 782/19 782/20 785/2 788/7 788/24 794/3 798/8 801/24 808/13 808/15 808/22 808/25 810/11 811/14 811/14 811/24 812/4 812/24 813/1 813/2 815/12 815/21 821/4 821/10 821/14 824/16 824/18 824/21 824/23 825/12 826/7 826/8 836/4

humiliate [5] 727/16 727/17 727/20 729/3 729/5

husband [65] 708/7 710/19 713/14 718/4 718/12 718/22 719/20 719/22 720/25 723/18 723/25 724/3 725/1 731/1 732/10 733/13 734/2 734/6 735/7 735/22 736/22 737/1 737/4 737/17 738/22 746/16 747/17 748/9 749/4 751/18 751/23 752/12 752/17 752/20 753/5 753/6 753/17 755/12 758/3 761/20 763/11 764/4 770/15 774/11 777/8 789/2 798/23 800/25 804/5 804/12 821/21 821/6 822/16 823/10 831/1 831/7 832/1 832/5 832/18 833/2 833/19 833/22 833/23 833/25 834/14 834/15

husband's [7] 736/24 757/7 776/19 804/5 804/11 824/22 836/1

Hussein [2] 802/6 802/8

# I

I'd [14] 702/11 703/12 731/14 731/17 733/4 744/3 761/5 769/25 780/4 791/23 802/21 804/13 804/24 837/8

I'll [11] 728/17 736/4 743/15 761/21 762/5 765/2 765/3 784/11 772/14 824/2 837/11

I'm [73] 701/1 707/10 712/11 714/3 714/14 720/15 721/2 724/17 724/20 726/3 726/5 726/10 726/10 737/2 737/15 748/23 752/2 755/17 756/22 759/17 760/15 760/17 761/12 761/20 763/25 767/4 767/7 767/21 767/21 768/10 769/14 769/23 772/14 772/16 774/22 777/6 778/19 779/5 779/12 783/21 784/2 785/7 785/14 790/17 792/13 793/2 793/4 797/15 799/16 802/18 806/9 809/23 810/11 810/11 814/6 816/7 817/2 822/25 823/16 823/25 824/17 825/15 826/3 827/18 831/14 832/11 834/20 835/15 836/22 837/18 837/19 838/25 840/6

I've [3] 754/4 823/18 840/5

idea [9] 704/25 736/5 736/7 736/9 736/20 757/10 757/12 757/17 761/20

identification [3] 838/1 838/17 838/25

II [1] 699/9

immediately [7] 747/23 766/18 766/24 769/4 769/10 820/6 820/8

important [1] 739/13

incident [6] 835/5 835/10 835/17 835/18 836/2 836/14

incidents [2] 748/3 836/9

inclined [1] 764/7

include [1] 767/13

indicate [2] 826/24 828/9

indicated [1] 825/9

indicating [26] 739/9 776/21 777/1 777/3 777/21 780/7 780/12 780/18 781/14 784/18 785/17 786/14 786/21 786/24 787/15 803/9 825/2 825/4 825/5 826/11 827/2 827/3 827/8 827/10 827/11 827/18

individual [1] 776/2

individuals [2] 804/2 805/19

information [3] 759/9 836/19 836/23

initial [1] 710/20

injuries [1] 808/2

innocent [3] 829/8 829/8 829/15

inside [10] 718/25 726/22 787/25 788/1 788/2 788/4 788/5 788/6 795/1 822/11

instead [1] 727/8

instruct [2] 766/23 769/9

instruction [2] 766/17 769/3

instructions [1] 768/24

intend [2] 701/3 732/23

intention [1] 759/13

interpreter [8] 701/15 726/3 763/25 777/11 786/5 804/6 826/18 829/11

Interpreters [1] 699/19

interrupt [1] 763/16

interrupted [1] 817/7

# I

intersection [1] 777/15
interview [1] 800/12
interviewed [5] 747/4 747/7 800/9 800/17 815/7
invited [5] 713/21 713/24 715/25 716/3 716/6
inviting [1] 767/9
involved [5] 710/7 736/10 833/19 833/22 834/23
Iqbal [23] 742/9 742/11 742/14 782/24 783/1 783/7 783/9 783/13 793/11 821/12 821/17 821/17 821/23 822/6 823/9 830/10 831/2 831/7 831/11 832/1 833/8 833/10 Irfan [11] 770/16 770/18 770/21 770/22 771/3 771/5 771/9 771/16 799/14 799/17 800/3
iron [1] 785/18
is [260]
isn't [2] 730/2 730/7
issue [1] 760/24
issues [7] 700/16 722/11 758/24 764/22 766/5 791/7 841/25
it [260]
it's [36] 700/25 704/25 722/2 728/8 730/9 739/12 743/8 743/22 744/12 747/25 757/24 758/11 761/12 769/15 772/23 783/3 783/5 783/5 783/6 791/19 793/9 805/3 810/17 816/16 821/8 824/19 825/10 825/23 832/17 833/18 838/5 838/24 839/8 840/3 840/4 840/5
item [1] 785/14
itself [3] 710/5 734/12 788/2

# J

Jackson [16] 700/21 722/5 725/6 742/25 744/5 766/12 766/13 768/14 769/16 791/2 792/2 792/4 837/24 838/6 838/7 839/24
James [1] 728/23
Jamil [5] 706/14 706/20 729/17 729/20 729/24
Jamil's [1] 706/3
January [33] 712/20 713/1 713/19 714/11 716/9 717/23 731/18 731/19 731/24 733/3 733/5 733/5 744/1 744/14 747/18 762/22 780/24 781/1 820/12 820/15 820/19 820/23 821/1 822/2 824/11 824/13 828/21 830/10 830/16 833/6 835/5 835/8 835/24 January 2013 [2] 828/21 835/24
January 25th [1] 733/3
January 26th [18] 733/5 733/5 744/1 744/14 747/18 820/12 820/15 820/19 820/23 821/1 822/2 824/11 824/13 830/10 830/16 833/6 835/5 835/8
January 7th [1] 712/20
Javed [70] 714/10 718/16 718/18 718/20 719/14 719/17 720/20 720/21 720/24 721/19 723/16 723/18 723/20 723/21 723/24 724/3 724/6 727/3 733/19 733/20 733/25 734/2 734/15 734/21 735/1 735/4 735/6 735/11 736/18 736/22 736/25 737/1 742/9 751/14 751/15 751/23 752/6 752/8 752/13 752/17 755/12 770/14 770/15 770/18 770/20 771/8 771/16 782/2 782/3 782/8 793/24 796/11 821/12 821/17 821/23 822/3 822/6 823/9 828/25 829/21 830/10 831/2 831/7 831/11 831/12 832/1 833/4 833/8 833/10 841/7
Javed's [9] 723/11 734/18 783/10 794/23 796/5 796/7 796/17 821/15 822/24
jenazah [1] 804/19
job [1] 836/1
join [1] 759/20

# J (col 2)

Jones [1] 728/23
judge [46] 699/10 722/23 726/8 754/2 758/6 759/11 759/24 768/15 806/5 812/19 813/4 824/17 827/23 837/4 839/25 840/16
June [2] 699/6 842/8
jurors [1] 728/4
jury [61] 699/8 700/1 700/17 700/21 701/1 701/10 701/12 722/8 722/9 722/10 722/16 722/24 723/2 723/4 725/1 725/10 739/13 739/18 742/23 743/10 758/18 758/23 760/8 760/11 760/13 764/12 764/16 764/18 764/20 766/2 766/6 766/17 766/18 767/5 767/9 767/12 767/14 767/17 768/18 768/20 769/3 769/4 779/2 780/10 786/7 791/1 791/5 791/6 791/17 791/19 805/4 810/14 812/19 812/22 812/13 813/12 813/17 813/19 841/19 841/23 841/24
jury's [1] 724/21
just [70] 701/14 709/12 713/1 719/16 721/8 721/17 722/8 724/20 726/24 727/8 727/25 728/15 734/5 738/5 738/5 739/18 740/5 740/9 740/24 744/21 745/18 745/19 745/24 747/25 750/3 750/6 753/3 753/18 753/22 754/14 756/22 759/2 759/5 760/24 761/5 763/15 767/21 769/12 769/25 780/12 780/15 781/5 782/5 784/6 786/2 786/6 786/9 799/20 803/24 809/17 812/4 812/15 814/15 817/21 820/2 821/20 825/1 825/6 825/17 828/14 830/6 832/17 838/25 839/3 839/9 839/19 840/5 840/7 840/12 840/12

# K

K-O-T-L-A [1] 730/16
Kakrali [1] 798/7
kept [1] 803/12
Khalil [2] 729/17 729/20
Khan's [3] 787/24 825/13 826/16
Kharian [2] 798/15 798/16 798/19 800/13 800/15 807/11 807/12
Kharien [1] 757/22
kicking [3] 780/12 780/18 781/14
kill [11] 712/8 729/9 735/15 735/20 753/20 754/15 758/5 758/8 832/7 833/12 834/17
killed [7] 759/8 762/23 764/4 801/6 801/11 807/2 820/2
kind [5] 725/3 747/25 781/17 782/12 809/10
kitchen [1] 719/2
knew [2] 704/17 715/10
knocked [2] 718/10 718/11
know [88] 702/21 703/15 703/18 703/23 711/17 713/5 713/14 714/24 715/14 715/21 715/21 719/5 719/6 720/15 725/22 728/6 728/15 733/16 733/25 735/4 735/12 735/19 735/25 736/11 736/12 740/22 742/16 747/17 749/3 752/11 752/14 752/24 753/15 755/9 757/17 759/10 762/11 763/23 764/6 770/25 771/20 772/10 772/14 773/20 776/12 781/1 781/17 782/7 782/14 782/20 783/7 785/2 789/20 789/21 790/6 791/19 793/16 799/5 799/6 800/18 805/22 808/16 812/6 815/24 816/22 821/10 822/10 822/23 823/5 824/6 827/25 829/15 830/14 834/3 834/10 834/11 834/18 834/21 834/22 834/23 835/12 835/16 836/10 836/16 839/16 840/10 840/13
knows [1] 752/16
Kotla [11] 730/16 730/17 731/1 731/3 731/10 750/12 750/13 756/7 756/8 756/10 756/25
Kotru [1] 699/19
Kousar [64] 702/4 702/6 702/21 703/12 710/12 711/12 719/24 723/10 730/1 731/14 731/17 736/3 739/7 740/3 740/5 741/4 743/19 744/9 754/16 755/7 756/22 761/10 762/21 764/2 769/23 775/17 776/15 777/6

# K (col 3)

777/23 778/1 778/4 778/13 779/3 779/24 780/14 783/7 783/21 784/4 785/6 785/20 787/2 787/5 790/6 790/17 792/8 792/20 793/5 793/19 794/16 799/1 800/2 800/19 801/14 802/9 803/1 804/16 805/7 806/1 806/9 808/7 809/6 809/16 840/25 841/6
KUNTZ [1] 699/9

# L

labeled [1] 838/24
ladies [16] 701/11 723/3 724/25 743/9 760/12 764/12 766/18 768/19 769/4 779/1 790/22 790/25 791/18 812/16 813/18 841/18
land [15] 713/12 713/13 713/14 738/16 738/18 739/1 833/20 833/23 834/2 834/5 834/8 834/12 834/16 834/18 837/15
lands [2] 738/6 774/4
language [1] 767/24
large [6] 816/8 816/13 816/23 817/1 817/14 819/14
laser [7] 786/4 804/7 804/8 825/3 825/11 827/4 827/4
last [7] 755/17 759/3 760/18 774/22 817/4 817/6 834/4
late [8] 757/15 773/24 811/4 811/10 811/10 811/12 811/13 811/14
later [13] 715/5 716/10 717/22 725/25 731/17 746/20 760/19 770/10 798/23 799/19 801/22 806/15 811/9
law [4] 741/17 741/18 741/19 810/16
lawyer [2] 807/11 839/9
lawyers [1] 760/14
laying [4] 776/19 778/9 782/25 786/12
leader [2] 770/24 771/1
learn [3] 707/1 707/4 770/18
learned [1] 720/15
leave [10] 737/8 745/17 745/19 770/13 771/11 789/7 800/19 808/11 832/14 832/16
leaves [3] 758/18 764/18 791/5
leaving [9] 719/9 719/10 720/12 724/4 736/10 746/8 808/22 808/23 832/9
left [40] 702/6 717/6 717/12 717/20 717/22 719/16 719/17 720/11 722/10 724/1 724/9 732/16 737/11 737/15 740/17 745/5 745/16 745/18 756/3 758/23 764/20 770/6 770/10 771/15 771/22 771/25 772/2 772/12 777/21 791/6 799/13 800/3 805/12 805/19 808/7 810/6 812/23 821/3 833/2 841/24
legal [2] 834/7 834/22
let [10] 738/11 758/4 767/9 772/14 777/2 778/11 787/16 807/11 817/5 840/5
let's [9] 722/20 736/23 760/21 761/4 763/8 826/15 827/14 830/6 837/24
lets [1] 817/22
lies [1] 783/14
light [1] 786/9
like [65] 702/11 703/5 703/5 703/12 705/19 719/25 720/1 720/3 728/22 728/23 730/5 731/14 731/17 733/4 734/7 734/10 737/7 739/5 739/6 739/7 739/9 739/23 739/24 740/5 742/20 744/3 755/25 759/2 761/12 764/9 767/17 775/24 775/25 776/20 777/1 777/3 780/4 780/6 780/12 780/18 781/14 783/5 783/5 783/23 783/23 785/18 785/18 787/15 787/17 788/15 788/17 790/4 790/4 790/5 790/5 791/23 793/4 800/8 802/21 804/10 804/13 827/9 828/17 831/23 837/8
likely [2] 767/18 784/22
line [7] 735/7 766/20 766/21 767/6 767/7 769/6 769/7
lines [2] 767/11 767/13
LISA [1] 699/21
listen [9] 736/23 737/1 756/22 769/25 799/20

# L

little [14] 701/4 725/9 738/6 746/4 772/23 773/24 786/9 786/9 809/18 811/4 811/10 811/13 814/9 824/25
live [16] 705/7 705/15 715/1 730/15 732/16 742/7 756/5 756/8 757/2 757/8 757/18 761/18 795/10 795/24 806/17 809/7
lived [9] 702/12 702/18 704/1 704/4 704/15 741/24 794/14 794/16 821/4
lives [4] 779/20 779/20 795/21 796/7
living [23] 704/2 706/19 706/25 710/21 716/21 716/24 716/25 721/25 729/21 730/24 732/13 754/19 754/25 755/23 756/1 756/19 756/23 761/24 761/25 796/8 806/19 806/21 821/6
located [13] 705/11 738/25 773/13 777/16 783/2 785/24 790/15 798/6 814/4 816/8 816/13 816/23 817/14
location [7] 781/11 784/11 818/20 819/3 819/7 824/19 824/21
locked [3] 788/1 788/6 795/1
long [18] 701/4 704/24 710/13 711/6 724/15 724/17 731/10 732/23 755/23 755/25 761/19 765/2 773/15 788/7 791/19 819/14 821/11 821/14
longer [2] 812/24 813/1
look [16] 728/3 728/8 728/9 728/16 728/22 767/9 781/7 785/7 787/10 797/1 826/13 827/24 839/5 840/5 840/12 841/1
looked [3] 787/11 787/14 824/18
looking [5] 781/1 796/24 796/25 827/18 828/14
LORETTA [1] 699/12
losing [1] 823/16
lost [1] 769/16
lot [1] 739/10
loudly [1] 734/20
lunch [11] 764/7 764/9 764/9 764/11 764/14 766/7 766/19 766/24 769/5 769/10 770/3
Luncheon [1] 765/6
lying [6] 778/8 783/2 784/9 785/7 826/25 827/17
LYNCH [1] 699/12

# M

ma'am [13] 786/4 813/12 813/14 813/23 816/11 817/18 824/16 825/11 825/25 825/25 829/13 835/25 841/14
machine [1] 763/16
Madam [5] 723/6 726/3 739/16 739/17 826/18
Madame [5] 754/6 763/15 764/14 768/13 804/6
made [10] 713/14 755/5 755/7 763/13 766/9 766/19 769/5 789/7 833/25 834/1
Madeeha [34] 730/19 751/5 751/6 751/8 755/16 755/21 756/3 756/8 762/23 763/7 763/9 763/22 772/17 772/20 774/11 774/18 780/20 782/22 783/2 783/19 785/20 787/4 787/6 789/23 799/11 804/1 806/2 806/16 810/1 810/10 810/14 810/17 811/21 811/25
Madeeha's [11] 778/4 778/13 778/14 779/17 779/25 781/12 781/23 785/13 798/12 801/15 802/9
make [13] 719/2 719/3 720/12 727/9 728/24 747/15 753/3 753/22 753/25 756/22 763/11 814/16 838/9
making [1] 719/4
man [1] 702/21
Manju [1] 699/20
many [8] 742/13 748/5 748/14 754/16 754/19

756/1 813/2 821/17
MARGARET [2] 699/15 700/1
marked [3] 786/17 805/6 838/5
marks [1] 744/18
married [10] 706/14 706/15 706/18 708/16 712/24 730/2 730/8 730/8 741/12 741/14
marry [1] 715/8
Marshals [1] 722/21
masjid [1] 775/11
maternal [5] 716/23 717/1 718/19 741/17 783/12
matter [4] 765/2 781/5 782/5 820/2
matters [1] 830/3
Matthew [1] 700/8
may [24] 700/1 701/23 723/7 724/23 725/11 741/1 742/23 760/19 760/19 766/3 768/7 769/18 778/21 791/21 791/22 792/5 792/6 804/13 805/3 813/11 813/20 834/19 837/5 841/14
maybe [7] 702/17 757/12 785/2 788/8 796/23 811/6 833/17
Mazhar [16] 714/10 718/16 718/17 718/20 719/14 719/17 726/23 740/7 742/11 742/14 782/2 782/3 782/8 793/24 796/1 821/12
Mazhar's [18] 723/23 723/25 724/1 724/4 724/6 724/8 724/11 725/25 726/21 726/22 726/25 727/3 794/22 795/16 795/19 795/21 795/25 821/14
McGuire [1] 700/9
me [89] 703/8 704/25 707/11 711/14 713/10 714/3 716/17 717/14 717/16 719/3 719/16 720/11 720/13 724/6 724/6 725/3 726/18 727/1 727/6 727/7 728/3 728/16 730/23 732/12 733/15 733/20 735/3 736/13 738/11 738/22 747/8 747/13 749/4 754/18 755/13 759/23 762/3 762/5 763/3 763/13 767/9 767/21 770/20 770/21 771/10 771/21 773/9 777/5 778/11 778/12 780/22 783/23 786/1 787/21 789/3 790/10 793/21 795/7 799/5 800/13 801/5 801/21 803/19 804/21 807/11 807/12 808/16 808/19 810/19 811/23 812/12 812/12 814/24 818/3 818/22 819/17 823/13 827/9 827/17 830/18 830/20 831/10 836/10 836/11 836/25 837/13 838/7 839/3 840/7
meal [1] 733/11
mean [29] 702/24 710/6 710/10 727/19 729/2 729/6 734/11 738/24 741/18 755/16 755/21 755/25 756/18 762/2 776/8 782/8 785/9 785/16 790/4 794/4 808/14 811/12 815/9 815/18 816/10 818/18 822/25 824/20 839/7
meaning [2] 774/24 800/8
means [2] 776/25 788/17
meant [1] 823/24
meantime [9] 718/10 719/8 720/20 723/20 735/8 738/7 740/17 741/9 763/19
mechanical [1] 699/24
mechanics [1] 728/11
meet [11] 711/3 711/12 711/13 736/21 736/25 746/24 747/2 773/5 773/11 797/7 831/9
meeting [14] 708/1 708/5 708/19 710/23 711/6 711/21 711/24 712/17 712/12 712/16 725/24 828/21 829/3 829/20
meetings [2] 712/15 828/22
Mehndi [1] 710/9
member [1] 728/11
members [6] 713/21 714/1 714/4 754/16 754/19 774/6
memory [2] 839/5 839/19
men [10] 740/13 793/12 818/25 819/3 819/8 819/11 819/24 824/23 841/4 841/5
mention [1] 729/15
mentioned [12] 705/21 708/21 717/2 741/4

741/7 741/21 768/23 783/1 783/15 794/16 807/7 835/6
message [8] 708/2 708/10 708/17 710/14 710/17 710/17 710/21 806/7
messages [1] 730/10
met [3] 711/15 773/16 793/19
microphone [5] 726/4 726/6 727/25 728/4 799/22
middle [3] 781/16 783/20 805/14
might [5] 742/21 742/24 746/13 764/10 805/25
milk [1] 731/6
milked [1] 731/9
mind [2] 701/5 825/7
mine [1] 836/1
minimum [1] 759/10
minute [21] 721/9 721/10 722/4 725/16 725/21 758/13 758/24 764/2 777/6 790/23 812/17 814/12 814/17 818/22 818/22 818/22 818/24 818/24 821/13 837/1 839/18
minutes [14] 705/1 710/15 722/14 724/16 724/18 725/25 758/16 759/25 791/10 811/9 813/3 813/5 821/8 821/10
Mishra [1] 699/19
Miss [1] 837/7
missed [6] 726/12 729/22 748/23 817/3 829/11 829/11
MOHAMMAD [4] 699/5 702/21 703/2 703/13
molest [2] 729/5 729/6
molested [1] 730/2
moment [3] 764/16 837/4 837/5
Monday [3] 841/21 842/1 842/7
month [8] 717/22 717/22 731/18 731/19 762/25 780/21 808/10 820/11
months [3] 715/1 715/5 833/18
mood [2] 708/4 712/4
more [7] 769/23 776/22 788/8 812/8 812/9 813/3 825/16
morning [19] 700/9 700/10 700/13 700/15 701/11 701/20 701/21 702/4 702/5 730/13 763/7 770/4 799/14 802/13 810/6 810/13 810/20 841/21 842/1
mornings [2] 748/10 807/5
mosque [6] 775/11 775/15 775/18 810/23 814/3 814/10
most [2] 756/25 784/15
mother [10] 763/8 763/21 776/17 798/21 798/22 799/5 801/1 801/21 807/12 833/12
Mother's [1] 782/18
motorcycle [26] 762/6 762/7 762/9 762/12 762/14 762/17 771/15 773/1 774/8 774/9 774/12 774/19 775/4 776/13 781/17 783/15 783/18 786/25 811/22 811/25 812/5 824/23 827/17 828/10 828/12 828/16
move [8] 717/3 758/11 761/6 784/6 785/19 817/25 827/14 830/6
moved [7] 702/7 702/14 703/15 705/17 706/7 789/25 818/19
movie [1] 807/15
moving [1] 706/22
MPA [6] 770/16 770/21 770/23 770/25 771/1 771/3
Mr [11] 700/11 700/15 700/25 725/6 766/12 766/13 768/13 769/15 791/2 792/2 792/4
Mr. [8] 700/21 722/5 742/25 744/5 837/24 838/6 838/7 839/24
Mr. Jackson [8] 700/21 722/5 742/25 744/5 837/24 838/6 838/7 839/24
Ms [73] 702/4 702/6 702/21 710/12 711/12 719/24 721/18 728/8 728/21 730/1 731/14 731/17 736/3 739/7 739/11 740/5 741/1 741/4 743/19 744/9 754/5 754/8 754/16

**M**

Ms... [50] 755/7 756/22 756/10 761/17
762/21 764/2 769/22 769/23 775/17 776/15
777/6 777/23 778/1 778/4 778/13 779/3
779/24 780/2 780/14 783/7 783/21 784/4
785/6 785/20 786/1 787/2 787/5 790/6
790/17 792/8 792/15 792/20 793/5 793/19
794/16 799/1 799/21 800/2 800/19 801/14
802/9 803/1 804/16 805/7 806/1 806/9 808/7
809/16 840/25 841/6
Ms. [5] 703/12 723/10 740/3 743/14 809/6
Ms. Gandy [1] 743/14
Ms. Kousar [4] 703/12 723/10 740/3 809/6
much [14] 701/19 704/22 704/25 713/4
756/25 762/21 773/20 810/11 812/24 813/1
814/18 814/19 818/23 830/1
murder [4] 792/11 794/1 799/18 808/10
must [2] 715/21 716/5
my [95] 701/3 702/23 702/3 703/5 703/11
704/21 708/11 708/24 710/19 711/18 713/14
718/4 718/4 718/12 718/22 719/2 719/19
719/19 719/20 719/22 720/25 721/2 723/18
724/3 725/18 726/23 727/1 727/16 727/23
728/9 730/14 731/25 732/10 732/10 733/13
733/13 734/2 735/22 736/22 737/16 746/16
748/9 749/4 749/4 749/4 751/18 752/8
752/20 752/25 752/25 753/5 753/17 753/17
755/12 757/7 758/3 759/3 759/13 761/20
763/10 763/23 764/4 764/4 769/13 769/25
774/11 776/18 776/19 777/1 784/25 785/10
789/2 789/21 790/14 798/23 799/5 800/25
801/21 804/4 806/18 806/20 809/4 810/13
816/11 823/16 830/2 830/20 832/12 833/12
835/25 836/1 836/10 839/11 839/14 839/15

**N**

name [12] 703/17 703/23 703/24 705/5 709/1
715/16 727/11 740/22 782/7 782/14 796/9
802/5
named [2] 702/21 783/7
names [8] 703/22 727/9 729/15 740/12
747/16 803/18 803/20 803/24
narrow [1] 777/14
Naseem [23] 705/6 705/7 705/7 705/15 707/6
707/7 707/9 707/21 708/1 708/9 708/16
708/21 710/12 710/13 710/16 710/20 710/23
711/1 711/12 712/15 712/16 714/8 796/20
796/22 797/2
Nasreen [1] 703/24
Nayab [15] 730/19 756/12 763/19 790/6
790/8 790/11 797/12 797/20 797/21 797/23
798/11 801/1 806/23 806/24 808/21
Nayab's [1] 790/15
Nazim [8] 721/23 751/20 751/21 752/9
752/11 752/13 752/15 752/18
Nazim's [1] 796/19
near [14] 734/14 738/13 756/9 775/9 775/18
778/11 779/16 781/12 810/23 816/8 816/13
816/23 817/1 817/14
nearby [5] 738/4 787/21 816/14 817/14
818/4
need [16] 734/3 743/3 762/5 763/11 770/16
772/24 773/1 798/4 799/21 802/1 802/2
808/16 813/14 823/13 823/18 832/21
needs [3] 722/6 790/21 812/15
neighboring [1] 815/1
nephew [3] 733/1 782/18 796/2
never [3] 814/18 834/18 834/18
new [8] 699/1 699/13 699/14 699/18 699/18
699/22 728/21 728/22
news [2] 749/5 841/20

newspaper [2] 748/22 749/5
newspapers [1] 748/25
next [38] 711/8 717/20 719/7 720/8 723/19
726/20 727/5 727/15 746/15 747/12 749/6
750/19 751/19 753/11 753/14 755/14 766/1
771/14 771/25 772/13 772/15 786/6 791/12
792/2 793/20 794/21 795/16 806/15 807/16
818/8 827/7 828/18 828/19 830/7 832/24
835/20 836/17 840/20
nice [2] 841/21 841/22
niece's [1] 757/7
night [8] 718/7 718/9 730/18 731/1 750/8
750/17 750/18 800/20
nikah [7] 712/24 713/4 713/8 713/23 714/2
714/5 714/6
Nisar [14] 715/17 741/7 778/17 779/7 779/14
781/12 787/2 787/13 789/12 793/24 795/10
796/25 819/20 820/22
Nisar's [7] 714/22 794/22 794/24 794/25
795/3 795/5 795/8
no [112] 700/19 701/7 704/3 704/25 706/21
708/8 708/18 709/22 710/25 711/10 711/14
711/16 712/24 713/23 714/13 714/15 714/22
716/2 716/19 719/13 720/23 722/12 722/13
726/23 728/13 728/13 728/13 732/14 732/17
735/5 736/8 736/11 737/1 742/10 744/25
748/9 750/3 755/10 757/10 757/12 757/17
758/12 759/1 760/24 761/20 762/13 762/20
763/11 764/24 764/25 767/16 768/9 774/16
775/6 775/6 784/1 784/2 784/13 784/21
789/16 789/18 789/21 791/9 794/13 794/20
795/4 795/15 796/4 796/13 797/3 799/9
799/12 800/5 800/1 801/21 803/23 803/23
805/2 806/3 806/13 806/16 806/25 809/12
815/2 816/21 818/6 823/18 823/22 825/21
825/21 825/23 826/5 828/18 828/18 828/18
828/18 833/21 833/24 834/6 834/18 834/21
834/25 838/2 839/15 839/21 840/12 840/13
840/14 841/2 841/12 842/4 842/4
nobody [6] 711/14 758/3 794/11 794/15
795/20 829/24
Nods [1] 738/12
nomas [2] 763/8 763/9
non [3] 766/10 766/22 769/8
non-responsive [3] 766/10 766/22 769/8
normal [2] 753/1 753/8
not [90] 700/18 701/1 701/1 711/22 713/23
714/17 714/23 716/4 719/16 721/7 727/7
728/5 730/9 730/23 732/13 732/18 736/11
737/5 740/8 742/3 742/16 746/4 747/17
748/16 750/3 750/6 750/18 752/25 753/18
754/13 756/25 758/4 759/13 760/19 762/20
763/24 764/12 766/24 767/13 767/24 768/7
769/9 777/23 782/3 782/6 782/10 782/10
789/21 790/25 791/8 795/2 795/4 800/13
801/4 801/6 801/10 802/2 806/4 806/7
806/14 807/1 810/17 810/17 811/16 816/9
816/13 816/15 816/16 816/21 820/10 823/1
823/6 826/14 828/1 834/7 834/11 835/13
836/1 837/3 837/21 837/22 838/5 839/15
839/22 840/5 840/8 840/17 841/19 841/19
842/2
note [1] 841/16
noted [2] 760/2 791/14
nothing [4] 755/12 762/2 770/9 841/13
notice [1] 811/16
noticed [1] 814/18
now [32] 707/15 711/12 722/19 733/4 736/9
722/20 744/3 753/19 754/14 760/19 761/2
763/2 764/9 764/11 764/14 764/23 769/14
769/23 783/21 790/17 793/4 804/13 809/4
815/2 818/11 824/15 826/22 831/14 833/18
836/21 840/1 842/1

number [11] 700/4 720/25 721/19 723/12
724/21 727/6 727/13 743/7 778/20 838/1
838/14
NY [1] 699/5

**O**

o'clock [3] 730/13 802/13 812/25
oath [2] 701/23 769/19
objection [27] 709/10 709/11 711/25 720/4
720/9 726/16 727/21 729/13 730/3 732/2
732/19 735/23 748/7 751/25 752/22 758/6
759/3 759/18 760/16 760/17 760/22 771/18
801/8 805/1 806/5 809/2 809/8
objectionable [2] 766/22 769/8
obviously [6] 753/14 767/14 767/23 794/1
825/16 828/1
occasion [12] 704/12 704/13 704/19 767/5
767/22 768/24 821/24 822/3 822/6 823/9
829/2 829/6
occasions [2] 821/17 834/15
occur [6] 710/1 710/5 711/7 712/22 723/14
737/24
occurred [8] 706/4 713/4 713/8 733/21
745/20 748/21 813/23 841/11
off [15] 702/6 722/25 727/6 727/7 727/10
731/4 763/14 793/4 816/24 816/25 817/16
817/23 818/6 823/20 841/1
offer [2] 762/4 804/24
Official [1] 699/21
Oh [1] 784/2
okay [78] 700/20 701/25 702/13 703/13
703/14 705/20 707/12 721/4 721/8 721/10
721/11 721/16 722/4 722/8 722/14 722/18
723/3 725/1 725/9 726/11 728/10 728/13
728/16 728/18 728/20 728/24 733/5 739/14
739/22 745/11 746/6 754/7 757/18 758/11
761/4 761/6 761/11 761/12 768/4 768/8
769/24 770/1 770/2 786/8 799/20 809/25
811/14 815/11 815/21 817/17 817/25 818/9
823/3 823/19 825/19 825/20 826/1 826/2
827/8 827/13 827/16 828/5 830/24 831/13
831/16 831/18 832/4 835/1 835/2 835/20
836/17 838/5 839/4 839/8 839/20 839/22
839/23 839/24
old [10] 732/1 732/4 757/8 757/10 757/17
769/12 782/19 782/20 782/21 825/16
oldest [1] 707/16
once [5] 767/11 773/25 810/22 815/8 828/13
one [47] 700/25 703/21 703/25 705/4 712/22
712/24 713/5 724/24 726/22 726/22 729/22
730/17 732/4 741/6 743/14 743/15 746/18
762/25 765/2 768/6 769/1 772/1 775/24
779/21 783/24 788/8 789/2 789/2 790/13
797/1 797/11 797/11 797/11 808/10 819/11
820/5 820/9 820/10 821/5 821/23 825/24
826/4 826/12 826/20 832/13 838/9 838/10
ones [1] 826/20
only [8] 767/7 776/11 781/7 804/14 837/8
839/1 839/4 841/3
open [5] 700/1 722/16 738/16 794/10 795/4
opened [1] 718/12
opening [1] 768/23
oppose [1] 759/15
option [1] 809/6
options [2] 831/22 832/6
order [7] 760/18 766/9 766/15 768/10 769/14
790/24 834/11
ordinarily [2] 768/2 768/3
other [26] 705/3 709/20 738/6 738/8 740/8
740/16 742/13 743/14 768/7 768/25 774/6
778/17 781/22 781/24 796/18 801/13 804/2
811/21 814/14 819/24 822/8 824/23 828/5
829/1 830/15 834/16

## O

others [1] 833/5
otherwise [2] 801/6 801/10
ought [1] 842/1
our [52] 700/3 707/6 708/3 710/11 716/4
722/4 722/14 723/15 729/7 730/13 735/14
736/4 736/11 737/3 737/5 737/6 737/19
738/9 745/5 745/21 750/10 752/24 753/1
753/4 753/6 754/21 755/15 756/25 758/4
758/5 763/9 764/14 767/10 767/15 772/23
774/7 775/16 776/13 801/19 801/19 801/25
803/4 804/4 805/10 805/22 808/23 809/4
813/5 814/9 821/15 829/16 832/16
Ours [1] 743/24
out [25] 700/12 726/23 727/13 739/3 746/1
752/19 760/14 766/2 767/8 767/22 789/8
789/9 789/10 789/12 789/17 789/22 790/9
790/11 804/10 812/20 813/8 816/16 817/21
817/22 835/11
outside [10] 700/1 713/12 722/16 733/14
745/23 771/4 788/3 795/2 805/8 805/9
over [17] 726/6 735/14 751/18 752/8 753/12
753/13 753/15 754/10 754/11 754/12 764/22
766/7 784/20 787/5 821/9 833/19 837/15
overruled [22] 709/11 709/12 712/1 720/5
720/10 726/17 727/22 729/14 730/4 732/3
732/20 735/24 748/8 752/1 752/23 758/7
759/18 771/19 801/9 806/6 809/3 809/9
own [6] 704/19 716/25 737/19 815/6 833/23
833/23
ownership [2] 833/20 834/8

## P

p.m [4] 760/2 760/6 791/14 811/8
page [11] 749/6 766/1 766/20 766/21 767/6
767/7 769/6 769/7 791/12 807/16 838/18
Pakistan [8] 702/7 702/12 704/5 713/18
714/12 732/16 790/5 834/20
Panchayat [7] 828/22 828/24 829/3 829/6
829/19 829/23 830/4
paper [7] 725/4 743/3 743/7 747/16 747/25
748/2 783/23
pardon [2] 736/13 747/13
part [10] 703/10 709/23 710/7 736/14 736/14
753/8 755/18 774/22 784/15 786/2
particular [1] 775/9
parties [8] 746/4 766/16 766/21 768/22
768/25 769/2 769/7 769/15
pass [1] 774/19
passed [5] 731/25 732/1 733/5 762/21 830/25
passenger [1] 816/1
passengers [3] 815/2 815/6 816/6
passing [1] 716/13
passport [2] 719/5 729/7
passports [1] 729/11
past [2] 812/25 813/2
paternal [2] 796/2 798/24
path [1] 811/17
patience [1] 768/20
Patwari [2] 783/1 793/11
Patwari's [1] 782/24
Pause [5] 764/3 777/12 784/3 784/5 832/23
pay [1] 786/11
pending [2] 823/22 834/7
people [39] 714/10 720/13 729/7 729/11
733/13 738/7 738/8 740/8 740/16 742/1
742/13 753/20 771/1 771/6 776/6 776/8
776/10 778/13 778/17 781/22 782/2 785/22
793/16 793/18 801/13 803/18 803/20 804/4
814/25 815/6 816/16 820/1 820/5 820/9
827/24 829/1 829/21 834/16 836/21
people's [1] 759/20

perhaps [3] 786/1 813/4 826/12
period [9] 702/11 716/14 725/16 725/21
758/2 762/4 762/16 818/15 818/19
periodically [1] 768/24
permission [2] 792/1 808/15
person [10] 707/18 779/16 792/16 797/11
797/11 804/4 804/10 816/24 831/21 834/19
personally [1] 834/19
persons [1] 841/5
Peruses [1] 840/10
Perusing [1] 838/23
ph [1] 776/1
phone [72] 699/23 708/13 710/18 723/20
723/21 723/22 723/24 725/18 726/2 726/18
726/23 726/25 727/2 727/7 727/13 733/8
733/10 733/16 734/10 734/12 734/12 735/8
735/9 735/10 735/12 736/17 736/19 751/16
751/17 751/18 751/24 752/4 752/8 752/11
752/17 753/12 753/13 753/14 753/15 754/10
754/11 754/12 755/6 770/20 773/10 788/25
789/1 822/4 822/10 822/19 822/19 822/22
822/23 822/24 823/1 823/3 823/3 823/5
823/5 823/10 824/4 831/2 831/4 831/5
831/18 831/25 832/4 832/10 832/13 833/14
833/17 841/10
phones [1] 789/2
photograph [26] 743/19 743/21 744/9
783/21 784/4 792/8 792/12 792/19 793/13
793/15 803/1 803/5 803/11 804/3 804/16
804/20 804/22 805/7 805/11 805/18 826/11
827/10 827/16 827/19 828/6 828/15
photographs [1] 802/19
pick [12] 772/16 772/17 772/18 772/20 810/2
810/12 810/17 810/22 811/5 815/2 815/6
816/1 816/5 840/25
picked [5] 786/12 790/1 790/3 793/21 811/2
picking [1] 751/8
picture [13] 743/3 783/23 784/7 784/9
785/13 785/20 786/2 805/15 825/4 825/8
826/5 826/9 826/13
piece [12] 743/3 743/7 747/16 747/25 748/2
760/18 784/13 784/14 784/15 784/17 784/20
784/22
place [32] 708/1 712/19 712/21 712/24
713/11 715/18 742/13 745/19 756/9 766/1
776/15 780/8 783/6 788/17 789/22 792/11
793/20 798/18 800/12 808/24 809/16 809/18
817/17 818/7 818/14 818/17 820/7 823/9
823/11 824/4 830/14 830/15
plain [1] 747/16
planned [1] 773/2
Plaza [3] 699/5 699/13 699/22
please [44] 700/5 700/21 701/12 701/22
711/19 711/22 714/18 721/12 723/4 723/6
725/3 728/15 728/20 728/25 740/10 744/5
746/3 752/2 753/22 755/19 758/10 760/12
763/6 766/3 768/19 776/23 779/19 780/8
780/14 783/23 790/14 791/19 813/9 813/15
813/19 825/25 826/18 827/1 827/4 829/14
837/25 838/6 838/19 839/3
podium [1] 739/12
point [23] 717/3 731/18 737/23 760/16
760/22 761/6 767/15 775/5 777/23 785/21
786/6 789/25 797/6 800/9 804/10 811/15
814/12 819/15 825/18 827/1 832/10 832/18
836/13
pointed [4] 777/3 777/4 787/15 787/17
pointer [3] 786/4 804/7 825/12
pointing [24] 767/8 767/22 779/5 779/12
785/7 785/14 786/2 786/8 786/17 792/14
792/15 792/16 803/7 803/9 804/8 805/11
825/16 825/18 827/5 827/24 828/2 828/2
828/2 839/8

points [1] 825/17
poke [1] 780/20
poking [1] 780/16
police [46] 746/16 746/17 746/19 746/23
746/24 747/2 747/5 747/14 747/17 748/2
748/5 748/6 748/13 755/15 756/21 788/6
788/22 789/8 789/11 789/14 790/1 790/2
793/14 793/19 793/25 795/13 797/5 797/6
797/25 798/3 798/4 798/6 798/8 798/9
798/14 800/7 800/10 801/5 801/7 806/7
807/4 833/25 834/23 835/6 835/11 835/17
policeman [2] 790/14 797/22
policemen [1] 800/25
political [2] 770/23 771/1
portion [2] 759/14 828/8
positions [1] 826/25
possess [1] 759/9
possession [2] 803/13 803/16
postmortem [8] 798/5 798/17 798/18 798/20
800/7 801/14 801/17 802/10
pouring [1] 719/8
practice [1] 835/22
prayer [2] 763/8 763/9
preceding [4] 766/19 766/24 769/5 769/10
prefer [4] 761/5 804/8 804/9 825/11
premarked [1] 804/14
presence [3] 700/1 722/16 766/2
present [3] 794/14 806/1 833/6
pretend [1] 728/22
previous [1] 817/10
previously [2] 820/12 826/25
prior [3] 709/23 827/23 828/15
private [14] 814/20 814/23 814/25 815/5
815/16 815/23 816/8 816/12 816/13 816/19
816/23 817/14 817/19 818/3
probably [1] 767/8
problem [4] 714/17 799/24 823/18 832/14
procedural [7] 700/16 722/11 758/24 764/22
766/5 791/7 841/25
proceed [7] 722/17 723/7 725/11 743/16
767/21 791/21 792/6
proceedings [2] 699/24 832/22
produced [1] 699/25
prompt [1] 701/12
promptness [1] 760/13
properly [2] 778/6 782/6
proposed [3] 766/8 766/14 768/11
prosecutor [1] 803/24
public [8] 815/5 816/9 816/10 816/14 816/18
816/21 817/15 817/19
publish [9] 724/20 724/23 742/20 742/23
778/19 778/21 791/23 802/21 805/3
published [2] 725/10 743/17
pull [2] 726/6 726/8
Punjabi [2] 699/19 701/16
purple [1] 793/6
push [1] 786/9
put [19] 714/17 721/17 728/20 728/25 754/5
755/19 759/2 763/18 770/1 778/24 785/3
790/3 805/16 817/19 824/17 826/14 836/14
837/24 838/25
putting [5] 700/24 725/8 789/18 790/13
830/6

## Q

question [69] 701/2 709/12 714/16 714/17
714/18 721/4 721/9 721/12 721/17 726/15
728/3 728/20 728/21 728/25 743/3 752/3
752/14 753/21 753/24 754/5 755/19 756/23
769/9 769/25 770/1 781/18 799/20 803/17
810/13 810/18 815/20 816/11 817/4 817/5
817/6 817/7 817/10 817/11 818/8 823/22

## Q

question... [25]  823/2 826/7 826/22 827/7
828/1 828/18 828/19 830/2 830/5 830/7
830/7 832/24 834/25 835/14 835/16 835/20
835/25 836/13 836/17 839/11 839/11 839/14
840/20
questioning [5]  701/1 701/4 761/3 761/13
769/18
questions [13]  701/15 734/5 738/11 769/23
784/6 809/12 809/17 811/2 815/12 815/15
818/1 840/23 841/6
quick [5]  721/6 721/8 721/10 784/6 802/19

## R

ran [9]  742/12 745/5 745/8 746/1 781/5
787/19 813/24 820/18 821/3
Ravi [1]  699/19
re [2]  754/4 767/15
re-highlighted [1]  767/15
re-read [1]  754/4
reach [1]  737/5
read [27]  721/4 721/15 726/13 749/5 750/2
750/3 750/4 750/6 750/6 753/21 753/23
753/24 754/1 754/4 758/9 758/12 758/15
760/15 760/23 766/17 767/4 768/11 769/3
817/8 836/25 840/6 841/19
readback [1]  759/5
reading [1]  839/18
readings [1]  768/3
reads [1]  766/15
ready [6]  722/17 722/21 760/8 763/19
763/22 813/12
real [2]  701/18 828/1
realize [1]  767/4
really [1]  786/11
reason [9]  704/14 716/5 717/17 725/23
728/12 767/7 771/20 771/21 772/11
reasons [1]  760/17
recall [9]  815/7 815/11 816/18 823/7 829/2
830/9 831/24 832/4 834/14
receive [2]  733/8 767/12
received [7]  723/24 733/10 733/15 733/15
736/17 770/20 831/2
recent [1]  836/3
recess [5]  722/15 760/3 765/6 791/11 813/6
reciting [1]  763/10
recognize [11]  740/8 743/19 744/9 781/6
784/22 785/12 793/6 803/1 804/16 804/22
820/10
recognized [2]  820/6 820/8
recollect [1]  837/11
recollection [8]  837/9 837/22 839/11 839/15
839/15 840/7 840/8 840/18
record [21]  700/6 721/15 722/25 726/13
747/15 753/23 754/1 758/15 759/2 759/15
760/23 766/25 767/11 769/11 786/14 786/16
786/22 817/8 823/20 838/12 840/1
record's [1]  721/16
recorded [1]  699/24
redirect [2]  840/22 840/24
refer [2]  703/12 767/6
reference [1]  811/15
referred [1]  721/23
referring [3]  720/16 729/10 784/14
refers [1]  768/25
refresh [8]  837/12 837/23 839/5 839/11
839/14 839/15 840/8 840/17
refreshes [4]  837/9 837/22 839/19 840/7
regard [7]  815/16 834/1 834/8 834/11 836/3
836/5 837/9
regarding [2]  747/18 747/21
regards [1]  790/8

regular [3]  814/22 815/2 815/25
relation [2]  828/15 834/12
relationship [14]  703/1 705/18 705/18 709/8
718/17 721/21 724/11 741/16 741/25 783/2
783/11 783/18 796/1 796/2
relative [2]  703/1 742/3
relative's [1]  830/17
relatives' [1]  807/13
relevant [1]  766/9
remain [2]  714/12 764/15
remember [23]  702/9 702/16 706/4 706/5
706/17 708/19 711/8 713/5 715/21 715/22
723/12 733/2 733/21 737/13 763/4 763/6
770/4 780/23 782/3 811/10 821/25 839/10
840/7
remind [4]  701/22 718/17 779/19 796/20
reminder [1]  701/14
repeat [2]  728/19 752/2
report [13]  747/17 747/21 748/2 835/10
835/17 835/17 835/23 836/3 836/5 836/9
836/20 836/23 836/23
reported [1]  708/2
reporter [8]  699/21 699/21 721/14 728/5
739/17 758/12 760/15 763/15
reporting [2]  748/21 748/25
reports [3]  750/2 836/4 841/20
request [2]  767/5 767/12 767/22
requesting [1]  831/8
respect [2]  836/14 837/12
responding [1]  728/2
response [2]  759/12 815/15
responsibilities [1]  731/8
responsive [3]  766/10 766/22 769/8
rest [1]  701/6
restful [1]  841/21
results [1]  768/7
resume [7]  723/4 764/16 765/1 768/22
769/18 813/13 841/21
resumes [1]  760/7 768/16 791/16
return [9]  704/5 714/12 714/21 723/11
731/15 732/15 755/8 801/2 813/11
returned [4]  706/25 802/7 824/9 824/11
returning [2]  717/2 809/6
review [1]  840/7
reviewed [2]  836/2 836/23
rhinoceros [2]  767/17 767/18
RICHARD [2]  699/15 700/7
ride [2]  773/1 841/5
riding [5]  743/25 744/13 774/10 811/21
815/3
right [146]
right-hand [4]  779/11 786/14 786/17 805/12
rise [6]  700/2 701/9 723/1 760/10 813/7
813/16
RMR [1]  699/21
road [9]  763/20 771/4 774/3 774/8 774/15
774/17 814/22 816/5 816/15
rod [1]  785/18
rode [2]  841/3 841/4
roof [5]  805/22 805/22 805/23 827/25 828/3
roofs [1]  776/7 776/9 776/11
rooftop [1]  827/20
room [10]  718/23 718/25 719/19 723/16
726/22 751/11 751/13 751/15 790/22 812/16
rude [1]  728/5
rulings [1]  768/25
run [4]  776/12 787/20 814/2 816/5
running [20]  738/7 738/9 739/1 739/23
740/16 741/8 745/16 745/17 746/2 746/8
776/6 776/10 781/4 781/10 781/11 788/15
788/16 820/17 820/18 821/2
runs [1]  814/22

## S

sad [1]  764/13
safety [1]  809/10
said [117]  702/14 702/18 707/10 707/13
711/10 711/16 711/17 711/18 711/22 712/8
714/1 714/4 714/15 714/24 717/4 719/13
720/19 721/3 723/22 727/18 727/19 729/2
729/10 734/2 734/3 734/6 734/15 734/16
734/21 735/1 735/1 735/14 735/14 735/17
735/19 736/3 736/22 737/2 737/4 737/5
737/12 737/20 738/18 738/16 738/19 741/4
743/2 751/1 751/20 752/13 752/24 752/25
753/3 753/5 753/6 753/7 753/7 753/8 753/17
754/2 755/3 755/20 759/7 759/18 762/5
763/7 763/9 763/11 763/11 763/23 767/20
770/16 770/20 771/22 772/14 773/2 774/14
777/2 777/7 778/13 779/3 779/7 781/12
781/22 782/10 787/15 787/18 788/11 788/21
789/4 794/7 795/16 796/5 797/15 797/20
799/1 802/1 802/2 802/2 806/21 811/2
812/15 813/23 821/24 822/8 822/12 822/21
822/25 829/8 829/10 829/15 829/19 831/25
833/12 837/2 839/3 839/10
Sain [11]  741/21 741/23 778/17 779/18
779/19 781/20 787/3 787/13 789/12 794/16
794/19
same [16]  706/14 706/18 739/10 742/6
744/13 774/15 775/21 781/4 792/15 794/17
795/10 822/18 830/7 831/25 833/23 841/1
Sarsal [2]  772/21 772/22
save [1]  792/2
saved [1]  745/2
saw [62]  716/13 716/13 718/20 719/14 720/2
738/19 738/22 738/25 740/13 740/21 741/7
741/10 741/21 742/14 749/4 750/4 774/8
774/10 774/18 776/18 776/25 777/7 777/10
777/17 778/4 778/13 779/3 779/7 779/16
779/25 780/5 780/23 781/1 781/2 781/12
781/22 783/15 784/11 784/19 787/8 789/19
795/23 797/11 797/23 799/2 799/10 800/5
807/7 807/14 811/21 811/25 812/5 812/9
818/20 818/25 819/17 820/4 820/4 824/15
826/24 828/9 834/16
say [44]  702/24 710/10 721/19 724/4 724/8
728/16 729/6 734/11 735/9 735/22 737/12
738/1 739/3 741/18 742/3 742/6 745/8
752/21 753/4 754/10 754/12 755/16 759/17
763/8 767/9 776/8 778/7 782/7 784/14
787/11 790/4 797/13 803/14 811/6 811/12
811/20 812/7 814/11 816/17 821/8 833/5
834/19 837/11 839/21
saying [11]  727/16 727/17 735/22 753/17
755/13 758/4 764/1 767/17 772/5 781/8
840/6
scare [2]  753/19 754/14
scared [13]  708/15 712/6 725/22 730/14
736/22 737/2 746/13 750/14 756/16 762/20
788/10 806/7 808/12
scarf [6]  784/25 785/1 785/4 792/23 793/1
793/3
scene [10]  740/17 745/6 777/7 793/19 795/23
799/10 813/24 820/4 820/8 824/15
SCHMID [1]  699/21
school [23]  749/5 756/9 763/12 769/13 770/6
772/21 790/7 790/14 790/15 806/24 809/25
810/6 810/10 814/21 814/23 815/4 815/13
815/17 815/22 815/23 816/3 816/20 825/17
schools [2]  815/1 818/4
scooter [1]  771/7
screamed [5]  776/24 787/6 787/8 787/9
787/10
screaming [1]  777/2

**S**

screen [12] 745/12 784/15 785/7 785/10
786/7 804/7 804/9 825/1 825/6 825/11
825/18 826/21
seat [2] 701/22 780/14
seated [9] 701/12 723/4 760/12 764/16 766/3
768/19 791/19 813/15 813/19
second [9] 720/21 750/21 751/1 781/4 790/20
802/1 824/12 824/13 839/13
seconds [5] 781/5 781/8 781/9 782/5 820/3
secret [1] 760/24
security [1] 809/10
see [79] 704/4 716/22 717/1 718/13 719/21
725/1 725/2 725/4 725/9 738/23 739/13
740/5 740/18 740/23 742/9 742/11 742/16
742/25 744/16 747/13 765/3 766/4 774/6
774/9 775/4 776/15 778/6 778/14 778/16
778/25 781/20 782/1 782/5 782/12 782/22
783/13 784/4 784/7 785/10 785/20 785/23
786/7 789/10 789/12 789/17 792/8 792/12
794/12 794/19 795/3 795/12 796/3 796/11
796/14 796/16 797/2 799/8 799/11 803/5
804/2 805/19 807/10 807/11 807/11 819/4
819/8 819/9 819/9 819/11 820/3 824/22
825/12 825/18 828/6 828/7 836/4 837/9
839/17 839/19
seeing [1] 787/6
Seemab [54] 730/19 751/5 751/6 751/8
751/10 755/16 755/21 756/12 757/14 757/15
763/13 772/16 772/18 773/2 773/5 773/16
773/22 773/25 774/5 775/12 775/14 776/5
776/24 777/5 787/6 787/8 787/9 787/21
788/11 788/14 788/19 788/20 789/17 789/20
797/10 797/13 798/11 801/1 806/23 806/24
808/21 810/19 810/20 814/20 815/12 815/16
815/21 816/12 824/21 830/12 833/7 840/25
841/7 841/10
Seemab's [1] 773/7
seen [8] 704/6 780/20 799/13 800/2 800/4
820/19 820/22 820/25
send [1] 768/2
senses [1] 789/21
sent [2] 707/11 707/21
separate [1] 712/23
separated [3] 787/21 788/11 788/14
serve [1] 742/1
set [1] 728/14
several [6] 725/17 828/23 828/24 828/25
831/21 832/6
sexual [1] 730/8
sexually [2] 729/6 730/2
Shahid [5] 783/7 783/9 783/13 796/10
796/11
Shahid's [1] 796/17
Shahzad [4] 709/2 709/3 709/8 709/18
Shahzad's [3] 709/24 710/3 710/8
Shakeel [3] 703/23 729/17 729/20
Shakeel's [2] 706/3 706/10
shall [2] 766/17 769/3
shame [1] 832/17
Shazad [1] 798/24
she [90] 705/15 705/16 707/10 707/13 707/21
708/1 708/3 708/12 709/12 711/3 714/15
717/15 720/12 720/12 721/3 722/6 725/8
743/2 749/5 752/14 754/22 754/24 756/5
756/10 759/9 761/3 763/13 763/21 764/1
772/21 773/9 773/9 773/24 777/21 778/6
778/7 778/7 778/9 778/10 778/23 785/24
786/2 786/12 787/8 787/8 787/10 788/17
788/17 790/21 797/24 803/7 804/7 807/12
809/25 810/5 811/4 811/8 811/10 811/12
811/13 811/14 811/17 812/15 812/15 814/23

815/23 815/24 816/3 817/3 817/9 825/8
825/17 826/7 826/8 826/8 827/2 830/6 830/7
830/14 830/14 832/7 833/9 833/10 833/10
833/12 833/13 833/15 837/2 837/11 837/11
she's [26] 720/12 725/8 730/8 739/9 759/9
764/1 776/21 784/18 785/17 786/24 792/14
792/16 796/21 803/9 803/17 823/13 825/1
825/4 825/16 825/18 826/20 827/5 827/12
828/18 834/25 840/8
shocked [2] 767/25 768/6
shoes [1] 771/10
shoot [7] 707/14 712/11 736/4 739/24 753/19
754/14 755/8
shooted [1] 830/20
shooting [27] 737/21 745/20 747/18 748/21
748/22 748/24 748/25 750/8 751/1 756/17
756/20 756/24 757/1 761/19 780/24 793/20
795/24 799/10 807/8 813/25 818/13 818/14
818/17 820/12 820/16 830/14 835/7
shootings [3] 809/16 809/18 813/23
shops [1] 773/4
short [2] 818/15 818/19
shortly [1] 811/2
Shoshi [1] 703/24
shot [4] 708/13 762/22 780/21 830/21
shots [2] 739/10 818/11
should [13] 710/12 738/10 766/23 769/9
772/16 773/9 812/19 829/16 832/7 832/16
832/16 837/21 841/17
shouldn't [1] 726/7
show [15] 744/3 769/12 780/4 780/10 783/21
790/17 802/18 804/14 825/8 826/13 826/18
827/5 828/13 837/8 838/11
showed [1] 837/18
showing [1] 780/15
shown [1] 837/23
shows [1] 827/16
Shujat [35] 707/10 707/15 708/12 709/4
709/8 709/20 710/7 710/21 711/10 711/16
713/18 714/12 714/21 715/1 716/15 716/21
717/3 717/6 717/12 717/16 717/17 717/20
729/12 730/11 730/22 732/11 732/12 732/15
754/25 762/11 801/2 801/10 806/1 808/16
808/21
Shujat's [6] 710/18 720/25 723/11 727/6
727/12 762/8
siblings [1] 705/3
sic [1] 747/23
side [17] 738/6 738/16 742/12 744/16 776/6
776/14 777/20 777/21 781/24 786/15 786/17
805/12 805/19 814/14 822/8 825/13 828/5
sign [2] 769/15 836/8
signed [4] 767/1 767/1 769/15 780/20 781/1
significance [2] 730/1 730/7
similar [5] 703/7 703/9 710/17 780/20 781/1
since [7] 711/22 799/13 800/2 800/4 808/25
825/15 839/16
sir [8] 700/19 722/13 764/25 791/9 802/24
805/2 813/21 838/13
sister [12] 705/4 706/18 707/7 730/15 734/3
735/1 735/2 749/4 749/5 796/21 798/23
800/25
sister's [5] 706/20 730/14 750/10 804/5
804/12
sit [7] 701/5 723/6 740/2 761/12 763/11
813/13 821/20
site [2] 788/18 804/4
sitting [15] 718/2 719/20 719/23 729/8
733/11 734/14 751/9 751/10 751/12 770/9
770/14 774/11 807/15 808/4 830/13
six [3] 729/7 729/11 801/23
small [1] 808/4
so [71] 701/15 701/17 702/11 704/22 706/7

709/3 713/1 713/7 716/4 716/6 717/23
721/12 721/16 721/17 724/19 724/13 725/4
725/8 726/24 727/2 727/8 727/9 727/11
732/13 734/14 734/21 735/25 737/7 739/19
740/9 742/3 745/19 745/24 750/4 754/8
760/21 760/24 761/2 761/4 762/9 762/14
762/25 765/3 768/10 769/1 771/10 772/2
772/6 776/2 778/25 781/7 785/22 786/7
792/5 794/1 794/24 805/6 807/11 811/1
811/3 811/5 814/12 817/3 821/8 825/18
829/25 832/4 837/12 837/22 839/21 840/1
Soccer [1] 841/22
socks [1] 771/10
soft [1] 799/22
solve [1] 832/14
some [27] 704/13 714/1 714/4 717/2 731/18
738/16 757/1 769/6 772/23 771/6 775/25
789/25 794/10 794/10 797/6 816/15 816/16
823/18 830/15 832/18 833/18 836/13 837/2
837/3 837/25 840/4 840/4
somebody [11] 715/10 718/10 725/18 753/7
784/13 785/3 792/14 797/20 805/23 830/25
831/18
someone [9] 717/21 717/25 718/11 782/7
782/14 783/7 796/23 805/21 833/22
something [6] 734/3 768/23 785/18 810/5
837/10 837/12
sometime [6] 702/15 706/7 706/25 712/15
715/5 717/23
sometimes [11] 711/3
somewhat [1] 703/7
somewhere [1] 805/25
son [18] 703/21 707/15 708/24 708/25 709/1
709/3 709/3 718/19 729/8 730/11 731/25
732/1 732/6 757/7 783/12 795/5 795/8 799/5
son's [2] 703/23 721/19
soon [1] 726/21
sorry [36] 707/10 708/8 712/11 714/3 714/14
720/15 721/2 724/17 726/5 726/10 726/10
727/11 728/7 737/15 748/23 752/2 755/17
756/22 763/25 774/22 784/2 793/2 797/15
799/16 799/23 806/9 809/23 810/11 810/11
814/6 817/2 822/25 823/25 826/3 835/15
836/22
sort [6] 767/14 767/16 780/15 786/21 793/5
837/25
SOSINSKY [3] 699/17 700/11 700/25
sound [5] 728/14 739/3 752/19 775/17
775/23
sounding [1] 728/23
sounds [1] 737/7
South [5] 714/25 717/3 717/14 717/18
730/23
Spain [3] 730/21 732/12 754/24
speak [9] 700/12 752/12 771/25 772/4 800/1
800/7 821/20 822/13 834/15
speaker [8] 734/2 734/6 734/11 734/11
734/12 823/3 823/6 831/5
speaking [3] 728/3 734/20 823/1
Special [1] 700/8
specifically [3] 705/24 706/10 829/2
sped [1] 745/15
speed [1] 745/12
split [1] 738/9
spoke [6] 752/18 772/2 772/12 788/25
833/15 835/6
stamp [1] 769/14
stand [11] 700/24 701/3 739/16 760/7 763/18
768/16 770/25 778/9 780/8 791/16 813/11
standing [21] 742/12 747/12 775/8 775/18
778/7 778/18 779/16 779/25 781/8 781/16
781/24 781/25 782/24 782/25 792/13 793/12
805/21 805/21 820/1 824/23 827/24

**S**

staple [1] 838/19
stapler [1] 838/20
star [1] 743/13
start [5] 701/1 701/2 728/21 743/15 839/18
started [14] 719/9 745/3 763/3 763/10 774/1 774/20 776/6 776/6 776/8 776/10 781/3 781/3 781/9 817/3
Starting [1] 775/22
state [3] 700/5 740/12 803/18
statement [3] 755/5 755/7 767/14
statements [2] 766/19 769/5
STATES [10] 699/1 699/2 699/10 699/12 767/2 808/13 808/15 808/18 808/25 815/8
station [16] 748/5 748/13 755/15 756/21 797/5 797/6 797/25 798/3 798/6 798/8 798/14 810/3 810/20 811/3 817/1 817/11
status [1] 703/1
stay [22] 704/17 710/13 722/8 731/3 731/10 731/12 732/24 750/8 750/24 755/23 755/25 756/1 756/10 756/15 757/19 758/1 761/9 761/21 761/22 788/7 788/9 832/17
stayed [3] 756/14 789/4 798/15
staying [1] 731/14
stenography [1] 699/24
step [5] 726/22 739/11 739/17 780/2 841/14
steps [3] 758/22 764/19 791/4
still [6] 701/23 732/13 733/6 754/25 769/19 775/12
stipulated [3] 766/16 768/25 769/2
stipulation [3] 766/9 766/14 768/11
stop [36] 707/13 712/8 772/19 773/2 773/3 773/4 773/5 773/8 773/11 773/13 773/14 773/16 773/18 773/19 773/22 773/25 777/6 810/10 810/23 812/4 816/3 816/8 816/8 816/9 816/13 816/14 816/19 816/19 816/23 817/14 817/15 817/24 818/1 818/6 837/1 840/25
stops [1] 817/20
street [43] 704/8 704/21 704/22 716/13 727/24 729/4 738/5 745/16 745/18 745/23 746/5 746/9 774/7 774/20 774/21 774/23 774/24 775/1 775/2 775/3 775/6 775/7 775/8 776/18 777/10 777/13 777/14 777/14 777/16 778/5 778/7 785/25 786/15 789/10 789/17 797/18 800/13 812/2 812/10 821/6 821/7 827/22 828/2
streets [2] 774/16 788/10
stricken [4] 766/25 767/11 769/11
strike [2] 760/17 760/20
struck [1] 759/15
stuck [1] 728/9
subsequent [1] 817/7
substance [1] 837/21
such [3] 711/11 711/17 759/9
suck [1] 728/15
supporting [1] 809/1
sure [12] 714/19 727/9 739/21 753/3 753/22 753/25 756/22 759/4 761/7 768/15 782/10 838/8
surprised [2] 716/3 719/10
sustain [1] 760/17
system [1] 728/14

**T**

table [1] 701/6
take [45] 704/24 704/25 708/1 712/19 712/21 713/11 715/18 719/2 721/6 721/10 722/4 722/14 731/8 735/9 750/21 750/22 753/13 758/13 758/16 762/5 762/6 764/2 765/2 767/9 771/7 772/24 773/1 773/15 790/23 791/10 798/18 800/12 805/16 810/13 810/19

812/17 813/5 814/12 814/23 814/25 818/3 818/4 824/11 824/14 829/16
taken [8] 760/3 765/6 791/11 801/21 803/9 803/11 805/7 818/17
takes [7] 757/24 766/1 773/17 810/8 810/22 814/18 818/22
taking [4] 770/8 804/19 805/8 805/9
talk [12] 702/11 719/16 734/3 734/22 735/4 751/20 752/13 758/17 763/2 770/16 815/9 829/25 831/10 841/19
talked [1] 724/21
talking [17] 702/6 706/10 708/12 719/5 719/6 751/16 751/17 752/20 759/9 770/3 787/11 801/7 803/14 810/12 810/16 817/3 822/10
tea [9] 718/6 719/2 719/3 719/4 719/8 719/11 719/12 742/1 770/11
teaching [1] 772/21
Team [1] 841/22
teens [1] 757/15
telephone [11] 711/4 735/6 735/7 736/3 736/14 752/21 755/11 821/25 822/7 833/13 841/7
tell [35] 704/22 745/2 747/9 763/3 776/22 777/23 778/1 778/10 786/1 786/3 801/5 801/10 805/15 808/2 814/3 815/16 815/19 815/22 816/7 816/11 816/24 817/21 819/24 822/1 826/5 826/7 826/8 826/12 828/11 828/14 828/16 832/13 834/4 834/6 840/7
telling [6] 720/11 720/19 723/10 780/23 831/7 832/5
ten [12] 721/8 721/10 722/4 722/14 758/13 758/16 758/24 759/25 790/23 791/10 812/17 813/5
ten-minute [3] 721/10 722/4 812/17
tension [3] 707/1 707/4 710/24
tensions [1] 716/11
terms [1] 760/25
testified [1] 759/6
testify [2] 808/12 808/17
testimony [6] 723/5 759/15 766/24 769/10 811/9 827/23
than [4] 713/4 728/8 812/8 812/9
thank [48] 700/22 701/8 701/12 701/19 702/1 722/2 722/20 722/3 723/6 723/8 724/19 725/12 740/1 740/3 740/25 741/2 743/16 745/13 758/16 758/21 759/11 760/1 760/13 761/8 761/14 765/4 765/5 766/13 766/14 768/20 769/20 791/18 792/5 792/7 792/18 803/10 805/5 812/18 813/13 813/14 813/18 813/21 837/6 838/21 840/14 841/14 841/15 842/6
thanks [2] 758/14 823/16
that [587]
that's [28] 714/17 724/22 726/11 728/9 728/10 728/13 743/4 754/4 759/11 759/23 770/1 778/20 783/21 784/15 791/24 792/20 793/5 799/24 802/22 818/4 821/22 823/3 826/4 827/12 831/13 835/25 840/8 840/21
their [26] 703/22 703/23 704/16 709/6 709/23 729/15 750/21 750/22 751/2 751/7 759/7 782/22 788/1 790/2 793/22 794/2 798/24 803/15 803/15 804/19 815/6 819/25 820/1 820/7 821/12 837/19
their houses [1] 793/22
them [69] 709/20 716/6 716/13 716/13 719/1 719/3 719/11 719/12 719/14 724/1 728/15 729/4 729/5 729/5 729/6 731/6 731/7 736/21 740/8 740/13 740/24 742/2 742/23 746/25 747/9 758/5 763/21 767/15 768/12 777/2 782/4 782/9 782/9 782/12 787/16 788/25 790/1 790/3 790/3 790/13 793/22 796/8 797/1 799/4 801/16 803/12 803/12 803/14

803/22 805/8 805/9 812/5 812/9 815/16 815/19 815/22 815/16 815/17 817/23 818/6 820/2 820/10 821/5 820/7 833/12 836/7 836/21 836/22 836/22 837/19
then [49] 707/13 711/22 712/8 712/15 716/4 717/23 720/19 721/5 721/15 721/10 728/14 728/21 735/15 738/9 745/25 746/1 753/12 755/12 758/13 760/17 774/3 774/11 775/1 775/20 775/24 775/25 776/2 784/6 787/19 789/19 794/22 794/23 794/23 794/25 797/25 798/15 798/24 800/4 802/4 809/10 813/12 817/5 817/5 817/6 819/9 825/24 832/7 833/2 836/16
there [185]
there's [5] 711/10 711/16 757/22 760/24 827/22
therefore [3] 766/23 767/13 769/9
these [9] 730/10 744/18 761/18 793/12 797/4 804/2 804/4 819/1 836/21
they [146]
they're [7] 711/13 711/18 718/19 721/22 787/16 805/21 817/19
thing [8] 700/25 711/11 711/17 763/4 781/4 805/16 839/4 840/5
things [2] 769/12 837/2
think [26] 702/14 702/18 710/22 711/8 717/9 717/12 718/21 720/2 726/12 734/6 738/16 739/12 739/15 759/16 764/8 764/10 767/17 771/16 773/18 792/4 803/17 817/9 818/1 823/23 824/1 837/20
thinking [3] 746/13 771/18 772/10
thinks [1] 767/18
Third [1] 802/3
Thirteen [1] 838/18
Thirteen-page [1] 838/18
this [139] 708/1 708/2 708/10 708/16 708/19 709/6 709/9 709/23 709/25 710/13 710/20 710/23 711/6 711/19 711/22 711/24 717/10 718/7 719/25 720/1 720/18 720/19 721/5 723/14 723/16 723/24 725/3 725/7 733/10 733/15 733/16 734/7 734/10 734/19 735/6 735/13 736/3 736/4 736/14 736/17 738/13 739/5 739/6 739/7 739/9 739/23 739/24 741/12 741/16 743/9 743/15 743/19 743/21 744/9 744/13 744/16 755/3 755/5 755/13 758/1 761/6 767/8 767/10 767/20 776/5 776/20 777/1 777/3 777/14 777/20 779/5 779/11 780/6 780/12 780/18 781/14 783/23 784/4 784/7 784/14 784/17 785/6 785/16 785/20 785/25 786/4 786/12 787/15 790/6 792/8 792/12 793/5 803/1 803/3 803/11 804/4 804/11 804/16 805/7 805/8 805/9 805/13 805/14 805/16 805/24 814/3 814/11 820/4 820/5 821/24 823/9 823/9 824/4 824/8 824/12 825/13 826/5 826/15 827/1 827/10 827/19 828/5 828/8 829/20 831/11 832/14 834/23 837/18 838/1 838/1 838/14 839/5 839/8 839/19
those [17] 706/4 731/8 744/17 747/20 761/25 767/11 767/13 769/1 793/16 793/25 809/17 816/11 819/3 820/5 820/9 836/3 836/4
though [2] 713/7 785/24
thought [1] 807/11
threaten [2] 828/23 828/24
threatened [1] 776/14
threatening [1] 834/17
threats [2] 834/1 837/16
three [25] 704/6 705/1 708/20 718/4 725/17 725/20 731/11 731/12 731/14 732/10 732/23 747/19 747/20 751/12 757/5 757/24 792/2 798/21 799/18 800/5 800/25 819/24 821/10 821/13 835/12

**T**

through [18] 701/3 744/25 766/21 767/7
769/7 774/3 840/5 840/6
thumbprint [1] 835/22 836/8 836/10 836/14
836/15 836/19
time [118] 701/18 702/11 704/1 704/2 704/4
704/25 706/14 706/19 706/21 706/22 707/1
708/7 708/16 709/6 709/9 710/20 711/8
713/6 713/18 716/9 716/14 716/20 716/24
717/6 717/20 718/7 720/21 721/6 721/25
722/2 723/16 725/15 729/21 730/20 730/22
730/24 732/13 733/21 736/9 737/11 737/13
737/13 737/14 738/24 739/10 741/12 741/16
750/15 750/19 751/23 752/4 752/9 754/17
754/20 754/21 754/23 755/9 756/25 757/1
757/18 758/1 760/2 762/4 762/16 762/21
763/23 770/10 773/7 773/11 773/20 773/21
775/12 775/21 778/2 781/4 788/12 789/23
790/6 791/14 798/12 799/13 800/2 800/18
800/19 802/1 802/3 805/24 806/24 807/4
808/3 808/7 809/22 809/24 811/4 811/6
811/7 811/10 811/16 812/5 812/6 813/2
813/14 814/18 818/15 818/19 818/23 819/15
822/12 822/18 824/6 828/21 830/9 833/7
836/4 836/12 836/16 841/10 841/16
times [12] 704/6 725/17 725/18 725/20 748/5
748/14 748/15 748/17 821/23 828/23 828/24
828/25
tired [1] 792/4
today [2] 810/14 834/19
today's [1] 766/25
together [3] 781/25 796/8 838/19
told [64] 702/16 706/17 707/15 707/21
707/24 708/12 711/10 711/16 714/14 717/15
717/15 717/16 719/3 720/12 724/6 726/7
726/8 726/18 726/24 727/6 727/11 727/12
730/23 731/21 732/12 747/22 749/4 770/18
771/8 771/21 772/16 773/9 773/18 787/5
792/2 795/5 795/8 795/23 797/25 798/4
799/5 801/5 801/21 807/12 808/16 810/8
810/14 814/16 818/12 819/14 820/11 820/15
821/23 822/1 822/6 822/15 822/18 826/16
830/16 831/1 831/4 831/21 836/7 836/21
tone [6] 708/4 712/4 734/18 734/18 736/15
755/2
too [3] 700/23 726/4 761/12
took [44] 712/24 726/23 726/23 726/24 727/2
727/6 727/11 727/12 730/13 735/8 735/9
735/12 735/14 752/17 753/12 753/14 753/15
754/10 754/11 754/12 763/19 763/22 771/15
789/2 793/20 801/16 809/16 809/18 810/10
812/3 814/20 815/4 815/16 815/23 816/3
816/12 818/14 818/15 818/22 823/9 823/11
824/4 830/14 836/15
top [10] 746/10 746/12 754/8 776/7 776/8
776/11 793/15 793/16 805/18 805/22
topic [2] 837/14 837/15
touch [4] 804/9 825/1 825/6 825/10
towards [13] 726/6 726/9 727/25 737/17
740/17 741/8 776/6 777/5 788/15 788/16
818/13 820/18 821/2
town [1] 816/4
transcribed [1] 753/25
transcript [9] 699/24 766/20 767/6 767/12
767/23 767/23 767/24 767/25 769/6
transcription [1] 699/25
transcripts [2] 768/3 768/3
translate [7] 728/2 739/19 740/9 746/2
786/16 786/19 839/3
translation [2] 701/17 701/18
translator [3] 739/17 754/6 825/15
transportation [1] 816/2

travel [1] 731/18 815/25
traveled [2] 732/8 738/6
traveling [1] 774/12
tree [9] 816/9 816/13 816/15 816/15 816/16
816/23 817/1 817/11 817/14
trial [3] 699/8 700/3 842/8
true [2] 833/18 836/20
try [3] 720/13 727/8 769/25
trying [4] 725/17 725/20 767/13 796/25
TUCKER [2] 699/15 700/8
turn [8] 728/1 728/10 728/12 728/15 776/25
787/5 804/6 804/13
turned [5] 737/12 737/12 787/10 787/11
787/14
TV [1] 718/6
twenties [1] 757/15
two [32] 703/24 704/6 707/4 712/22 716/12
730/13 733/13 753/18 754/13 755/8 756/14
756/15 757/5 757/24 765/1 765/3 766/19
769/5 775/20 775/22 775/24 776/2 776/2
776/11 776/17 780/17 781/5 781/7 789/2
799/18 800/25 819/14
type [1] 816/2

**U**

U.S [3] 699/4 699/16 767/2
Uddin [1] 770/22
Uddin's [10] 770/16 770/19 770/21 771/3
771/5 771/9 771/17 799/14 799/17 800/3
ugly [1] 841/8
Ullah [7] 782/15 782/17 782/19 782/22
795/23 795/24 796/3
ultimately [2] 737/8 747/14
Um [1] 810/16
uncle [6] 716/23 717/1 741/17 762/5 796/2
798/24
uncle's [2] 718/19 783/12
uncomfortable [1] 701/5
under [3] 701/23 745/24 769/19
understand [13] 714/14 717/17 727/19
728/14 729/2 729/10 753/3 767/16 774/22
782/11 782/14 815/20 839/17
understanding [2] 761/4 801/9
understood [4] 735/2 768/1 799/25 801/7
UNITED [10] 699/1 699/2 699/10 699/12
767/2 808/13 808/15 808/18 808/25 815/8
unless [1] 825/2
until [2] 818/16 818/20
unusual [3] 829/22 829/24 830/2
up [56] 712/14 720/12 725/8 728/14 728/15
731/21 738/9 738/11 739/6 739/7 739/16
743/14 745/12 745/15 751/8 763/7 763/7
763/8 766/12 772/16 772/17 772/18 772/20
778/7 778/9 778/22 778/23 780/8 783/25
790/1 790/3 791/25 792/2 793/21 797/7
800/1 805/19 810/2 810/12 810/17 810/22
811/2 811/5 815/2 815/6 816/1 816/5 820/4
824/17 825/18 825/24 826/14 826/20 827/20
838/4 840/25
upon [4] 767/12 767/24 813/24 833/6
upset [4] 709/16 709/17 709/19 709/20
urge [1] 841/18
us [67] 707/15 707/24 718/17 720/19 723/10
731/4 731/21 736/22 738/22 739/3 740/17
741/8 744/21 745/2 746/14 747/22 754/21
761/24 763/8 773/19 775/17 776/11 776/17
777/2 777/10 779/19 780/4 780/15 780/23
785/21 787/5 792/23 795/5 795/8 795/23
796/20 797/25 798/4 798/21 805/15 809/4
810/8 814/3 814/16 818/12 819/14 819/24
820/11 820/15 820/18 821/2 821/22 822/6
822/15 822/18 827/1 828/9 828/14 828/23
829/9 829/17 829/25 830/16 831/1 831/4

831/12 832/17
USA [2] 700/4 841/22
use [13] 726/4 727/9 748/2 762/17 781/1
786/4 804/7 804/8 825/22 825/11 826/12
827/4 827/4
used [7] 747/22 748/9 807/5 815/24 815/25
816/19 821/22
using [12] 712/5 727/8 736/15 755/3 762/7
763/10 775/23 780/4 780/16 780/19 811/14
812/4
usually [1] 771/7

**V**

van [1] 810/10
vehicle [38] 737/19 738/9 742/12 742/17
742/18 743/11 743/22 743/23 743/25 744/12
744/13 744/16 744/24 745/3 745/5 745/16
745/17 745/18 745/19 756/20 757/2 761/19
762/22 763/14 763/19 772/24 773/1 780/21
780/24 786/21 798/9 798/13 799/6 801/19
828/7 828/11 828/12 828/16
vehicles [1] 773/4
Verma [5] 699/20 739/11 780/2 786/1 792/15
versus [2] 699/4 700/4
very [11] 701/19 709/7 721/10 757/24 760/18
768/5 783/3 818/15 818/19 829/22 840/23
vicinity [1] 827/11
victims [1] 803/24
video [1] 804/6
view [2] 837/18 837/19
village [38] 702/23 702/24 702/24 703/5
731/21 737/25 738/1 738/1 738/13 757/22
757/23 771/4 772/23 774/7 774/16 774/20
774/21 774/23 775/10 775/15 775/19 793/18
810/24 811/18 812/1 812/6 815/1 829/23
830/3 831/9 831/13 832/10 832/14 832/17
832/19 833/3 833/20 834/2
villages [1] 816/22
visit [7] 706/5 706/21 710/16 711/1 711/6
723/11 794/24
visited [2] 711/4 796/11
visiting [1] 797/4
visits [1] 704/5
voice [8] 708/4 712/4 734/18 736/13 736/15
755/2 799/22 823/16
vote [1] 771/1
voting [1] 770/23

**W**

wait [1] 773/23
waiting [2] 801/5 810/2
walk [17] 724/13 771/5 771/6 772/24 773/15
774/2 774/5 794/5 810/15 810/20 810/22
811/24 814/15 818/7 821/5 821/8 821/13
walked [4] 704/23 794/6 810/13 811/17
walking [7] 763/20 763/21 774/1 774/3 774/3
774/16 774/20
wall [2] 780/6 786/15
walls [1] 783/5
want [19] 714/24 728/12 734/24 737/2
742/25 743/13 743/13 758/12 763/2 767/21
809/7 817/21 825/2 831/10 837/1 837/13
839/1 839/4 839/18
wanted [6] 717/3 735/4 752/11 771/16
822/12 822/13
wanting [1] 728/10
wants [4] 714/25 759/14 759/19 816/24
was [427]
Washington [1] 728/23
Wasn't [1] 833/25
watching [2] 718/6 807/15
water [4] 823/14 823/15 823/18 832/21
way [14] 700/12 728/3 728/4 728/11 732/1

## W

way... [9] 9376 739/15 767/8 767/11 767/20
769/16 804/7 824/2 832/14
we [188]
we'll [18]  721/10 722/4 722/14 728/22
753/20 758/13 758/16 763/16 764/16 765/1
791/10 792/2 812/17 812/25 813/12 817/6
826/14 838/9
we'll have [1]  728/22
we're [27]  700/3 700/23 701/12 718/6 721/17
722/19 723/4 726/24 740/9 743/4 745/24
746/21 760/19 761/2 767/13 791/19 799/24
808/23 814/9 821/6 826/14 828/14 829/8
829/8 829/15 838/11 842/5
we've [2]  753/22 818/1
weapon [1]  739/18
weapons [2]  740/23 819/1
wearing [3]  785/4 792/20 792/21 792/23
793/1 793/3 793/4 803/7 804/11
wedding [31]  704/12 706/3 706/7 706/10
706/16 709/24 710/1 710/8 712/16 712/22
713/2 713/7 713/10 713/18 713/22 713/23
713/24 714/11 714/21 715/1 715/5 715/6
715/18 715/23 715/25 716/4 716/6 716/9
716/10 716/10 716/20
weddings [6]  705/24 705/24 706/2 706/13
706/20 706/23
week [1]  834/4
weekend [1]  841/22
weeks [12]  756/14 756/15 756/19 756/23
757/1 757/5 761/18 762/1 799/19 800/5
806/16 807/7
weighed [1]  837/21
welcome [2]  725/13 761/9
well [19]  710/7 710/12 712/21 713/16 719/22
728/23 737/25 738/4 742/7 742/25 743/14
757/13 761/11 768/5 781/23 820/20 822/22
831/24 834/20
went [51]  711/12 711/14 719/19 730/17
731/8 744/25 745/16 745/18 746/10 746/10
747/22 748/15 750/10 755/15 755/20 756/21
763/9 763/10 763/18 763/21 771/22 787/22
788/1 788/2 784/17 788/18 793/25 794/7
794/10 794/22 795/1 795/13 795/16 796/5
797/25 798/15 798/20 799/18 800/5 800/13
800/23 800/24 807/11 807/13 808/17 809/25
814/14 818/13 834/16 834/18 834/18
were [247]
WFK [1]  699/3
what [231]
what's [17]  744/3 772/11 790/17 804/13
837/14 837/17 838/14
wheel [1]  785/15
when [217]
Whenever [1]  764/8
where [155]
where the [1]  782/24
Whereupon [4]  739/23 754/1 758/15 760/23
wherever [6]  727/23 729/4 729/8 762/5
816/24 831/9
whether [14]  703/18 715/22 736/9 741/18
747/17 777/23 778/1 782/3 782/10 808/2
817/19 835/17 837/22 840/7
which [15]  702/24 720/16 724/24 724/25
725/7 730/17 738/1 743/10 743/11 751/4
769/5 806/21 825/21 825/25 830/11
while [20]  708/5 719/4 733/1 733/8 751/6
751/12 760/14 761/22 761/25 763/20 774/5
788/21 790/13 790/24 798/15 800/6 817/2
829/3 831/1 833/10
white [4]  792/17 792/18 792/20 803/8
who [122]  700/11 703/20 704/15 705/15
707/18 708/9 709/17 709/19 713/14 715/8
717/15 718/3 718/13 718/15 721/19 721/21
721/24 723/16 723/25 724/10 727/10 727/11
723/16 725/6 726/10 726/21 727/10 727/17
727/12 727/17 729/10 730/2 730/7 732/8
733/12 733/12 733/16 733/18 733/25 735/1
735/9 735/12 735/15 735/19 735/19 736/6
737/15 738/9 740/5 740/15 740/18 741/4
741/6 741/14 741/23 745/2 746/22 747/7
751/21 752/6 753/3 753/3 753/8 753/13
753/14 753/15 754/11 756/10 757/4 757/6
759/8 760/25 769/18 770/22 774/9 774/10
778/14 778/16 779/16 779/19 779/21 782/1
782/17 783/9 787/11 788/19 790/1 793/12
793/16 794/14 795/21 796/7 796/16 796/20
796/24 797/20 798/10 798/20 800/17 800/24
801/7 801/12 802/7 803/14 803/18 803/20
803/22 803/23 803/25 804/2 804/7 806/19
808/18 810/12 814/25 819/4 819/8 819/24
820/17 829/24 830/18 831/25 831/25 832/1
833/22 834/11 834/17 841/3
who's [1]  799/16
whoever [1]  758/5
whole [7]  712/22 735/16 735/20 736/5
777/20 832/8 840/5
whom [2]  724/2 777/4
whose [9]  706/2 710/2 710/10 713/13 713/14
762/7 787/23 793/10 793/23
why [56]  711/9 711/20 714/16 714/23 720/6
720/19 721/4 721/9 721/16 722/7 725/5
725/20 725/23 726/1 728/21 731/5 731/12
731/24 732/18 739/19 746/12 750/13 750/24
754/4 755/12 756/8 756/15 758/1 758/9
771/16 772/9 772/10 778/24 788/9 790/23
793/25 796/22 798/3 798/16 799/24 801/4
802/1 806/4 806/14 807/1 808/11 817/4
817/9 817/10 817/25 826/13 827/25 829/8
829/13 838/4 838/19
wife [4]  714/8 796/17 796/17 831/8
will [42]  701/14 701/15 701/15 701/16
701/17 704/25 707/14 712/8 725/6 727/16
727/17 727/23 728/3 728/24 729/4 729/4
729/8 729/9 735/15 739/22 747/22 753/1
753/8 753/19 754/14 754/15 758/5 758/5
758/8 763/24 764/11 764/14 764/16 765/2
767/24 768/3 801/6 801/10 802/2 813/13
839/21 841/20
WILLIAM [1]  699/9
wins [1]  726/9
wise [1]  764/10
wish [1]  837/12
withdraw [1]  824/1
withdrawn [2]  831/24 834/14
within [4]  829/22 829/23 836/20 837/16
without [2]  759/6 759/8
witness [16]  700/23 700/24 701/2 701/4
701/13 701/14 722/5 722/8 722/8 722/18
725/2 725/6 725/8 728/2 739/17 739/16
739/16 742/24 742/25 743/6 744/5 754/2
758/19 758/22 759/6 759/17 759/19 760/7
761/3 764/14 764/15 764/19 764/20 766/10
766/19 768/13 768/14 768/16 768/22 769/5
769/18 778/22 778/25 780/4 786/6 786/7
791/2 791/4 791/16 791/25 804/15 808/12
812/20 813/11 825/12 837/8 837/21 837/25
838/11 839/1 839/2 840/1
witness's [1]  840/17
wives [1]  704/16
woke [2]  763/7 763/7
woman [5]  730/2 730/7 803/7 829/22 830/3
women [4]  794/14 841/3 841/4 841/5
won't [3]  707/13 712/8 735/15 763/23
wooden [1]  805/14
word [2]  766/21 769/7
work [3]  717/19 792/3 812/25
working [4]  762/17 770/8 772/8 809/4
works [3]  728/11 742/4 779/21
worried [2]  725/22 772/10
would [61]  700/21 701/5 701/17 704/17
704/24 708/4 708/13 709/6 717/23 721/5
721/7 722/5 725/3 727/19 729/3 734/18
735/20 736/14 739/14 740/12 742/20 743/11
752/2 753/21 755/2 755/8 758/14 758/19
759/2 759/7 759/20 762/14 764/9 766/12
767/12 768/13 768/14 768/24 780/8 786/16
791/2 803/17 804/8 804/8 804/10 809/7
810/2 811/20 813/8 814/11 814/12 814/16
821/8 821/20 825/2 825/11 827/9 827/17
832/14 840/25 841/18
wouldn't [2]  759/15 825/7
write [2]  836/21 836/21
wrong [1]  810/17
wrote [1]  747/16

## Y

Yasmin [1]  703/25
yeah [3]  722/7 816/6 828/7
year [6]  702/16 706/5 706/17 713/5 713/7
732/4
years [3]  702/19 708/20 782/20
yellow [1]  786/15
yes [289]
yesterday [5]  701/15 702/6 702/14 707/15
731/22
yet [1]  838/5
YORK [6]  699/1 699/13 699/14 699/18
699/18 699/22
you [994]
you'd [1]  825/10
You'll [1]  728/2
you're [30]  703/9 706/10 711/18 725/13
726/8 728/5 728/9 759/25 761/9 762/2 764/6
771/18 781/8 782/10 786/14 786/17 792/20
799/21 813/12 815/15 825/22 827/20 827/24
827/25 828/1 828/2 829/19 830/6 838/10
839/17
you've [1]  731/21
younger [2]  703/24 703/25
youngest [2]  703/25 754/22
your [290]
yours [1]  834/2
yourself [5]  750/2 764/15 792/12 799/8
803/5
yourselves [2]  764/13 809/1

## Z

Zameer [26]  757/5 757/6 757/8 757/18 758/1
761/18 761/22 762/14 762/16 763/22 771/15
771/22 774/10 774/18 799/4 799/8 799/11
799/13 800/2 801/21 807/7 807/10 807/14
808/2 811/22 811/25
Zameer's [7]  798/22 799/2 799/5 800/25
801/25 802/5 802/8