

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AL:AH/RMT/MEG
F. #2013R00312

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2015

<u>By ECF</u>

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mohammad Ajmal Choudhry
             Criminal Docket:  13-150 (S-2) (WFK)

Dear Judge Kuntz:

      The defendant Mohammad Ajmal Choudhry was sentenced by the Court on May 7, 2015, following his conviction at trial on each of the three counts charged in the second superseding indictment filed in the above-captioned case.  The government now moves to dismiss the outstanding counts charged in the original indictment and the first superseding indictment.  Counsel for the defendant has consented to the government's motion.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:   /S_____
      Amanda Hector
      Richard M. Tucker
      Margaret E. Gandy
      Assistant U.S. Attorneys
      (718) 254-6212/6204/6213