# CRIMINAL MINUTE CALENDAR

**BEFORE JUDGE:** William F. Kuntz, II   **DATE:** 05/07/2015

**DOCKET NUMBER:** 13cr150-1 (WFK)   **CASE TITLE:** USA v. Choudhry

**TOTAL TIME IN COURT:** ___ Hours  **45** Minutes

**DEFENDANTS NAME** Mohammad Ajmal Choudhry   **DEFENDANT #** 1
Present                                                         IN CUSTODY

**DEFENSE COUNSEL** Ying Stafford, Esq.   RETAINED COUNSEL
Present

**DEFENDANTS NAME** ___   **DEFENDANT #** ___

**DEFENSE COUNSEL** ___

**DEFENDANTS NAME** ___   **DEFENDANT #** ___

**DEFENSE COUNSEL** ___

**DEFENDANTS NAME** ___   **DEFENDANT #** ___

**DEFENSE COUNSEL** ___

**A.U.S.A.** Margaret Gandy & Richard M. Tucker   **Pretrial Officer** ___

**Probation Officer** Jamie Turton   **Other** ___

**Case Manager/Magistrate Clerical** Andrew Jackson

**Court Reporter/ESR Operator** FRISOLONE, Anthony   **Tape Log** ___

**Interpreter** Madhu Mishra   **language** Punjabi

**Type of Hearing**

Sentencing                                      ☐ Contested ☑ Non Evidentiary

___                                             ☐ Contested ☐ Non Evidentiary

___                                             ☐ Contested ☐ Non Evidentiary

___                                             ☐ Contested ☐ Non Evidentiary

Hearing     ☑ Began   ☑ Held

**SHOULD THIS CALENDAR BE SEALED?** ☐ Yes ☒ No

Next Scheduled Hearing

_____ (*Type of Hearing*) scheduled before

Judge/Magistrate Judge_____

on _____(*Date*) at _____(*Time*) in Courtroom _____

**EXCLUDABLE DELAY CODE TYPE:**_____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:** _____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:** _____
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

Do these minutes contain ruling(s) on Motion(s)?   ☐ Yes   ☒ No

Motion(s) Type and Document # of Motion Ruled On:

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

Motion to/for_____   DE   Decision_____

**TEXT:**

**The Court imposed the following sentences on the Defendant: 1) The Defendant was sentenced to life on Count One. 2) The Defendant was sentenced to time served on Count Two. 3) The Defendant was sentenced to twenty-four (24) months on Count Three. The sentences shall run concurrently. Five (5) years of supervised release. The defendant shall pay the mandatory $300.00 special assessment. Restitution, if it becomes known, the Court may hold an evidentiary hearing within 90 days after sentencing, per 18 U.S.C. § 3664(d)(5). The fine was waived because of the defendant's inability to pay it.**